Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central** District of **California**
(State)

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

GIRARDI KEESE

**3. Other names you know the debtor has used in the last 8 years**

Thomas Girardi, dba Girardi Keese

Include any assumed names, trade names, or doing business as names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

EIN __ __ - __ __ __ __ __ __ __

**5. Debtor's address**

Principal place of business

1126  Wilshire Boulevard
Number    Street

_____

Los Angeles    CA    90017
City           State  ZIP Code

LOS ANGELES
County

Mailing address, if different

_____
Number    Street

P.O. Box _____

_____
City           State  ZIP Code

Location of principal assets, if different from principal place of business

_____
Number    Street

_____

_____
City           State  ZIP Code

Debtor **GIRARDI KEESE** _____    Case number (if known) _____

| | |
|---|---|
| 6. Debtor's website (URL) | _____ |
| 7. Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>X Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
| 8. Type of debtor's business | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |
| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No<br>☒ Yes. Debtor **Thomas Vincent Girardi** Relationship **Owner/Partner**<br>District **Cent Dist of Ca, L.A** Date filed **12/18.2020** Case number, if known **2:20-bk-21020**<br>MM/DD/YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM/DD/YYYY |

### Part 3: Report About the Case

| | |
|---|---|
| 10. Venue | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br>*At least one box must be checked:*<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor    **GIRARDI KEESE**    Case number (if known)_____

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jill O'Callahan | Breach of Contract | $767,500.00 |
| Robert Keese | Breach of Contract | $1,657,600.00 |
| John Abassian | Breach of Contract | $1,637,620.00 |
| | Total of petitioners' claims | $6,510,518.78 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney. - SEE ATTACHMENT

**Part 4:    Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Jill O'Callahan
1437 Club View Drive
Los Angeles    CA.    90024

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/17/2020

X _Jill O'Callahan_ (signature)

**Attorneys**

Andrew Goodman, Esq.
GOODMAN LAW OFFICES, APC
30700 Russell Ranch Rd., Suite 250
Westlake Village,    CA.    91362

Contact phone 818-802-5044    Email agoodman@andyglaw.com

Bar number 115685
State California

X _signature_

Date signed 12/17/2020

Debtor **GIRARDI KEESE** _____ Case number (if known) _____

**Name and mailing address of petitioner**
Robert Keese
Name
22982 Rosemont Court
Number  Street
Murrieta,   CA.   92562
City         State   ZIP Code

**Name and mailing address of petitioner's representative, if any**
Name
Number  Street
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 16 / 20
              MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

---

Andrew Goodman, Esq.
Printed name
GOODMAN LAW OFFICES, APC
Firm name, if any
30700 Russell Ranch Rd., Suite 250
Number  Street
Westlake Village,   CA.   91362
City              State   ZIP Code
Contact phone 818-802-5044   Email agoodman@andyglaw.com
Bar number 115685
State  CA

X _[signature]_
Signature of attorney
Date signed 12/17/2020
            MM / DD / YYYY

---

**Name and mailing address of petitioner**
John Abassian
Name
6403 Van Nuys Boulevard
Number  Street
Van Nuys,   CA.   91401
City         State   ZIP Code

**Name and mailing address of petitioner's representative, if any**
Name
Number  Street
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___/___/___
              MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Andrew Goodman, Esq.
Printed name
GOODMAN LAW OFFICES, APC
Firm name, if any
30700 Russell Ranch Road, Suite 250
Number  Street
Westlake Village,   CA.   91362
City              State   ZIP Code
Contact phone 818-802-5044   Email agoodman@andyglaw.com
Bar number 115685
State  CA.

X _____
Signature of attorney
Date signed 12/17/2020
            MM / DD / YYYY

Official Form 205     Involuntary Petition Against a Non-Individual     page 4

Debtor __GIRARDI KEESE_____  Case number (if known)_____
     Name

**Name and mailing address of petitioner**

Robert Keese
_____
Name

22982 Rosemont Court
_____
Number   Street

Murrieta,          CA.          92562
_____
City              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
     MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Andrew Goodman, Esq.
_____
Printed name

GOODMAN LAW OFFICES, APC
_____
Firm name, if any

30700 Russell Ranch Rd., Suite 250
_____
Number   Street

Westlake Village,     CA.       91362
_____
City              State        ZIP Code

Contact phone 818-802-5044   Email agoodman@andyglaw.com

Bar number   115685

State        CA.

✗ _____
Signature of attorney

Date signed   12/16/2020
     MM / DD / YYYY

---

**Name and mailing address of petitioner**

John Abassian
_____
Name

6403 Van Nuys Boulevard
_____
Number   Street

Van Nuys          CA.       91401
_____
City              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/17/2020
     MM / DD / YYYY

✗ _[signature]_____
Signature of petitioner or representative, including representative's title

---

Andrew Goodman, Esq.
_____
Printed name

GOODMAN LAW OFFICES, APC
_____
Firm name, if any

30700 Russell Ranch Road, Suite 250
_____
Number   Street

Westlake Village,     CA.       91362
_____
City              State        ZIP Code

Contact phone 818-802-5044   Email agoodman@andyglaw.com

Bar number   115685

State        CA.

✗ _[signature]_____
Signature of attorney

Date signed   12/17/2020
     MM / DD / YYYY