**FILED & ENTERED**

DEC 24 2020

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>Debtor(s). | Case No.: 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME ON HEARING RE: EMERGENCY MOTION FOR APPOINTMENT OF INTERIM TRUSTEE PURSUANT TO 11 U.S.C. 303(g) AND SETTING EMERGENCY MOTION FOR HEARING**<br><br>Date:  January 5, 2021<br>Time:  2:00 p.m.<br><br>To be conducted via videoconference on Zoom for Government |

This matter is before the Court on the "Motion Of Petitioning Creditors For Appointment Of Interim Trustee Pursuant To 11 U.S.C. § 303(g) ("Emergency Motion") (Docket No. 12), the "Declaration Of Paul Cody" (Docket No. 14), the "Declaration Of Boris Treyzon, Esq." (Docket No. 15), "Request For Judicial Notice (Exhibits A Through V)" (Docket No. 16) and the concurrently filed "Application For Order Setting Hearing On

-1-

Shortened Notice" (Docket No. 13) ("Application").  Upon thorough review of all pleadings and exhibits filed, the Court finds good cause has been shown for hearing the Emergency Motion on shortened time. Accordingly, the Court hereby **ORDERS** as follows:

1. The Emergency Motion is set for hearing on Tuesday, January 5, 2021 at 2:00 p.m.;

2. Any opposition to the Emergency Motion is due no later than Wednesday, December 30, 2020 by 4:00 p.m. Pacific Standard Time;

3. Any reply to any opposition to the Emergency Motion is due no later than Monday, January 4, 2021 by 2:00 p.m. Pacific Standard Time;

4. Moving party is to give immediate notice of the hearing on the Emergency Motion and serve all related pleadings in accordance with the Local Bankruptcy Rules;

5. Moving party is to submit a proof of service evidencing such service no later than the close of business on Thursday, December 24, 2020 at 5:00 p.m. Pacific Standard Time;

6. Participants in the hearing on January 5, 2021 at 2:00 p.m. will be connected with Courtroom 1668 via Zoom for Government but will not be physically present in the Courtroom, as follows:

    a. Video/audio web address:
       https://cacb.zoomgov.com/j/1609378900
       ZoomGov meeting number: 1609378900
       Password No. 123456.

///
///
///
///
///

b.  If audio on computer is not working, telephone conference lines (for audio only):

Audio-only participants must call into Zoom for Government by calling:

(i) 1 (669) 254 5252 US (San Jose) or

(ii) 1 (646) 828 7666 US (New York).

**IT IS SO ORDERED.**

**###**

Date: December 24, 2020

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge