United States Bankruptcy Court

Central District of California

In re:  
Girardi Keese  
    Debtor(s)

Case No. 20-21022-BR  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 24, 2020 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Girardi Keese, 1126 Wilshire Blvd, Los Angeles, CA 90017-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Goodman | on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com |
| Andrew Goodman | on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com |
| Andrew Goodman | on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com |
| Andrew Goodman | on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com |
| Andrew Goodman | on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com |
| Andrew Goodman | on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 24, 2020 | Form ID: pdf042 | Total Noticed: 1

Eric D Goldberg
    on behalf of Creditor Stillwell Madison  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Lewis R Landau
    on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  morani@ronaldrichards.com,justin@ronaldrichards.com

Steven T Gubner
    on behalf of Interested Party Courtesy NEF sgubner@bg.law  ecf@bg.law

Timothy J Yoo
    on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 12

**FILED & ENTERED**

**DEC 24 2020**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **fortier**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>Debtor(s). | Case No.: 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME ON HEARING RE: EMERGENCY MOTION FOR APPOINTMENT OF INTERIM TRUSTEE PURSUANT TO 11 U.S.C. 303(g) AND SETTING EMERGENCY MOTION FOR HEARING**<br><br>Date:  January 5, 2021<br>Time:  2:00 p.m.<br><br>To be conducted via videoconference on Zoom for Government |

This matter is before the Court on the "Motion Of Petitioning Creditors For Appointment Of Interim Trustee Pursuant To 11 U.S.C. § 303(g) ("Emergency Motion") (Docket No. 12), the "Declaration Of Paul Cody" (Docket No. 14), the "Declaration Of Boris Treyzon, Esq." (Docket No. 15), "Request For Judicial Notice (Exhibits A Through V)" (Docket No. 16) and the concurrently filed "Application For Order Setting Hearing On

-1-

Shortened Notice" (Docket No. 13) ("Application").  Upon thorough review of all pleadings and exhibits filed, the Court finds good cause has been shown for hearing the Emergency Motion on shortened time. Accordingly, the Court hereby **ORDERS** as follows:

1. The Emergency Motion is set for hearing on Tuesday, January 5, 2021 at 2:00 p.m.;
2. Any opposition to the Emergency Motion is due no later than Wednesday, December 30, 2020 by 4:00 p.m. Pacific Standard Time;
3. Any reply to any opposition to the Emergency Motion is due no later than Monday, January 4, 2021 by 2:00 p.m. Pacific Standard Time;
4. Moving party is to give immediate notice of the hearing on the Emergency Motion and serve all related pleadings in accordance with the Local Bankruptcy Rules;
5. Moving party is to submit a proof of service evidencing such service no later than the close of business on Thursday, December 24, 2020 at 5:00 p.m. Pacific Standard Time;
6. Participants in the hearing on January 5, 2021 at 2:00 p.m. will be connected with Courtroom 1668 via Zoom for Government but will not be physically present in the Courtroom, as follows:
    a. Video/audio web address:
        https://cacb.zoomgov.com/j/1609378900
        ZoomGov meeting number: 1609378900
        Password No. 123456.

///
///
///
///
///

b.  If audio on computer is not working, telephone conference lines (for audio only):

Audio-only participants must call into Zoom for Government by calling:

(i) 1 (669) 254 5252 US (San Jose) or

(ii) 1 (646) 828 7666 US (New York).

**IT IS SO ORDERED.**

###

Date: December 24, 2020

_____
Barry Russell
United States Bankruptcy Judge

-3-