Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.9300/Fax: 415.373.9435

*Counsel for Interested Party Edelson PC*

# UNITED STATES BANKRUPCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

THOMAS V. GIRARDI, d/b/a/
GIRARDI KEESE,

    *Debtor.*

Case No. 2:20-bk-21022-BR

[Chapter 7]

**INTERESTED PARTY EDELSON P.C.'S STATEMENT REGARDING MOTION OF PETITIONING CREDITORS FOR APPOINTMENT OF INTERIM TRUSTEE PURSUANT TO 11 U.S.C. § 303(g)**

Date: January 5, 2021
Time: 2:00 p.m.
Location: Courtroom 1668
Hon. Barry Russell
255 East Temple Street,
Los Angeles, California 90012

1.	Interested party Edelson P.C., ("Edelson") is a creditor of the debtor, and successor counsel that now represents Gabriel and Angela Abikzer, former clients of the debtor and the plaintiffs in the matter of *Abikzer v. City of Los Angeles, et al.*, No. B706830, pending in Los Angeles County Superior Court.[1]

2.	Edelson does not take issue with, and indeed agrees with the relief requested in the emergency motion for an appointment of an interim trustee (*i.e.*, that an interim trustee should immediately be appointed to preside over the bankruptcy estate. (Dkt. 12.)

3.	Edelson makes this statement only to correct for the record certain misstatements about Edelson that were made in the emergency motion for appointment of an interim trustee (the "Emergency Motion").

4.	The Emergency Motion states (at page 12) that "competitors of GK" are seeking to "divert sums owing to GK," and as an example, it states that "Edelson now challenges GK's right to payment, and has even directed the defendant in that case, the City of Los Angeles, to pay the portion owed to GK directly to Edelson." (Dkt. 12: 19-21.) The only evidentiary support for the statement is the Declaration of Paul Cody, who states that he is "informed and believes" that assets may be diverted from the estate. (Dkt. 14, ¶ 41.) And, of course, the plain language and import of the statement is that Edelson is seeking to appropriate the fees that GK would claim is owed to them on account of the representation of the Abikzers.

5.	The above statements and accompanying insinuation that Edelson is seeking to recover the attorneys' fees that are subject to GK's engagement agreement with the Abikzers are inaccurate. Edelson has at all times maintained, and continues

---

[1] The retention agreement, wherein Edelson PC was retained to be the exclusive counsel for the plaintiffs in that case and related matters, was executed on December 11, 2020, which was before this involuntary bankruptcy action was initiated. (*See* Declaration of Rafey Balabanian ("Balabanian Decl."), attached hereto, at ¶ 2.)

to maintain, that the portion of the settlement between the plaintiffs and the City of Los Angeles that GK would have claimed is subject to the engagement agreement between them and the Abikzers and thus owed to GK as attorneys' fees should be set aside in a segregated account, and ultimately placed under the control of the bankruptcy trustee, once one is appointed. (Balabanian Decl. Exs. 1, 2.)[2]

6. Edelson has made its position known in writing to the debtor, by way of an email to its counsel. (Balabanian Decl. ¶ 3 & Ex. 1), and also counsel for the Petitioning Creditors (*Id.* ¶ 4 & Ex. 2). While Edelson initially believed that, upon being informed of the misstatements and Edelson's actual intentions with respect to the attorneys' fee portion of the Abikzer settlement, Petitioning Creditors would promptly correct the misstatements, they have, without explanation, refused to do so. (*Id.* Ex. 3.)[3]

7. To the extent an Order is entered in connection with the Emergency Motion Edelson requests that said Order note for the record the misstatements made by the Petitioning Creditors regarding Edelson.

Respectfully submitted,

EDELSON PC,

Dated: December 30, 2020

By: /s/ Rafey S. Balabanian

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com

---

[2] In specific response to the statement that "Edelson now challenges GK's rights to payment," while that may be, it doesn't impact Edelson's view that the bankruptcy trustee is best positioned to preside over the ultimate disposition of the fees recovered as part of the Abikzers' settlement.

[3] Finally, in response to the specific allegation that Edelson has "asked the City of Los Angeles to pay the settlement directly to it," that would obviously be a mere function of the fact that the firm represents the Abikzers, and any settlement would necessarily be paid into the firm's trust account before disbursement to the client. In light of Edelson's pledge to set aside the portion of the settlement conceivably owing to GK, there is no risk that estate assets are being diverted.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.9300/Fax: 415.373.9435

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Edelson PC, 123 Townsend Street, Suite 100, San Francisco, California 94107.

A true and correct copy of the foregoing document entitled (*specify*): Interested Party Edelson P.C.'s Statement Regarding Motion of Petitioning Creditors For Appointment of Interim Trustee Pursuant to 11 U.S.C. § 303(g)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/30/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/30/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/30/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/30/2020 | Austin T. Prather | /s/ Austin T. Prather |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Notice will be electronically mailed to:

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese
agoodman@andyglaw.com

Eric D. Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Lewis R. Landau on behalf of Interested Party Courtesy NEF
Lew@Landau.net

Ronald Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com

Steven T. Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law

Timothy J. Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

Richard W. Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Edith R. Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com

Notice will be mailed via U.S. Mail to:

Thomas Girardi
1126 Wilshire Boulevard
Los Angeles, CA 90017

Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

Leonard Pena
PENA & SOMA, APC
402 S. Marengo Avenue, Suite B Pasadena, CA 91101