VEDDER PRICE (CA), LLP
MICHAEL J. QUINN (SB# 198349)
  mquinn@vedderprice.com
MARIE E. CHRISTIANSEN (SB# 325352)
  mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:   (424) 204-7700
Facsimile:    (424) 204-7702

*Attorneys for KCC Class Action Services, LLC*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

    GIRARDI KEESE,

              Involuntary Debtor.

Case No. 2:20-bk-21022-BR

Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      PLEASE TAKE NOTICE THAT the undersigned hereby enters his appearance for and on behalf of KCC Class Action Services, LLC ("KCC"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and the undersigned hereby requests, pursuant to Rules 2002 and 9001 of the Bankruptcy Rules and 11 U.S.C. § 342, that copies of all notices and pleadings given or filed in this case be given and served upon the parties listed below at the following addresses and telephone numbers:

Michael J. Quinn, Esq.
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (424) 204-7700
Facsimile: (424) 204-7702
mquinn@vedderprice.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein. This Notice of Appearance and Request for Notice, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of KCC's right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which KCC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments KCC expressly reserves.

Dated: January 5, 2021         Respectfully submitted,

                               VEDDER PRICE (CA), LLP

                               By: /s/   *Michael J. Quinn*
                                     Michael J. Quinn

                               *Attorneys for KCC Class Action Services, LLC*