QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kenneth Chiate (Cal. Bar No. 39554)
kenchiate@quinnemanuel.com
K. John Shaffer (Cal. Bar No. 153729)
johnshaffer@quinnemanuel.com
Eric Winston (Cal. Bar No. 202407)
ericwinston@quinnemanuel.com
Razmig Izakelian (Cal. Bar No. 292137)
razmigizakelian@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Frantz Law Group, APLC

**FILED & ENTERED**

**JAN 21 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 2:20-bk-21022-BR<br><br>**ORDER APPROVING STIPULATION BETWEEN FRANTZ LAW GROUP, APLC AND ELISSA D. MILLER, CHAPTER 7 TRUSTEE FOR GIRARDI KEESE, TO CONTINUE THE HEARING ON MOTION FOR RELIEF FROM STAY** |

Case No. 2:20-bk-21022-BR

ORDER APPROVING STIPULATION BETWEEN FRANTZ LAW GROUP, APLC AND ELISSA D. MILLER, CHAPTER 7 TRUSTEE FOR GIRARDI KEESE, TO CONTINUE THE HEARING ON MOTION FOR RELIEF FROM STAY

On January 20, 2021, the *Stipulation Between Frantz Law Group, APLC and Trustee to Continue Hearing on Motion for Relief from Stay* ("Stipulation") entered into by and between Frantz Law Group, APLC ("Frantz") and Elissa D. Miller, the duly appointed trustee of the estate of Girardi Keese ("Trustee"), was filed herein. The Court, having considered the Stipulation, the related pleadings on file, and for good cause appearing, HEREBY ORDERS:[1]

1. The Stipulation is approved;

2. The Hearing on the Motion is continued from January 26, 2021 at 10:00 a.m. to March 2, 2021 at 10:00 a.m. via zoomgov.com, Meeting ID: 160 527 6951, Password: 123456;

3. Frantz' deadline to file a reply to the Trustee Opposition and all other oppositions to which it has not already filed a reply is extended to seven days before the Continued Hearing Date.

4. The Stipulation and this Order are not a waiver of any rights by the Trustee or Frantz, or of any arguments that may be raised by the Trustee or Frantz with respect to the Motion.

Date: January 21, 2021

Barry Russell
United States Bankruptcy Judge

---

[1] All terms not defined in this Order have the meaning ascribed to them in the Stipulation.