**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Proposed Attorneys for Elissa D. Miller,
Chapter 7 Trustee



**FILED & ENTERED**

**JAN 21 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br><br><br><br>                              Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION CONFIRMING PRE-PETITION AGREEMENT AND AUTHORIZING PAYMENT OF FEES AND EXPENSES TO BE DISBURSED TO THE ESTATE**<br><br>**[No Hearing Required]** |

        Pursuant to the *Stipulation Confirming Pre-Petition Agreement and Authorizing Payment of Fees and Expenses to be Disbursed to the Estate* filed on January 19, 2021, as Docket No. 96 ("Stipulation") and good cause appearing therefrom,

**IT IS ORDERED** that the Stipulation is approved in its entirety.

###

Date: January 21, 2021

*Barry Russell*

Barry Russell
United States Bankruptcy Judge