Boris Treyzon, Esq. (State Bar No.188893)
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Blvd,
Los Angeles, CA 91436
Telephone: (310) 407-7888
E-Mail: Btreyzon@actslaw.com

Attorneys for Defendants Boris Treyzon
And Abir Cohen Treyzon Salo, LLP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re | CASE NO. 2:20-bk-21022-BR |
| GIRARDI KEESE | [Chapter 7] |
| Debtor. | **EVIDENTIARY OBJECTIONS TO DECLARATION OF ELISSA MILLER DATED JANUARY 25, 2021 IN SUPPORT OF MOTION TO APPROVE SETTLEMENT** |
| ELISSA D. MILLER, Chapter 7 Trustee for the bankruptcy estate of Girardi Keese, | |
| Plaintiff, | |
| v. | Date: February 2, 2021 |
| ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership; and BORIS TREYZON, an individual, | Time: 10:00 a.m. |
| | Ctrm.: 1668 via ZoomGov 255 E. Temple Street Los Angeles, CA 90012 |
| Defendants. | Web Address: https://cacb.zoomgov.com/j/1614873359 Meeting ID: 1614873359 Password: 123456 Telephone: (669) 254-5252 (San Jose) (646) 828-7666 (New York) |

1   TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY

2   JUDGE, ELISSA MILLER, INTERIM CHAPTER 7 TRUSTEE, THE OFFICES OF THE

3   UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:

4   Abir Cohen Treyzon Salo, LLP and Boris Treyzon hereby submits the following

5   objections to the Declaration of Elissa Miller dated January 25, 2021 submitted  in Support of

6   Emergency Motion to Approve Settlement.

7   **I.        Various Portions of the January 25, 2021 Miller Declaration are Inadmissible**

8   **Under the Federal Rules of Evidence.**

9   The Court should not consider portions of the January 25, 2021 Elissa Miller Declaration

10   because portions of the Declaration are inadmissible and should be disregarded.  Evidence

11   submitted to the Court on motion practice must meet all requirements for admissibility of

12   evidence as if offered at the time of trial.  *Beyene v. Coleman Sec. Services, Inc.*, 854 F.2d 1179,

13   1181-82 (9th Cir. 1988).  Testimonial evidence must be based on personal knowledge of the

14   witness offering the evidence. Fed. R. Evid. 602.  The January 25, 2021 Miller Declaration fails

15   to meet the criteria as set forth above.

|  | Proffered Evidence | Objection |
|---|---|---|
| 1. | Miller Decl., ¶ 11. Relief is necessary on an expedited basis because ACTS, in violation of the ethical rules governing California attorneys, has recently sent unsolicited emails containing a number of misrepresentations to the Debtor's and Frantz's joint clients in the Southern California Gas Leak Litigation seeking to convert the clients to its own, despite knowing that the clients are currently represented by both the Debtor and Frantz.  I am informed and belief that approximately 50 | Fed. R. Evid  602, 801, 901<br><br>The Trustee lacks personal knowledge of this statement and the statement lacks foundation and is inadmissible hearsay and speculation.  Moreover, Ms. Miller is not competent to opine as an expert in attorney ethics. |

16
17
18
19
20
21
22
23
24
25
26
27
28

| | families have been tricked into signing retainer agreements with ACTS, and it is feared that more will follow suit as a result of the unethical behavior of ACTS. (21:4-11) | |

Dated: January 29, 2021

**ABIR COHEN TREYZON SALO, LLP**

By: _____/s/ Boris Treyzon_____

Boris Treyzon, Esq.
Attorneys for Defendant ABIR COHEN
TREYZON SALO, LLP, and BORIS
TREYZON