1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Kenneth Chiate (Cal. Bar No. 39554)
2    kenchiate@quinnemanuel.com
      K. John Shaffer (Cal. Bar No. 153729)
3    johnshaffer@quinnemanuel.com
      Eric Winston (Cal. Bar No. 202407)
4    ericwinston@quinnemanuel.com
      Razmig Izakelian (Cal. Bar No. 292137)
5    razmigizakelian@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
    Telephone:    (213) 443-3000
7  Facsimile:    (213) 443-3100

8  Attorneys for Frantz Law Group, APLC

9

10

11

12

13  In re

14  GIRARDI KEESE

15              Debtor.

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="text-align:center; border:1px solid black;">

**FILED & ENTERED**

**FEB 01 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver      DEPUTY CLERK
</div>

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

Chapter 7

Case No. 2:20-bk-21022-BR

**ORDER APPROVING STIPULATION
BETWEEN FRANTZ LAW GROUP,
APLC AND STILLWELL MADISON LLC
REGARDING PROTECTION OF
DOCUMENTS**

[PROPOSED] ORDER APPROVING STIPULATION BETWEEN FRANTZ LAW GROUP, APLC AND
STILLWELL MADISON LLC REGARDING PROTECTION OF DOCUMENTS

1         On January 27, 2021, the *Stipulation between Frantz Law Group, APLC and Stillwell Madison*

2    *LLC Regarding Protection of Documents* ("Stipulation") entered into by and between Frantz Law

3    Group, APLC ("Frantz") and Stillwell Madison LLC ("Stillwell") was filed herein.  The Court, having

4    considered the Stipulation, the related pleadings on file, and for good cause appearing, HEREBY

5    ORDERS:

6         1.    The Stipulation is approved;

7         2.    Pursuant to Federal Rule of Evidence 502(d), any privilege or protection, including but

8    not limited to attorney-client privilege or work product protection, that covers the Documents (as

9    defined in the Stipulation) shall not be waived by disclosure of such Documents to Stillwell, and such

10   disclosure also shall not be a waiver in any other federal or state proceeding.

11        3.    Stillwell and any of its attorneys, agents, members, managers, or employees, shall not

12   disclose the Documents or any of the contents of the Documents to any other person or entity.

13

14

15

16

17

18

19

20

21

22

23

24   Date: February 1, 2021

_____

Barry Russell
United States Bankruptcy Judge

25

26

27

28

[PROPOSED] ORDER APPROVING STIPULATION BETWEEN FRANTZ LAW GROUP, APLC AND
STILLWELL MADISON LLC REGARDING PROTECTION OF DOCUMENTS