# EXHIBIT 2

**From:** Samantha Gold <sgold@girardikeese.com>
**Sent:** Tuesday, May 21, 2019 5:02 PM
**To:** Shawn Azizzadeh, Esq. <Shawn@bedfordlg.com>
**Cc:** John Courtney <jcourtney@girardikeese.com>
**Subject:** RE: Our Former Client: Christina Fulton

Dear Mr. Azizzadeh:

You are correct that the matter has settled, but it appears that Mr. Girardi's offer to provide you with a 25% fee was withdrawn upon the filing of your lien (as communicated to you in writing in June of 2016). Accordingly, please provide my office with information about the services you rendered to Ms. Fulton in this

case, including but not limited to, the amount of hours allocated.

Sincerely,

**Samantha K. Gold, Esq.**

GIRARDI | KEESE
LAWYERS

1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 977-0211 Ext. 303
Fax. (213) 481-1554
sgold@girardikeese.com

The information in this communication and in its attachments, if any, is privileged, confidential and intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this communication is prohibited except by or on behalf of the intended recipient. If you have received this communication in error or if you are not the intended recipient, please notify me immediately by replying to this email and destroying all copies of the communication. Thank you.