# EXHIBIT 3

**From:** Samantha Gold <sgold@girardikeese.com>
**Sent:** Tuesday, May 28, 2019 11:26 AM
**To:** Shawn Azizzadeh, Esq.
**Cc:** John Courtney
**Subject:** RE: Our Former Client: Christina Fulton

Dear Mr. Azizzadeh:

Please be advised that the matter settled for a sum total of $924,300.00; however, Ms. Fulton's recovery will be drastically reduced due to numerous medical provider liens exceeding $450,000.00. Ms. Fulton treated virtually exclusively under lien agreements for the injuries sustained in the subject collision. Further, the litigation was ongoing for over three years, resulting in substantial case costs for multiple depositions, mediation, etc.

Monies have not yet been disbursed.

Sincerely,

**Samantha K. Gold, Esq.**

GIRARDI | KEESE
LAWYERS

1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel. (213) 977-0211 Ext. 303
Fax. (213) 481-1554
sgold@girardikeese.com

The information in this communication and in its attachments, if any, is privileged, confidential and intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this communication is prohibited except by or on behalf of the intended recipient. If you have received this communication in error or if you are not the intended recipient, please notify me immediately by replying to this email and destroying all copies of the communication. Thank you.

---

**From:** Shawn Azizzadeh, Esq. [mailto:Shawn@bedfordlg.com]
**Sent:** Tuesday, May 28, 2019 10:35 AM
**To:** Samantha Gold
**Cc:** John Courtney
**Subject:** Re: Our Former Client: Christina Fulton

Hello:

I am following up again. Please provide me with the settlement information by COB today. This is our 4th request. Thanks.

Sincerely,

Shawn Azizzadeh, Esq.