# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1875 Century Park East, Suite 1790, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*):

Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Action in Nonbankruptcy Forum); Memorandum of Points and Authorities in Support of Motion for Relief From Stay; Declaration of Shawn Azizzadeh, Esq. in Support of Motion for Relief from Stay; [Proposed] Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 02/12/2021. Michelle Balady, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 01/12/2021 Michelle Balady, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas Girardi, 1126 Wilshire Boulevard Los Angeles, CA 90017
Girardi Keese, 1126 Wilshire Boulevard Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/09/2021 | Michelle Balady | *Michelle Balady* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

| NAME / ON BEHALF OF | EMAIL |
|---|---|
| Jennifer Witherell Crastz re: Creditor Wells Fargo Vendor Financial Services, Inc. | jcrastz@hrhlaw.com |
| Richard W Esterkin re: Interested Party | richard.esterkin@morganlewis.com |
| Eric D Goldberg re: Creditor Stillwell Madison, LLC | eric.goldberg@dlapiper.com; eric-goldberg-1103@ecf.pacerpro.com |
| Andrew Goodman re: Petitioning Creditor Erika Saldana | agoodman@andyglaw.com |
| Andrew Goodman re: Petitioning Creditor Jill O'Callahan | agoodman@andyglaw.com |
| Andrew Goodman re: Petitioning Creditor John Abassian | agoodman@andyglaw.com |
| Andrew Goodman re: Petitioning Creditor Kimberly Archie | agoodman@andyglaw.com |
| Andrew Goodman re: Petitioning Creditor Robert M. Keese | agoodman@andyglaw.com |
|  |  |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Andrew Goodman re: Petitioning Creditor Virginia Antonio | agoodman@andyglaw.com |
| Steven T Gubner re: Interested Party | agoodman@andyglaw.com, sgubner@bg.law, ecf@bg.law |
| Lewis R Landau re: Interested Party | Lew@Landaunet.com |
| Edith R Matthai re: Interested Party | ematthai@romalaw.com |
| Scott H Olson re: Creditor KCC Class Action Services, LLC | solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com |
| Ronald N Richards re: Interested Party | ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Timothy J Yoo re: Interested Party | tjy@lnbyb.com |
| Felix Arguelle | 1054 South Olive Street, Los Angeles, California 90015 - 1602 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

|  |  |
|---|---|
| Hinshaw & Culbertson | 151 North Franklin Street Suite 2500, Chicago, IL, 60606 |
| Infinity Insurance | 2201 4th Avenue North, Birmingham, AL 35203 |
| James River Ins. | P.O. Box 27648 Richmond, VA 23261-7648 |
| Nelgar J. Carrera | 14166 Erwin St Van Nuys, CA 91401-2833 |
| Raiser-CAL, LLC; Raiser, LLC; Uber Technologies | 818 W 7th St Ste 930 Los Angeles, CA 90017-3476 |
| Tyson & Mendes | 5661 La Jolla Blvd La Jolla, CA 92037-7524 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**