Elissa D. Miller
333 S. Grand Avenue, Suite 3400
Los Angeles, CA  90071
Telephone:   (213) 626-2311
Facsimile:    (213) 629-4520
emiller@sulmeyerlaw.com

CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE<br><br>Debtor. | CASE NO. 2:20-bk-21022 BR<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S INTENTION TO ABANDON LEASEHOLD INTEREST AND PERSONAL PROPERTY OF THE DEBTOR LOCATED AT 325 W. HOSPITALITY LANE, SUITE 204, SAN BERNARDINO, CALIFORNIA 92408 PURSUANT TO 11 U.S.C. § 554 (a), Fed. Rule Bank. Pro. 2002(c) & LOCAL BANKRUPTCY RULE 6007-1**<br><br>HEARING DATE:  [No Hearing Set] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

**YOU ARE HEREBY NOTIFIED THAT** immediately after fourteen (14) days from the date of mailing of this Notice, Elissa D.  Miller, the duly appointed Chapter 7 Trustee herein (the "Trustee"), intends to and will abandon the leasehold interest and personal property of the Debtor located at 325 W. Hospitality Ln., Suite 204, San Bernardino, CA 92408 as burdensome and inconsequential value to the estate.

Pursuant to Local Bankruptcy Rule 6007-1, objections hereto and requests for hearing before the Court, if any, shall be in writing and filed with the Clerk of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, and served

LVC 2698446v1 2/26/2021 (12:42 PM)

upon the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017 and the Trustee herein at the address shown at the upper left corner of the Notice, within fourteen (14) days of the date of the mailing of this Notice. Any objections not timely filed and properly served will be deemed waived and as consent to the relief requested by the Trustee herein. Pursuant to 11 U.S.C. § 554(a), Rule 2002(c) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 6007-1, if no written objection and request for hearing is served within fourteen (14) days of the mailing of the Notice, the Trustee shall be deemed to be authorized to take any and all actions necessary or convenient regarding the abandonment proposed herein in the Trustee's sole discretion on the grounds that the estate property is burdensome and/or of of inconsequential value to the estate and necessary to protect the Trustee from liability.

The abandonment may be effectuated, in the Trustee's sole discretion, upon the filing of a notice of abandonment with the Bankruptcy Court Clerk's Office, served solely upon the U.S. Trustee's Office and the Debtor. However, the Trustee reserved the right, in his sole discretion, to seek a Court order authorizing any and all actions necessary or convenient relative to the abandonment. To the extent that a motion, request and/or application is required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Bankruptcy Rules applicable hereto, this Notice shall constitute such motion, request and/or application.

DATED: February 26, 2021              /s/ Elissa D. Miller
                                      Elissa D. Miller
                                      Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 S. Grand Avenue, Suite 3400, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled: NOTICE OF ABANDONMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 26, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Rafey Balabanian    , docket@edelson.com
Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Richard D Buckley    richard.buckley@arentfox.com
Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
Jennifer Witherell Crastz    jcrastz@hrhlaw.com
Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
Richard W Esterkin    richard.esterkin@morganlewis.com
Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
James J Finsten    , jimfinsten@hotmail.com
Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
Steven T Gubner    sgubner@bg.law, ecf@bg.law
Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Lewis R Landau    Lew@Landaunet.com
Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
Edith R Matthai    ematthai@romalaw.com
Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Boris Treyzon    jfinnerty@actslaw.com, sgonzales@actslaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Eric D Winston    ericwinston@quinnemanuel.com
Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
Timothy J Yoo    tjy@lnbyb.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On February 26, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2021 | Lupe V. Cortez | /s/ Lupe Cortez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

ABIR COHEN TREYZON SALO, LLP, a California l
ACTS
16001 Ventura Boulevard, Suite 200
Encino, CA 91436-4482

Frantz Law Group, APLC
2029 Century Park East
#400
Los Angeles, CA 90067-2905

Wells Fargo Vendor Financial Services, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

Virginia Antonio
20413 Via Navarra
Yorba Linda, CA 92886-3065

Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

Boris Treyzon Esq
16001 Ventura Blvd., Suite 200
Encino, CA 91436-4482

Dominic Lombardo
115 E. Pomona Boulevard
Suite A
Monterey Park, CA 91755-7210

Bedford Law Group, APC
1875 Century Park East
Suite 1790
Century City, CA 90067-2537

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Southern California Gas Company
555 West 5th Street
Los Angeles, CA 90013-1011

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

Robert M. Keese
22982 Rosemont Court
Murrieta, CA 92562-3075

Boris Treyzon Esq
16001 Ventura Blvd., Suite 200
Encino, CA 91436-4482

Robert Girardi
402 South Marengo Ave.
Suite B
Pasadena, CA 91101-3113

Fay Pugh
1163 Daniels Drive
Los Angeles, CA 90035-1101

Andrew Goodman
30700 Russell Ranch Road
Suite 250
Westlake Village, CA 91362-9507

DK Global, Inc.
420 Missouri Ct
Redlands, CA 92373-3128

Gayle C. Kurosu
1116 West 187th Street
Gardena, CA 90248-4123

Marlatt Consulting
85 Cresta Verde Dr
Rolling Hills Estates, CA 90274-5455

L. Everett & Associates, LLC
3700 State Street, Suite 350
Santa Barbara, CA 93105-3100

US Legal Support
16825 Northchase DrSuite 900
Houston, TX 77060-6004