**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**STIPULATION AUTHORIZING PAYMENT OF CLIENT'S SETTLEMENT FUNDS AND FEES AND EXPENSES TO BE DISBURSED TO THE ESTATE AND TO CO-COUNSEL**<br><br>[No Hearing Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Elissa D. Miller, the chapter 7 trustee of the bankruptcy estate of Girardi Keese (the "Trustee"), by and through her attorneys, Smiley Wang-Ekvall, LLP, The Cochran Firm - California ("Cochran"), Yrjö Timonen and Kirsi Piha-Timonen (collectively, the "Client"), and Mary Alexander & Associates, P.C. ("Alexander"), enter into this *Stipulation Authorizing Payment of Client's Settlement Funds and Fees and Expenses to be Disbursed to the Estate and Co-Counsel* (the "Stipulation") as follows:

**RECITALS**

A.    On December 18, 2020 (the "Petition Date"), an involuntary chapter 7 bankruptcy petition ("Petition") was filed against Girardi Keese ("Debtor"). As of the filing

of the involuntary petition, Debtor was counsel of record in a significant number of matters which were undertaken on a contingency basis.

B. The petitioning creditors moved for the appointment of an interim trustee which was granted by the Court by order entered January 5, 2021. The Trustee was appointed as the interim chapter 7 trustee of the bankruptcy estate of Girardi Keese (the "Estate") on January 6, 2021. The order for relief was entered January 13, 2021 and, the same date, the Trustee was reappointed and has been serving in that capacity since.

C. Prior to the petition date, Debtor and Cochran were retained by the Client and commenced an action against various defendants in connection with a fire at a building known Ghost Ship (the "Litigation"). The Litigation was recently resolved pursuant to a confidential settlement agreement.

D. The retention agreement between the Debtor, Cochran and the Client provided that Cochran and the Debtor would receive a percentage of the total recovery from their representation of the Client, plus costs.

E. Alexander is currently holding the first settlement payment due to the Client, inclusive of fees and costs due to the Debtor and Cochran, in its trust account (the "First Settlement Payment"). A final settlement payment, inclusive of fees and costs due to the Debtor and Cochran, is due to be paid by the defendants on or before August 31, 2021 (the "Final Settlement Payment"). The First Settlement Payment and the Final Settlement Payment are sometimes collectively referred to as the "Settlement Proceeds."

F. In addition to the Settlement Proceeds which are either already in Alexander's possession or which are anticipated on or before August 31, 2021, additional settlement proceeds may be forthcoming from Chor Ng, one of the defendants. The amount and timing of those payments are uncertain.

G. Based on the First Settlement Payment currently held by Alexander, the Debtor and Cochran are entitled to share a $562,500.00 contingency fee equally, or $281,250.00 each.

H. Cochran has no reimbursable costs. The Debtor incurred $352,924.26 in total costs, of which $157,703.92 is allocated to the Client based on the Client's settlement amount relative to the settlement amounts to be received by other plaintiffs represented by the Debtor. The Final Settlement Payment, which is due on or before August 31, 2021, will entitle the Debtor and Cochran to share an additional contingency fee of $131,250.00 equally, or $65,625.00 each.

I. In order to avoid any reluctance on the part of Alexander to remit the Settlement Proceeds to the Trustee, the parties have entered into this Stipulation setting out the costs to be deducted from the Settlement Proceeds and the allocation of the contingency fee between Cochran and the Debtor, with the balance of the Settlement Proceeds being remitted to the Client.

## STIPULATION

In light of the foregoing, the parties stipulate as follows:

1. Alexander is authorized and directed to remit the First Installment to the Trustee;

2. The Trustee will disburse the First Installment as follows:

    (a) $157,703.92 in costs to the Trustee, on behalf of the Estate;

    (b) $281,250.00 to Cochran as its allocation of the contingency fee from the First Installment;

    (c) $281,250.00 to Trustee, on behalf of the Estate, as the Debtor's allocation of the contingency fee from the First Installment;

    (d) The balance to the Client.

3. Upon receipt of the Final Installment, Alexander is authorized and directed to remit the proceeds to the Trustee;

4. The Trustee will disburse the Final Installment as follows:

    (a) $65,625.00 to Cochran as its allocation of the contingency fee from the Final Installment; and

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

      (b)    $65,625.00 to the Trustee, on behalf of the Estate, as the Debtor's allocation of the contingency fee from the Final Installment; and

      (c)    The balance to the Client.

5.    To the extent Alexander receives additional settlement payments from Chor Ng, Alexander is authorized and directed to remit those payments to the Trustee, who will allocate the agreed-upon contingency fee equally between Cochran and the Trustee, with the balance to be remitted to the Client.

**IT IS SO STIPULATED.**

DATED: February 24, 2021    SMILEY WANG-EKVALL, LLP

By: /s/ Lei Lei Wang Ekvall
LEI LEI WANG EKVALL
Attorneys for Elissa D. Miller, Chapter 7 Trustee

DATED: February 23, 2021    THE COCHRAN FIRM - CALIFORNIA

By: [signature]
MARCELIS E. MORRIS

DATED: February __, 2021    ALEXANDER & ASSOCIATES, P.C.

By: _____
MARY E. ALEXANDER, MPH, JD

DATED: February __, 2021

_____
YRJÖ TIMONEN

DATED: February __, 2021

_____
KIRSI PIHA-TIMONEN

  (d) The balance to the Client.

  3. Upon receipt of the Final Installment, Alexander is authorized and directed to remit the proceeds to the Trustee;

  4. The Trustee will disburse the Final Installment as follows:

    (a) $65,625.00 to Cochran as its allocation of the contingency fee from the Final Installment; and

    (b) $65,625.00 to the Trustee, on behalf of the Estate, as the Debtor's allocation of the contingency fee from the Final Installment; and

    (c) The balance to the Client.

  5. To the extent Alexander receives additional settlement payments from Chor Ng, Alexander is authorized and directed to remit those payments to the Trustee, who will allocate the agreed-upon contingency fee equally between Cochran and the Trustee, with the balance to be remitted to the Client.

**IT IS SO STIPULATED.**

DATED: February __, 2021  SMILEY WANG-EKVALL, LLP

By: _____
  LEI LEI WANG EKVALL
  Attorneys for Elissa D. Miller, Chapter 7 Trustee

DATED: February ___, 2021  THE COCHRAN FIRM - CALIFORNIA

By: _____
  MARCELIS E. MORRIS

DATED: February 24, 2021  ALEXANDER & ASSOCIATES, P.C.

By: *Mary E. Alexander*
  MARY E. ALEXANDER, MPH, JD

DATED: February 22, 2021  _____
  YRJÖ TIMONEN

DATED: February __, 2021  _____
  KIRSI PIHA-TIMONEN

(b) $65,625.00 to the Trustee, on behalf of the Estate, as the Debtor's allocation of the contingency fee from the Final Installment; and

(c) The balance to the Client.

5. To the extent Alexander receives additional settlement payments from Chor Ng, Alexander is authorized and directed to remit those payments to the Trustee, who will allocate the agreed-upon contingency fee equally between Cochran and the Trustee, with the balance to be remitted to the Client.

**IT IS SO STIPULATED.**

DATED: February __, 2021    SMILEY WANG-EKVALL, LLP

By: _____
LEI LEI WANG EKVALL
Attorneys for Elissa D. Miller, Chapter 7 Trustee

DATED: February ___, 2021    THE COCHRAN FIRM - CALIFORNIA

By: _____
MARCELIS E. MORRIS

DATED: February 24, 2021    ALEXANDER & ASSOCIATES, P.C.

By: *[signature]*
MARY E. ALEXANDER, MPH, JD

DATED: February __, 2021

_____
YRJÖ TIMONEN

DATED: February 23, 2021    *[signature]*
KIRSI PIHA-TIMONEN

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION AUTHORIZING PAYMENT OF CLIENT'S SETTLEMENT FUNDS AND FEES AND EXPENSES TO BE DISBURSED TO THE ESTATE AND TO CO-COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 26, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 26, 2021  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    , docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,laura.rucker@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R Matthai    ematthai@romalaw.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon    jfinnerty@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**