**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee



FILED & ENTERED

MAR 04 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>                    Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION AUTHORIZING PAYMENT OF CLIENT'S SETTLEMENT FUNDS AND FEES AND EXPENSES TO BE DISBURSED TO THE ESTATE AND CO-COUNSEL**<br><br>**[No Hearing Required]** |

Pursuant to the *Stipulation Authorizing Payment of Client's Settlement Funds and Fees and Expenses to be Disbursed to the Estate and Co-Counsel* filed on February 24, 2021, as Docket No. 222 (the "Stipulation"), and good cause appearing therefrom,

**IT IS ORDERED** that the Stipulation is approved as follows:

1.   Alexander is authorized and directed to remit the First Installment[1] and, upon receipt, the Final Installment to the Trustee;

---

[1] Unless otherwise noted, defined terms shall have the same meaning and usage as in the Stipulation.

2. The Trustee is authorized to make the disbursements from the First Installment and Final Installment as outlined in the Stipulation;

3. To the extent Alexander receives additional settlement payments from Chor Ng, Alexander is authorized and directed to remit those payments to the Trustee, and the Trustee is authorized to disburse the agreed-upon contingency fee equally between Cochran and the Trustee, and to remit the balance to the Client; and

4. The Trustee is authorized to remit the Client's share of any settlement proceeds by wire transfer to an account designated by the Client.

###

Date: March 4, 2021

*Barry Russell*

_____
Barry Russell
United States Bankruptcy Judge