1  **SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
2  *lekvall@swelawfirm.com*
Philip E. Strok, State Bar No. 169296
3  *pstrok@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
4  *tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
5  Costa Mesa, California 92626
Telephone:   714 445-1000
6  Facsimile:    714 445-1002

7  Attorneys for Elissa D. Miller, Chapter 7
Trustee
8



FILED & ENTERED

MAR 04 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

9            **UNITED STATES BANKRUPTCY COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11               **LOS ANGELES DIVISION**

12  In re

13  GIRARDI KEESE,

14

15

16                    Debtor.

17

18

Case No. 2:20-bk-21022-BR

Chapter 7

**ORDER APPROVING STIPULATION
AUTHORIZING PAYMENT OF CLIENT'S
SETTLEMENT FUNDS**

**[No Hearing Required]**

19

20        Pursuant to the *Stipulation Authorizing Payment of Client's Settlement Funds* filed

21  on February 23, 2021, as Docket No. 215 (the "Stipulation"), and good cause appearing

22  therefrom,

23        **IT IS ORDERED** that the Stipulation is approved as follows:

24        1.        Alexander is authorized and directed to remit the Second Payment[1] to the

25  Trustee;

26

27  _____
[1] Unless otherwise noted, defined terms shall have the same meaning and usage as in
28  the Stipulation.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2.      The Trustee is authorized to disburse 100% of the Second Payment to the Client as outlined in the Stipulation;

3.      To the extent Alexander receives additional settlement payments due to the Client from Chor Ng, Alexander is authorized and directed to remit those payments to the Trustee, and the Trustee is authorized to disburse those payments as set forth in the Stipulation.

###

Date: March 4, 2021

Barry Russell
United States Bankruptcy Judge

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2858551.1                                2                                ORDER