**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:   (714) 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee



FILED & ENTERED

MAR 10 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br><br><br><br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS OR UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(d)(1**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

    On February 19, 2021, Elissa D. Miller, the chapter 7 trustee (the "Trustee") of the bankruptcy estate ("Estate") of Girardi Keese (the "Debtor"), filed and served the *Motion for Order Extending Time to Assume or Reject Executory Contracts or Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1)* [Docket No. 203] ("Motion") and notice of the Motion [Docket No. 204] ("Notice").  On March 4, 2021, the Trustee filed the *Supplement to Motion for Order Extending Time to Assume or Reject Executory Contracts or Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1)* [Docket No. 242] ("Supplement").  No opposition to or request for hearing on the Motion, Notice or Supplement was filed or

served. Having reviewed the Motion, Notice, and Supplement, and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED** that:

1. The Motion is granted;

2. The deadline to assume or reject executory contracts or unexpired leases of residential real property or of personal property is extended for approximately six months, to and including September 9, 2021; and

3. Pursuant to the Supplement, the Administrative Services Contract and Stop Loss Policy (the "Contracts") entered into between the Debtor and Cigna Health and Life Insurance Company are excluded from the Motion and the extended deadline set forth in this Order does not apply to the Contracts.

###

Date: March 10, 2021

Barry Russell
United States Bankruptcy Judge