**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Philip E. Strok, State Bar No. 169296
*pstrok@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:  (714) 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF BAR DATE FOR SECURED CREDITORS TO FILE PROOFS OF CLAIM**<br><br>**BAR DATE:  JUNE 23, 2021** |

**TO CREDITORS HOLDING SECURED CLAIMS, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that if you hold a secured claim against the estate of Girardi Keese (the "Debtor"), the United States Bankruptcy Court has established **JUNE 23, 2021 (**"Bar Date"), as the last date to file a proof of claim against the Debtor's estate.

**IF YOU HOLD A SECURED CLAIM**, then your proof of claim must be filed with the United States Bankruptcy Court on or before the Bar Date.  Your proof of claim must be filed electronically (the Bankruptcy Court provides instructions on filing electronically at https://www.cacb.uscourts.gov/epoc-electronic-proof-claim) or must be submitted to the Court on Official Form 410 at the following address:

    United States Bankruptcy Court
    Edward R. Roybal Federal Building and Courthouse
    255 East Temple Street
    Los Angeles, California 90012

You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov.

If you hold a secured claim and you do not timely file a proof of claim with the Bankruptcy Court by the Bar Date, then you will be forever barred from (1) asserting such a claim against the Debtor or the Debtor's estate, or (2) receiving any distribution in this case on account of such claim.

If you have already filed a secured claim, it is not necessary to file a new claim.

DATED: April 21, 2021                SMILEY WANG-EKVALL, LLP

By:    /s/ Philip E. Strok
       PHILIP E. STROK
       Attorneys for Elissa D. Miller, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BAR DATE FOR SECURED CREDITORS TO FILE PROOFS OF CLAIM BAR DATE JUNE 23, 202**1 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 21, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 21, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

Christopher Kamon
4030 Admirable Dr.
Rancho Palos Verdes, Ca 90275-6030

X  Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 21, 2021 | Terri Jones | /s/ Terri Jones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Elizabeth A Lombard    elombard@zwickerpc.com, bknotices@zwickerpc.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer    johnshaffer@quinnemanuel.com
- Richard M Steingard    , awong@steingardlaw.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon    jfinnerty@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

KCC Class Action Services, LLC
Attention Corporate Officer
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90256

California Attorney Lending II, Inc.
Attention Corporate Officer
6400 Main Street, Suite 120
Williamsville, NY 14221

CT Corporation System
Attn:  SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Nano Banc
Attention Corporate Officer
25220 Hancock Avenue
Suite 140
Murrieta, CA 92562

Joseph Ruigomez
16001 Ventura Blvd, Suite 200
Encino, CA 91436

Kathleen Ruigomez
16001 Ventura Blvd, Suite 200
Encino, CA 91436

Jamie Ruigomez
16001 Ventura Blvd, Suite 200
Encino, CA 91436

Ikon Financial Services
Attention Corporate Officer
1738 Bass Road
Macon, GA 31210-1043

Development Specialists Inc.
Attention Corporate Officer
10 S. LaSalle Street, Suite 3300
Chicago, IL 60603

L.A. Arena Funding, LLC
Attention Corporate Officer
800 W. Olympic Blvd., Suite 305
Los Angeles, CA 90015

Virage SPV 1 LLC
Attention: Corporate Officer
1700 Post Oak Blvd.
2 BLVD Place, Suite 300
Houston, TX 77056

Stillwell Madison LLC
Attention Corporate Officer
P.O. Box 832
Carefree, AZ 85377

Comerica Bank
Attention Corporate Officer
75 East Trimble Road, MC 4770
San Jose, CA 95131

Comerica Bank
Attention Corporate Officer
333 W. Santa Clara Street
San Jose, CA 95113

Law Finance Group LLC
Attention Corporate Officer
591 Redwood Highway, Suite 1200
Mill Valley, CA 94941

LFG Special Investor Group LLC
Attention Corporate Officer
Series Law Finance Group Fund III
200 South Virginia Street, 8th Floor
Reno, NV 89501

TSO LFG Holdco LLLP
Attention Corporate Officer
Park Avenue Tower
65 East 55th Street, 27th Floor
New York, NY 10022

First Legal Solution, APC
Attention Corporate Officer
16255 Ventura Blvd., Suite 1205
Encino, CA 91436

Employment Development Dept
722 Capitol Mall
Sacramento, CA 95814

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Abir Cohen Treyzon Salo LLP
16001 Ventura Boulevard
Suite 200
Encino, CA 91436-4482

Daimler Trust
Attention Corporate Officer
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Frantz Law Group, APLC
Attention Corporate Officer
2029 Century Park East #400
Los Angeles, CA 90067-2905

IDiscovery Solutions
Attention Corporate Officer
535 Anton Blvd Ste 850
Costa Mesa, CA 92626-7062

Southern California Gas Company
Attention Corporate Officer
555 West 5th Street
Los Angeles, CA 90013-1011

U.S. Legal Support, Inc.
Attention Corporate Officer
c/o Portillo Ronk Legal Team
5716 Corsa Avenue, Suite 207
Westlake Village, CA 91362-4059

Wells Fargo Vendor Financial
Services, Inc.
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2802

Jason Payne
29039 Gladiolus Dr.
Canyon Country, CA 91387-1829

Andrew Goodman
30700 Russell Ranch Road
Suite 250
Westlake Village, CA 91362-9507

Bedford Law Group, APC
Attention Corporate Officer
1875 Century Park East, Suite 1790
Los Angeles, CA 90067-2537

CT3Media, Inc. Chet Thompson
26080 Shadow Rock Ln 26080
Shadow Rock L
Valencia, CA 91381-0630

Cigna Health and Life Ins. Co
Marylou Rice
Legal Compliance Lead Analyst
900 Cottage Grove Road, B6LPA
Hartford CT 06152-0001

DK Global, Inc.
Attention Corporate Officer
420 Missouri Ct
Redlands, CA 92373-3128

David R. Lira
10100 Santa Monica Boulevard,
12th Floor
Los Angeles, CA 90067-4003

Dominic Lombardo
115 E. Pomona Boulevard
Suite A
Monterey Park, CA 91755-7210

Eric Lindvall, DO
604 N Magnolia Ave Suite 100
Clovis, CA 93611-9205

Erika Saldana
1757 Riverside Drive
Glendale, CA 91201-2856

Express Network LLC
Attention Corporate Officer
1605 W Olympic Blvd #800
Los Angeles CA 90015-4685

Fay Pugh
1163 Daniels Drive
Los Angeles, CA 90035-1101

Gayle C. Kurosu
1116 West 187th Street
Gardena, CA 90248-4123

Jaime Ruigomez
c/o Margulies Faith, LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436-4493

Jill O'Callahan
1437 Club View Drive
Los Angeles, CA 90024-5305

John Abassian
6403 Van Nuys Boulevard
Van Nuys, CA 91401-1437

Joseph Ruigomez
c/o Margulies Faith, LLP
16030 Ventura Blvd., Ste. 470
Encino, CA 91436-4493

Kathleen Ruigomez
c/o Margulies Faith, LLP
16030 Ventura Blvd. Ste. 470
Encino, CA 91436-4493

Kimberly Archie
15210 Ventura Boulevard
Suite 307
Sherman Oaks, CA 91403-3841

L. Everett & Associates, LLC
Attention Corporate Officer
3700 State Street, Suite 350
Santa Barbara, CA 93105-3100

L.A. Arena Funding, LLC
c/o Richard D. Buckley, Jr.
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Marlatt Consulting
Attention Corporate Officer
85 Cresta Verde Dr
Rolling Hills Estates, CA 90274-5455

Michael Vislosky
2764 Ceres Ave
Chico CA 95973-7814

2864831.1

| | | |
|---|---|---|
| Noel Montes<br>2117 Benjamin Creek Dr<br>Little Elm, TX 75068-0019 | Peterson & Associates Court Reporting, Inc.<br>Attention Corporate Officer<br>530 B Street, Suite 350<br>San Diego, CA 92101-4403 | Robert Keese<br>22982 Rosemont Court<br>Murrieta, CA 92562-3075 |
| Sammy Y. Hsu<br>13044 Pacific Promenade<br>Apt 423<br>Playa Vista, CA 90094-4006 | US Legal Support<br>Attention Corporate Officer<br>16825 Northchase DrSuite 900<br>Houston, TX 77060-6004 | Virginia Antonio<br>20413 Via Navarra<br>Yorba Linda, CA 92886-3065 |
| Christopher Kamon<br>4030 Admirable Drive<br>Rancho Palos Verdes, CA 90275-6030 | Boris Treyzon Esq<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436-4482 | Robert Girardi<br>402 South Marengo Ave.<br>Suite B<br>Pasadena, CA 91101-3113 |
| Edelson PC<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107 | | |

2864831.1