**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING THE TRANSITION AND ASSIGNMENT OF THE ESTATE'S INTERESTS IN THE PARAMOUNT LITIGATION FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese (the "Trustee"), has filed a *Motion for Order Authorizing the Transition and Assignment of the Estate's Interests in the Paramount Litigation Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363* (the "Motion").  The Trustee is requesting that the Motion be granted without a hearing as provided in Local Bankruptcy Rule 9013-1(o) unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.  The Motion is summarized as follows:

1.      Pre-petition, the Debtor represented approximately 137 plaintiffs (the "Clients") in an action involving alleged personal injury and property damage arising from toxic emissions in Paramount, California (the "Paramount Litigation").  The Paramount Litigation is close to resolution but there are additional tasks that need to be completed

before a settlement can be memorialized and the Clients paid.  After approaching a couple of law firms regarding transition of the Paramount Litigation, the Trustee has entered into an agreement with The Law Offices of Antony Thomassian ("Thomassian"), who will be collaborating with The Law Offices of Tim D. Wright ("Wright") (Thomassian and Wright are hereinafter collectively referred to as "Thomassian").  Thomassian is already familiar with the Paramount Litigation.  Among other things, Wright referred approximately 1/3 of the Clients to the Debtor.  Thomassian is experienced in personal injury lawsuits and has the requisite expertise and resources to represent the Clients in the Paramount Litigation.

2.    The Debtor is not able to continue to perform as counsel for the Clients and the Law Offices of Antony Thomassian ("Thomassian") wishes to substitute in as counsel with the collaboration of The Law Offices of Tim D. Wright ("Wright").  Thomassian and Wright are already familiar with the Paramount Litigation (Thomassian and Wright are hereinafter collectively referred to as "Thomassian").  The transition of the Clients to Thomassian is subject to each Client's consent.

3.    The Debtor's claim to fees and costs in the Paramount Litigation is an asset of value.  Accordingly, the Trustee and Thomassian entered into a transition agreement, whereby the Trustee agreed to transfer the Estate's interest in 137 cases in the Paramount Litigation to Thomassian (the "Agreement").  The salient terms of the Agreement are as follows:

(a)    All fees that may be received by Thomassian or the Debtor on account of the representation of the Clients in the Paramount Litigation, net of any common benefit assessments ("Fees"), shall be allocated as follows:

(i)    To the Trustee for the benefit of the Estate, 66.7% of the Fees after deducting costs (the "Estate Allocation");

(ii)    To Thomassian, 33.3% of the Fees after deducting Costs (the "Thomassian Allocation").  Any Referral Fees due on cases which have been referred to the Debtor and are transferred to Thomassian pursuant to the Agreement shall be deducted from the Thomassian Allocation. Thomassian agrees to assume the representation of the Clients under the same fee structure as that which was agreed to in writing between the Clients and the Debtor.

(b)    It is understood and acknowledged that the Debtor has advanced or otherwise incurred costs in the Paramount Litigation, some of which may be claims in the Bankruptcy Case, and reimbursement for such costs will be made to the Estate as part of the Estate Allocation.

(c)    The assignment to Thomassian, including without limitation the Thomassian Allocation, shall be free and clear of all liens, claims, encumbrances, and other interests pursuant to Bankruptcy Code section 363(f), including but not limited to (i) any purported liens, assignments, encumbrances, or other purported transfers to litigation funders or other creditors of the Debtor, and (ii) any purported assignments or transfers (or agreements to a substitution of counsel or notice of association or appearance) by the Debtor.

(d)    Any liens, claims, encumbrances, or other interests of the Debtor's creditors or other entities that may assert an interest in the Debtor's right to attorneys' fees or other compensation relating to the Clients shall attach only to the Estate Allocation, to the same extent, priority, and validity (if any) that such

liens, claims, encumbrances, or other interests had prior to consummation of the Agreement, and subject to any claims or defenses the Trustee or the Estate may have. The Thomassian Allocation shall be free and clear of such liens, claims, encumbrances, or other interests. For the avoidance of doubt, Thomassian is assuming no liabilities of the Estate, the Debtor, or any current or former partners, members, attorneys, insiders, affiliates, or employees thereof, whether under contract, tort, or otherwise.

(e)     The terms of the Agreement and the effectiveness thereof, are subject to Court approval.

4.     The proposed assignment, which is subject to each Client's consent, is in the best interests of the Estate and has been proposed in good faith. Under the Agreement, the Estate will realize 66.7% of any contingency fees earned plus costs on terms that are fair to the Estate. Finally, the Agreement is the product of the Trustee's arms-length negotiations with Thomassian.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for hearing is **14 days** after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

If you timely file and serve a written opposition and request for a hearing, the Trustee will file and serve a notice of hearing at least 14 days in advance of the hearing. If you fail to comply with this deadline:

(a)     The Trustee will file a declaration to indicate (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice;

(b)     The Trustee will lodge an order that the Court may use to grant the Motion; and

(c)     The Court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice.

DATED: April 30, 2021          SMILEY WANG-EKVALL, LLP

By:     /s/ Lei Lei Wang Ekvall
LEI LEI WANG EKVALL
Attorneys for Elissa D. Miller, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER AUTHORIZING THE TRANSITION AND ASSIGNMENT OF THE ESTATE'S INTERESTS IN THE PARAMOUNT LITIGATION FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 30, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 30, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):</u>

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Elizabeth A Lombard    elombard@zwickerpc.com, bknotices@zwickerpc.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer    johnshaffer@quinnemanuel.com
- Richard M Steingard    , awong@steingardlaw.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon    jfinnerty@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| REST YOUR CASE EVIDENCE STORAGE LLC<br>PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 | AMERICAN EXPRESS NATIONAL BANK C/O ZWICKER &<br>80 MINUTEMAN ROAD<br>P.O. BOX 9043<br>ANDOVER, MA 01810-0943 | BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST<br>SUITE 1790<br>CENTURY CITY, CA 90067-2537 |
| DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | OFFICE OF FINANCE<br>CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | FRANTZ LAW GROUP, APLC<br>2029 CENTURY PARK EAST<br>#400<br>LOS ANGELES, CA 90067-2905 | IDISCOVERY SOLUTIONS<br>535 ANTON BLVD STE 850<br>COSTA MESA, CA 92626-7062 |
| SOUTHERN CALIFORNIA GAS COMPANY<br>555 WEST 5TH STREET<br>LOS ANGELES, CA 90013-1011 | ROBERT GIRARDI<br>402 SOUTH MARENGO AVE.<br>SUITE B<br>PASADENA, CA 91101-3113 | U.S. LEGAL SUPPORT, INC.<br>C/O PORTILLO RONK LEGAL TEAM<br>5716 CORSA AVENUE<br>SUITE 207<br>WESTLAKE VILLAGE, CA 91362-4059 |
| | WELLS FARGO VENDOR FINANCIAL SERVICES, INC.<br>C/O HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BLVD., 12TH FLOOR<br>ENCINO, CA 91436-2802 | VIRGINIA ANTONIO<br>20413 VIA NAVARRA<br>YORBA LINDA, CA 92886-3065 |
| BAKER, KEENER & NAHRA, LLP<br>633 WEST FIFTH STREET<br>SUITE 5500<br>LOS ANGELES, CA 90071-2014 | BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST, SUITE 1790<br>LOS ANGELES, CA 90067-2537 | CT3MEDIA, INC. CHET THOMPSON<br>26080 SHADOW ROCK LN 26080 SHADOW ROCK L<br>VALENCIA, CA 91381-0630 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| CHRISTINA FULTON<br>1875 CENTURY PARK EAST<br>SUITE 2230<br>LOS ANGELES, CA 90067-2522 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>MARYLOU RICE<br>LEGAL COMPLIANCE LEAD ANALYST<br>900 COTTAGE GROVE ROAD, B6LPA<br>HARTFORD CT 06152-0001 | DK GLOBAL, INC.<br>420 MISSOURI CT<br>420 MISSOURI CT<br>REDLANDS, CA 92373-3128 |
| DAVID R. LIRA<br>10100 SANTA MONICA BOULEVARD, 12TH FLOOR<br>LOS ANGELES, CA 90067-4003 | DOMINIC LOMBARDO<br>115 E. POMONA BOULEVARD<br>SUITE A<br>MONTEREY PARK, CA 91755-7210 | ERIC BRYAN SEUTHE<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>LOS ANGELES, CA 90024-3931 |
| ERIC LINDVALL, DO<br>604 N MAGNOLIA AVE SUITE 100<br>CLOVIS, CA 93611-9205 | ERIKA SALDANA<br>1757 RIVERSIDE DRIVE<br>GLENDALE, CA 91201-2856 | ESQUIRE DEPOSITION SOLUTIONS, LLC.<br>2700 CENTENNIAL TOWER 101 MARIETTA ST<br>ATLANTA, GA 30303 |
| EXPRESS NETWORK LLC<br>1605 W OLYMPIC BLVD #800<br>LOS ANGELES CA 90015-4685 | FAY PUGH<br>1163 DANIELS DRIVE<br>LOS ANGELES, CA 90035-1101 | GAYLE C. KUROSU<br>1116 WEST 187TH STREET<br>GARDENA, CA 90248-4123 |
| JAIME RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 | JILL O'CALLAHAN<br>1437 CLUB VIEW DRIVE<br>LOS ANGELES, CA 90024-5305 | JOHN ABASSIAN<br>6403 VAN NUYS BOULEVARD<br>VAN NUYS, CA 91401-1437 |
| JOSEPH RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 | JUDY SELBERG<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>10990 WILSHIRE BLVD., SUITE 1420<br>LOS ANGELES, CA 90024-3931 | KATHLEEN L. BAJGROWICZ<br>MANUEL H. MILLER, ESQ.<br>LAW OFFICES OF MANUEL H. MILLER<br>20750 VENTURA BOULEVARD, SUITE 440<br>WOODLAND HILLS, CA 91364-6643 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| KATHLEEN RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD. STE. 470<br>ENCINO, CA 91436-4493 | KIMBERLY ARCHIE<br>15210 VENTURA BOULEVARD<br>SUITE 307<br>SHERMAN OAKS, CA 91403-3841 | L. EVERETT & ASSOCIATES, LLC<br>3700 STATE STREET, SUITE 350<br>SANTA BARBARA, CA 93105-3100 |
| L.A. ARENA FUNDING, LLC<br>C/O RICHARD D. BUCKLEY, JR.<br>ARENT FOX LLP<br>555 WEST FIFTH STREET, 48TH FLOOR<br>LOS ANGELES, CA 90013-1065 | MANUEL H. MILLER<br>20750 VENTURA BOULEVARD<br>SUITE 440<br>WOODLAND HILLS, CA 91364-6643 | MARLATT CONSULTING<br>85 CRESTA VERDE DR<br>ROLLING HILLS ESTATES, CA 90274-5455 |
| MICHAEL VISLOSKY<br>2764 CERES AVE<br>CHICO CA 95973-7814 | NOEL MONTES<br>2117 BENJAMIN CREEK DR<br>LITTLE ELM, TX 75068-0019 | PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 |
| PETERSON & ASSOCIATES COURT REPORTING, INC.<br>530 B STREET, SUITE 350<br>SAN DIEGO, CA 92101-4403 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4301 | PITNEY BOWES INC<br>27 WATERVIEW DR, 3RD FL<br>SHELTON, CT 06484-4361 |
| SAMMY Y. HSU<br>13044 PACIFIC PROMENADE<br>APT 423<br>PLAYA VISTA, CA 90094-4006 | SIMBA CAPITAL INC.  ROBERT COHAN<br>9 AVE AT PORT IMPERIAL 408<br>WEST NEW YORK, NJ 07093-7141 | US LEGAL SUPPORT<br>16825 NORTHCHASE DRSUITE 900<br>HOUSTON, TX 77060-6004 |
| ROBERT M. KEESE<br>22982 ROSEMONT COURT<br>MURRIETA, CA 92562-3075 | ROBERT GIRARDI<br>402 SOUTH MARENGO AVE.<br>SUITE B<br>PASADENA, CA 91101-3113 | GIRARDI KEESE<br>1126 WILSHIRE BLVD<br>LOS ANGELES, CA 90017-1904 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**