**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:     714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee



**FILED & ENTERED**

**MAY 12 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>　　　　　Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO DESIGNATE CHRIS KAMON TO APPEAR OR ACT ON BEHALF OF THE DEBTOR AND COMPEL ATTENDANCE AT THE § 341(a) MEETING OF CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9001(5)**<br><br>Date:     May 4, 2021<br>Time:    10:00 a.m.<br>Ctrm.:    1668 via ZoomGov<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012<br><br>Web Address:   https://cacb.zoomgov.com<br>Meeting ID:      160 161 8850<br>Password:         123456<br>Telephone:       (669) 254-5252 (San Jose)<br>　　　　　　　 (646) 828-7666 (New York) |

2866862.1                                           1                                           ORDER

On May 4, 2021 at 10:00 a.m., the above-captioned Court held a hearing on the *Motion to Designate Chris Kamon to Appear or Act on Behalf of the Debtor and Compel Attendance at the § 341(a) Meeting of Creditors Pursuant to Federal Rule of Bankruptcy Procedure 9001(5)* [Docket No. 269] (the "Motion") filed by Elissa D. Miller, in her capacity as Chapter 7 Trustee for the bankruptcy estate of Girardi Keese (the "Debtor"). Appearances were as noted as on the Court's record. Having considered the Motion and the pleadings and declarations filed in support thereof and opposition thereto, and the statements and arguments of counsel on the record at the hearing on the Motion, finding that notice and service of the Motion were proper, and finding good cause for the relief requested in the Motion,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. Christopher Kamon is designated to appear and act on behalf of the Debtor pursuant to Federal Rule of Bankruptcy Procedure 9001(5); and

3. Christopher Kamon shall appear at the Debtor's § 341(a) meeting of creditors set for May 18, 2021 at 9:00 a.m., and any continued § 341(a) meetings of creditors.

###

Date: May 12, 2021

_____
Barry Russell
United States Bankruptcy Judge