1   **SMILEY WANG-EKVALL, LLP**
    Lei Lei Wang Ekvall, State Bar No. 163047
2   *lekvall@swelawfirm.com*
    Philip E. Strok, State Bar No. 169296
3   *pstrok@swelawfirm.com*
    Timothy W. Evanston, State Bar No. 319342
4   *tevanston@swelawfirm.com*
    3200 Park Center Drive, Suite 250
5   Costa Mesa, California 92626
    Telephone:    714 445-1000
6   Facsimile:    714 445-1002

7   Attorneys for Elissa D. Miller, Chapter 7
    Trustee

8

9                  **UNITED STATES BANKRUPTCY COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11                      **LOS ANGELES DIVISION**

12   In re                              Case No. 2:20-bk-21022-BR

     GIRARDI KEESE,                     Chapter 7
13
                                        **NOTICE OF HEARING ON CHAPTER 7**
14              Debtor.                 **TRUSTEE'S APPLICATION TO EMPLOY**
                                        **THE LAW OFFICES OF RONALD**
15                                      **RICHARDS & ASSOCIATES, A.P.C., AS**
                                        **SPECIAL LITIGATION COUNSEL**
16
                                        Date:      June 8, 2021
17                                      Time:      10:00 a.m.
                                        Crtrm.:    1668
18                                                 255 E. Temple Street
                                                   Los Angeles, California 90012
19

20

21

22

23

24

25

26

27

28

*(left margin, rotated)* SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2868070.1                    1                    NOTICE

1  **TO ALL INTERESTED PARTIES:**

2  **PLEASE TAKE NOTICE** that the *Chapter 7 Trustee's Application to Employ the*

3  *Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel*

4  [Docket No. 318] (the "Application") filed and served on all interested parties on April 26,

5  2021 by Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese,

6  has been set for hearing on **June 8, 2021**, at **10:00 a.m.** in Courtroom 1668 of the United

7  States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California 90012.

8

9  DATED:  May 18, 2021          SMILEY WANG-EKVALL, LLP

10

11

12  By:  _____*/s/ Timothy W. Evanston*_____
          TIMOTHY W. EVANSTON

13        Attorneys for Elissa D. Miller, Chapter 7
          Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2868070.1                              2                              NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C., AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 18, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  May 18, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> The Honorable Barry Russell
> U.S. Bankruptcy Court
> Roybal Federal Building
> 255 E. Temple Street, Suite 1660
> Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 18, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

### 1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Kyra E Andrassy     kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
•Rafey Balabanian     rbalabanian@edelson.com, docket@edelson.com
•Michelle Balady     mb@bedfordlg.com, leo@bedfordlg.com
•William C Beall     will@beallandburkhardt.com, carissa@beallandburkhardt.com
•Ori S Blumenfeld     Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
•Richard D Buckley     richard.buckley@arentfox.com
•Marie E Christiansen     mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
4166@ecf.pacerpro.com
•Jennifer Witherell Crastz     jcrastz@hrhlaw.com
•Ashleigh A Danker     Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
•Clifford S Davidson     csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
•Lei Lei Wang Ekvall     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
•Richard W Esterkin     richard.esterkin@morganlewis.com
•Timothy W Evanston     tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
•Jeremy Faith     Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
•James J Finsten     , jimfinsten@hotmail.com
•Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
•Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
•Andrew Goodman     agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
•Suzanne C Grandt     suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
•Steven T Gubner     sgubner@bg.law, ecf@bg.law
•Marshall J Hogan     mhogan@swlaw.com, knestuk@swlaw.com
•Sheryl K Ith     sith@cookseylaw.com, sith@ecf.courtdrive.com
•Razmig Izakelian     razmigizakelian@quinnemanuel.com
•Lewis R Landau     Lew@Landaunet.com
•Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
•Elizabeth A Lombard     elombard@zwickerpc.com, bknotices@zwickerpc.com
•Craig G Margulies     Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
•Peter J Mastan     peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
•Edith R. Matthai     ematthai@romalaw.com, lrobie@romalaw.com
•Kenneth Miller     kmiller@pmcos.com, efilings@pmcos.com
•Elissa Miller (TR)     CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
•Eric A Mitnick     MitnickLaw@aol.com, mitnicklaw@gmail.com
•Scott H Olson     solson@vedderprice.com, scott-olson-
2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
•Leonard Pena     lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
•Michael J Quinn     mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
•David M Reeder     david@reederlaw.com, secretary@reederlaw.com
•Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com
•Kevin C Ronk     Kevin@portilloronk.com, Attorneys@portilloronk.com
•William F Savino     wsavino@woodsoviatt.com, lherald@woodsoviatt.com
•Kenneth John Shaffer     johnshaffer@quinnemanuel.com
•Richard M Steingard     , awong@steingardlaw.com
•Philip E Strok     pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
•Boris Treyzon     jfinnerty@actslaw.com, sgonzales@actslaw.com
• United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
•Eric D Winston     ericwinston@quinnemanuel.com
•Christopher K.S. Wong     christopher.wong@arentfox.com, yvonne.li@arentfox.com
•Timothy J Yoo     tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**