**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
*lekvall@swelawfirm.com*
Philip E. Strok, State Bar No. 169296
*pstrok@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING ABANDONMENT PURSUANT TO 11 U.S.C. § 554 AND DISPOSAL OF CERTAIN PERSONAL PROPERTY**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that Elissa D. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Girardi Keese (the "Debtor"), has filed a *Motion for Order Authorizing Abandonment Pursuant to 11 U.S.C. § 554 and Disposal of Certain Personal Property* ("Motion").  The Trustee is requesting that the Motion be granted without a hearing as provided in Local Bankruptcy Rule 9013-1(o) unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing. The Motion is summarized as follows:

    1.    Prior to the involuntary petition, the Debtor was a prominent plaintiff's law firm representing clients in the areas of personal injury, defective products, sexual abuse, toxic torts, business law, employment law, and aviation law.  The Debtor employed attorneys and staff and occupied two buildings on Wilshire Boulevard in Los Angeles, California.  After the bankruptcy filing, the buildings were left packed with personal property items belonging to the Debtor or the Debtor's former employees and that property remains on the premises.  The personal property items subject to the Motion are

categorized and listed on Exhibit "1" to the Motion (the "Personal Property"). The buildings also contain a plethora of case and client files that will remain on the premises and are not subject to the Motion.

2. One of the buildings occupied by the Debtor is in escrow to be sold, and the building must be cleared of the Personal Property before the building is turned over to the new owner. To the extent any of the employees have personal property at either building they wish to retrieve, they may do so on an appointment basis only between June 1 through June 3, 2021, during the hours of 10:00 a.m. and 3:00 p.m. and on June 4, 2021, during the hours of 9:00 a.m. to 12:00 p.m., and on such other dates and times in the Trustee's sole discretion but no later than June 9, 2021. As soon as practicable after the filing of the Motion, the Trustee will provide notice of this right to retrieve personal property to employees of the Debtor at their last known address.

3. The Trustee is seeking authority to abandon the Debtor's Personal Property located in either building and to dispose of the Debtor's Personal Property and any Personal Property that is not claimed by the Debtor's employees on or before June 9, 2021. The Trustee has already determined that the Debtor's Personal Property has no realizable value or benefit to the Estate and that abandonment is in the best interest of the Estate. To the extent any of the Debtor's personal property (excluding furniture which will remain in place) is deemed to have value, it has or will be stored in the second building until arrangements can be made for an appropriate disposition.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for hearing is **14 days** after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

If you timely file and serve a written opposition and request for a hearing, the Trustee will file and serve a notice of hearing at least 14 days in advance of the hearing. If you fail to comply with this deadline:

(a) The Trustee will file a declaration to indicate (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice;

(b) The Trustee will lodge an order that the Court may use to grant the Motion; and

(c) The Court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice.

DATED: May 21, 2021        SMILEY WANG-EKVALL, LLP

By:    /s/ Philip E. Strok
PHILIP E. STROK
Attorneys for Elissa D. Miller, Chapter 7 Trustee

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER AUTHORIZING ABANDONMENT PURSUANT TO 11 U.S.C. § 554 AND DISPOSAL OF CERTAIN PERSONAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 21, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012
```

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2021 | Gabriela Gomez-Cruz | */s/ Gabriela Gomez-Cruz* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Kyra E Andrassy     kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Elizabeth A Lombard    elombard@zwickerpc.com, bknotices@zwickerpc.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer    johnshaffer@quinnemanuel.com
- Richard M Steingard    , awong@steingardlaw.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon    jfinnerty@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**SERVED BY UNITED STATES MAIL:**

**ECF- Master Mailing List:**

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COM<br>C/O ZWICKER AND ASSOCIATES, P.C.<br>P.O. 9043<br>ANDOVER, MA 01810-0943 | AMERICAN EXPRESS NATIONAL BANK C/O ZWICKER &<br>80 MINUTEMAN ROAD<br>P.O. BOX 9043<br>ANDOVER, MA 01810-0943 | BAKER, KEENER & NAHRA, LLP<br>633 WEST FIFTH STREET<br>SUITE 5500<br>LOS ANGELES, CA 90071-2014 |
| BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST<br>SUITE 1790<br>CENTURY CITY, CA 90067-2537 | BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST, SUITE 1790<br>LOS ANGELES, CA 90067-2537 | CT3MEDIA, INC. CHET THOMPSON<br>26080 SHADOW ROCK LN 26080 SHADOW ROCK L<br>VALENCIA, CA 91381-0630 |
| DAVID R. LIRA<br>10100 SANTA MONICA BOULEVARD, 12TH FLOOR<br>LOS ANGELES, CA 90067-4003 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>MARYLOU RICE<br>LEGAL COMPLIANCE LEAD ANALYST<br>900 COTTAGE GROVE ROAD, B6LPA<br>HARTFORD CT 06152-0001 | CHRISTINA FULTON<br>1875 CENTURY PARK EAST<br>SUITE 2230<br>LOS ANGELES, CA 90067-2522 |
| DK GLOBAL, INC.<br>420 MISSOURI CT<br>420 MISSOURI CT<br>REDLANDS, CA 92373-3128 | DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | DALTON & ASSOCIATES<br>1106 WEST TENTH STREET<br>WILMINGTON, DE 19806-4522 |
| EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | ERIC BRYAN SEUTHE<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>LOS ANGELES, CA 90024-3931 | ERIC LINDVALL, DO<br>604 N MAGNOLIA AVE SUITE 100<br>CLOVIS, CA 93611-9205 |
| ERIKA GIRARDI<br>C/O DINSMORE & SHOHL LLP<br>550 SOUTH HOPE STREET, SUITE 1765<br>LOS ANGELES, CA 90071-2669 | ERIKA SALDANA<br>1757 RIVERSIDE DRIVE<br>GLENDALE, CA 91201-2856 | DOMINIC LOMBARDO<br>115 E. POMONA BOULEVARD<br>SUITE A<br>MONTEREY PARK, CA 91755-7210 |
| ESQUIRE DEPOSITION SOLUTIONS, LLC.<br>2700 CENTENNIAL TOWER 101 MARIETTA ST<br>ATLANTA, GA 30303 | EXPRESS NETWORK LLC<br>1605 W OLYMPIC BLVD #800<br>LOS ANGELES CA 90015-4685 | FAY PUGH<br>1163 DANIELS DRIVE<br>LOS ANGELES, CA 90035-1101 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | FRANTZ LAW GROUP, APLC<br>2029 CENTURY PARK EAST<br>#400<br>LOS ANGELES, CA 90067-2905 | GAYLE C. KUROSU<br>1116 WEST 187TH STREET<br>GARDENA, CA 90248-4123 |
| GIRARDI KEESE<br>1126 WILSHIRE BLVD<br>LOS ANGELES, CA 90017-1904 | IDISCOVERY SOLUTIONS<br>535 ANTON BLVD STE 850<br>COSTA MESA, CA 92626-7062 | JAIME RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 |
| JOHN ABASSIAN<br>6403 VAN NUYS BOULEVARD<br>VAN NUYS, CA 91401-1437 | JILL O'CALLAHAN<br>1437 CLUB VIEW DRIVE<br>LOS ANGELES, CA 90024-5305 | JOSEPH RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 |
| KATHLEEN L. BAJGROWICZ<br>MANUEL H. MILLER, ESQ.<br>LAW OFFICES OF MANUEL H. MILLER<br>20750 VENTURA BOULEVARD, SUITE 440<br>WOODLAND HILLS, CA 91364-6643 | KATHLEEN RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD. STE. 470<br>ENCINO, CA 91436-4493 | JUDY SELBERG<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>10990 WILSHIRE BLVD., SUITE 1420<br>LOS ANGELES, CA 90024-3931 |
| KIMBERLY ARCHIE<br>15210 VENTURA BOULEVARD<br>SUITE 307<br>SHERMAN OAKS, CA 91403-3841 | L.A. ARENA FUNDING, LLC<br>C/O RICHARD D. BUCKLEY, JR.<br>ARENT FOX LLP<br>555 WEST FIFTH STREET, 48TH FLOOR<br>LOS ANGELES, CA 90013-1065 | L. EVERETT & ASSOCIATES, LLC<br>3700 STATE STREET, SUITE 350<br>SANTA BARBARA, CA 93105-3100 |
| MENCHACA & COMPANY LLP<br>835 WILSHIRE BLVD. SUITE 300<br>LOS ANGELES, CA, 90017 | MANUEL H. MILLER<br>20750 VENTURA BOULEVARD<br>SUITE 440<br>WOODLAND HILLS, CA 91364-6643 | MARLATT CONSULTING<br>85 CRESTA VERDE DR<br>ROLLING HILLS ESTATES, CA 90274-5455 |
| MATTHEW JONES<br>317 E 4TH STREET<br>LYNDON, KS 66451-9550 | MICHAEL VISLOSKY<br>2764 CERES AVE<br>CHICO CA 95973-7814 | REST YOUR CASE EVIDENCE STORAGE LLC<br>PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| NOEL MONTES<br>2117 BENJAMIN CREEK DR<br>LITTLE ELM, TX 75068-0019 | OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224<br>PREFERRED | PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 |
| PETERSON & ASSOCIATES COURT REPORTING, INC.<br>530 B STREET, SUITE 350<br>SAN DIEGO, CA 92101-4403 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4301 | PITNEY BOWES INC<br>27 WATERVIEW DR, 3RD FL<br>SHELTON, CT 06484-4361 |
| ROBERT M. KEESE<br>22982 ROSEMONT COURT<br>MURRIETA, CA 92562-3075 | ROBERT GIRARDI<br>402 SOUTH MARENGO AVE.<br>SUITE B<br>PASADENA, CA 91101-3113 | SAMMY Y. HSU<br>13044 PACIFIC PROMENADE<br>APT 423<br>PLAYA VISTA, CA 90094-4006 |
| SOUTHERN CALIFORNIA GAS COMPANY<br>555 WEST 5TH STREET<br>LOS ANGELES, CA 90013-1011 | SIMBA CAPITAL INC. ROBERT COHAN<br>9 AVE AT PORT IMPERIAL 408<br>WEST NEW YORK, NJ 07093-7141 | U.S. LEGAL SUPPORT, INC.<br>C/O PORTILLO RONK LEGAL TEAM<br>5716 CORSA AVENUE<br>SUITE 207<br>WESTLAKE VILLAGE, CA 91362-4059 |
| US LEGAL SUPPORT<br>16825 NORTHCHASE DR SUITE 900<br>HOUSTON, TX 77060-6004 | VIRGINIA ANTONIO<br>20413 VIA NAVARRA<br>YORBA LINDA, CA 92886-3065 | WELLS FARGO VENDOR FINANCIAL SERVICES, INC.<br>C/O HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BLVD., 12TH FLOOR<br>ENCINO, CA 91436-2802 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Employees:**

| | | |
|---|---|---|
| ANDREW ALEXANDROFF<br>1755 OCEAN AVE APT 410<br>SANTA MONICA CA 90401-3619 | NICOLE ALLAUDIN<br>4335 JIMSON RD<br>LOS ANGELES CA 90041-1599 | ALICIA ALMEIDA<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 |
| MONICA ALMEIDA<br>1521 DUNSWELL AVE<br>HACIENDA HEIGHTS CA 91745-2726 | CHRISTOPHER AUMAIS<br>865 1/2 S BUNDY DR<br>LOS ANGELES CA 90049-5216 | ALVIN BEDFORD<br>38040 27TH ST E APT 104<br>PALMDALE CA 93550-6415 |
| DAVID BIGELOW<br>364 N HIGHLAND AVE<br>LOS ANGELES CA 90036-2630 | NEREIDA BOWMAN<br>17472 CHERVIL LN<br>SAN BERNARDINO CA 92407-9067 | ICXEN CARDENAS<br>14930 ROXTON AVE<br>GARDENA CA 90249-3753 |
| MARIA CARLOS<br>13109 FAUST AVE<br>DOWNEY CA 90242-5025 | ALEXI CARLTON<br>3330 E FOOTHILL BLVD UNIT 432<br>PASADENA CA 91107-3961 | OLGA CARLTON<br>11895 BRIARROSE LN<br>CHINO CA 91710-2040 |
| LINDA CASTRO<br>908 FINEGROVE AVE<br>HACIENDA HEIGHTS CA 91745-1314 | JOY CAVALLEZ<br>17808 VIERRA AVE<br>CERRITOS CA 90703-9052 | CELENE CHAN<br>360 E 2ND ST STE 300<br>LOS ANGELES CA 90012-4207 |
| ARELY CORNEJO<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 | ARELY CORNEJO<br>7778 LAUREL AVE<br>FONTANA CA 92336-2831 | HALEI CORY<br>5616 SUGAR MAPLE WAY<br>FONTANA CA 92336-5912 |
| KIM CORY<br>5616 SUGAR MAPLE WAY<br>FONTANA CA 92336-5912 | JOHN COURTNEY<br>2054 MONTEREY BLVD<br>HERMOSA BEACH CA 90254-2912 | MICHELLE DIAMANT<br>4847 W SLAUSON AVE APT 14<br>LOS ANGELES CA 90056-1248 |
| DIAMO DOKHANIAN<br>605 N ARDEN DR<br>BEVERLY HILLS CA 90210-3509 | NICOLE DURAN<br>1922 ROSEGLEN AVE<br>SAN PEDRO CA 90731-1173 | JESSICA ESTRADA<br>PO BOX 1206<br>MANHATTAN MT 59741-1206 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| TRACEY FAUST<br>2335 E COLORADO BLVD STE 115<br>PASADENA CA 91107-6833 | TODD FELIS<br>1942 REYNOSA DR<br>TORRANCE CA 90501-5514 | DESIREE FERNANDEZ<br>9663 SANTA MONICA BLVD # 774<br>BEVERLY HILLS CA 90210-4303 |
| ROBERT FINNERTY<br>10425 WHIPPLE ST<br>TOLUCA LAKE CA 91602-2808 | COLEEN FORWARD<br>751 E ORANGE GROVE BLVD APT A<br>PASADENA CA 91104-5451 | KALI FOURNIER<br>19120 CHANDON LN<br>HUNTINGTON BEACH CA 92648-2139 |
| BRIANNA FRANCO<br>14942 ARCHWOOD ST<br>VAN NUYS CA 91405-4549 | SHIRLEEN FUJIMOTO<br>2032 W 233RD ST<br>TORRANCE CA 90501-5802 | DYLAN FUJIOKA<br>1501 PEBBLEDON ST<br>MONTEREY PARK CA 91754-4312 |
| GRACE FUJIOKA<br>1501 PEBBLEDON ST<br>MONTEREY PARK CA 91754-4312 | SHELBY FUJIOKA<br>1501 PEBBLEDON ST<br>MONTEREY PARK CA 91754-4312 | JASON FUKUMAN<br>2313 W 170TH ST<br>TORRANCE CA 90504-2833 |
| ALEXA GALLOWAY<br>5637 OAKHILL DR<br>SANTA MARIA CA 93455-6007 | SAMANTHA GOLD<br>531 N ROSSMORE AVE APT 302<br>LOS ANGELES CA 90004-2434 | KEITH GRIFFIN<br>10806 ESTHER AVE<br>LOS ANGELES CA 90064-3225 |
| MARK HEARN<br>120 23RD ST<br>MANHATTAN BEACH CA 90266-4410 | SAMMY HSU<br>13044 PACIFIC PROM<br>PLAYA VISTA CA 90094 | JOSEMARIA IBARRA<br>2410 E EL SEGUNDO BLVD<br>COMPTON CA 90222-2204 |
| LUPE INCLAN-WHITE<br>2965 E THOROUGHBRED ST<br>ONTARIO CA 91761-5088 | MICHAEL JACOBY<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 | LUIS JIMENEZ<br>640 E 23RD ST<br>LOS ANGELES CA 90011-1142 |
| NATALIE JUAREZ<br>223 S CARONDELET ST<br>LOS ANGELES CA 90057-2015 | RITA JUAREZ<br>223 S CARONDELET ST<br>LOS ANGELES CA 90057-2015 | CHRISTOPHER KAMON<br>4030 ADMIRABLE DR<br>RANCHO PALOS VERDES CA 90275-6030 |
| MICHAEL KELLY<br>4656 LEDGE AVE<br>TOLUCA LAKE CA 91602-1536 | CHRISTINA KIM<br>5037 ROSEWOOD AVE APT 305<br>LOS ANGELES CA 90004-1786 | ANN KURKE<br>355 WHITING ST<br>EL SEGUNDO CA 90245-2907 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| GAYLE KUROSU<br>1116 W 187TH ST<br>GARDENA CA 90248-4123 | LYNNE LEPORE<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 | DAVID LIRA<br>420 S HILL AVE<br>PASADENA CA 91106-3460 |
| IRASEMA LONGORIA<br>16268 SANTA BIANCA DR<br>HACIENDA HEIGHTS CA 91745-4829 | ISABEL MANCILLA<br>4816 MCKINLEY AVE<br>LOS ANGELES CA 90011-5423 | AMANDA MCCLINTOCK<br>332 19TH ST<br>MANHATTAN BEACH CA 90266-4513 |
| JOHN MCCORKLE<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 | SHAWNA MILLS<br>955 N DUESENBERG DR APT 7304<br>ONTARIO CA 91764-7955 | ASHKAHN MOHAMADI<br>8722 ASHCROFT AVE<br>WEST HOLLYWOOD CA 90048-1802 |
| ARIEL MONASTERIO<br>726 TULAROSA DR<br>LOS ANGELES CA 90026-3629 | CLAUS MORY<br>4455 LOS FELIZ BLVD APT 707<br>LOS ANGELES CA 90027-2138 | RONEN NAHOURAY<br>1151 COLDWATER CANYON DR<br>BEVERLY HILLS CA 90210-2420 |
| MARY NGUYEN<br>9071 ENLOE WAY<br>GARDEN GROVE CA 92844-2705 | MARTHA OCALLAGHAN<br>121 W GRAND AVE<br>ALHAMBRA CA 91801-2344 | JAMES O'CALLAHAN<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 |
| MARINA PACHECO<br>1000 S GRAND AVE APT 319<br>LOS ANGELES CA 90015-3470 | JOHN PADILLA<br>10006 S BROADWAY UNIT 115<br>LOS ANGELES CA 90003-5504 | JASON PAYNE<br>29039 GLADIOLUS DR<br>CANYON COUNTRY CA 91387-1829 |
| PATTY PAZ<br>351 S REBECCA ST<br>POMONA CA 91766-1556 | BALTHAZAR PEREZ<br>1002 RADWAY AVE<br>LA PUENTE CA 91744-1829 | JESSE PEREZ<br>715 1/2 W 45TH ST<br>LOS ANGELES CA 90037-3462 |
| JOSE PEREZ<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 | CHRISTINA PESCE<br>238 PRESIDENT ST APT 1<br>BROOKLYN NY 11231-4310 | KENNY RAMIREZ<br>5634 SCHARF AVE<br>FONTANA CA 92336-5917 |
| ANDRE REID<br>9715 S BROADWAY APT 4<br>LOS ANGELES CA 90003-4159 | VIKTORS REKTE<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 | JAIME REVILLA<br>3555 SAN MARINO ST APT 106<br>LOS ANGELES CA 90019-2325 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| LYSSA ROBERTS<br>1525 CARVER ST<br>REDONDO BEACH CA 90278-2815 | GLADYS RODAS<br>352 E 91ST ST<br>LOS ANGELES CA 90003-3806 | MELISA ROSADINI<br>8655 BELFORD AVE APT 216<br>LOS ANGELES CA 90045-4559 |
| JACQUELINE ROUILLARD<br>1250 W 184TH ST<br>GARDENA CA 90248-4016 | NORINA ROUILLARD<br>1250 W 184TH ST<br>GARDENA CA 90248-4016 | RENAE SALAS<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 |
| RENAE SALAS<br>17467 SANDLEWOOD DR<br>RIVERSIDE CA 92503-6781 | ARLAN SALONGA<br>4315 PARAMOUNT BLVD UNIT A<br>PICO RIVERA CA 90660-1698 | CURTIS SARIAN<br>5125 GREEN CROSS ROAD<br>LA CANADA FLINTRIDGE CA 91011 |
| ANDRE SHERMAN<br>3555 GIDDINGS RANCH RD<br>ALTADENA CA 91001-3800 | JENNIFER SIEGEL<br>1126 WILSHIRE BLVD<br>LOS ANGELES CA 90017-1904 | SONJAY SINGH<br>616 ST PAUL AVE<br>LOS ANGELES CA 90017-2022 |
| AMY SOLOMON<br>3001 OLD CALZADA RD<br>SANTA YNEZ CA 93460-9526 | MALLORY SOTO<br>1146 KNOLL DR<br>MONTEREY PARK CA 91754-2513 | ALEXANDRA STEELE<br>3055 SAN GABRIEL AVE<br>GLENDALE CA 91208-1701 |
| VAN TAMROWSKI<br>426 MERCURY LN<br>PASADENA CA 91107-2922 | COLLEEN TEEMAN<br>30164 VALLEY GLEN ST<br>CASTAIC CA 91384-3249 | CARLOS URZUA<br>5653 RABER ST<br>LOS ANGELES CA 90042-1172 |
| GARRET VALERIO<br>245 LAMONT DR<br>LOS ANGELES CA 90042-3515 | THERESA VITALE<br>1330 QUINTERO ST APT 1<br>LOS ANGELES CA 90026-7100 | TERRY WADA-KUBO<br>5 UTE RIVER CT<br>SACRAMENTO CA 95831-3372 |
| MARYLIN WAKATSUKI<br>4315 PARAMOUNT BLVD UNIT A<br>PICO RIVERA CA 90660-1698 | KELLY WEIL<br>20668 MEDLEY LN<br>TOPANGA CA 90290-3320 | ANNIE WILSON<br>3414 FISHER ST<br>HIGHLAND CA 92346-3103 |
| RYAN YOSHIYAMA<br>2117 SAN ANTONIO DR<br>MONTEBELLO CA 90640-2450 | KATHRYN ZIMMER<br>96 HENEARLY DR<br>MILLER PLACE NY 11764-3305 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE