**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:  714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee



FILED & ENTERED

JUN 08 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER AUTHORIZING ABANDONMENT PURSUANT TO 11 U.S.C. § 554 AND DISPOSAL OF CERTAIN PERSONAL PROPERTY**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

On May 21, 2021, Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese (the "Trustee"), filed and served the *Motion for Order Authorizing Abandonment Pursuant to 11 U.S.C. § 554 and Disposal of Certain Personal Property* [Docket No. 354] (the "Motion"), and notice of the Motion [Docket No. 355] ("Notice").  No opposition to or request for hearing on the Notice or Motion was filed or served.  Having reviewed the Notice and Motion and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED** that:

1.    The Motion is granted;

2. The Trustee is authorized to abandon the Debtor's Personal Property[1] pursuant to 11 U.S.C. § 554(a); and

3. The Trustee is authorized to dispose of the Debtor's Personal Property and any Personal Property that is not claimed by the Debtor's employees on or before June 9, 2021.

###

Date: June 8, 2021

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

---

[1] Capitalized terms shall have the same meaning and usage as in the Motion.