**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee



**FILED & ENTERED**

**JUN 10 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>                       Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C. AS SPECIAL LITIGATION COUNSEL**<br><br>Date:    June 8, 2021<br>Time:   10:00 a.m.<br>Ctrm.:   1668<br>           255 E. Temple Street<br>           Los Angeles, California 90012 |

On June 8, 2021, at 10:00 a.m., the above-captioned Court held a hearing on the *Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C. as Special Litigation Counsel* [Docket No. 318] (the "Application") filed by Elissa D. Miller, in her capacity as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Girardi Keese.  Appearances were as noted on the Court's record.

Having considered the Application and the pleadings, declarations, and exhibits filed in support thereof and response thereto, and the statements and arguments of counsel on the record at the hearing on the Application, finding that notice and service of

the Application were proper and that no further notice be given, and finding good cause for the relief requested in the Application,

**IT IS ORDERED** that, based on the representation by the Richards Firm[1] that the Plaintiffs in the Sheldon Litigation have agreed to and will not pursue any claims against Erika Girardi involving any transfers from the Debtor to Erika Girardi, the Trustee is authorized to employ the Law Offices of Ronald Richards & Associates, A.P.C., as her special litigation counsel on the terms and conditions set forth in the Application.

###

Approved as to Form:

DINSMORE & SHOHL LLP

*Signature attached*
———————————————
PETER J. MASTAN
Attorneys for Erika Girardi

Date: June 10, 2021

———————————————
Barry Russell
United States Bankruptcy Judge

---

[1] Capitalized terms shall have the same meaning and usage as in the Motion.

**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:   714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>                Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C. AS SPECIAL LITIGATION COUNSEL**<br><br>Date:    June 8, 2021<br>Time:   10:00 a.m.<br>Ctrm.:  1668<br>          255 E. Temple Street<br>          Los Angeles, California 90012 |

On June 8, 2021, at 10:00 a.m., the above-captioned Court held a hearing on the *Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C. as Special Litigation Counsel* [Docket No. 318] (the "Application") filed by Elissa D. Miller, in her capacity as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Girardi Keese. Appearances were as noted on the Court's record.

Having considered the Application and the pleadings, declarations, and exhibits filed in support thereof and response thereto, and the statements and arguments of counsel on the record at the hearing on the Application, finding that notice and service of

the Application were proper and that no further notice be given, and finding good cause for the relief requested in the Application,

**IT IS ORDERED** that, based on the representation by the Richards Firm[1] that the Plaintiffs in the Sheldon Litigation have agreed to and will not pursue any claims against Erika Girardi involving any transfers from the Debtor to Erika Girardi, the Trustee is authorized to employ the Law Offices of Ronald Richards & Associates, A.P.C., as her special litigation counsel on the terms and conditions set forth in the Application.

###

Approved as to Form:

DINSMORE & SHOHL LLP

*/s/ Peter J. Mastan*
_____
PETER J. MASTAN
Attorneys for Erika Girardi

---

[1] Capitalized terms shall have the same meaning and usage as in the Motion.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002