Peter J. Mastan (State Bar No. 190250)
*peter.mastan@dinsmore.com*
DINSMORE & SHOHL LLP
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Tel: 213-335-7737

Attorneys for Erika Girardi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF VOLUNTARY DISMISSAL/WITHDRAWAL OF MOTION OF DINSMORE & SHOHL LLP TO WITHDRAW AS COUNSEL FOR ERIKA GIRARDI**<br><br>**[Relates to ECF No. 399]**<br><br>Date: [No Hearing Required]<br>Time: [Not Applicable]<br>Ctrm: 1668<br>  255 E. Temple St.<br>  Los Angeles, CA 90012<br>Judge: Hon. Barry Russell |

22157172.1

**PLEASE TAKE NOTICE** that on June 15, 2021 Dinsmore & Shohl LLP ("Dinsmore" or the "Firm") filed its *Notice of Motion and Motion Of Dinsmore & Shohl LLP To Withdraw As Counsel For Erika Girardi* (ECF No. 399, the "Motion") and hereby voluntarily dismisses and withdraws the *Motion*.

Dated: June 17, 2021

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Peter J. Mastan
     Peter J. Mastan
Counsel for Erika Girardi

2

22157172.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

550 S. Hope Street, Suite 1765
Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): **Notice Of Voluntary Dismissal/Withdrawal of Motion Of Dinsmore & Shohl LLP To Withdraw As Counsel For Erika Girardi** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 16, 2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 16, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/16/21 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| Date | Printed Name | Signature |

3

22157172.1

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
U.S.B.C. Central District of California
Los Angeles Division

**1.** **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Kyra E Andrassy on behalf of Plaintiff Elissa Miller
kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Michelle Balady on behalf of Creditor Bedford Law Group, APC
mb@bedfordlg.com, leo@bedfordlg.com

William C Beall on behalf of Interested Party Mullen & Henzell, LLP
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Interested Party Shane Horton
will@beallandburkhardt.com, carissa@beallandburkhardt.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant Boris Treyzon Esq
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

22157172.1

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, LLC
jcrastz@hrhlaw.com

Ashleigh A Danker on behalf of Interested Party Courtesy NEF
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Plaintiff Elissa Miller
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Trustee Elissa Miller (TR)
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Richard W Esterkin on behalf of Creditor Southern California Gas Company
richard.esterkin@morganlewis.com

Richard W Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

Timothy W Evanston on behalf of Interested Party Courtesy NEF
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Plaintiff Elissa Miller
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Trustee Elissa Miller (TR)
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

22157172.1

| | |
|---|---|
| 1 | James J Finsten on behalf of Interested Party Courtesy NEF , jimfinsten@hotmail.com |
| 2 | |
| 3 | Alan W Forsley on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| 4 | Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 5 | |
| 6 | Andrew Goodman on behalf of Attorney William F Savino agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 7 | |
| 8 | Andrew Goodman on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 9 | Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 10 | |
| 11 | Andrew Goodman on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 12 | Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 13 | |
| 14 | Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 15 | Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 16 | |
| 17 | Suzanne C Grandt on behalf of Interested Party Courtesy NEF suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov |
| 18 | Steven T Gubner on behalf of Interested Party Courtesy NEF sgubner@bg.law, ecf@bg.law |
| 19 | |
| 20 | Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc. mhogan@swlaw.com, knestuk@swlaw.com |
| 21 | Sheryl K Ith on behalf of Creditor Daimler Trust sith@cookseylaw.com, sith@ecf.courtdrive.com |
| 22 | |
| 23 | Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC razmigizakelian@quinnemanuel.com |
| 24 | Lewis R Landau on behalf of Creditor Virage SPV 1, LLC Lew@Landaunet.com |
| 25 | |
| 26 | Lewis R Landau on behalf of Interested Party Courtesy NEF Lew@Landaunet.com |
| 27 | Daniel A Lev on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| 28 | |

6

22157172.1

Elizabeth A Lombard on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.
elombard@zwickerpc.com, bknotices@zwickerpc.com

Craig G Margulies on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Defendant Boris Treyzon Esq
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Peter J Mastan on behalf of Interested Party Courtesy NEF
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Peter J Mastan on behalf of Interested Party Erika Girardi
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Edith R. Matthai on behalf of Defendant David Lira
ematthai@romalaw.com, lrobie@romalaw.com

Edith R. Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com, lrobie@romalaw.com

Kenneth Miller on behalf of Interested Party Courtesy NEF
kmiller@pmcos.com, efilings@pmcos.com

Elissa Miller (TR)
CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Carmela Pagay on behalf of Interested Party Courtesy NEF
ctp@lnbyb.com

Leonard Pena on behalf of Interested Party Robert Girardi
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

7

22157172.1

| | |
|---|---|
| 1 | David M Reeder on behalf of Interested Party Courtesy NEF<br>david@reederlaw.com, secretary@reederlaw.com |
| 2 | Ronald N Richards on behalf of Creditor Law Offices of Phili Sheldon APC<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 3 | |
| 4 | Ronald N Richards on behalf of Trustee Elissa Miller (TR)<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 5 | Ronald N Richards on behalf of Plaintiff Robert P Finn<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 6 | |
| 7 | Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.<br>Kevin@portilloronk.com, Attorneys@portilloronk.com |
| 8 | |
| 9 | William F Savino on behalf of Creditor California Attorney Lending II, Inc.<br>wsavino@woodsoviatt.com, lherald@woodsoviatt.com |
| 10 | Kenneth John Shaffer on behalf of Creditor Frantz Law Group, APLC<br>johnshaffer@quinnemanuel.com |
| 11 | |
| 12 | Richard M Steingard on behalf of Other Professional Christopher Kamon<br>, awong@steingardlaw.com |
| 13 | Philip E Strok on behalf of Interested Party Courtesy NEF<br>pstrok@swelawfirm.com, |
| 14 | gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| 15 | Philip E Strok on behalf of Trustee Elissa Miller (TR)<br>pstrok@swelawfirm.com, |
| 16 | gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| 17 | Boris Treyzon on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership |
| 18 | jfinnerty@actslaw.com, sgonzales@actslaw.com |
| 19 | United States Trustee (LA)<br>ustpregion16.la.ecf@usdoj.gov |
| 20 | |
| 21 | Eric D Winston on behalf of Creditor Frantz Law Group, APLC<br>ericwinston@quinnemanuel.com |
| 22 | Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC<br>christopher.wong@arentfox.com, yvonne.li@arentfox.com |
| 23 | |
| 24 | Timothy J Yoo on behalf of Interested Party Courtesy NEF<br>tjy@lnbyb.com |
| 25 | Timothy J Yoo on behalf of Interested Party Jason M. Rund<br>tjy@lnbyb.com |
| 26 | |
| 27 | |
| 28 | |

8

22157172.1

**2.** **SERVED BY UNITED STATES MAIL:**

**Debtor:**
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

**3.** **SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Hon. Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

9

22157172.1