Ronald Richards (CA Bar No. 176246)
   ron@ronaldrichards.com
Morani Stelmach (CA Bar No. 296670)
   morani@ronadlrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Special Litigation Counsel for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE<br><br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF ERRATA**<br><br>DATE:<br>TIME:    [No Hearing Required]<br>PLACE:<br><br>**[RELATES TO DOCKET NO. 423, 427]** |

      In Doc #423 and the proposed order, and Doc#427, the name "Ginsburg" should be changed to Ginsberg due to an errata.

DATED: June 23, 2021

      Law Offices of Ronald Richards & Associates, APC

      By:    /s/ Ronald Richards

      _____
      Ronald Richards
      Special Litigation Counsel for Elissa D. Miller, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
PO Box 11480
Beverly Hills, CA  90213

A true and correct copy of the foregoing document entitled (*specify*): _____
Notice of Errata
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 23, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 23, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via email pdf to
Larry Ginsberg: lginsberg@harris-ginsberg.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2021 | Ronald Richards | /s Ronald Richards |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

***2:20-bk-21022-BR Notice will be electronically mailed to:***

*Kyra E Andrassy on behalf of Plaintiff Elissa Miller*
*kandrassy@swelawfirm.com,*
*lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*

*Rafey Balabanian on behalf of Creditor Edelson PC*
*rbalabanian@edelson.com, docket@edelson.com*

*Michelle Balady on behalf of Creditor Bedford Law Group, APC*
*mb@bedfordlg.com, leo@bedfordlg.com*

*William C Beall on behalf of Interested Party Mullen & Henzell, LLP*
*will@beallandburkhardt.com, carissa@beallandburkhardt.com*

*William C Beall on behalf of Interested Party Shane Horton*
*will@beallandburkhardt.com, carissa@beallandburkhardt.com*

*Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez*
*Ori@MarguliesFaithLaw.com,*
*Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com*

*Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez*
*Ori@MarguliesFaithLaw.com,*
*Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com*

*Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez*
*Ori@MarguliesFaithLaw.com,*
*Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com*

*Ori S Blumenfeld on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership*
*Ori@MarguliesFaithLaw.com,*
*Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com*

*Ori S Blumenfeld on behalf of Defendant Boris Treyzon Esq*
*Ori@MarguliesFaithLaw.com,*
*Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com*

*Ori S Blumenfeld on behalf of Interested Party Courtesy NEF*
*Ori@MarguliesFaithLaw.com,*
*Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com*

*Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC*

*richard.buckley@arentfox.com*

*Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC*
*mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com*

*Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.*
*jcrastz@hrhlaw.com*

*Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, LLC*
*jcrastz@hrhlaw.com*

*Ashleigh A Danker on behalf of Interested Party Courtesy NEF*
*Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com*

*Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.*
*csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com*

*Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF*
*lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*

*Lei Lei Wang Ekvall on behalf of Plaintiff Elissa Miller*
*lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*

*Lei Lei Wang Ekvall on behalf of Trustee Elissa Miller (TR)*
*lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*

*Richard W Esterkin on behalf of Creditor Southern California Gas Company*
*richard.esterkin@morganlewis.com*

*Richard W Esterkin on behalf of Interested Party Courtesy NEF*
*richard.esterkin@morganlewis.com*

*Timothy W Evanston on behalf of Interested Party Courtesy NEF*
*tevanston@swelawfirm.com,*
*gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com*

*Timothy W Evanston on behalf of Plaintiff Elissa Miller*
*tevanston@swelawfirm.com,*
*gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com*

*Timothy W Evanston on behalf of Trustee Elissa Miller (TR)*
*tevanston@swelawfirm.com,*
*gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com*

*Jeremy Faith on behalf of Interested Party Courtesy NEF*
*Jeremy@MarguliesFaithlaw.com,*
*Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com*

*James J Finsten on behalf of Interested Party Courtesy NEF*
*, jimfinsten@hotmail.com*

*Alan W Forsley on behalf of Interested Party Courtesy NEF*
*alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com*

*Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC*
*eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com*

*Andrew Goodman on behalf of Attorney William F Savino*
*agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com*

*Andrew Goodman on behalf of Petitioning Creditor Erika Saldana*
*agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com*

*Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan*
*agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com*

*Andrew Goodman on behalf of Petitioning Creditor John Abassian*
*agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com*

*Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie*
*agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com*

*Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese*
*agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com*

*Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio*
*agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com*

*Suzanne C Grandt on behalf of Interested Party Courtesy NEF*
*suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov*

*Steven T Gubner on behalf of Interested Party Courtesy NEF*
*sgubner@bg.law, ecf@bg.law*

*Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.*
*mhogan@swlaw.com, knestuk@swlaw.com*

*Sheryl K Ith on behalf of Creditor Daimler Trust*
*sith@cookseylaw.com, sith@ecf.courtdrive.com*

*Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC*
*razmigizakelian@quinnemanuel.com*

*Lillian Jordan on behalf of Interested Party Courtesy NEF*
*ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM*

*Lewis R Landau on behalf of Creditor Virage SPV 1, LLC*
*Lew@Landaunet.com*

*Lewis R Landau on behalf of Interested Party Courtesy NEF*
*Lew@Landaunet.com*

*Daniel A Lev on behalf of Interested Party Courtesy NEF*
*dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com*

*Elizabeth A Lombard on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.*
*elombard@zwickerpc.com, bknotices@zwickerpc.com*

*Craig G Margulies on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership*
*Craig@MarguliesFaithlaw.com,*
*Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com*

*Craig G Margulies on behalf of Defendant Boris Treyzon Esq*
*Craig@MarguliesFaithlaw.com,*
*Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com*

*Craig G Margulies on behalf of Interested Party Courtesy NEF*
*Craig@MarguliesFaithlaw.com,*
*Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com*

*Peter J Mastan on behalf of Interested Party Courtesy NEF*
*peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com*

*Peter J Mastan on behalf of Interested Party Erika Girardi*
*peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com*

*Edith R. Matthai on behalf of Defendant David Lira*
*ematthai@romalaw.com, lrobie@romalaw.com*

*Edith R. Matthai on behalf of Interested Party Courtesy NEF*

ematthai@romalaw.com, lrobie@romalaw.com

Kenneth Miller on behalf of Interested Party Courtesy NEF
kmiller@pmcos.com, efilings@pmcos.com

Elissa Miller (TR)
CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Carmela Pagay on behalf of Interested Party Courtesy NEF
ctp@lnbyb.com

Leonard Pena on behalf of Interested Party Robert Girardi
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

David M Reeder on behalf of Interested Party Courtesy NEF
david@reederlaw.com, secretary@reederlaw.com

Ronald N Richards on behalf of Creditor Law Offices of Phili Sheldon APC
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Plaintiff Robert P Finn
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Trustee Elissa Miller (TR)
ron@ronaldrichards.com, morani@ronaldrichards.com

Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.
Kevin@portilloronk.com, Attorneys@portilloronk.com

William F Savino on behalf of Creditor California Attorney Lending II, Inc.
wsavino@woodsoviatt.com, lherald@woodsoviatt.com

*Kenneth John Shaffer on behalf of Creditor Frantz Law Group, APLC*
*johnshaffer@quinnemanuel.com*

*Richard M Steingard on behalf of Other Professional Christopher Kamon*
*, awong@steingardlaw.com*

*Philip E Strok on behalf of Interested Party Courtesy NEF*
*pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com*

*Philip E Strok on behalf of Trustee Elissa Miller (TR)*
*pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com*

*Boris Treyzon on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership*
*jfinnerty@actslaw.com, sgonzales@actslaw.com*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Eric D Winston on behalf of Creditor Frantz Law Group, APLC*
*ericwinston@quinnemanuel.com*

*Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC*
*christopher.wong@arentfox.com, yvonne.li@arentfox.com*

*Timothy J Yoo on behalf of Interested Party Courtesy NEF*
*tjy@lnbyb.com*

*Timothy J Yoo on behalf of Interested Party Jason M. Rund*
*tjy@lnbyb.com*