1 | EVAN C. BORGES, State Bar No. 128706
  | *EBorges@GGTrialLaw.com*
2 | GREENBERG GROSS LLP
  | 650 Town Center Drive, Suite 1700
3 | Costa Mesa, California 92626
  | Telephone: (949) 383-2800
4 | Facsimile: (949) 383-2801

5 | Attorneys for Party-in-Interest Erika Girardi

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re | Case No. 2:20-bk-21022-BR |
|---|---|
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| | Judge: Hon. Barry Russell |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys for party-in-interest Erika Girardi request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

> Evan C. Borges (Bar No. 128706)
> GREENBERG GROSS LLP
> 650 Town Center Drive, Suite 1700
> Costa Mesa, CA 92626
> Telephone: 949-383-2800
> Facsimile: 949-383-2801
> Email: EBorges@GGTrialLaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced Court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-captioned action.

DATED: June 24, 2021

GREENBERG GROSS LLP

By: _____
Evan C. Borges
Attorneys for Party-in-Interest Erika Girardi

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 24, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 24, 2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 24, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 6/24/2021   Cheryl Winsten                                  /s/ Cheryl Winsten
    Date            Printed Name                                    Signature

-3-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
U.S.B.C. Central District of California
Los Angeles Division

**1.    SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Kyra E Andrassy on behalf of Plaintiff Elissa Miller
kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Michelle Balady on behalf of Creditor Bedford Law Group, APC
mb@bedfordlg.com, leo@bedfordlg.com

William C Beall on behalf of Interested Party Mullen & Henzell, LLP
will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall on behalf of Interested Party Shane Horton
will@beallandburkhardt.com, carissa@beallandburkhardt.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant Boris Treyzon Esq
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

| | |
|---|---|
| 1 | |
| 2 | Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC<br>richard.buckley@arentfox.com |
| 3 | Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC<br>mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-|
| 4 | 4166@ecf.pacerpro.com |
| 5 | Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services,<br>Inc. |
| 6 | jcrastz@hrhlaw.com |
| 7 | Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services,<br>LLC |
| 8 | jcrastz@hrhlaw.com |
| 9 | Ashleigh A Danker on behalf of Interested Party Courtesy NEF<br>Ashleigh.danker@dinsmore.com, |
| 10 | SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com |
| 11 | Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.<br>csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com |
| 12 | |
| 13 | Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF<br>lekvall@swelawfirm.com,<br>lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| 14 | |
| 15 | Lei Lei Wang Ekvall on behalf of Plaintiff Elissa Miller<br>lekvall@swelawfirm.com,<br>lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| 16 | |
| 17 | Lei Lei Wang Ekvall on behalf of Trustee Elissa Miller (TR)<br>lekvall@swelawfirm.com,<br>lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| 18 | |
| 19 | Richard W Esterkin on behalf of Creditor Southern California Gas Company<br>richard.esterkin@morganlewis.com |
| 20 | Richard W Esterkin on behalf of Interested Party Courtesy NEF<br>richard.esterkin@morganlewis.com |
| 21 | |
| 22 | Timothy W Evanston on behalf of Interested Party Courtesy NEF<br>tevanston@swelawfirm.com,<br>gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| 23 | |
| 24 | Timothy W Evanston on behalf of Plaintiff Elissa Miller<br>tevanston@swelawfirm.com,<br>gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| 25 | |
| 26 | Timothy W Evanston on behalf of Trustee Elissa Miller (TR)<br>tevanston@swelawfirm.com,<br>gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| 27 | |
| 28 | Jeremy Faith on behalf of Interested Party Courtesy NEF<br>Jeremy@MarguliesFaithlaw.com, |

Case 2:20-bk-21022-BR    Doc 434    Filed 06/24/21    Entered 06/24/21 20:53:03    Desc
Main Document    Page 6 of 9

1  Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

2  James J Finsten on behalf of Interested Party Courtesy NEF
   , jimfinsten@hotmail.com

3  Alan W Forsley on behalf of Interested Party Courtesy NEF
   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

4  Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC
   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

5  Andrew Goodman on behalf of Attorney William F Savino
   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

6  Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

7  Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

8  Andrew Goodman on behalf of Petitioning Creditor John Abassian
   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

9  Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

10 Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese
   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

11 Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

12 Suzanne C Grandt on behalf of Interested Party Courtesy NEF
   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov

13 Steven T Gubner on behalf of Interested Party Courtesy NEF
   sgubner@bg.law, ecf@bg.law

14 Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
   mhogan@swlaw.com, knestuk@swlaw.com

15 Sheryl K Ith on behalf of Creditor Daimler Trust
   sith@cookseylaw.com, sith@ecf.courtdrive.com

16 Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC
   razmigizakelian@quinnemanuel.com

17 Lewis R Landau on behalf of Creditor Virage SPV 1, LLC
   Lew@Landaunet.com

18 Lewis R Landau on behalf of Interested Party Courtesy NEF
   Lew@Landaunet.com

-6-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

| | |
|---|---|
| 1 | Daniel A Lev on behalf of Interested Party Courtesy NEF<br>dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| 2 | |
| 3 | Elizabeth A Lombard on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.<br>elombard@zwickerpc.com, bknotices@zwickerpc.com |
| 4 | |
| 5 | Craig G Margulies on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership<br>Craig@MarguliesFaithlaw.com, |
| 6 | Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 7 | |
| 8 | Craig G Margulies on behalf of Defendant Boris Treyzon Esq<br>Craig@MarguliesFaithlaw.com,<br>Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 9 | |
| 10 | Craig G Margulies on behalf of Interested Party Courtesy NEF<br>Craig@MarguliesFaithlaw.com, |
| 11 | Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com |
| 12 | |
| 13 | Peter J Mastan on behalf of Interested Party Courtesy NEF<br>peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| 14 | Peter J Mastan on behalf of Interested Party Erika Girardi<br>peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| 15 | |
| 16 | Edith R. Matthai on behalf of Defendant David Lira<br>ematthai@romalaw.com, lrobie@romalaw.com |
| 17 | Edith R. Matthai on behalf of Interested Party Courtesy NEF<br>ematthai@romalaw.com, lrobie@romalaw.com |
| 18 | |
| 19 | Kenneth Miller on behalf of Interested Party Courtesy NEF<br>kmiller@pmcos.com, efilings@pmcos.com |
| 20 | Elissa Miller (TR)<br>CA71@ecfcbis.com, |
| 21 | MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com |
| 22 | Eric A Mitnick on behalf of Interested Party Courtesy NEF<br>MitnickLaw@aol.com, mitnicklaw@gmail.com |
| 23 | |
| 24 | Scott H Olson on behalf of Creditor KCC Class Action Services, LLC<br>solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com |
| 25 | |
| 26 | Carmela Pagay on behalf of Interested Party Courtesy NEF<br>ctp@lnbyb.com |
| 27 | Leonard Pena on behalf of Interested Party Robert Girardi<br>lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| 28 | |

-7-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

| | |
|---|---|
| 1 | Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC |
| 2 | mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com |
| 3 | David M Reeder on behalf of Interested Party Courtesy NEF |
| 4 | david@reederlaw.com, secretary@reederlaw.com |
| 5 | Ronald N Richards on behalf of Creditor Law Offices of Phili Sheldon APC<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 6 | Ronald N Richards on behalf of Trustee Elissa Miller (TR)<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 7 | |
| 8 | Ronald N Richards on behalf of Plaintiff Robert P Finn<br>ron@ronaldrichards.com, morani@ronaldrichards.com |
| 9 | Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.<br>Kevin@portilloronk.com, Attorneys@portilloronk.com |
| 10 | |
| 11 | William F Savino on behalf of Creditor California Attorney Lending II, Inc.<br>wsavino@woodsoviatt.com, lherald@woodsoviatt.com |
| 12 | Kenneth John Shaffer on behalf of Creditor Frantz Law Group, APLC<br>johnshaffer@quinnemanuel.com |
| 13 | |
| 14 | Richard M Steingard on behalf of Other Professional Christopher Kamon<br>, awong@steingardlaw.com |
| 15 | Philip E Strok on behalf of Interested Party Courtesy NEF<br>pstrok@swelawfirm.com, |
| 16 | gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| 17 | Philip E Strok on behalf of Trustee Elissa Miller (TR)<br>pstrok@swelawfirm.com, |
| 18 | gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| 19 | Boris Treyzon on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership |
| 20 | jfinnerty@actslaw.com, sgonzales@actslaw.com |
| 21 | United States Trustee (LA)<br>ustpregion16.la.ecf@usdoj.gov |
| 22 | |
| 23 | Eric D Winston on behalf of Creditor Frantz Law Group, APLC<br>ericwinston@quinnemanuel.com |
| 24 | Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC<br>christopher.wong@arentfox.com, yvonne.li@arentfox.com |
| 25 | |
| 26 | Timothy J Yoo on behalf of Interested Party Courtesy NEF<br>tjy@lnbyb.com |
| 27 | Timothy J Yoo on behalf of Interested Party Jason M. Rund<br>tjy@lnbyb.com |
| 28 | |

1  **2.    SERVED BY UNITED STATES MAIL:**

2  **Debtor:**
Girardi Keese
3  1126 Wilshire Blvd
Los Angeles, CA 90017
4

5  **3.    SERVED BY PERSONAL DELIVERY:**

6  **U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
7  Hon. Hon. Barry Russell
255 E. Temple Street, Suite 1660
8  Los Angeles, CA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28