

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br><br><br><br><br><br><br><br>Debtor(s). | Case No.:  2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER ON "NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C. AS SPECIAL LITIGATION COUNSEL"**<br><br>[No Hearing Date Set] |

    This matter is before the Court on the "Notice Of Motion And Motion For Reconsideration Of Order Granting Chapter 7 Trustee's Application To Employ The Law Offices Of Ronald Richards & Associates, A.P.C. As Special Litigation Counsel" ("Motion") filed by party in interest Erika Girardi on June 24, 2021 (Docket No. 437).

    The Court has reviewed the Motion and attached declaration of Evan C. Borges in support thereof, and **HEREBY ORDERS** as follows:

    1. Any opposition to the Motion must be filed on or before 4:00 p.m. on Friday, July 2, 2021;

2. Any reply to any opposition must be filed on or before 4:00 p.m. on Friday, July 9, 2021;

3. No further pleadings will be allowed; and

4. The Court will determine whether to set the matter for hearing after reviewing any opposition and/or reply.

**IT IS SO ORDERED**:

###

Date: June 25, 2021

Barry Russell
United States Bankruptcy Judge