Ronald Richards (CA Bar No. 176246)
   ron@ronaldrichards.com
Morani Stelmach (CA Bar No. 296670)
   morani@ronadlrichards.com
  Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Special Litigation Counsel for Elissa D. Miller, Chapter 7 Trustee

FILED & ENTERED

JUN 28 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE<br><br><br>               Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR ORDER REQUIRING EXAMINATION AND PRODUCTION OF DOCUMENTS BY ULLMAN ACCOUNTANCY CORP AND MICHAEL J. ULLMAN PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>DATE:<br>TIME:     [No Hearing Required]<br>PLACE:<br><br>**[RELATES TO DOCKET NO. 427]** |

      The Court, the Honorable Barry Russell, United States Bankruptcy Judge, presiding, having reviewed and considered the "Notice of Motion and Motion for Order Requiring Examination and Production of Documents By Ullman Accountancy Corp  and Michael J. Ullman Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; Memorandum of Points and Authorities; Declaration of Ronald Richards in Support Thereof" (the "Motion"), filed by Elissa D. Miller (the "Trustee'), the duly appointed, qualified, and acting chapter 7 trustee for the estate of the debtor Girardi Keese (the "Debtor), and after finding that, based on the declaration of Ronald Richards attached to

the Motion, the Trustee met and conferred with Ullman Accountancy Corp and Michael J. Ullman ("Ullman") in accordance with Local Bankruptcy Rule 2004-1(a), and after further finding that good cause exists for the examination and production of the requested documents set forth in Exhibit "A" to the Motion, and for good cause appearing therefor:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted.

2. Ullman is directed to produce the documents identified in Exhibit "A" to the Motion, by no later than 5:00 p.m., Pacific Time, on July 21, 2021, by delivering the documents electronically by email to ron@ronaldrichards.com and morani@ronaldrichards.com.

3. Michael J. Ullman and the Custodian of Records for Ullman Accountancy Corp shall appear for examination, under oath, on July 23, 2021, at 1:00 p.m., Pacific Time, which examination shall take place via "zoom.com" in accordance with the instructions which shall be provided to Ullman no later than July 21, 2021.

4. The Court shall retain jurisdiction to consider any additional request for information and documents or further examination on appropriate notice.

###

Date: June 28, 2021

Barry Russell
United States Bankruptcy Judge