1  RONALD N. RICHARDS, State Bar No. 176246
   *ron@ronaldrichards.com*
2  LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
   P.O. Box 11480
3  Beverly Hills, California  90213
   Telephone:  (310) 556-1001
4  Facsimile:  (310) 277-3325

5  Attorneys for Elissa D. Miller, Chapter 7 Trustee

6  EVAN C. BORGES, State Bar No. 128706
   *EBorges@GGTrialLaw.com*
7  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
8  Costa Mesa, California 92626
   Telephone: (949) 383-2800
9  Facsimile: (949) 383-2801

10  Attorneys for Party-in-Interest Erika Girardi

FILED & ENTERED

JUN 29 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR RECONSIDERATION OF ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C. AS SPECIAL LITIGATION COUNSEL**<br><br>**[Related to ECF Nos. 437 and 438]**<br><br>Judge:   Hon. Barry Russell |

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON
MOTION FOR RECONSIDERATION

This *Stipulation to Extend Briefing Schedule on Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C. as Special Litigation Counsel* (the "Stipulation") is entered into by and between Elissa D. Miller, chapter 7 trustee ("Trustee") for bankruptcy debtor Girardi Keese, and party-in-interest Erika Girardi ("Ms. Girardi"), by and through their attorneys of record herein, based on the following facts:

A.  On June 24, 2021, Ms. Girardi filed her *Notice of Motion and Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C. as Special Litigation Counsel* [Dkt. 437] (the "Motion"); and

B.  On June 25, 2021, this Court issued its *Order on "Notice of Motion and Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C. as Special Litigation Counsel"* [Dkt. 438], ordering any opposition to the Motion be filed on or before 4:00 p.m. on Friday, July 2, 2021, and any reply to any opposition be filed on or before 4:00 p.m. on Friday, July 9, 2021.

NOW, THEREFORE, following discussions between counsel, the Trustee and Ms. Girardi stipulate and agree to entry of an order extending the current briefing schedule for 14 days, as follows:

1.  The deadline for any opposition to the Motion shall be extended from Friday, July 2, 2021, to on or before 4:00 p.m. on Friday, July 16, 2021;

2.  The deadline for any reply to any opposition to the Motion shall be extended from Friday, July 9, 2021, to on or before 4:00 p.m. on Friday, July 23, 2021;

3.  No further pleadings will be allowed; and

4.  The Court will determine whether to set the matter for hearing after reviewing any opposition and/or reply.

Respectfully submitted,

DATED: June__, 2021        LAW OFFICES OF RONALD RICHARDS &
                           ASSOCIATES, A.P.C.


By: _____
    Ronald N. Richards
    Special Litigation Counsel to
    Elissa D. Miller, Chapter 7 Trustee


DATED: June 28, 2021       GREENBERG GROSS LLP


By: _____
    Evan C. Borges
    Attorneys for Party-in-Interest Erika Girardi

-3-
STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON
MOTION FOR RECONSIDERATION

Case 2:20-bk-21022-BR    Doc 444    Filed 06/28/21    Entered 06/28/21 18:54:31    Desc
Main Document    Page 3 of 3

Respectfully submitted,

DATED: June 28, 2021

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

By: *Ronald Richards*
Ronald N. Richards
Special Litigation Counsel to
Elissa D. Miller, Chapter 7 Trustee

DATED: June 28, 2021

GREENBERG GROSS LLP

By: *Evan C Borges*
Evan C. Borges
Attorneys for Party-in-Interest Erika Girardi

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON
MOTION FOR RECONSIDERATION

## ORDER

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. The deadline for any opposition to the Motion shall be extended from Friday, July 2, 2021, to on or before 4:00 p.m. on Friday, July 16, 2021;

2. The deadline for any reply to any opposition to the Motion shall be extended from Friday, July 9, 2021, to on or before 4:00 p.m. on Friday, July 23, 2021;

3. No further pleadings will be allowed; and

4. The Court will determine whether to set the matter for hearing after reviewing any opposition and/or reply.

**IT IS SO ORDERED.**

Date: June 29, 2021

Barry Russell
United States Bankruptcy Judge