**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:   714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee



**FILED & ENTERED**

**JUN 30 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING ASSET PURCHASE AGREEMENT AND SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

On June 1, 2021, Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese (the "Trustee"), filed and served the *Motion for Order Approving Asset Purchase Agreement and Sale of Personal Property Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363* [Docket No. 372] (the "Motion") and notice of the Motion [Docket No. 373] (the "Notice").  No opposition to or request for hearing on the Notice or Motion was filed or served.  Having reviewed the Notice and Motion and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED** that:

1. The Motion is granted;

2.      The Trustee is authorized to sell the Assets[1] for $50,000.00;

3.      The terms of the Agreement attached to the Motion as Exhibit "1" are approved;

4.      The sale of the Assets is as is, where is, without representations or warranties, free and clear of any and all liens and interests pursuant to 11 U.S.C § 363(b) and (f), with any liens or interests, if any, to attach to the proceeds from the sale to the same extent, validity, and priority as prior to the sale;

5.      The Trustee is authorized to take any and all necessary action to consummate the sale of the Assets;

6.      The stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules is waived.

###

Date: June 30, 2021

Barry Russell
United States Bankruptcy Judge

---

[1] Unless otherwise noted, capitalized terms shall have the same meaning and usage as in the Motion.