| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Evan C. Borges (Bar No. 128706)<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626<br>Telephone: (949) 383-2800<br>Facsimile: (949) 383-2801<br>Email: EBorges@GGTrialLaw.com<br><br>*Attorney for:* Party-in-Interest Erika Girardi | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GIRARDI KEESE<br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| Plaintiff(s),<br>vs.<br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Erika Girardi

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Evan C. Borges (Bar No. 128706)
   GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626         Telephone: (949) 383-2800    Email: EBorges@GGTrialLaw.com

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                             Page 1                                F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
   Peter J. Mastan, Ashleigh A. Danker, and Matthew C. Wasserman
   DINSMORE & SHOHL LLP

Date: 7/5/21

_____  
Signature of party

_____  
Signature of *second* party (if applicable)

Erika Girardi  
Printed name of party

_____  
Printed name of *second* party (if applicable)

_____  
Signature of *third* party (if applicable)

_____  
Signature of *fourth* party (if applicable)

_____  
Printed name of *third* party (if applicable)

_____  
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 7/2/21

_____  
Signature of present attorney

Peter J. Mastan for Dinsmore & Shohl LLP  
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 7/2/2021

_____  
Signature of new attorney

Evan C. Borges  
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 5, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 5, 2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 5, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 5, 2021 | Cheryl Winsten | /s/ Cheryl Winsten |
|---|---|---|
| Date | Printed Name | Signature |

-3-
SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]

**In re GIRARDI KEESE**
Case No. 2:20-bk-21022-BR
U.S.B.C. Central District of California
Los Angeles Division

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com

- **Michelle Balady**    mb@bedfordlg.com, leo@bedfordlg.com

- **Ori S Blumenfeld**    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

- **Richard D Buckley**    richard.buckley@arentfox.com

- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com

- **Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

- **Richard W Esterkin**    richard.esterkin@morganlewis.com

- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

- **James J Finsten**    , jimfinsten@hotmail.com

- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**  suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**  mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**  sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Lillian Jordan**  ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**  Lew@Landaunet.com
- **Daniel A Lev**  dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**  elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Craig G Margulies**  Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Peter J Mastan**  peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**  ematthai@romalaw.com, lrobie@romalaw.com
- **Kenneth Miller**  kmiller@pmcos.com, efilings@pmcos.com
- **Elissa Miller (TR)**  CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**  MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**  solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**  ctp@lnbyb.com
- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**  david@reederlaw.com, secretary@reederlaw.com

- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**     Kevin@portilloronk.com, Attorneys@portilloronk.com
- **William F Savino**     wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**     johnshaffer@quinnemanuel.com
- **Richard M Steingard**     , awong@steingardlaw.com
- **Philip E Strok**     pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**     jfinnerty@actslaw.com, sgonzales@actslaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**     ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**     christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**     tjy@lnbyb.com

**2.     SERVED BY UNITED STATES MAIL:**

<u>**Debtor:**</u>
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

**3.     SERVED BY PERSONAL DELIVERY:**

<u>**U.S. Bankruptcy Court:**</u>
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]