| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SMILEY WANG-EKVALL, LLP<br>Philip E. Strok, State Bar No. 169296<br>pstrok@swelawfirm.com<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@swelawfirm.com<br>Timothy W. Evanston, State Bar No. 319342<br>tevanston@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, California 92626<br>Telephone: 714 445-1000<br>Facsimile: 714 445-1002<br><br>Attorneys for Elissa D. Miller, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GIRARDI KEESE<br><br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br>CHAPTER: 7<br><br>**DECLARATION TO BE FILED WITH MOTION ESTABLISHING ADMINISTRATIVE PROCEDURES RE 28 U.S.C. § 156(c)** |
|---|---|

I have obtained the most recent and applicable version of the Mega Case Procedures Checklist from the Clerk of Court and have consulted with the Clerk of Court or designee. The completed checklist is attached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/15/2021 | Philip E. Strok | /s/ Philip E. Strok |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 5075-1.1.DEC.ADMIN.PROCEDURES**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | CHAPTER: 7 |
|---|---|
| SMILEY WANG-EKVALL, LLP<br>Philip E. Strok, State Bar No. 169296<br>pstrok@swelawfirm.com<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br>Telephone: (714) 445-1000 | CASE NO.: 2:20-bk-21022-BR |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE NAME:<br>In re GIRARDI KEESE |

# MEGA CASE PROCEDURES CHECKLIST

Estimate of:
  Number of Creditors            10,000+         Assets  Unknown
  Number of Claims to be filed   1,000+
  Number of Pleadings to be filed  100+
  Number of Adversary Proceedings to be filed  Unknown

It is proposed the following will be employed by the estate *(check all that apply)*:

Noticing Agent/Claims Processor  ✓   Estate Clerk _____  Independent Printer _____  Other _____

Instructions:   Mark either the "YES" or "NO" box for each question listed in this declaration. For each question that a "NO" box is marked (other than question 1, 20 or 30), an explanation must be provided on the "COMMENTS" page.

## I. Noticing Agent/Claims Processor

Delegation of Noticing/Claims Service Functions - The noticing/claims agent ("Agent") maintains the claims docket for the Court and performs all claims functions required by statute. The noticing/claims agent also maintains a database of all creditors in the case and sends notices to these creditors, as requested by the Court.

**YES**  **NO**

✓ ☐  1.  Are you proposing the estate hire a Noticing Agent/Claims Processor? *(If no, skip to Section II.)*

✓ ☐  2.  Is the price list attached to the motion and are the service charges fair and reasonable?

✓ ☐  3.  Does the motion state the Debtor has surveyed or solicited bids from different claims processing and noticing agents before designating a proposed agent?

          3a.  If no, what criteria was used to select the agent?  _____

✓ ☐  4.  Does the motion state the Agent is not a creditor in the case?

✓ ☐  5.  Does the motion state the Agent shall be subject to the consent and approval of the Clerk of Court?

✓ ☐  6.  Does the motion state the Agent shall be at the expense of the estate and be paid directly by the Debtor?

*June 19, 2003*

| YES | NO | | |
|---|---|---|---|
| ✓ | ☐ | 7. | Does the motion state the Agent shall be under the supervision and control of the Clerk of Court but not be an employee of the United States government? |
| ✓ | ☐ | 8. | Does the motion state the Agent shall waive any rights to receive compensation from the United States government in its capacity as Agent in this case? |
| ✓ | ☐ | 9. | Does the motion state the Agent shall not employ any past or present employees of the Debtor in connection with its work as the Agent in this case unless otherwise approved by the Clerk of Court? |
| ✓ | ☐ | 10. | Does the motion state the Agent shall maintain copies of all proofs of claim or interest at a location other than where the originals are maintained? |
| ✓ | ☐ | 11. | Does the motion state the Agent shall implement security measures to ensure the completeness and integrity of the claims registers as approved by the Clerk of Court? |
| ✓ | ☐ | 12. | Does the motion state the Agent shall transmit to the Clerk of Court a copy of the claims registers every week or as frequently as requested by the Clerk of Court? |
| ✓ | ☐ | 13. | Does the motion state the Agent shall provide a proof of claim viewing area **without charge** during normal business hours (9:00 a.m.-4:00 p.m. Pacific Time)? |
| | | 13a. | In what city is the viewing area located? *(provide address)* Case website |
| ✓ | ☐ | 14. | Does the motion state the Clerk of Court shall be entitled to inspect the Agent's premises at anytime? |
| ✓ | ☐ | 15. | Does the motion state the Agent shall audit the claims information periodically to satisfy the Clerk of Court that the claims information is being appropriately and accurately recorded in the Court's claims register? |
| ✓ | ☐ | 16. | Does the motion state the Clerk of Court shall be able to independently audit the claims information at anytime? |

II. **Motions and Other Pleadings**

| | | | |
|---|---|---|---|
| ☐ | ✓ | 17. | Does the motion state the party submitting a particular pleading or other document with the Court shall be responsible for all noticing and service functions relevant to the particular matter as may be required under applicable rules and shall file with the Clerk of Court a declaration of service regarding such noticing and service? |

III. **Notice of Entry of Order or Judgment**

| | | | |
|---|---|---|---|
| ☐ | ✓ | 18. | Does the motion state the attorney for the party submitting the proposed order or judgment shall serve copies upon all parties entitled to receive notice of the entry of the order or judgment as soon as practicable? |
| ☐ | ✓ | 19. | Does the motion state the attorney shall be responsible for photocopying the conformed copies in order to relieve the Clerk's Office from the large burden of photocopying these orders? |

*June 19, 2003*

Mega Case Procedures Checklist - *Page 3 of 5*

## IV. Employment of Special Employees of the Estate (Estate Clerk)

| YES | NO | # | |
|---|---|---|---|
| ☐ | ☑ | 20. | Does the motion state the Debtor shall furnish one or more employees to assist the Clerk's Office in the administration of this case as the Clerk of Court deems necessary. *(If no, skip to Section V.)* |
| ☐ | ☐ | 21. | The employee shall not be designated as a part-time employee in the motion or order? |
| ☐ | ☐ | 22. | Does the motion state the employee of the Estate shall be subject to the consent and approval of the Clerk of Court? |
| ☐ | ☐ | 23. | Does the motion state the employee of the Estate shall be at the expense of the estate and be paid directly by the Debtor? |
| ☐ | ☐ | 24. | Does the motion state the employee of the Estate shall be under the supervision and control of the Clerk of Court but not be an employee of the United States government? |
| ☐ | ☐ | 25. | Does the motion state an employee of the Estate shall waive any rights to receive compensation from the United States government in its capacity as an employee in this case? |
| ☐ | ☐ | 26. | Does the motion state an employee of the Estate shall not be a past or present employee of the Debtor unless otherwise approved by the Clerk of Court? |
| ☐ | ☐ | 27. | Does the motion state an employee of the Estate may perform non-estate functions as the Clerk of Court deems necessary in exchange for Clerk's Office employees performing court-related docketing functions for the Estate? |

## V. Additional Space and Equipment

| YES | NO | # | |
|---|---|---|---|
| ☐ | ☑ | 28. | Does the motion state the Debtor shall be directly responsible for the cost of any additional space or equipment such as designated telephone lines and automation equipment, etc., if necessary? |
| ☑ | ☐ | 29. | Does the motion state the Debtor shall be responsible for payment for the designated post office boxes retained for receiving filings in this case? |

## VI. Independent Printer

<u>Delegation of Printer Functions</u> - At an offsite location near the Court, the independent printer ("Printer") maintains copies of all orders, pleadings and other documents filed in the case for inspection by the public during business hours. The printer also provides copies of these documents and case dockets to the public for a fee.

| YES | NO | # | |
|---|---|---|---|
| ☐ | ☑ | 30. | Are you proposing the estate hire a Printer? *(If no, skip to the signature section VII.)* |
| ☐ | ☐ | 31. | Is the Printer located off the Court's premises but in close proximity to the appropriate divisional office of the Court? |
| ☐ | ☐ | 32. | Is the price list attached to the motion and are the service charges fair and reasonable? |
| ☐ | ☐ | 33. | Does the motion state the service charges cannot be changed without prior approval from the Clerk of Court? |

Mega Case Procedures Checklist - *Page 4 of 5*

| YES | NO | | |
|---|---|---|---|
| ☐ | ☐ | 34. | Does the motion state the Debtor has surveyed or solicited bids from different printing services before designating a proposed printer? |
| | | 34a. | If no, what criteria was used to select the proposed Printer? _____ |
| ☐ | ☐ | 35. | Does the motion state the Printer shall not be a creditor in the case? |
| ☐ | ☐ | 36. | Does the motion state the Printer shall be subject to the consent and approval of the Clerk of Court? |
| ☐ | ☐ | 37. | Does the motion state the Printer shall be at the expense of the estate and be paid directly by the Debtor? |
| ☐ | ☐ | 38. | Does the motion state the Printer shall be under the supervision and control of the Clerk of Court but not be an employee of the United States government? |
| ☐ | ☐ | 39. | Does the motion state the Printer shall waive any rights to receive compensation from the United States government in its capacity as Printer in this case? |
| ☐ | ☐ | 40. | Does the motion state the Printer shall not employ any past or present employees of the Debtor in connection with its work as the Printer in this case unless otherwise approved by the Clerk of Court? |
| ☐ | ☐ | 41. | Does the motion state the Printer shall provide a proof of claim viewing area **without charge** during normal business hours (9:00 a.m.-4:00 p.m. Pacific Time)? |
| | | 41a. | In what city is the viewing area located? *(provide address)* _____ |
| ☐ | ☐ | 42. | Does the motion state the Printer shall provide the Clerk of Court copies of any document filed in this case without charge? |
| ☐ | ☐ | 43. | Does the motion state the Printer shall implement security measures to ensure the completeness and integrity of the set of pleadings as approved by the Clerk of Court? |
| ☐ | ☐ | 44. | Does the motion state the Clerk of Court shall be entitled to inspect the Printer's premises at anytime? |

*June 19, 2003*

Mega Case Procedures Checklist - *Page 5 of 5*

| COMMENTS: If you need additional space, please attach an additional piece of paper. |
|---|
| Item # _____   Comment: _____ |
| Item # _____   Comment: _____ |
| Item # _____   Comment: _____ |
| Item # _____   Comment: _____ |
| Item # _____   Comment: _____ |

**COMMENTS OF THE CLERK'S OFFICE**

[✓] The Clerk's Office has no objection.

[ ] The Clerk's Office objects as set forth below.

[ ] Other:

Dated: __July 14, 2021__    By: __[signature]__
Signature

Print Name and Title - *Kevin C. Hernandez, CACB*
*Operations Manager, Los Angeles*

*June 19, 2003*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION TO BE FILED WITH MOTION ESTABLISHING ADMINISTRATIVE PROCEDURES RE 28 U.S.C. § 156(c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 15, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 15, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 15, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Elizabeth A Lombard    elombard@zwickerpc.com, bknotices@zwickerpc.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer    johnshaffer@quinnemanuel.com
- Richard M Steingard    , awong@steingardlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon    bt@treyzon.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**