| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SMILEY WANG-EKVALL, LLP<br>Philip E. Strok, State Bar No. 169296<br>pstrok@swelawfirm.com<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@swelafirm.com<br>Timothy W. Evanston, State Bar No. 319342<br>tevanston@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, California 92626<br>Telephone:  (714) 445-1000<br>Facsimile:   (714) 445-1002<br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  Elissa D. Miller, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GIRARDI KEESE<br><br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-21022-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY DONLIN, RECANO & COMPANY, INC., AS CONSULTANT AND CLAIMS AND NOTICING AGENT |

PLEASE TAKE NOTE that the order titled
ORDER APPROVING  CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY DONLIN, RECANO & COMPANY, INC., AS CONSULTANT AND CLAIMS AND NOTICING AGENT was lodged on (date) **7/15/2021** and is attached. This order relates to the motion which is docket number **397**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**

# ORDER

**Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, July 15, 2021

CONFIRMATION :

Your Lodged Order Info:
( **10313595.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Girardi Keese
- **Case Number**: 20-21022
- **Judge Initial**: BR
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 397
- **On Date**: 07/15/2021 @ 09:42 AM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

1  **SMILEY WANG-EKVALL, LLP**
   Philip E. Strok, State Bar No. 169296
2  *pstrok@swelawfirm.com*
   Kyra E. Andrassy, State Bar No. 207959
3  *kandrassy@swelawfirm.com*
   Timothy W. Evanston, State Bar No. 319342
4  *tevanston@swelawfirm.com*
   3200 Park Center Drive, Suite 250
5  Costa Mesa, California 92626
   Telephone:   714 445-1000
6  Facsimile:    714 445-1002

7  Attorneys for Elissa D. Miller,
   Chapter 7 Trustee
8

9                  UNITED STATES BANKRUPTCY COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                       LOS ANGELES DIVISION

12  In re                              Case No. 2:20-bk-21022-BR

13  GIRARDI KEESE,                     Chapter 7

14
                                       **ORDER APPROVING CHAPTER 7
15                                     TRUSTEE'S APPLICATION TO EMPLOY
                                       DONLIN, RECANO & COMPANY, INC.,
16                                     AS CONSULTANT AND CLAIMS AND
                                       NOTICING AGENT**
17
              Debtor.                  **[No Hearing Required Pursuant to
18                                     Local Bankruptcy Rules 2014-1(b)(1)
                                       and 9013-1(o)]**
19

20

21       On June 15, 2021, Elissa D. Miller, the chapter 7 trustee of the bankruptcy estate

22  of Girardi Keese (the "Trustee"), filed and served the *Application to Employ Donlin,*

23  *Recano & Company, Inc., as Consultant and Claims Noticing Agent* [Docket No. 397] (the

24  "Application") and notice of the Application [Docket No. 398] (the "Notice").  No

25  opposition to or request for hearing on the Notice or Application was filed or served.  On

26  July 15, 2021, the Trustee filed the *Supplement to Chapter 7 Trustee's Application to*

27  *Employ Donlin, Recano & Company, Inc., as Consultant and Claims and Noticing Agent*

28  [Docket No. 492] (the "Supplement") and the *Declaration to be Filed with Motion*

2875366.1                              1                              ORDER

*Establishing Administrative Procedures Re 28 U.S.C. § 156(c)* [Docket No. 493] (the "Declaration").  Having reviewed the Notice, the Application, the Supplement, the Declaration, and papers in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED** that:

1. The Application, as modified by this Order, is granted in its entirety;

2. The Trustee is hereby authorized to employ and retain Donlin, Recano & Company ("DRC") to act as consultant and claims noticing agent, on the terms set forth in the Application, the Supplement, and the Standard Claims Agreement and Consulting Agreement (collectively, the "Agreements") attached to the Application;

3. The Trustee is hereby authorized to compensate DRC in accordance with the terms set forth in the Application and the Standard Claims Agreement attached to the Application.  DRC's services and the costs will be paid from the Estate as provided by 28 U.S.C. § 156(c) and 11 U.S.C. § 503(b)(1)(A).  DRC shall maintain records of all services showing dates, categories of services, fees charged, and expenses incurred, and to serve monthly invoices on the Office of the United States Trustee, the Trustee, counsel for the Trustee, and parties in interest who specifically request service of the monthly invoices.

4. DRC will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §§ 330 and 331 for the fees and expenses incurred by DRC in the performance of services under the Consulting Agreement and agrees to accept as compensation such sums as the Court may allow.

5. DRC is not responsible for recording the transfers of claims and providing notices of such transfers as required by Bankruptcy Rule 3001(e).  The Clerk's Office shall be responsible for collecting the fee, processing and recording all transfer of claims;

6. To the extent there is any conflict between the terms of the order approving DRC's employment (the "Order") and the terms of the Application, the Supplement, and/or the Agreements, then the terms of the Order shall govern.

7. The Court shall retain jurisdiction to interpret and enforce the terms of the Order and govern the Trustee's employment of DRC as consultant and claims noticing agent.

8. The Clerk of the Bankruptcy Court hereby consents and approves the employment of DRC as consultant and claims noticing agent in this case.

####

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY DONLIN, RECANO & COMPANY, INC., AS CONSULTANT AND CLAIMS AND NOTICING AGENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 15, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 15, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> The Honorable Barry Russell
> U.S. Bankruptcy Court
> Roybal Federal Building
> 255 E. Temple Street, Suite 1660
> Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 15, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            F 9013-3.1.PROOF.SERVICE

1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):</u>

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- Ori S Blumenfeld    Ori@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Elizabeth A Lombard    elombard@zwickerpc.com, bknotices@zwickerpc.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer    johnshaffer@quinnemanuel.com
- Richard M Steingard    , awong@steingardlaw.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon    jfinnerty@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  F 9013-3.1.PROOF.SERVICE