| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Elissa D. Miller<br>   emiller@sulmeyerlaw.com<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone:  213-626-2311<br>Fax:  213-629-4520<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Girardi Keese,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br><br>CHAPTER: 7<br><br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** August 25, 2021 | Time: Bidding opens on or before 8/13/21 and will close on 8/25 starting at 10:30 a.m. p.d.t. |
|---|---|
| **Location:** Internet only at www.360bid.sale | |

**Type of Sale:** ☒ Public ☐ Private          **Last date to file objections:** n/a _____

**Description of property to be sold:**
Executive office furniture, business machinery and computer equipment, reception and conference room furnishings, decorations and collectibles comprised of limited edition art, oriental rugs, sports memorabilia, wine, music memorabilia, sculptures, vintage law and other rare books, a vintage piano, 2011 Cadillac DTS, plus office supplies, mail room equipment, printers, plants and planters, etc.


**Terms and conditions of sale:**
As is where is.   Auctioneer entitled to 18% buyer's commission.   Pick up times commence on August 27, 2021 at Girardi Former office location.   Pick up date and time to be arrange with successful bidders following auction.



**Proposed sale price:** On an item or lot basis. Starting bid for each item $1.00 _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 1                                                    **F 6004-2.NOTICE.SALE**
EDM 2715531v1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Overbid procedure** *(if any)*:

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

**Contact person for potential bidders** *(include name, address, telephone, fax and/or email address):*

ThreeSixty Asset Advisors, LLC
805.496.8087, extension 110
support@360assetadvisors.com

Date: 7/27/2021

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                                    **F 6004-2.NOTICE.SALE**

EDM 2715531v1

American LegalNet, Inc.
www.FormsWorkFlow.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* <u>07/28/2021</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**See Attached**

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On *(date)* <u>07/28/2021</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/28/2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 3                                      **F 6004-2.NOTICE.SALE**
EDM 2715531v1



American LegalNet, Inc.
www.FormsWorkFlow.com

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy**      kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**      rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**      mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**      ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**      eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**      richard.buckley@arentfox.com
- **Marie E Christiansen**      mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**      jcrastz@hrhlaw.com
- **Ashleigh A Danker**      Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**      csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**      lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**      richard.esterkin@morganlewis.com
- **Timothy W Evanston**      tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**      Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**      , jimfinsten@hotmail.com
- **Alan W Forsley**      alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**      eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**      agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**      suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**      sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**      mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**      sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**      razmigizakelian@quinnemanuel.com
- **Lillian Jordan**      ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**      Lew@Landaunet.com
- **Daniel A Lev**      dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**      elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Craig G Margulies**      Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**      ron.maroko@usdoj.gov
- **Peter J Mastan**      peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**      ematthai@romalaw.com, lrobie@romalaw.com
- **Kenneth Miller**      kmiller@pmcos.com, efilings@pmcos.com
- **Elissa Miller (TR)**      CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**      MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**      solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**      ctp@lnbyb.com
- **Leonard Pena**      lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**      mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**      david@reederlaw.com, secretary@reederlaw.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2012_     Page 3     **F 6004-2.NOTICE.SALE**
EDM 2715531v1



- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**      Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**     frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**     wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**     johnshaffer@quinnemanuel.com
- **Richard M Steingard**     , awong@steingardlaw.com
- **Philip E Strok**     pstrok@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**     bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**     ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**     christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**     tjy@lnbyb.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 3                                        **F 6004-2.NOTICE.SALE**
EDM 2715531v1

American LegalNet, Inc.
www.FormsWorkFlow.com