Ronald Richards (CA Bar No. 176246)
  ron@ronaldrichards.com
Morani Stelmach (CA Bar No. 296670)
  morani@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  310.556.1001
Facsimile:  310.277.3325

Special Litigation Counsel for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>    Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 2004 DEPOSITION OF MICHAEL J. ULLMAN OF ULLMAN ACCOUNTANCY CORP.**<br><br>Continued Date<br>Date:   August 25, 2021<br>Time:   1:00 p.m.<br>Place:  Remote via Zoom Conference<br><br>Judge:  Hon. Barry Russell |

1    Elissa D. Miller, Chapter 7 trustee ("Trustee") on the one hand, and Michael J. Ullman
2    ("Mr. Ullman") of Ullman Accountancy Corp. (collectively, "Ullman", together with Trustee the
3    "parties") on the other hand, by and through their respective attorneys, and subject to the approval
4    of this Court, enter into this Stipulation and [Proposed] Order to Continue Rule 2004 Deposition
5    of Michael J. Ullman of Ullman Accountancy Corp. (the "Stipulation"), the purpose of which is to
6    continue the Trustee's Rule 2004 deposition of Mr. Ullman to 1:00 p.m. on August 25, 2021, to be
7    conducted remotely via Zoom Conference.

8    This Stipulation is based on the following facts:

9    A.    On June 28, 2021, the Court entered its *Order Granting Motion for Order*
10   *Requiring Examination and Production of Documents by Ullman Accountancy Corp. and Michael*
11   *J. Ullman Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (Dkt. 440)
12   ("Order").  The Order called for the deposition of Mr. Ullman on July 23, 2021 at 1:00 p.m.

13   B.    On June 29, 2021, counsel for the Trustee sent to Ullman via email a *Subpoena to*
14   *Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* ("Subpoena"), of which
15   Ullman accepted service that same day.

16   E.    On July 22, 2021, the parties filed a Stipulation seeking to continue the deposition
17   of Ullman from July 23, 2021 to July 30, 2021.  On July 26, 2021, this Court entered an *Order to*
18   *Continue Rule 2004 Deposition of Michael J. Ullman of Ullman Accountancy Corp.* (Dkt. 518)
19   continuing the deposition of Mr. Ullman from July 23, 2021 at 1:00 pm, to July 30, 2021 at 1:00
20   p.m.

21   F.    Prior to July 30, 2021, the parties agreed to continue the deposition of Mr. Ullman
22   to a mutually agreeable future date after July 30, 2021.  The parties have since agreed to continue
23   the deposition to August 25, 2021 at 1:00 p.m., subject to a potential minor modification of the
24   date.  The parties will submit a new stipulation if a minor modification occurs.

25   **STIPULATION**

26   Based on the foregoing, and subject to approval of this Court, the parties stipulate and
27   agree to continue the Rule 2004 deposition of Mr. Ullman to 1:00 p.m. on August 25, 2021, to be
28   conducted remotely via Zoom Conference, subject to the right of the parties to agree mutually to a

minor modification of the date.

DATED: August 12, 2021     LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

By: *Ronald Richards*
Ronald Richards
Special Litigation Counsel for
Elissa D. Miller, Chapter 7 Trustee

DATED: August 12, 2021     GREENBERG GROSS LLP

By: *Evan C Borges*
Evan C. Borges
Attorneys for Third Parties
Michael J. Ullman and Ullman Accountancy Corp.

### **ORDER**

Based on the foregoing Stipulation, the Rule 2004 deposition of Mr. Ullman is continued to 1:00 p.m. on August 25, 2021, to be conducted remotely via Zoom Conference, subject to the right of the parties to agree mutually to a minor modification of the date.

DATED: August ___, 2021

_____
BARRY RUSSELL
United States Bankruptcy Court Judge