**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
*pstrok@swelawfirm.com*
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE REGARDING ALLOCATION OF CONTINGENCY FEES BETWEEN THE ESTATE AND THE LAW OFFICE OF KENNY S. RAMIREZ PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese (the "Trustee"), has filed a *Motion for Order Authorizing Compromise of Controversy Regarding Allocation of Contingency Fees Between the Estate and The Law Office of Kenny S. Ramirez Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion"). The Trustee is requesting that the Motion be granted without a hearing as provided in Local Bankruptcy Rule 9013-1(o) unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing. The Motion is summarized as follows

     1.     Prior to the Petition Date, Violet Mendoza ("Mendoza") retained the Debtor to represent her in a case against F. McCourt (the "Case"). While employed by the Debtor, Ramirez was the attorney who brought Mendoza in as a client and who worked exclusively with Mendoza in pursuing the Case. Ramirez brought the Case in to the

Debtor shortly before he left the firm, and Ramirez has continued to represent Mendoza after leaving the Debtor's employment. The dispute recently went to arbitration, with one of the issues being allocation of damages among four injured claimants. Ramirez handled all aspects of working up the matter prior to and through the arbitration, including the preparation of briefs, compilation of evidence, the retention of experts, witness issues, medical exams, the presentation of evidence, argument, and several weeks' worth of post-arbitration briefs on legal and evidentiary issues between the opposing claimants. Ramirez also incurred thousands of dollars in additional costs in pursuing the resolution of the Case.

2. Based primarily on the short period of time that Mendoza was a client of the Debtor, the Trustee and Ramirez have agreed that the Estate's share of the Contingency Fee is 5%, or $25,968.96 and Ramirez's share of the Contingency Fee is 95%, or $493,410.20. The Estate is to be reimbursed for the Debtor's costs totaling $33,026.66. A copy of the Agreement, which fully sets out the terms of the settlement, is attached to the Motion as Exhibit "1."

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for hearing is **14 days** after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

If you timely file and serve a written opposition and request for a hearing, the Trustee will file and serve a notice of hearing at least 14 days in advance of the hearing. If you fail to comply with this deadline, (a) the Trustee will file a declaration to indicate (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice; (b) the Trustee will lodge an order that the Court may use to grant the Motion; and (c) the Court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice.

DATED: August 19, 2021                    SMILEY WANG-EKVALL, LLP

By:  /s/ Kyra E. Andrassy
     KYRA E. ANDRASSY
     Attorneys for Elissa D. Miller,
     Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE REGARDING ALLOCATION OF CONTINGENCY FEES BETWEEN THE ESTATE AND THE LAW OFFICE OF KENNY S. RAMIREZ PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 19, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)) August 19, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 900125

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- Ori S Blumenfeld    ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Lewis R Landau    Lew@Landaunet.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Elizabeth A Lombard    elombard@zwickerpc.com, bknotices@zwickerpc.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Ron Maroko    ron.maroko@usdoj.gov
- Peter J Mastan    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai    ematthai@romalaw.com, lrobie@romalaw.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay    ctp@lnbyb.com
- Leonard Pena    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- David M Reeder    david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk    Kevin@portilloronk.com, Attorneys@portilloronk.com
- Frank X Ruggier    frank@ruggierlaw.com, enotice@pricelawgroup.com
- William F Savino    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer    johnshaffer@quinnemanuel.com
- Richard M Steingard    , awong@steingardlaw.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon    bt@treyzon.com, sgonzales@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| 29039 GLADIOLUS DR.<br>CANYON COUNTRY, CA 91387-1829 | ABIR COHEN TREYZON SALO, LLP, A CALIFORNIA LAW FIRM<br>16001 VENTURA BOULEVARD,<br>SUITE 200<br>ENCINO, CA 91436-4482 | AMERICAN EXPRESS NATIONAL BANK C/O ZWICKER &<br>80 MINUTEMAN ROAD<br>P.O. BOX 9043<br>ANDOVER, MA 01810-0943 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COM<br>C/O ZWICKER AND ASSOCIATES, P.C.<br>P.O. 9043<br>ANDOVER, MA 01810-0943 | AMY FISCH SOLOMON<br>P.O. BOX 1958<br>SANTA YNEZ, CA 93460-1958 | ANDREW GOODMAN<br>30700 RUSSELL RANCH ROAD<br>SUITE 250<br>WESTLAKE VILLAGE, CA 91362-9507 |
| ATKINSON-BAKER, INC.<br>500 N. BRAND BLVD. 3RD FLOOR<br>GLENDALE CA 91203-1945 | BAKER, KEENER & NAHRA, LLP<br>633 WEST FIFTH STREET<br>SUITE 5500<br>LOS ANGELES, CA 90071-2014 | BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST<br>SUITE 1790<br>CENTURY CITY, CA 90067-2537 |
| BEDFORD LAW GROUP, APC<br>1875 CENTURY PARK EAST, SUITE 1790<br>LOS ANGELES, CA 90067-2537 | CT3MEDIA, INC. CHET THOMPSON<br>26080 SHADOW ROCK LN<br>VALENCIA, CA 91381-0630 | BRANDON STOKES<br>4638 WOODLANDS VILLAGE DRIVE<br>ORLANDO, FL 32835-2719 |
| BRIAN ARMSTEAD<br>65 WATKINS AVENUE<br>WOODBURY, NJ 08096-1235 | BRIAN GARRETT<br>15 S. ROLLING HILLS AVE<br>IRWIN, PA 15642-3220 | COHEN & COHEN, LLP<br>16130 VENTURA BLVD.<br>SUITE 140<br>ENCINO, CA 91436-2582 |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICE<br>MICHAEL BYERTS<br>300 S. SPRING STREET, SUITE 1702<br>LOS ANGELES CA 90013-1256 | | CHRISTIAN PETTY<br>6607 5TH AVENUE<br>RIO LINDA, CA 95673-3409 |
| CHRISTINA FULTON<br>1875 CENTURY PARK EAST<br>SUITE 2230<br>LOS ANGELES, CA 90067-2522 | CODY THOMPSON<br>12040 DRIFTSTONE DRIVE<br>FISHERS, IN 46037-8405 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>MARYLOU RICE<br>LEGAL COMPLIANCE LEAD ANALYST<br>900 COTTAGE GROVE ROAD, B6LPA<br>HARTFORD CT 06152-0001 |
| DEPARTMENT OF HEALTH CARE SERVICES<br>OFFICE OF LEGAL SERVICES MS 0010<br>ATTN STEVEN A OLDHAM STAFF ATTORNEY<br>PO BOX 997413<br>SACRAMENTO CA 95899-7413 | DJK COUNSEL, LTD.<br>C/O DANIEL J. KATZ<br>1925 CENTURY PARK E, #810<br>LOS ANGELES, CA 90067-2709 | DK GLOBAL, INC.<br>420 MISSOURI CT<br>REDLANDS, CA 92373-3128 |
| DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>PO BOX 131265<br>ROSEVILLE, MN 55113-0011 | DALTON & ASSOCIATES<br>1106 WEST TENTH STREET<br>WILMINGTON, DE 19806-4522 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| DAVID R. LIRA<br>10100 SANTA MONICA BOULEVARD, 12TH FLOOR<br>LOS ANGELES, CA 90067-4003 | DEVIN LYNN SCOTT<br>512 BRAGINTON ST LOT 2<br>CLEARWATER, FL 33756-1565 | DOMINIC LOMBARDO<br>115 E. POMONA BOULEVARD<br>SUITE A<br>MONTEREY PARK, CA 91755-7210 |
| DONLIN, RECANO & COMPANY<br>6201  15TH AVE<br>BROOKLYN, NY 11219-5411 | EDELSON PC<br>150 CALIFORNIA STREET, 18TH FLOOR<br>SAN FRANCISCO, CA 94111-4569 | DAYMOND WALTON<br>11 WALTON HERNDON DRIVE<br>MEHERRIN, VA 23954-2836 |
| JARED W. BAPTISTA<br>30 LAKEVIEW DRIVE<br>NARRAGANSETT, RI 02882-1617 | ERIC BRYAN SEUTHE<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>LOS ANGELES, CA 90024-3931 | ERIC GOLDBERG<br>DLA PIPER LLP (US)<br>2000 AVENUE OF THE STARS, #400<br>LOS ANGELES 90067-4735 |
| ERIC LINDVALL, DO<br>604 N MAGNOLIA AVE SUITE 100<br>CLOVIS, CA 93611-9205 | ERIKA GIRARDI<br>C/O DINSMORE & SHOHL LLP<br>550 SOUTH HOPE STREET, SUITE 1765<br>LOS ANGELES, CA 90071-2669 | ERIKA SALDANA<br>1757 RIVERSIDE DRIVE<br>GLENDALE, CA 91201-2856 |
| JEFFREY M. SCHWARTZ<br>MUCH SHELIST<br>191 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606-1631 | ESQUIRE DEPOSITION SOLUTIONS, LLC.<br>2700 CENTENNIAL TOWER 101 MARIETTA ST<br>ATLANTA, GA 30303 | EXPRESS NETWORK LLC<br>1605 W OLYMPIC BLVD #800<br>LOS ANGELES CA 90015-4685 |
| FAY PUGH<br>1163 DANIELS DRIVE<br>LOS ANGELES, CA 90035-1101 | FRANTZ LAW GROUP, APLC<br>2029 CENTURY PARK EAST<br>#400<br>LOS ANGELES, CA 90067-2905 | GAYLE C. KUROSU<br>1116 WEST 187TH STREET<br>GARDENA, CA 90248-4123 |
| GIRARDI KEESE<br>1126 WILSHIRE BLVD<br>LOS ANGELES, CA 90017-1904 | GOLKOW LITIGATION SERVICES, LLC<br>GOLKOW LITIGATION SERVICES<br>1650 MARKET STREET, SUITE 5150<br>PHILADELPHIA, PA 19103-7249 | HAKEEM DAUL SHACQUIL DANLEY ( HOBSON)<br>901 TUCKER STREET<br>WILLIAMSPORT, PA 17701-3627 |
| HENRY ANDREW PEREZ BETANCUR<br>4887 VIA PALM LAKES<br>#506<br>WEST PALM BEACH, FL 33417-2728 | IDISCOVERY SOLUTIONS<br>535 ANTON BLVD STE 850<br>COSTA MESA, CA 92626-7062 | ISRAEL I CASSARO<br>2723 CAMBRIDGE AVE<br>HEMET, CA 92545-5315 |
| JAMS, INC.<br>18881 VON KARMAN AVE., SUITE 350<br>IRVINE, CA 92612-6589 | JOSEFINA CASTILLO-HERNANDEZ<br>27604 FIREBRAND DR<br>CASTAIC, CA 91384-3583 | JAIME RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 |
| JEHOSHAPHAT SHAMBEE<br>LINDA SHAMBEE ON BEHALF OF JEHOSPHAT SHA<br>721 KAREY DRIVE<br>TEMPLE TX 76502-8730 | JILL O'CALLAHAN<br>1437 CLUB VIEW DRIVE<br>LOS ANGELES, CA 90024-5305 | JOSHUA REMNANT<br>535 WATERVLIET AVE<br>DAYTON, OH 45420-2542 |
| JOHN ABASSIAN<br>6403 VAN NUYS BOULEVARD<br>VAN NUYS, CA 91401-1437 | JUDY SELBERG<br>10990 WILSHIRE BLVD.<br>SUITE 1420<br>10990 WILSHIRE BLVD., SUITE 1420<br>LOS ANGELES, CA 90024-3931 | JOHN EDWARD TILLSON IV<br>W179S6562 HARDTKE DRIVE<br>MUSKEGO, WI 53150-9694 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| JOHNSON CONTROLS SECURITY SOLUTIONS<br>10405 CROSSPOINT BLVD<br>INDIANAPOLIS, IN 46256-3323 | JORDAN DEWANZ- TITUS<br>488 SNELLING AVE S<br>#112<br>SAINT PAUL, MN 55116-1555 | JOSEPH RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD., STE. 470<br>ENCINO, CA 91436-4493 |
| KABC-AM RADIO, INC.<br>C/O CRF SOLUTIONS<br>PO BOX 1389<br>SIMI VALLEY, CA 93062-1389 | KCC CLASS ACTION SERVICES, LLC<br>C/O DRAKE FOSTER<br>222 N PACIFIC COAST HIGHWAY, 3RD FLOOR<br>EL SEGUNDO, CA 90245-5648 | KIMBERLY ARCHIE<br>15210 VENTURA BOULEVARD<br>SUITE 307<br>SHERMAN OAKS, CA 91403-3841 |
| KATHLEEN L. BAJGROWICZ<br>MANUEL H. MILLER, ESQ.<br>LAW OFFICES OF MANUEL H. MILLER<br>20750 VENTURA BOULEVARD, SUITE 440<br>WOODLAND HILLS, CA 91364-6643 | KATHLEEN RUIGOMEZ<br>C/O MARGULIES FAITH, LLP<br>16030 VENTURA BLVD. STE. 470<br>ENCINO, CA 91436-4493 | KIMBERLY ANNE COLEMAN<br>416 VISTA ROMA<br>NEWPORT BEACH CA 92660-3513 |
| L. EVERETT & ASSOCIATES, LLC<br>3700 STATE STREET, SUITE 350<br>SANTA BARBARA, CA 93105-3100 | L.A. ARENA FUNDING, LLC<br>C/O RICHARD D. BUCKLEY, JR.<br>ARENT FOX LLP<br>555 WEST FIFTH STREET, 48TH FLOOR<br>LOS ANGELES, CA 90013-1065 | MANUEL H. MILLER<br>20750 VENTURA BOULEVARD<br>SUITE 440<br>WOODLAND HILLS, CA 91364-6643 |
| LAW OFFICES OF PHILI SHELDON APC<br>C/O SPERTUS LANDES UMHOFER<br>1990 S. BUNDY DR. SUITE<br>LOS ANGELES, CA 90025-5240 | LAW OFFICES OF PHILIP R. SHELDON, APC<br>C/O SPERTUS, LANDES, & UMHOFER, LLP<br>1990 S. BUNDY DR., SUITE 705<br>LOS ANGELES, CA 90025-5256 | LAW OFFICES OF ROBERT P. FINN<br>C/O SPERTUS, LANDES & UMHOFER, LLP<br>1990 S. BUNDY SUITE 705<br>LOS ANGELES, CA 90025-5256 |
| MARLATT CONSULTING<br>85 CRESTA VERDE DR<br>ROLLING HILLS ESTATES, CA 90274-5455 | MATTHEW JONES<br>317 E 4TH STREET<br>LYNDON, KS 66451-9550 | MICAH S BEAL<br>419 GREENWOOD AVE<br>MICHIGAN CITY, IN 46360-5423 |
| MICHAEL VISLOSKY<br>2764 CERES AVE<br>CHICO CA 95973-7814 | MICHAEL HAMBRIGHT<br>3980 SAN BENITO AVE.<br>SAN BERNARDINO, CA 92407-6042 | SAMMY Y. HSU<br>13044 PACIFIC PROMENADE<br>APT 423<br>PLAYA VISTA, CA 90094-4006 |
| NANO BANC<br>C/O EDWARD PADILLA<br>7755 IRVINE CENTER DRIVE, 3RD FLOOR<br>IRVINE, CA 92618-2904 | NICKALAS MAURICE WILSON<br>C/O MARY DANIEL WILSON<br>1011 BROADWAY ROAD<br>SANFORD, SC 27332-9792 | NOEL MONTES<br>2117 BENJAMIN CREEK DR<br>LITTLE ELM, TX 75068-0019 |
| OWEN, PATTERSON & OWEN<br>C/O LAW OFFICE OF MICHAEL N. BERKE<br>25001 THE OLD ROAD<br>SANTA CLARITA, CA 91381-2252 | PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 | PETER ANAKARAONYE<br>3218 DUNLAP LANE APT E<br>MECHANICSBURG, PA 17055-7056 |
| PETERSON & ASSOCIATES COURT REPORTING, INC.<br>530 B STREET, SUITE 350<br>SAN DIEGO, CA 92101-4403 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4301 | PITNEY BOWES INC<br>27 WATERVIEW DR, 3RD FL<br>SHELTON, CT 06484-4361 |
| PROFESSIONAL RECRUITERS INC.<br>13428 MAXELLA AVE #404<br>LOS ANGELES, CA 90292-5620 | REST YOUR CASE EVIDENCE STORAGE LLC<br>PAULINE WHITE<br>150 N. SANTA ANITA AVENUE<br>SUITE 300<br>ARCADIA, CA 91006-3116 | ROBERT GIRARDI<br>402 SOUTH MARENGO AVE.<br>SUITE B<br>PASADENA, CA 91101-3113 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                           F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| ROBERT KEESE<br>22982 ROSEMONT COURT<br>MURRIETA, CA 92562-3075 | ROBERT M. KEESE<br>22982 ROSEMONT COURT<br>MURRIETA, CA 92562-3075 | SHANE JETER<br>2550 WALLINGFORD ROAD<br>WINSTON SALEM, NC 27101-1922 |
| RONALD RICHARDS<br>LAW OFFICE OF RONALD RICHARDS & ASSOC<br>P.O. BOX 11480<br>BEVERLY HILLS, CA 90213-4480 | RONNELL TAYLOR ON THE BEHALF OF SADIE TAYLOR<br>114 RACQUET CLUB DR #608<br>GREENSBURG, PA 15601-9033 | SHANE MORGAN<br>28 JACKSON AVE<br>RUTLAND, VT 05701-4523 |
| SIMBA CAPITAL INC.  ROBERT COHAN<br>9 AVE AT PORT IMPERIAL 408<br>WEST NEW YORK, NJ 07093-7141 | STILLWELL MADISON<br>C/O DLA PIPER LLP (US)<br>2000 AVENUE OF THE STARS, #400<br>LOS ANGELES, CA 90067-4735 | SOUTHERN CALIFORNIA GAS COMPANY<br>555 WEST 5TH STREET<br>LOS ANGELES, CA 90013-1011 |
| THOMAS A. SCHRANDT<br>C/O MARVIN E. HARVEY JR. (POA)<br>707 FAIRWAY DR.<br>NEW SMYRNA BCH, FL 32168-6114 | U.S. LEGAL SUPPORT, INC.<br>C/O PORTILLO RONK LEGAL TEAM<br>5716 CORSA AVENUE<br>SUITE 207<br>WESTLAKE VILLAGE, CA 91362-4059 | THE LAW BUSINESS INSIDER RADIO SHOW<br>13428 MAXELLA AVE #404<br>LOS ANGELES, CA 90292-5620 |
| US LEGAL SUPPORT<br>16825 NORTHCHASE DRSUITE 900<br>HOUSTON, TX 77060-6004 | VIRGINIA ANTONIO<br>20413 VIA NAVARRA<br>YORBA LINDA, CA 92886-3065 | VIRAGE SPV 1, LLC<br>CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808-1674 |
| VITITOE LAW GROUP<br>ATTN: JAMES VITITOE<br>5707 CORSA AVENUE, 2ND FLOOR<br>WESTLAKE VILLAGE, CA 91362-6499 | WELLS FARGO VENDOR FINANCIAL SERVICES, INC.<br>C/O HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BLVD., 12TH FLOOR<br>ENCINO, CA 91436-2802 | C/O CRF SOLUTIONS<br>PO BOX 1389<br>SIMI VALLEY, CA 93062-1389 |
| GERALD J JACQUART AND LISA M JACQUART<br>1355 E DODGE ST<br>FREMONT, NE 68025-5765 | RACHAEL DAVIS<br>45871 PINE HOLLOW RD<br>ROGERS, OH 44455-9736 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**