UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

FILED & ENTERED

AUG 11 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier DEPUTY CLERK

In re:

GIRARDI KEESE,

Debtor(s).

Case No.: 2:20-bk-21022-BR

Chapter 7

**ORDER DENYING "MOTION FOR RECONSIDERATION OF ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C. AS SPECIAL LITIGATION COUNSEL"**

This matter is before the Court on the "Notice Of Motion And Motion For Reconsideration Of Order Granting Chapter 7 Trustee's Application To Employ The Law Offices Of Ronald Richards & Associates, A.P.C. As Special Litigation Counsel" ("Motion For Reconsideration") filed by party in interest Erika Girardi on June 24, 2021 (Docket No. 437).

For all of the reasons set forth in the Memorandum of Decision filed contemporaneously herewith, the Motion For Reconsideration is **DENIED**.

**IT IS SO ORDERED**.

###

Date: August 11, 2021

_Barry Russell_
Barry Russell
United States Bankruptcy Judge

-1-