United States Bankruptcy Court

Central District of California

In re:  Case No. 20-21022-BR
Girardi Keese  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Girardi Keese, 1126 Wilshire Blvd, Los Angeles, CA 90017-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com |
| Andrew Goodman | on behalf of Petitioning Creditor Virginia Antonio agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | on behalf of Petitioning Creditor Jill O'Callahan agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | on behalf of Petitioning Creditor Robert M. Keese agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | on behalf of Attorney William F Savino agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com |
| Andrew Goodman | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 25, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Andrew Goodman
on behalf of Petitioning Creditor Erika Saldana agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Petitioning Creditor John Abassian agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman
on behalf of Petitioning Creditor Kimberly Archie agoodman@andyglaw.com Goodman.AndrewR102467@notify.bestcase.com

Ashleigh A Danker
on behalf of Interested Party Courtesy NEF Ashleigh.danker@dinsmore.com
SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

Boris Treyzon
on behalf of Defendant ABIR COHEN TREYZON SALO LLP, a California limited liability partnership bt@treyzon.com,
sgonzales@actslaw.com

Boris Treyzon
on behalf of Interested Party Courtesy NEF bt@treyzon.com sgonzales@actslaw.com

Carmela Pagay
on behalf of Interested Party Courtesy NEF ctp@lnbyb.com

Christopher K.S. Wong
on behalf of Interested Party L.A. Arena Funding LLC christopher.wong@arentfox.com, yvonne.li@arentfox.com

Clifford S Davidson
on behalf of Creditor California Attorney Lending II Inc. csdavidson@swlaw.com,
jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Craig G Margulies
on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
on behalf of Defendant Boris Treyzon Esq Craig@MarguliesFaithlaw.com
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies
on behalf of Defendant ABIR COHEN TREYZON SALO LLP, a California limited liability partnership
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Daniel A Lev
on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

David M Reeder
on behalf of Interested Party Courtesy NEF david@reederlaw.com secretary@reederlaw.com

Edith R. Matthai
on behalf of Interested Party Courtesy NEF ematthai@romalaw.com lrobie@romalaw.com

Edith R. Matthai
on behalf of Defendant David Lira ematthai@romalaw.com lrobie@romalaw.com

Elissa Miller (TR)
CA71@ecfcbis.com MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

Elizabeth A Lombard
on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. elombard@zwickerpc.com,
bknotices@zwickerpc.com

Eric A Mitnick
on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Eric D Goldberg
on behalf of Creditor Stillwell Madison LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Eric D Winston
on behalf of Creditor Frantz Law Group APLC ericwinston@quinnemanuel.com

Evan C Borges
on behalf of Defendant Pretty Mess Inc., a corporation eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Defendant Erika Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Defendant EJ Global LLC, a limited liability company eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Evan C Borges
on behalf of Interested Party Erika Girardi eborges@ggtriallaw.com cwinsten@ggtriallaw.com

Frank X Ruggier

Case 2:20-bk-21022-BR    Doc 634    Filed 08/27/21    Entered 08/27/21 21:18:58    Desc
Imaged Certificate of Notice    Page 3 of 7

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 25, 2021 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF frank@ruggierlaw.com enotice@pricelawgroup.com |
| James J Finsten | |
| | on behalf of Interested Party Courtesy NEF jimfinsten@hotmail.com |
| Jennifer Witherell Crastz | |
| | on behalf of Creditor Wells Fargo Vendor Financial Services Inc. jcrastz@hrhlaw.com |
| Jennifer Witherell Crastz | |
| | on behalf of Creditor Wells Fargo Vendor Financial Services LLC jcrastz@hrhlaw.com |
| Jeremy Faith | |
| | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Kenneth Miller | |
| | on behalf of Interested Party Courtesy NEF kmiller@pmcos.com efilings@pmcos.com |
| Kenneth John Shaffer | |
| | on behalf of Creditor Frantz Law Group APLC johnshaffer@quinnemanuel.com |
| Kevin C Ronk | |
| | on behalf of Creditor U.S. Legal Support Inc. Kevin@portilloronk.com, Attorneys@portilloronk.com |
| Kyra E Andrassy | |
| | on behalf of Plaintiff Elissa D. Miller kandrassy@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | |
| | on behalf of Trustee Elissa Miller (TR) kandrassy@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | |
| | on behalf of Plaintiff Elissa Miller kandrassy@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lei Lei Wang Ekvall | |
| | on behalf of Trustee Elissa Miller (TR) lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lei Lei Wang Ekvall | |
| | on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lei Lei Wang Ekvall | |
| | on behalf of Plaintiff Elissa Miller lekvall@swelawfirm.com lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Leonard Pena | |
| | on behalf of Interested Party Robert Girardi lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| Lewis R Landau | |
| | on behalf of Interested Party Courtesy NEF Lew@Landaunet.com |
| Lewis R Landau | |
| | on behalf of Creditor Virage SPV 1 LLC Lew@Landaunet.com |
| Lillian Jordan | |
| | on behalf of Interested Party Courtesy NEF ENOTICES@DONLINRECANO.COM RMAPA@DONLINRECANO.COM |
| Marie E Christiansen | |
| | on behalf of Creditor KCC Class Action Services LLC mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com |
| Marshall J Hogan | |
| | on behalf of Creditor California Attorney Lending II Inc. mhogan@swlaw.com, knestuk@swlaw.com |
| Michael J Quinn | |
| | on behalf of Creditor KCC Class Action Services LLC mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com |
| Michelle Balady | |
| | on behalf of Creditor Bedford Law Group APC mb@bedfordlg.com, leo@bedfordlg.com |
| Ori S Blumenfeld | |
| | on behalf of Defendant Boris Treyzon Esq ori@marguliesfaithlaw.com Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Ori S Blumenfeld | |
| | on behalf of Defendant ABIR COHEN TREYZON SALO LLP, a California limited liability partnership ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Ori S Blumenfeld | |

Case 2:20-bk-21022-BR    Doc 634    Filed 08/27/21    Entered 08/27/21 21:18:58    Desc
Imaged Certificate of Notice    Page 4 of 7

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Aug 25, 2021 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Jaime Ruigomez ori@marguliesfaithlaw.com Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Ori S Blumenfeld | |
| | on behalf of Interested Party Courtesy NEF ori@marguliesfaithlaw.com Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Ori S Blumenfeld | |
| | on behalf of Creditor Joseph Ruigomez ori@marguliesfaithlaw.com Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Ori S Blumenfeld | |
| | on behalf of Creditor Kathleen Ruigomez ori@marguliesfaithlaw.com Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Peter J Mastan | |
| | on behalf of Interested Party Courtesy NEF peter.mastan@dinsmore.com SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com |
| Philip E Strok | |
| | on behalf of Interested Party Courtesy NEF pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Philip E Strok | |
| | on behalf of Trustee Elissa Miller (TR) pstrok@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Rafey Balabanian | |
| | on behalf of Creditor Edelson PC rbalabanian@edelson.com docket@edelson.com |
| Razmig Izakelian | |
| | on behalf of Creditor Frantz Law Group  APLC razmigizakelian@quinnemanuel.com |
| Richard D Buckley | |
| | on behalf of Interested Party L.A. Arena Funding  LLC richard.buckley@arentfox.com |
| Richard M Steingard | |
| | on behalf of Other Professional Christopher Kamon   awong@steingardlaw.com |
| Richard W Esterkin | |
| | on behalf of Interested Party Courtesy NEF richard.esterkin@morganlewis.com |
| Richard W Esterkin | |
| | on behalf of Creditor Southern California Gas Company richard.esterkin@morganlewis.com |
| Ron Maroko | |
| | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Ronald N Richards | |
| | on behalf of Creditor Law Offices of Phili Sheldon APC ron@ronaldrichards.com  morani@ronaldrichards.com |
| Ronald N Richards | |
| | on behalf of Trustee Elissa Miller (TR) ron@ronaldrichards.com  morani@ronaldrichards.com |
| Ronald N Richards | |
| | on behalf of Plaintiff Robert P Finn ron@ronaldrichards.com  morani@ronaldrichards.com |
| Ronald N Richards | |
| | on behalf of Plaintiff Elissa Miller ron@ronaldrichards.com  morani@ronaldrichards.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  morani@ronaldrichards.com |
| Ronald N Richards | |
| | on behalf of Special Counsel Ronald Richards ron@ronaldrichards.com  morani@ronaldrichards.com |
| Scott H Olson | |
| | on behalf of Creditor KCC Class Action Services  LLC solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com |
| Sheryl K Ith | |
| | on behalf of Creditor Daimler Trust sith@cookseylaw.com sith@ecf.courtdrive.com |
| Steven T Gubner | |
| | on behalf of Interested Party Courtesy NEF sgubner@bg.law  ecf@bg.law |
| Suzanne C Grandt | |
| | on behalf of Interested Party Courtesy NEF suzanne.grandt@calbar.ca.gov joan.randolph@calbar.ca.gov |
| Timothy J Yoo | |
| | on behalf of Interested Party Courtesy NEF tjy@lnbyb.com |
| Timothy J Yoo | |

District/off: 0973-2 | User: admin | Page 5 of 5
Date Rcvd: Aug 25, 2021 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Jason M. Rund tjy@lnbyb.com |
| Timothy W Evanston | on behalf of Trustee Elissa Miller (TR) tevanston@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Timothy W Evanston | on behalf of Interested Party Courtesy NEF tevanston@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Timothy W Evanston | on behalf of Plaintiff Elissa Miller tevanston@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| William F Savino | on behalf of Creditor California Attorney Lending II Inc. wsavino@woodsoviatt.com, lherald@woodsoviatt.com |

TOTAL: 85

Case 2:20-bk-21022-BR    Doc 634    Filed 08/27/21    Entered 08/27/21 21:18:58    Desc
Imaged Certificate of Notice    Page 5 of 7

**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

**FILED & ENTERED**

AUG 25 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION AUTHORIZING PAYMENT OF CLIENT'S SETTLEMENT FUNDS AND FEES AND EXPENSES TO BE DISBURSED TO THE ESTATE**<br><br>**[No Hearing Required]** |

Pursuant to the *Stipulation Authorizing Payment of Client's Settlement Funds and Fees and Expenses to be Disbursed to the Estate* filed on August 17, 2021, as Docket No. 604 (the "Stipulation"), and good cause appearing,

2880543.1                                          1                                          ORDER

1       **IT IS ORDERED** that the Stipulation is approved in its entirety.

2       ###

Date: August 25, 2021

*Barry Russell* (signature)
_____
Barry Russell
United States Bankruptcy Judge