EVAN C. BORGES, State Bar No. 128706
  *EBorges@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Party-in-Interest and Appellant Erika Girardi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | CACB Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | CACD Case No. 2:21-cv-06951-SVW |
| | **APPELLANT'S DESIGNATION OF RECORD ON APPEAL FROM BANKRUPTCY COURT** |
| | Judge:  Hon. Barry Russell |

Party-in-Interest and Appellant Erika Girardi ("Ms. Girardi"), in accordance with Federal Rule of Appellate Procedure 6(b)(2)(B), hereby designates the following items to be included in the record on her appeal from the Memorandum of Decision and Order Denying Motion for Reconsideration, entered by the United States Bankruptcy Court for the Central District of California in the above-captioned case on August 11, 2021 (Docket Nos. 571 and 572).

## DESIGNATION OF RECORD

| Bankruptcy Docket No. | Date Entered in Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 318 | 04/26/2021 | Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 319 | 4/26/2021 | Notice of Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 333 | 05/10/2021 | Opposition to Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 345 | 05/18/2021 | Notice of Hearing on Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 374 | 06/01/2021 | Reply to Opposition to Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 391 | 06/09/2021 | Notice of Lodgment of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |

| | | |
|---|---|---|
| 392 | 6/10/2021 | Order Granting Application to Employ the Law Offices of Ronald Richards & Associates A.P.C. as Special Litigation Counsel |
| 407 | 06/17/2021 | Transcript Order Form re Hearing Date 06/08/2021 |
| 413 | 06/21/2021 | Transcript Record Transmittal re Hearing Date 06/08/2021 |
| 422 | 06/22/2021 | Transcript re Hearing Held 06/08/2021 |
| 437 | 06/24/2021 | Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 438 | 06/25/2021 | Order on Notice of Motion and Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 491 | 7/14/21 | Adversary Complaint by Elissa Miller against Erika Girardi, Pretty Mess, Inc., a corporation, and EJ Global, LLC, a limited liability company (Case 2:21-ap-01155) |
| 496 | 07/16/2021 | Chapter 7 Trustee's Opposition to Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 497 | 07/16/2021 | Chapter 7 Trustee's Evidentiary Objections to the Declaration of Evan C. Borges and Exhibits 1 and 2 Attached Thereto in Support of Motion for Reconsideration |
| 498 | 07/16/2021 | Special Litigation Counsel's Opposition to Motion of Erika Girardi to Reconsider Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C.; Declarations of Ronald Richards, Erin Joyce, and Bjorn |

| | | Wallman in Support of Opposition. |
|---|---|---|
| 499 | 7/16/2021 | Special Litigation Counsel's Objections to the Declaration of Evan C. Borges in Support of Motion for Reconsideration |
| 511 | 07/23/2021 | Reply Memorandum in Support of Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 512 | 07/23/2021 | Evidentiary Objections to the Declaration of Erin Joyce in Support of Opposition to Motion for Reconsideration of Order Appointing Special Litigation Counsel |
| 513 | 7/23/2021 | Response to Chapter 7 Trustee's Evidentiary Objections to Declaration of Evan C. Borges and Exhibits 1 and 2 Attached Thereto in Support of Motion for Reconsideration |
| 514 | 07/23/2021 | Response to Chapter 7 Trustee's Evidentiary Objections to Declaration of Evan C. Borges and Exhibits 1 and 2 Attached Thereto |
| 515 | 07/23/2021 | Notice of Errata |
| 519 | 07/26/2021 | Chapter 7 Trustee's Evidentiary Objections to Declaration of Evan C. Borges and Exhibit 3 Attached Thereto and Reply in Support of Motion for Reconsideration |
| 571 | 08/11/2021 | Memorandum of Decision on Erika's Girardi's Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 572 | 08/11/2021 | Order Denying Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation |

|  |  | Counsel |
|---|---|---|
| 589 | 08/16/2021 | Certificate of Notice of Order Denying Motion for Reconsideration of Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel |
| 632 | 08/25/2021 | Notice of Appeal and Statement of Election |

DATED:  September 8, 2021        GREENBERG GROSS LLP

By: _____
Evan C. Borges
Attorneys for Party-in-Interest and Appellant Erika Girardi

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT'S DESIGNATION OF RECORD ON APPEAL FROM BANKRUPTCY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 8, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2021 | Cheryl Winsten | _/s/ Cheryl Winsten_ |
|---|---|---|
| Date | Printed Name | Signature |

**In re GIRARDI KEESE**
CACB Case No. 2:20-bk-21022-BR
CACD Case No. 2:21-cv-06951-SVW

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**  rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**  mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**  ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**  richard.buckley@arentfox.com
- **Marie E Christiansen**  mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**  jcrastz@hrhlaw.com
- **Ashleigh A Danker**  Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**  csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**  lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**  richard.esterkin@morganlewis.com
- **Timothy W Evanston**  tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**  Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**  , jimfinsten@hotmail.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**   sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**   Lew@Landaunet.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**   elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Kenneth Miller**   kmiller@pmcos.com, efilings@pmcos.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**   david@reederlaw.com, secretary@reederlaw.com

- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**    johnshaffer@quinnemanuel.com
- **Richard M Steingard**    , awong@steingardlaw.com
- **Philip E Strok**    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**    bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**    ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**    tjy@lnbyb.com

**2.    SERVED BY UNITED STATES MAIL:**

**Debtor:**
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership (ACTS)
16001 Ventura Boulevard, Suite 200
Encino, CA 91436

Donlin, Recano & Company
6201 15th Ave
Brooklyn, NY 11219

IDiscovery Solutions
535 Anton Blvd Ste 850
Costa Mesa, CA 92626

James W Spertus
Spertus Landes & Umhoffer LLP
1990 South Bundy Dr Ste 705
Los Angeles, CA 90025

Neil Steiner
Steiner & Libo, Professional Corp
11845 W. Olympic Blvd Ste 910W
Los Angeles, CA 90064

Boris Treyzon Esq
16001 Ventura Blvd., Suite 200
Encino, CA 91436

Andrew W Zepeda
Lurie, Zepeda, Schmalz, Hogan & Martin
1875 Century Park East Ste 2100
Los Angeles, CA 90067

**3.    SERVED BY PERSONAL DELIVERY:**

**U.S. Bankruptcy Court:**
U.S. Bankruptcy Court
Hon. Barry Russell
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

APPELLANT'S DESIGNATION OF RECORD ON APPEAL FROM BANKRUPTCY COURT