**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:   714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee



FILED & ENTERED

SEP 13 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING DISTRIBUTION OF XARELTO SETTLEMENT PAYMENT TO CLIENT (G. JACQUART)**<br><br>**[No Hearing Required]** |

Pursuant to the *Stipulation Regarding Distribution of Xarelto Settlement Payment to Client (G. Jacquart)* filed on September 1, 2021, as Docket No. 635 (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved in its entirety.

###

Date: September 13, 2021

_signature: Barry Russell_

Barry Russell
United States Bankruptcy Judge

2882217.1          1          ORDER