Elissa D. Miller
*emiller@sulmeyerlaw.com*
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| | **TRUSTEE'S RECOMMENDATION RE REPORT OF AUCTIONEER AND COMPENSATION OF AUCTIONEER FEES AND EXPENSES AND EXONERATION OF AUCTIONEER'S BOND** |
| Debtor. | **[Auctioneer Report Submitted Concurrently Herewith]** |
| | **[Proposed Order Uploaded Concurrently Herewith]** |
| | [No Hearing Required]] |

**TO THE  HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE,**

**OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED**

**PARTIES:**

Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for Girardi Keese (the "Debtor") hereby submits her "*Recommendation Re Report Of Auctioneer And Compensation Of Auctioneer Fees And Expenses And Exoneration Of Auctioneer's Bond*" as follows

1.      Attached hereto as **Exhibit 1** is a true and correct copy of the "*Application By Chapter 7 Trustee For Authority To ThreeSixty Asset Advisors, LLC As Auctioneer; To Authorize Public Sale By Auctioneer And To Pay Auctioneer Upon Conclusion Of Sale In Accordance With The Terms Hereof; Statement Of Disinterestedness; Declaration In Support Thereof*"  (the "Application") [Docket No. 482].

EDM 2727626v1

1    2.    Attached hereto as **Exhibit 2** is a true and correct copy of the *"Notice of*

2  *Application By Chapter 7 Trustee For Authority To ThreeSixty Asset Advisors, LLC As*

3  *Auctioneer; To Authorize Public Sale By Auctioneer And To Pay Auctioneer Upon*

4  *Conclusion Of Sale In Accordance With The Terms Hereof"* [Docket No. 483].

5    2.    Attached hereto as **Exhibit 3** is a true and correct copy of the *"Order*

6  *Granting Application By Chapter 7 Trustee For Authority To ThreeSixty Asset Advisors,*

7  *LLC As Auctioneer; To Authorize Public Sale By Auctioneer And To Pay Auctioneer Upon*

8  *Conclusion Of Sale In Accordance With The Terms Hereof,"* entered on August 5, 2021

9  [Docket No. 560].

10    3.    Attached hereto as **Exhibit 4** is the *"Report Of Auctioneer And Application For*

11  *Fees And Expenses."*  Pursuant to the Application, 360 agreed to cap its fees at $24,100.

12  However, as set forth in the Auction Report, during the preparation for the auction, the

13  Trustee located many more items hidden in closets, behind doors and elsewhere,

14  significantly more items to include in the auction than originally believed would be

15  included.  As a result, the auction attracted more buyers and the required additional

16  check-out dates.  Therefore, I request that I be authorized to pay to 360 the additional

17  costs incurred of $1,696.48.

18    4.    Attached hereto as **Exhibit 5** is the proposed *"Order Approving Trustee's*

19  *Recommendation Re: Report Of Auctioneer And Compensation Of Auctioneer And*

20  *Exoneration Of Auctioneer's Bond."*

21    **WHEREFORE**, the Trustee requests that she be authorized to compensate ThreeSixty

22  Asset Advisors, LLC the total amount of $66,083.31 for the Buyer's premium plus costs

23  and expenses incurred as set forth herein.[1]

24

25

26

27

---

28

[1] If 360 is limited by its cap, the total amount to be paid is $64,386.83.

1   DATED: September 14, 2021          Respectfully submitted,

2

                             */s/ Elissa D. Miller*

3                            Elissa D. Miller
                            Chapter 7 Trustee

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1 | Elissa D. Miller
   | emiller@sulmeyerlaw.com
2 | 333 South Grand Avenue, Suite 3400
   | Los Angeles, California 90071
3 | Telephone: 213.626.2311
   | Facsimile: 213.629.4520
4 |
5 | Chapter 7 Trustee

6 | **UNITED STATES BANKRUPTCY COURT**

7 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| In re | Case No. 2:20-bk-21022-BR |
|---|---|
| | Chapter 7 |
| GIRARDI KEESE, | |
| | **APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY THREESIXTY ASSET ADVISORS, LLC AS AUCTIONEER; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF; STATEMENT OF DISINTERESTEDNESS; DECLARATION IN SUPPORT THEREOF** |
| Debtor. | |
| | **[11 U.S.C. § 327, FED.R. BANKR. P. 2014 AND LOC. BANKR. R. 2014-1(B)]** |
| | **Auction Date:  To Be Set** |
| | No Hearing Date Required] |

19 | **TO THE  HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE,**

20 | **OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED**

21 | **PARTIES:**

22 |     Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for Girardi Keese (the

23 | "Debtor") hereby files her "*Application By Chapter 7 Trustee For Authority To Employ*

24 | *ThreeSixty Asset Advisors, LLC As Auctioneer; To Authorize Public Sale By Auctioneer*

25 | *And To Pay Auctioneer Upon Conclusion Of Sale in Accordance with the Terms Hereof;*

26 | *Statement Of Disinterestedness; Declaration In Support Thereof*"  (the "Application")

27 | pursuant to which she seeks authority to retain ThreeSixty Asset Advisors, LLC ("360")

28 | as her auctioneer as follows:

EDM 2712784v1

EXHIBIT 1   0004

1      1.      The Debtor was a plaintiff's law firm based in Los Angeles, California.  On

2  December 18, 2020, petitioning creditors Jill O'Callahan, as successor in interest to

3  James O'Callahan, Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio,

4  and Kimberly Archie (collectively, the "Petitioning Creditors") filed an involuntary chapter

5  7 bankruptcy petition against the Debtor.[1]

6      2.      On December 24, 2020, the Petitioning Creditors filed a *Motion for

7 Appointment of Interim Trustee Pursuant to 11 U.S.C. § 303(g)* [Docket No. 12].   The

8 Court entered an order granting the motion on January 5, 2021 [Docket No. 45]. On

9 January 6, 2021, the Trustee was appointed as the interim trustee [Docket No. 50].

10      3.      On January 13, 2021, the Court entered an *Order Directing: (1) The Clerk

11 *of Court to Immediately Enter an Order for Relief under Chapter 7; (2) The United States*

12 *Trustee to Immediately Appoint a Chapter 7 Trustee; (3) The Debtor to File All Schedules*

13 *and Related Documentation for Chapter 7 Case within Fourteen Days of the Entry of this*

14 *Order; and (4) Vacating February 16, 2021 Status Conference* [Docket No. 68].  On

15 January 13, 2021, the Clerk of Court entered an order for relief against the Debtor

16 [Docket No. 69], and the Trustee was appointed and accepted her appointment in the

17 Debtor's case [Docket No. 71]

18      4.      At the time the bankruptcy case was first filed until recently, the Debtor

19 occupied two buildings on Wilshire Boulevard just west of downtown Los Angeles—1122

20 Wilshire (the "1122 Building") and 1126 Wilshire (the "1126 Building") .  Following an

21 agreement by and between the owners of the 1122 Building, and approval by the Court of

22 the agreement in th Girardi personal case, the building was sold.

23      5.      Prior to the closing of the sale of the 1122 Building, the Trustee moved all of

24 the Debtor's personal property of value, not otherwise sold to the new owner of the 1122

25 Building to the 1126 building.  Among the property now for sale in the 1122 Building is

26

---

27 [1]     The Petitioning Creditors also filed an involuntary chapter 7 bankruptcy petition
against Thomas V. Girardi, which is currently pending as Bankruptcy Case No. 2:20-bk-
28 21020-BR.

EDM 2712784v1                 -2-

EXHIBIT 1   0005

office furniture, artwork, memorabilia, office supplies, electronics, support equipment, wine, a 2011 Cadillac a scooter and other personal property assets belonging to the Debtor.[2]

6.      Recently, the Trustee learned that the Debtor was also storing old personal property in a garage and storage room totaling approximately 3,500 square feet in the building located at 1138 Wilshire (the "1138 Building"). This is a building in which Girardi, at one time, had an ownership interest; however, he no longer does. The personal property assets in this building include miscellaneous artwork, furniture, a piano, and miscellaneous other potentially saleable items. (The personal property assets in the 1126 Building and the 1138 Building are herein referred to as the "Assets.")

7.      The Trustee and 360 met and viewed the Assets in both the 1122 and the 1138 buildings and so that 360 could value the Assets for Auction purposes. 360 advised the Trustee that it believed the Assets have value for the estate in excess of $50,000 - $60,000. 360 also advised the Trustee that the cost of liquidating the Assets (labor for staging and moving was high). However, according to 360, the Assets could potentially bring more value than estimated due to the notoriety attached to the case.[3]

8.      Nonetheless, the Trustee determined that the best and most feasible manner for liquidating the Assets is through the employment of 360.

9.      Following discussions, 360 and the Trustee agreed that it was economically beneficial to sell the Assets at both the 1126 and 1138 Buildings through an internet auction leaving the Assets in place.[4]

---

[2] There is also approximately 100+ bottles of wine which the Trustee's auctioneer is determining whether he can sell and the best way to do so.

[3] The Trustee sought proposals from other auctioneers. One refused the job because it was not a local company and it believed its labor costs would be too high and the other never submitted a proposal after viewing the property.

[4] The Trustee is also filing a Motion to abandon and destroy more trash and other items including whatever remains at the conclusion of the auction.

EDM 2712784v1                              -3-

EXHIBIT 1   0006

10.     As this time, in order to facilitate the foregoing sale, it is necessary for me to employ a duly bonded auctioneer.  Upon the granting of this application, I will retain and employ 360.  Attached hereto as **Exhibit 1** is the Auction Proposal and Auction Service Agreement ("Auction Plan").

11.     Notice of this application to employ 360 (the "Notice") is being served concurrently herewith and is being served on all creditors and parties in interest.

12.     The Sale will be conducted as an Internet Auction on the earliest date following the approval of the employment to allow for optimal advertising.  The advertising will provide that there will be no right to preview the items to be sold. Once 360 determines the date of the auction, the Trustee will post the notice of sale pursuant to Local Rule 6004-2 on the Court's website and 360 will commence advertising  the sale to the public.

13.     As set forth on Page 5 of the Auction Proposal, **Exhibit 1** hereto, 360 will create a sale specific marketing plan catering to the target audience specific to the Girardi Keese sale, including both legal professionals and the general public, using the following advertising methods:

• Social Media (including Facebook and LinkedIn)

• Auction Posting/Listing Sites (i.e. AuctionZip, AuctionHQ)

• Local / Regional Publications (Los Angeles Business Journal)

• Emails (Distribution to law offices, accounting firms and offices in local zip codes, as well as past auction purchasers)

• Classified Sites (i.e. Craigslist, OfferUp)

• Press Release (distributed via PR Newswire)

14.     Based on 360's review of the Assets, 360 is estimating the auction value of the Assets to be approximately $50,000 to $60,000.

15.     360 has agreed to conduct the Auction as a public sale and will not receive a commission from the estate but will be compensated through an eighteen percent (18%) buyer's premium from the purchasers and an expense allowance from the estate

EXHIBIT 1   0007

of not to exceed $24,100.00 ($26,100 if the estate is required to remove the items from

the 1138 Building prior to the sale).[5]

16.     As detailed in the attached Auction Plan, the costs include advertising,

labor, permits, etc. and a marketing allowance of up to $10,000.  In addition, 360

provided assistance to the Trustee including value the assets so that the Trustee could

obtain insurance and so the furniture and office supplies could be sold in connection with

the sale of the 1122 Building.  As such, the Trustee is also proposing reimbursing 360 for

its time and in connection with its advisory assistance in the amount of $5,000.

17.     The Declaration of Jeff Tanenbaum, the principal of 360 is attached hereto.

360 and Mr. Tanenbaum are disinterested parties within the meaning of 11 U.S.C. §

101(14).  Based on Auctions conducted by Jeff Tanenbaum for me in other cases and for

other Trustees, I am confident that 360 is fully competent to perform the services for

which his is being employed.  A true and correct copy of 360's resume is included in

**Exhibit 1** at pages 5 and 6.  Its General Auction Bond in attached as **Exhibit 2** and its

specific auction bond as **Exhibit 3.**

18.     360 will collect and pay sales tax under its resale license on all sales plus

the buyers' premium.  As the party collecting the funds, 360 is required by law to file sales

tax returns and remit the tax.

19.     The Auction will be an internet only auction.  After the sale, successful

buyers will be directed and required to come to the 1126 or 1138 Building, as

appropriate, to pick up their purchases.  At all times when the assets are available for

pick up, a representative of 360 (and the estate) will be present.

20.     Assets left at the conclusion of the sale, if any, will be abandoned and

destroyed, or if useful to a not for profit, donated.  If to a non-profit, the Trustee will insure

that it is a 501(c)(3) corporation and has no prior affiliation with the Trustee or any of her

---

[5] Based on recent communications with the broker for the 1138 Building, the Trustee is
informed and believes that the auction can be conducted in place, provided the auction is
concluded within the next approximately six weeks.

EXHIBIT 1    0008

professionals or the auctioneer.  If items are donated, the Trustee will file a notice setting

forth generically, what was donated and to which entity.

21.    I wish to be able to pay 360 in accordance with the procedures set forth in

Supervisory Instruction #10.  360 understands that the gross proceeds shall be turned

over to the Trustee, along with an accounting within 21 days after the sale.  Within 30

days of receipt of the Report of Auctioneer, the Trustee shall file with the court the Report

with a brief Declaration asserting that: the Trustee has compared the Report of

Auctioneer to the list of items/lots sold, indicating the Report is satisfactory, and request

entry of an order approving the payment of compensation to 360 pursuant to the Notice

of Sale and Report of Auctioneer and exoneration of the auctioneer of his bonds. To the

extent Paragraph 11 of the Auction Agency Agreement conflicts with this paragraph, this

paragraph will control.

**WHEREFORE**, I respectfully request that I be authorized to employ ThreeSixty

Asset Advisors, LLC as my auctioneer, for authority for ThreeSixty Asset Advisors, LLC

to conduct a public sale, and to pay it in accordance with the terms set forth herein upon

entry of an Order, and that this Court grant such other and further relief as it may deem

just and proper.

DATED: July 7, 2021                                **Respectfully submitted,**

                                                       /s/ *Elissa D. Miller*
                                                       Elissa D. Miller
                                                       Chapter 7 Trustee

EDM 2712784v1                                -6-

EXHIBIT 1   0009

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF
## PROFESSIONAL PERSON UNDER BANKRUPTCY RULE 2014

[The following information is supplied in conformity with United States Bankruptcy Court,

Central District of California, Form No. 2014-1]

1.      Name, address and telephone number of the professional ("the Professional")
        submitting this Statement:

        Jeff Tanenbaum
        ThreeSixty Asset Advisors, LLC
        3075 E Thousand Oaks Blvd.
        Westlake Village, CA 91362
        805.496.8087

2.      The services to be rendered by the Professional in this case are *(specify)*:

The Professional will act as auctioneer for the Estate of Girardi Keese, Elissa D. Miller,

Chapter 7 Trustee.

3.      The terms and source of the proposed compensation and reimbursement of the
        Professional are *(specify)*:

        0% commission from estate; 18% buyer's premium plus costs
        estimated at not greater than $24,100.00 (or $26,100 if the
        Trustee is required to remove the items from the 1138
        building.

4.      The nature and terms of retainer (i.e., nonrefundable versus an advance against
        fees) half by the Professional are *(specify)*:  None.

5.      The investigation of disinterestedness made by the Professional prior to submitting
        this Statement consisted of *(specify)*:

        I have carefully reviewed 360's  files and have determined that
        no conflict exists in connection with this matter.  I have
        determined that 360 does not represent anyone with any
        interests adverse to the Estate.  Further, 360 represents no
        creditor or other party in this Chapter 7 case and has no
        interest adverse to the Debtor or the Estate.  Therefore, to the
        best of my knowledge, information and belief 360 is a
        disinterested party in the Debtor's Chapter 7 case as that term
        is defined by the Bankruptcy Code.

6.      The following is a complete description of all of the Professional's connections with
        the debtor, principals of the debtor, insiders, the debtor's creditors, any other party
        or parties in interest, and their respective attorneys and accountants, or any
        person employed in the Office of the United States Trustee *(specify, attaching
        extra pages as necessary)*:  None

7.      The Professional is not a creditor, an equity security holder or an insider of the
        debtor, except as follows *(specify, attaching extra pages as necessary)*:  N/A

EDM 2712784v1                                    -7-

EXHIBIT 1   0010

8.    The Professional is not and was not an investment banker for any outstanding security of the debtor.

9.    The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10.    The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11.    The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders with respect to the matter on which the Professional is to be employed, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:    N/A

12.    Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

Jeff Tanenbaum
ThreeSixty Asset Advisors, LLC
3075 E Thousand Oaks Blvd.
Westlake Village, CA 91362
805.496.8087

13.    The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows *(specify, attaching extra pages as necessary)*:s

n/a

14.    Total number of attached pages of supporting documentation:  17

After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

DATED:  July  _7_ , 2021            Respectfully submitted,

ThreeSixty Asset Advisors, LLC

By: _____
            Jeff Tanenbaum

EXHIBIT 1   0011

# DECLARATION OF ELISSA D. MILLER

I, Elissa D. Miller, do hereby declare:

1.     That I am the duly appointed Trustee in the above estate.

2.     I have prepared the foregoing application and know its contents to be true and correct.

3.     I have read the Declaration of Jeff Tanenbaum of ThreeSixty Asset Advisors, LLC.   I am familiar with the firm and know it to be a competent auctioneer.   In addition to the information set forth in the attached resume, I discussed with Mr. Tanenbaum his experience in selling similar assets particularly in cases such as these with significant public interest.

4.     I am satisfied that 360 is a disinterested persons as defined by the provisions of the Bankruptcy Code and that the employment of 360 under the circumstances and terms set forth herein is in the best interest of this bankruptcy estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 7, 2021, at Los Angeles, California.


___/s/ *Elissa D. Miller*_____
Elissa D. Miller, Trustee

EDM 2712784v1

-9-

EXHIBIT 1   0012

**EXHIBIT 1**

EXHIBIT 1   0013



# Asset Recovery Solution

 

**Prepared:**
May 6, 2021
(revised July 1, 2021)

**Presented to**
Elissa Miller
Trustee

**Presented by:**
Jeff Tanenbaum
President
ThreeSixty Asset Advisors



888.345.SOLD | www.360assetadvisors.com

EXHIBIT 1  0014



## Girardi | Keese

# Asset Recovery Solution

INTRODUCTION

May 6, 2021 (revised July 7, 2021)

Elissa Miller
Trustee
Girardi Keese

Dear Elissa:

Thank you for the opportunity to prepare the following asset recovery solution to assist you with the sale of the various Girardi Keese assets.

This proposal addresses the sale of all personal property located at the office facilities as viewed on May 3, 2021, taking into consideration the following variables and factors:

- Carve-out of the furniture and shelving to be pre-sold to the purchaser of 1122 Wilshire Blvd. We have defined furniture and shelving in the Subject Assets section, and have noted that in addition to the furniture and shelving, one of the Blind Justice Bronze statues has been allocated to their purchase;

- Auction value provided for the carve-out items;  When considering a price to charge the buyer, the estate may want to factor an additional 20%-40% to adjust for in-place orderly liquidation value;

- A fee has been proposed for the value guidance regarding the carve-out items;

- Labor cost and time necessary to relocate items to be sold from 1122 to 1126 Wilshire has been addressed and deducted as of June 23 based on the estate's relocation efforts;

Also note that a sale of office furniture in the current economic environment has not been recently tested and recovery projections are highly speculative.  While auctions, in general, have seen robust participation and results, office furniture in small quantities and ancillary to the primary assets being sold have not seen strong pricing.  That said, the notoriety of this case combined with some of the unique items being offered and the quality of the office furniture, may generate sufficient exposure to drive results.  Recovery projections offered are not overly optimistic nor overly conservative.

We appreciate the opportunity to submit this proposal on your behalf and welcome any questions you may have.

Best Regards,

Jeff Tanenbaum, CAI
President

EXHIBIT 1   011



EXHIBIT 1   0015

Girardi | Keese

# Executive Summary

| | |
|---|---|
| **SUBJECT ASSETS** | Furniture – Desks, Seating, Filing & Storage Cabinets, Rugs<br>Furnishings – Art, collectibles, lamps, plants/planters<br>Electronics – Computers, printers, telecom, TVs, A/V, security system<br>Shelving – storage area shelf units<br>Support Equipment – Ladders, dollies, library carts, binding equipment, compressor, safe<br>Supplies – copy paper, office supplies, food products<br>Wine – (subject to ABC approval)<br>Vehicles – Cadillac |
| **ASSET EXCLUSIONS** | - Furniture & shelving at 1122 Wilshire as well as 1 of 2 Bronze Blind Justice Statues which was sold to the building buyer;<br>- Server Room Equipment |
| **MARKETING** | Marketing will target legal professionals and general public using the strategies described on page 5 of this Proposal. |
| **SALE STRATEGY** | Virtual online auction process for all other assets.  No reserve auction. |
| **SALE PROCESS** | Furnishings, electronics, support equipment, supplies (and wine if applicable) to be consolidated from the 1122 Building to the 1126 Building to be staged and prepared for inclusion in the auction.  Any vehicles included would be part of the same virtual auction process. |
| **SALE TIMELINE** | Auction to take place within approx. 30- 40 days of the entry of an order approving 360's retention and authorizing the sale.  Removal over a one-week period thereafter |
| **FEE STRUCTURE** | 0% Seller's commission<br>18% Buyers' premium<br>Expense cap:  $24,100 (or $26,100 if moving services are required) as follows:<br> - Setup labor (3 crew) @ $500/day – est. 12 days<br> - Inspection & Removal Supervision (3 crew) @ $500/day – est. 8 days<br> - Annex Site: Add'l Setup (3 crew) @ $500/day – 3 days; Removal Supervision (1 crew) @ $150/day – 4 days;<br> - In the event items require relocation from the Annex Site to the 1126 Building, an additional cost of $1500 - $2000 for moving services will be required<br> - Marketing @ $10,000<br> - Online Bidding Fees, Supplies - $2,000<br><br>Advisory Fee – Pre-Sale Assets - $5,000 |
| **RECOVERY** | **Gross Auction Recovery: est. $50,000 to $60,000**<br> - Includes FF&E and Cadillac |

EXHIBIT 1   012



EXHIBIT 1   0016



### Girardi | Keese
# Subject Assets

This proposal will address the sale of the following asset categories.   All furniture, rugs and shelving units in the 1122 Wilshire Building will be excluded as part of a pre-sale.

- Furniture
- Furnishings
- Electronics
- Shelving

- Support Equipment
- Wines (tentative)
- Vehicles
- Supplies and related items














**PROPOSAL**

EXHIBIT 1    013



THREESIXTY
ASSET ADVISORS

EXHIBIT 1    0017



### Girardi | Keese
# Marketing

A sale specific marketing plan will be created catering to the target audience specific to the Girardi Keese sale, including both legal professionals and the general public, using the following advertising methods:

- Social Media (including Facebook and LinkedIn)
- Auction Posting/Listing Sites (i.e. AuctionZip, AuctionHQ)
- Local / Regional Publications (Los Angeles Business Journal)
- Emails (Distribution to law offices, accounting firms and offices in local zip codes, as well as past auction purchasers)
- Classified Sites (i.e. Craigslist, OfferUp)
- Press Release (distributed via PR Newswire)

SAMPLE ADVERTISEMENTS









EXHIBIT 1   014

THREESIXTY
ASSET ADVISORS

EXHIBIT 1   0018



**Girardi | Keese**

# About ThreeSixty



+1 888 345.7653

***Value* is in the Eye of the Beholder**

An effective asset recovery solution requires a deep and broad understanding of not only the subject assets, but such key factors as timing, circumstances and market trends.

With over 35 years of experience selling a broad range of asset classes, under immensely diverse circumstances, we have the unique perspectives to provide our clients with objective guidance, outside-the-box strategies, expert oversight and the resources to deliver the most qualified solution and team for any given project.

When it comes to your assets... perspective is money.

**EXPERIENCE THAT MATTERS**

Asset Categories:

- Industrial Machinery
- Heavy Equipment
- Professional Audio / Video
- Transportation
- Wholesale Inventories
- Real Property

Geographies:

- US
- Canada
- Global Resources

**LIQUIDATION ANALYSIS | DISPOSITION ADVISORY | ASSET PURCHASE | CONTRACT SERVICES**



**LOS ANGELES | DENVER**

**360AssetAdvisors.com**

EXHIBIT 1   015



EXHIBIT 1   0019



## Girardi | Keese
# Project Leadership

JEFF TANENBAUM | jeff@360AssetAdvisors.com | Office: 805.496.8087 ext. 117 | Cell: 818.326.4909





### Jeff Tanenbaum, CAI, CES
**PRESIDENT**

BIOGRAPHY:

Jeff Tanenbaum entered the Auction profession in 1985.  Since that time Tanenbaum has emersed himself in all aspects of the business from operations and marketing, to auctioneering, business development and strategic planning.  Tanenbaum's unique qualifications include his ability to see value where others may not, and to craft solutions that maximize value and create a win-win result.

Tanenbaum started his career as employee number one at Great American Group (now a division of B. Riley), helping to grow the company until his departure as Executive Vice President in 1994.  In 1995, Tanenbaum launched Remarketing Associates which became Tiger Remarketing Services in 2010 and later Tiger Commercial & Industrial.  Tanenbaum served as President of Tiger Commercial & Industrial and Executive Managing Director of Tiger Capital Group until his departure in 2019.

Over his 35-year tenure in the auction industry, Tanenbaum has participated in thousands of engagements, and personally managed over 1,000 auction sale events, working on behalf of such companies as Apple Computer and Mobil Oil, such financial institutions as Wells Fargo and PNC Bank, and such agencies as the US Bankruptcy Court and the FDIC.

Tanenbaum has served both the auction industry and his community, serving on the boards of the Industrial Auctioneers Association and the Southern California Auctioneers Association, as well as on the Boys & Girls Club Board for over 15 years.  Tanenbaum has also conducted 100's of benefit auctions, raising millions of dollars for numerous causes throughout the United States.

SELECT PROJECTS:

**Apple Computer, Inc.**
50+ Auctions of Refurbished Products

**ITT Technical Institute (Bankruptcy Estate)**
Consolidation and Auctions of Over 100 Locations

**Prime Equip**
3 Month Liquidation Construction Equipment Rental Fleet

**Broadcom**
Worldwide Auctions of Excess Electronic Test Equipment

**EXPERIENCE:**

2020 - Present
ThreeSixty Asset Advisors, LLC
President

2010 - 2019
Tiger Capital Group
Executive Managing Director

1995 – 2010
Remarketing Associates, Inc.
President

2002 – 2005
Tranzon Asset Strategies
Executive Vice President

1985 - 1994
Great American Group
Executive Vice President

**MEMBERSHIPS / CERTIFICATIONS:**

Designee, Certified Auctioneers Institute (CAI)

Designee, Certified Estate Specialist (CES)

Officer, Industrial Auctioneers Association (former)

Officer, Southern California Auctioneers Association (former)

Member, National Auctioneers Association

Education, University of Southern California

805-496-8087 | 360AssetAdvisors.com

THREESIXTY
ASSET ADVISORS

EXHIBIT 1   0020

Bankruptcy Auction Agency Agreement

**Date:**          July 1, 2021

**Parties:**       ThreeSixty Asset Advisors, LLC ("Agent")

                   Elissa Miller ("Trustee")

                   Girardi Keese ("Debtor")

**Case #:**        2:20-bk-21022-BR

**Court:**         U.S. Bankruptcy Court, Central District of California ("Bankruptcy Court")

**Assets:**

Office Furniture, Computers, Furnishings, Artwork, Collectibles, Law Library and related items located in

The Girardi Keese offices at 1126 Wilshire Blvd, inclusive of such non-furniture items formerly located at

1122 Wilshire Blvd, but relocated to 1126 Wilshire Blvd., as well as items located at 1138 Wilshire Blvd

("Annex Site"). Also included: 2011 Cadillac. Specifically Excluded: Items sold with the 1122 Wilshire

Blvd Building, Servers being retained by the estate and wine, Unless determined to be sellable.

**Pickup Location:** 1126 Wilshire Blvd, Los Angeles CA & 1138 Wilshire Blvd, Los Angeles CA

**Sale Location:** online bidding only

**Sale Date/Time:** To be scheduled within approximately 30 days of the Approval Order

**Removal Deadline:**    Within approximately 7 days of the Sale Date

**Commission:**          0%

**Buyers' Premium:**     18%

**Bond Amount:**         $50,000   (25k covered by blanket Bankruptcy Bond, plus 25k supplemental)

**Expense Reimbursement:**    Capped at $24,000

**Expenses Include:**

Labor, Marketing, Online Bidding Services, Supplies


**Other Provisions:**

(1) Agent shall be entitled to an additional fee in the amount of $5,000 for pre-auction asset sale

guidance and valuation services.

(2) The following Assets will be sold subject to a delayed pickup date: File Storage, Office Furniture

Used by Trustee's representatives.

(3) Expense cap is contingent upon files and paperwork being removed from all office areas prior to

Agent commencing work onsite.


Bankruptcy Auction Agency Agreement

1.  Trustee hereby retains Agent to act as its sole and exclusive agent to sell the Assets of Debtor, including but not limited to those items listed above at one or more publicly marketed Sale(s).

2.  Agent shall conduct the Sale(s) in a manner intended to maximize recovery in an expedited time frame, and utilizing the methods that Agent deems, in its professional judgment, to be appropriate and in the best interest of Trustee, and in accordance with the Proposal submitted to Trustee by Agent.

3.  Agent hereby agrees to use its professional skill, knowledge and experience to the best advantage of both Parties but makes no representations or warranties regarding the outcome of the Sale, except to the extent as may be provided for in this Agreement.

4.  Agent shall be authorized to promote the Sale of the Assets immediately upon execution of this Agreement and shall be authorized to use Debtor's name and logo in all advertising without further consideration; Prior to court approval, any promotions will state that the sale is subject to court approval.

5.  Agent shall have the authority to establish appropriate terms of sale consistent with Agent's best practices for Sales of similar nature.

6.  All Assets shall be offered for sale on an "As-Is, Where-Is" basis; The sale shall be without reserve.

7.  Agent shall be authorized to accept, as Trustee's agent, cash, cashiers' checks, guaranteed checks, Visa, MasterCard and American Express as payment for the Assets sold.

8.  Agent shall be responsible to collect, report, and remit sales tax collected during the Sale(s).

9.  Agent shall not be responsible for any purchaser that fails to live up to its obligation to complete a purchase of any of the Assets.

10. Unless explicitly stated otherwise, Agent shall not be responsible for: occupancy cost; property insurance; data backup or destruction; removal of debris or trash from the Asset location; containment, storage, sale or disposition of hazardous materials; or, disposition of unsold or abandoned Assets.

11. Agent is authorized to deduct Commission, Buyers' Premium, Expense Reimbursement, Sales Tax and all other funds authorized by this Agreement from the proceeds of the Sale(s) and deposit the remaining proceeds of the Sale(s) ("Net Income") into Agent's segregated trust account for distribution to the Trustee within 10 days of the Completion of the Sale for all Assets paid for and removed by buyers.  Within 14 days of the completion of the sale process, Agent shall provide Trustee with an accounting of the Sale income and expenses along with any remaining Net Income due Trustee.

12. Agent shall have the right to convey all Assets to purchasers free and clear of any liens, judgments or encumbrances whatsoever.  All sales of the Assets shall be made by Agent as agent in fact for Trustee. Title to the Assets shall remain with the Trustee throughout the Sale Term. In the case of vehicles, Trustee shall provide all necessary documents necessary for the conveyance of title to the buyer.

13. With the exception of Paragraph 4, this Agreement is subject to the jurisdiction and approval of the Bankruptcy Court, and, lacking applicable law thereunder, the laws of the State of California.  Trustee shall prepare and file a motion with the Bankruptcy Court and use its reasonable best efforts to ensure the motion is approved by an order ("Approval Order") that provides, among other things, as follows: (i) approval and/or assumption of this Agreement; (ii) for the payment of all Compensation owed and Costs incurred hereunder, to Agent, free and clear of all liens, claims and encumbrances, in accordance with this Agreement, without need for any further order of the Bankruptcy Court; (iii) approval of the transactions contemplated in this Agreement; and (iv) authority for Company and Agent to take such further actions as are necessary or appropriate to carry out the terms and conditions of this Agreement.


Trustee:                                          Agent:

TRUSTEE                                           THREESIXTY ASSET ADVISORS, LLC




By:_____                  By:_____

Date:                                             Date:

**EXHIBIT 2**

EXHIBIT 1    0025

BOND NO. **999108939**                                              $25,000.00

## SURETY BOND

KNOW ALL MEN BY THESE PRESENTS, THAT, ThreeSixty Asset Advisors, LLC

herein after called the Principal (Auctioneer), and The Ohio Casualty Insurance Company
hereinafter called Surety, are held and firmly bound unto the United States of America and/or the
United States Trustee hereinafter called the Obligee in the aggregate sum of Twenty-five

Thousand Dollars And Zero Cents

_____ Dollars ($25,000.00        ) for the payment whereof to the Obligee, the Principal
and Surety hereby bind themselves, their successors and assigns, jointly and severally, firmly by
these presents.

        WHEREAS, the Principal and Obligee will from time to time conduct auctions on behalf of
the United States Trustee and/or the United States Bankruptcy Court, and as a condition to perform
such auctions the United States Trustee requires that a surety bond be posted to secure the faithful
performance of such auctions.

        NOW, THEREFORE, the condition of this obligation is such that if the above bound
Principal shall faithfully perform the duties of an auctioneer and account for all monies received
and in all things comply with the requirements of the United States Trustee and/or the United
States Bankruptcy Court, then this obligation shall be null and void.

        PROVIDED, HOWEVER, that the Surety or Principal may cancel this bond by giving
thirty (30) days prior notice in writing to the Obligee such notice to be given by certified mail.
Such cancellation shall not affect any liability incurred under this bond prior to the effective date of
such cancellation.

LIABILITY UNDER THIS BOND SHALL COMMENCE ON THE 10th              DAY OF
May            , 2021        .

SIGNED, SEALED AND DATED THIS 10th    DAY OF May            , 2021        .


ATTEST:

ThreeSixty Asset Advisors, LLC
Principal (Auctioneer)

By:

The Ohio Casualty Insurance Company
Surety

By: _____
Jayne B. Maloney - Attorney in Fact

LMS-21040e 06/19

EXHIBIT 2   021

EXHIBIT 1   0026

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.



The Ohio Casualty Insurance Company

# POWER OF ATTORNEY

Principal: ThreeSixty Asset Advisors, LLC
Agency Name: E. R. Munro & Company
Obligee: United States of America                                    Bond Number: 999108939
Bond Amount: ($25,000.00       ) Twenty-five Thousand Dollars And Zero Cents

**KNOW ALL PERSONS BY THESE PRESENTS:** that The Ohio Casualty Insurance Company, a corporation duly organized under the laws of the State of New Hampshire (herein collectively called the "Company"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint **Jayne B. Maloney** in the city and state of **Pittsburgh, PA,** each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Company in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of the Company has been affixed thereto this 26th day of September, 2016.

The Ohio Casualty Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA
COUNTY OF MONTGOMERY   ss

On this 26th day of September, 2016, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of The Ohio Casualty Insurance Company and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



Commonwealth of Pennsylvania - Notary Seal
Teresa Pastella, Notary Public
Montgomery County
My commission expires March 28, 2025
Commission number 1126044
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-law and Authorizations of The Ohio Casualty Insurance Company, which is now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature or electronic signatures of any assistant secretary of the Company or facsimile or mechanically reproduced or electronic seal of the Company, wherever appearing upon a certified copy of any power of attorney or bond issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, of The Ohio Casualty Insurance Company do hereby certify that this power of attorney executed by said Company is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Company this 10th    day of May              , 2021      .



By: _Renee Llewellyn_
Renee C. Llewellyn, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

For bond and/or Power of Attorney (POA) verification inquiries, please call 610-832-8240 or email HOSUR@libertymutual.com.

eBonding_POA

EXHIBIT 2   022

EXHIBIT 1   0027

**EXHIBIT 3**

EXHIBIT 1   0028



Bond Number 999118015

### AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, ThreeSixty Asset Advisors, LLC (hereinafter called Principal), as Principal, and **THE OHIO CASUALTY INSURANCE COMPANY**, its home office in Keene, New Hampshire 03431 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA hereinafter called Obligee), in the full and just sum of TWENTY-FIVE THOUSAND AND ZERO CENTS ($25,000.00) DOLLARS, for the payment of which well and truly to be made, the Principal and Surety hereby bind themselves, their heirs and executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, **Girardi Keese, Case Number 2:20-bk-21022-BR**, in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall no exceed the aggregate sum of TWENTY-FIVE THOUSAND AND ZERO CENTS ($25,000.00) DOLLARS, for all claims asserted against this bond.

This bond shall remain in full force and effect from June 28th, 2021 to June 28th, 2022.

**SIGNED AND SEALED THIS 28th DAY OF JUNE, 2021.**

ThreeSixty Asset Advisors, LLC

BY:

Jeffrey Tanenbaum, Member

THE OHIO CASUALTY INSURANCE COMPANY

By:

Catherine D Vanelli, Attorney-in-Fact

EXHIBIT 3   023

EXHIBIT 1   0029

This Power of Attorney limits the acts of those named herein, and they have no authority to
bind the Company except in the manner and to the extent herein stated.



Liberty Mutual
SURETY

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: **8201499-014135**

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Tod E. Aronson, Gregory Magnus, Jayne B. Maloney, Catherine D. Vanelli, Nadine R. Weilersbacher__

all of the city of ___Pittsburgh___ state of ___Pennsylvania___ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this ___3rd___ day of ___July___ , ___2019___ .




Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _____
David M. Carey, Assistant Secretary

State of PENNSYLVANIA
County of MONTGOMERY  ss

On this ___3rd___ day of ___July___ , ___2019___ before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _____
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this ___28th___ day of ___June___ , ___2021___ .





By: _____
Renee C. Llewellyn, Assistant Secretary

*Sidebar left:* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*Sidebar right:* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS-12873 LMIC OCIC WAIC Multi Co_062018

EXHIBIT 3    024

EXHIBIT 1    0030

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY THREESIXTY ASSET ADVISORS, LLC AS AUCTIONEER; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF; STATEMENT OF DISINTERESTEDNESS; DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 8, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 8, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>**ADDITIONAL SERVICE INFORMATION**</u> (if needed):

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

Kyra E Andrassy on behalf of Plaintiff Elissa Miller
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Trustee Elissa Miller (TR)
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Michelle Balady on behalf of Creditor Bedford Law Group, APC
mb@bedfordlg.com, leo@bedfordlg.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant Boris Treyzon Esq
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Evan C Borges on behalf of Interested Party Erika Girardi
eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, LLC
jcrastz@hrhlaw.com

Ashleigh A Danker on behalf of Interested Party Courtesy NEF
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1   0032

Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Plaintiff Elissa Miller
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Trustee Elissa Miller (TR)
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Richard W Esterkin on behalf of Creditor Southern California Gas Company
richard.esterkin@morganlewis.com

Richard W Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

Timothy W Evanston on behalf of Interested Party Courtesy NEF
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Plaintiff Elissa Miller
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Trustee Elissa Miller (TR)
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

James J Finsten on behalf of Interested Party Courtesy NEF
, jimfinsten@hotmail.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Andrew Goodman on behalf of Attorney William F Savino
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1    0033

agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Suzanne C Grandt on behalf of Interested Party Courtesy NEF
suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov

Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law, ecf@bg.law

Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Sheryl K Ith on behalf of Creditor Daimler Trust
sith@cookseylaw.com, sith@ecf.courtdrive.com

Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC
razmigizakelian@quinnemanuel.com

Lillian Jordan on behalf of Interested Party Courtesy NEF
ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM

Lewis R Landau on behalf of Creditor Virage SPV 1, LLC
Lew@Landaunet.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
Lew@Landaunet.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Elizabeth A Lombard on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.
elombard@zwickerpc.com, bknotices@zwickerpc.com

Craig G Margulies on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Defendant Boris Treyzon Esq
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Peter J Mastan on behalf of Interested Party Courtesy NEF
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Edith R. Matthai on behalf of Defendant David Lira
ematthai@romalaw.com, lrobie@romalaw.com

Edith R. Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com, lrobie@romalaw.com

Kenneth Miller on behalf of Interested Party Courtesy NEF

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1    0034

kmiller@pmcos.com, efilings@pmcos.com

Elissa Miller (TR)
CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Carmela Pagay on behalf of Interested Party Courtesy NEF
ctp@lnbyb.com

Leonard Pena on behalf of Interested Party Robert Girardi
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

David M Reeder on behalf of Interested Party Courtesy NEF
david@reederlaw.com, secretary@reederlaw.com

Ronald N Richards on behalf of Creditor Law Offices of Phili Sheldon APC
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Plaintiff Robert P Finn
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Trustee Elissa Miller (TR)
ron@ronaldrichards.com, morani@ronaldrichards.com

Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.
Kevin@portilloronk.com, Attorneys@portilloronk.com

William F Savino on behalf of Creditor California Attorney Lending II, Inc.
wsavino@woodsoviatt.com, lherald@woodsoviatt.com

Kenneth John Shaffer on behalf of Creditor Frantz Law Group, APLC
johnshaffer@quinnemanuel.com

Richard M Steingard on behalf of Other Professional Christopher Kamon
, awong@steingardlaw.com

Philip E Strok on behalf of Interested Party Courtesy NEF
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Philip E Strok on behalf of Trustee Elissa Miller (TR)
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Boris Treyzon on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
jfinnerty@actslaw.com, sgonzales@actslaw.com

United States Trustee (LA)

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1   0035

ustpregion16.la.ecf@usdoj.gov

Eric D Winston on behalf of Creditor Frantz Law Group, APLC
ericwinston@quinnemanuel.com

Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

Timothy J Yoo on behalf of Interested Party Jason M. Rund
tjy@lnbyb.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1   0036

# EXHIBIT 2

1   Elissa D. Miller
    emiller@sulmeyerlaw.com
2   333 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
3   Telephone: 213.626.2311
    Facsimile: 213.629.4520
4

5   Chapter 7 Trustee

6                **UNITED STATES BANKRUPTCY COURT**

7          **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

8   In re                                  Case No. 2:20-bk-21022-BR

9                                          Chapter 7
    GIRARDI KEESE,
10                                         **NOTICE OF APPLICATION BY CHAPTER
                                           7 TRUSTEE FOR AUTHORITY TO
11                                         EMPLOY THREESIXTY ASSET
                                           ADVISORS, LLC AS AUCTIONEER; TO
12          Debtor.                        AUTHORIZE PUBLIC SALE BY
                                           AUCTIONEER AND TO PAY AUCTIONEER
13                                         UPON CONCLUSION OF SALE IN
                                           ACCORDANCE WITH THE TERMS
14                                         HEREOF**

15                                         **[11 U.S.C. § 327, FED.R. BANKR. P. 2014
                                           AND LOC. BANKR. R. 2014-1(B)]**
16
                                           **Auction Date:  To Be Set**
17
                                           No Hearing Date Required]
18

19  **TO THE  HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE,**

20  **OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED**

21  **PARTIES:**

22          **PLEASE TAKE NOTICE** that Elissa D. Miller, the Chapter 7 Trustee (the

23  "Trustee") for Girardi Keese (the "Debtor") has filed her "*Application By Chapter 7 Trustee*

24  *For Authority To Employ ThreeSixty Asset Advisors, LLC As Auctioneer; To Authorize*

25  *Public Sale By Auctioneer And To Pay Auctioneer Upon Conclusion Of Sale in*

26  *Accordance with the Terms Hereof; Statement Of Disinterestedness; Declaration In*

27  *Support Thereof"*  (the "Application") pursuant to which she seeks authority to retain

28  ThreeSixty Asset Advisors, LLC ("360") as her auctioneer to sell personal property assets

EDM 2712784v1

EXHIBIT 2   0037

1   of the Girardi Keese Bankruptcy Estate. The assets include, among other miscellaneous

2   items, office furniture, artwork, memorabilia, office supplies, electronics, support

3   equipment, wine, a 2011 Cadillac, a scooter, a piano and other personal property assets

4   belonging to the Debtor (the "Assets").[1]

5   **PLEASE TAKE FURTHER NOTICE** that 360 has agreed to advertise the Assets

6   through social media and otherwise, the auction to interested parties, to represent the

7   estate in connection with the sale of the Assets to interested parties, and to advise the

8   Trustee with respect to obtaining the highest and best offers available in the present

9   market for the Assets.  A true and correct copy of 360's  resume is attached to the

10  Application as part of **Exhibit 1**.

11  **PLEASE TAKE FURTHER NOTICE** that the Trustee desires to employ 360 on the

12  terms and conditions stated in Auction Proposal which is attached to the Application as

13  **Exhibit 1.**  At the present time, 360 has determined the Assets to have a fair market

14  value of approximately $50,000 - $60,000.

15  **PLEASE TAKE FURTHER NOTICE** that 360 has determined that it does not

16  represent any creditor with an interest adverse to the estate.  See Declaration of Jeff

17  Tanenbaum attached to the Application.  360 does not currently represent any other

18  entity involved in this case and is disinterested as that term is defined in 11 U.S.C. §

19  101(14), as it represents and believes that it holds no interest adverse to the interest of

20  the estate with respect to the matters on which it will be employed.

21  **PLEASE TAKE FURTHER NOTICE** that 360 has been advised of and has agreed

22  to accept employment by the estate subject to the provisions of 11 U.S.C. §328(a).  360

23  will be not be paid a commission on the proceeds from the estate but will be paid a

24  buyer's premium of eighteen percent (18)% of the purchase price and reimbursed its

25  expenses of approximately in an amount not to exceed $24,100 ($26,100 if certain of the

26

27

28  _____

[1] There is also approximately 100+ bottles of wine which the Trustee's auctioneer is
determining whether he can sell and the best way to do so.

EDM 2712784v1                              -2-

EXHIBIT 2    0038

items need to be moved) as set forth in the Application.  In addition, 360 will be

reimbursed $5,000 for advisory services it provided to the Trustee throughout the case.

    **PLEASE TAKE FURTHER NOTICE** that the Trustee is informed and believes that

the employment of 360 upon the foregoing terms is fair, equitable and in the best

interests of the estate, and therefore the employment of 360 on said terms should be

approved.

    **PLEASE TAKE FURTHER NOTICE** that if you wish to receive a copy of the

Application, you may obtain a copy by requesting one in writing from the Trustee Elissa

D. Miller, at 333 South Grand Avenue, Suite 3400, Los Angeles, California  90071, or by

facsimile (213) 629-4520 or email emiller@sulmeyerlaw.com.  The Application will be

promptly provided upon written request.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-

1(b)(3), if you wish to object to the Application, you must file a written objection and

request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), within

14 days of the date this notice was served, plus an additional 3 days unless this notice

was served upon you by personal delivery or posting as described in Federal Rule of Civil

Procedure 5(b)(2)(A)-(B).

    If any such response is timely received, the Trustee will set a hearing date and

send out notice thereof.  No hearing will be held if no response and request for hearing is

received.  Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and

serve an opposition to the Application may be deemed as your consent to the granting of

the Application.  If you do not oppose the Application, you need not take any further

action.

DATED: July 8, 2021                Respectfully submitted,


                      */s/ Elissa D. Miller*
                      Elissa D. Miller
                      Chapter 7 Trustee

DATE OF MAILING:  July 8, 2021

EXHIBIT 2   0039

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY THREESIXTY ASSET ADVISORS, LLC AS AUCTIONEER; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 8, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 8, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached**

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

Kyra E Andrassy on behalf of Plaintiff Elissa Miller
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Trustee Elissa Miller (TR)
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Michelle Balady on behalf of Creditor Bedford Law Group, APC
mb@bedfordlg.com, leo@bedfordlg.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant Boris Treyzon Esq
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Evan C Borges on behalf of Interested Party Erika Girardi
eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, LLC
jcrastz@hrhlaw.com

Ashleigh A Danker on behalf of Interested Party Courtesy NEF
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2   0041

Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Plaintiff Elissa Miller
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Trustee Elissa Miller (TR)
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Richard W Esterkin on behalf of Creditor Southern California Gas Company
richard.esterkin@morganlewis.com

Richard W Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

Timothy W Evanston on behalf of Interested Party Courtesy NEF
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Plaintiff Elissa Miller
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Trustee Elissa Miller (TR)
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

James J Finsten on behalf of Interested Party Courtesy NEF
, jimfinsten@hotmail.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Andrew Goodman on behalf of Attorney William F Savino
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2    0042

agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Suzanne C Grandt on behalf of Interested Party Courtesy NEF
suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov

Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law, ecf@bg.law

Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Sheryl K Ith on behalf of Creditor Daimler Trust
sith@cookseylaw.com, sith@ecf.courtdrive.com

Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC
razmigizakelian@quinnemanuel.com

Lillian Jordan on behalf of Interested Party Courtesy NEF
ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM

Lewis R Landau on behalf of Creditor Virage SPV 1, LLC
Lew@Landaunet.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
Lew@Landaunet.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Elizabeth A Lombard on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.
elombard@zwickerpc.com, bknotices@zwickerpc.com

Craig G Margulies on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Defendant Boris Treyzon Esq
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Peter J Mastan on behalf of Interested Party Courtesy NEF
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Edith R. Matthai on behalf of Defendant David Lira
ematthai@romalaw.com, lrobie@romalaw.com

Edith R. Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com, lrobie@romalaw.com

Kenneth Miller on behalf of Interested Party Courtesy NEF

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

EXHIBIT 2   0043

kmiller@pmcos.com, efilings@pmcos.com

Elissa Miller (TR)
CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Carmela Pagay on behalf of Interested Party Courtesy NEF
ctp@lnbyb.com

Leonard Pena on behalf of Interested Party Robert Girardi
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

David M Reeder on behalf of Interested Party Courtesy NEF
david@reederlaw.com, secretary@reederlaw.com

Ronald N Richards on behalf of Creditor Law Offices of Phili Sheldon APC
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Plaintiff Robert P Finn
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Trustee Elissa Miller (TR)
ron@ronaldrichards.com, morani@ronaldrichards.com

Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.
Kevin@portilloronk.com, Attorneys@portilloronk.com

William F Savino on behalf of Creditor California Attorney Lending II, Inc.
wsavino@woodsoviatt.com, lherald@woodsoviatt.com

Kenneth John Shaffer on behalf of Creditor Frantz Law Group, APLC
johnshaffer@quinnemanuel.com

Richard M Steingard on behalf of Other Professional Christopher Kamon
, awong@steingardlaw.com

Philip E Strok on behalf of Interested Party Courtesy NEF
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Philip E Strok on behalf of Trustee Elissa Miller (TR)
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Boris Treyzon on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
jfinnerty@actslaw.com, sgonzales@actslaw.com

United States Trustee (LA)

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                   **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2   0044

ustpregion16.la.ecf@usdoj.gov

Eric D Winston on behalf of Creditor Frantz Law Group, APLC
ericwinston@quinnemanuel.com

Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

Timothy J Yoo on behalf of Interested Party Jason M. Rund
tjy@lnbyb.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2    0045

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

**Debtor**
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

**All Creditors**

American Express Travel Related
Services Com
c/o Zwicker and Associates, P.C.
P.O. 9043
Andover, MA 01810-0943

Amy Fisch Solomon
P.O. Box 1958
Santa Ynez, CA 93460-1958

Atkinson-Baker, Inc.
500 N. Brand Blvd. 3rd Floor
Glendale CA 91203-1945

Baker, Keener & Nahra, LLP
633 West Fifth Street
Suite 5500
Los Angeles, CA 90071-2014

Brandon Stokes
4638 Woodlands Village Drive
Orlando, FL 32835-2719

Brian Garrett
15 S. Rolling Hills Ave
Irwin, PA 15642-3220

CT3Media, Inc. Chet Thompson
26080 Shadow Rock Ln
Valencia, CA 91381-0630

Christian Petty
6607 5th Avenue
Rio Linda, CA 95673-3409

Christina Fulton
1875 Century Park East
Suite 2230
Los Angeles, CA 90067-2522

Cigna Health and Life Insurance
Company
Marylou Rice
Legal Compliance Lead Analyst
900 Cottage Grove Road, B6LPA
Hartford CT 06152-0001

Cody Thompson
12040 Driftstone Drive
Fishers, IN 46037-8405

DJK Counsel, Ltd.
c/o Daniel J. Katz
1925 Century Park E, #810
Los Angeles, CA 90067-2709

DK Global, Inc.
420 Missouri Ct
Redlands, CA 92373-3128

Dalton & Associates
1106 West Tenth Street
Wilmington, DE 19806-4522

Daymond Walton
11 Walton Herndon Drive
Meherrin, VA 23954-2836

Devin Lynn Scott
512 Braginton St Lot 2
Clearwater, FL 33756-1565

Dominic Lombardo
115 E. Pomona Boulevard
Suite A
Monterey Park, CA 91755-7210

Eric Bryan Seuthe
10990 Wilshire Blvd.
Suite 1420
Los Angeles, CA 90024-3931

Eric Lindvall, DO
604 N Magnolia Ave Suite 100
Clovis, CA 93611-9205

Esquire Deposition Solutions, LLC.
2700 Centennial Tower
101 Marietta St
Atlanta, GA 30303

Express Network LLC
1605 W Olympic Blvd #800
Los Angeles CA 90015-4685

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2   0046

Fay Pugh
1163 Daniels Drive
Los Angeles, CA 90035-1101

Gayle C. Kurosu
1116 West 187th Street
Gardena, CA 90248-4123

Golkow Litigation Services, LLC
1650 Market Street, Suite 5150
Philadelphia, PA 19103-7249

Hakeem Daul Shacquil
Danley (hobson)
901 Tucker Street
Williamsport, PA 17701-3627

Henry Andrew
Perez Betancur
4887 Via Palm Lakes #506
West Palm Beach, FL 33417-2728

JAMS, INC.
18881 Von Karman Ave., Suite 350
IRVINE, CA 92612-6589

JOSEFINA CASTILLO-
HERNANDEZ
27604 Firebrand Dr
Castaic, CA 91384-3583

Jared W. Baptista
30 Lakeview Drive
Narragansett, RI 02882-1617

Jeffrey M. Schwartz
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1631

Jehoshaphat Shambee
Linda Shambee on behalf of
Jehosphat Sha
721 Karey Drive
Temple TX 76502-8730

John Edward Tillson IV
W179S6562 Hardtke Drive
Muskego, WI 53150-9694

Johnson Controls Security Solutions
10405 Crosspoint Blvd
Indianapolis, IN 46256-3323

Jordan DeWanz- Titus
488 Snelling Ave S
#112
Saint Paul, MN 55116-1555

Joshua Remnant
535 Watervliet Ave
Dayton, OH 45420-2542

Judy Selberg
10990 Wilshire Blvd., Suite 1420
Los Angeles, CA 90024-3931

KABC-AM Radio, Inc.
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Kathleen L. Bajgrowicz
Manuel H. Miller, Esq.
Law Offices of Manuel H. Miller
20750 Ventura Boulevard, Suite 440
Woodland Hills, CA 91364-6643

Kimberly Anne Coleman
416 Vista Roma
Newport Beach CA 92660-3513

L. Everett & Associates, LLC
3700 State Street, Suite 350
Santa Barbara, CA 93105-3100

Law Offices of Philip R. Sheldon,
APC
c/o Spertus, Landes, & Umhofer,
LLP
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025-5256

Manuel H. Miller
20750 Ventura Boulevard
Suite 440
Woodland Hills, CA 91364-6643

Marlatt Consulting
85 Cresta Verde Dr
Rolling Hills Estates, CA 90274-
5455

Matthew Jones
317 E 4th street
Lyndon, KS 66451-9550

Michael Vislosky
2764 Ceres Ave
Chico CA 95973-7814

Michael Hambright
3980 San Benito Ave.
San Bernardino, CA 92407-6042

Nano Banc
c/o Edward Padilla
7755 Irvine Center Drive, 3rd Floor
Irvine, CA 92618-2904

Nickalas Maurice Wilson
c/o Mary Daniel Wilson
1011 Broadway Road
Sanford, SC 27332-9792

---

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

EXHIBIT 2    0047

Noel Montes
2117 Benjamin creek dr
Little Elm, TX 75068-0019

Owen, Patterson & Owen
c/o Law Office Of Michael N. Berke
25001 The Old Road
Santa Clarita, CA 91381-2252

Peter Anakaraonye
3218 Dunlap lane apt E
Mechanicsburg, PA 17055-7056

Peterson & Associates Court
Reporting, Inc.
530 B Street, Suite 350
San Diego, CA 92101-4403

Pitney Bowes Global Financial
Services LLC
27 WATERVIEW DRIVE
SHELTON, CT 06484-4301

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton, CT 06484-4361

Professional Recruiters Inc.
13428 Maxella Ave #404
Los Angeles, CA 90292-5620

Rest Your Case Evidence Storage
LLC
Pauline White
150 N. Santa Anita Avenue, Suite
300
Arcadia, CA 91006-3116

Ronnell Taylor
on the behalf of Sadie Taylor
114 Racquet Club Dr #608
Greensburg, PA 15601-9033

SHANE MORGAN
28 JACKSON AVE
RUTLAND, VT 05701-4523

Sammy Y. Hsu
13044 Pacific Promenade
Apt 423
Playa Vista, CA 90094-4006

Shane Jeter
2550 Wallingford road
Winston Salem, NC 27101-1922

Simba Capital Inc.
Robert Cohan
9 Ave At Port Imperial 408
West New York, NJ 07093-7141

The Law Business Insider Radio
Show
13428 Maxella Ave #404
Los Angeles, CA 90292-5620

Vititoe Law Group
Attn: James Vititoe
5707 Corsa Avenue, 2nd Floor
Westlake Village, CA 91362-6499

Gerald J Jacquart and Lisa M
Jacquart
1355 E Dodge St
Fremont, Ne 68025-5765

Rachael Davis
45871 Pine Hollow Rd
Rogers, OH 44455-9736

Erika Girardi
c/o Dinsmore & Shohl LLP
550 South Hope Street, Suite 1765
Los Angeles, CA 90071-2669

Andrew W Zepeda
Lurie, Zepeda, Schmalz, Hogan &
Martin
1875 Century Park East Ste 2100
Los Angeles, CA 90067

Neil Steiner on behalf of Creditor
Casey Van Zandt
Steiner & Libo, Professional Corp
11845 W. Olympic Blvd Ste 910W
Los Angeles, CA 90064

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2    0048

**EXHIBIT 3**

1   Elissa D. Miller
    *emiller@sulmeyerlaw.com*
2   333 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
3   Telephone: 213.626.2311
    Facsimile: 213.629.4520
4

5   Chapter 7 Trustee

FILED & ENTERED

AUG 05 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ynaffit    DEPUTY CLERK

6              UNITED STATES BANKRUPTCY COURT

7          CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

8   In re                          Case No. 2:20-bk-21022-BR

9                                  Chapter 7
    GIRARDI KEESE,
10                                 **ORDER GRANTING APPLICATION BY
                                   CHAPTER 7 TRUSTEE FOR AUTHORITY
11                                 TO EMPLOY THREESIXTY ASSET
                                   ADVISORS, LLC AS AUCTIONEER; TO
12             Debtor.            AUTHORIZE PUBLIC SALE BY
                                   AUCTIONEER AND TO PAY AUCTIONEER
13                                 UPON CONCLUSION OF SALE IN
                                   ACCORDANCE WITH THE TERMS
14                                 HEREOF**

15                                 **[11 U.S.C. § 327, FED.R. BANKR. P. 2014
                                   AND LOC. BANKR. R. 2014-1(B)]**
16
                                   **Auction Date:  To Be Set**
17
                                   No Hearing Date Required]
18

19        The "*Application By Chapter 7 Trustee For Authority To Employ ThreeSixty Asset*

20  *Advisors, LLC As Auctioneer; To Authorize Public Sale By Auctioneer And To Pay*

21  *Auctioneer Upon Conclusion Of Sale in Accordance with the Terms Hereof; Statement Of*

22  *Disinterestedness; Declaration In Support Thereof*"  (the "Application") pursuant to which

23  she seeks authority to retain ThreeSixty Asset Advisors, LLC ("360") as her auctioneer to

24  sell personal property assets of the Girardi Keese Bankruptcy Estate came on regularly

25  before the Court.

26        The Court read and considered the Application and noted that no opposition,

27  objection or request for hearing was filed and finding that good and adequate cause

28  appearing therefore,

EDM 2715477v1

EXHIBIT 3   0049

**HEREBY ORDERS** that:

1.    The Application is approved:

2.    ThreeSixty Asset Advisors, LLC ("360") is employed as the estate's auctioneer to auction the estate's assets as set forth in the Application;

3.    360 is authorized to conduct the sale as an internet auction;

4.    360 is entitled to receive as compensation a buyer's premium of eighteen percent (18)% of the purchase price;

5.    The Trustee is authorized to reimburse 360 its expenses in an amount not to exceed $24,100 ($26,100 if certain of the items need to be moved) as set forth in the Application, plus an $5,000 for advisory services which shall be paid as set forth in the Application; and

5.    The Trustee is authorized to take any and all other actions necessary or appropriate to auction the Assets consistent with the Application.

**# # #**

Date: August 5, 2021

Barry Russell
United States Bankruptcy Judge

EXHIBIT 3   0050

# EXHIBIT 4

1  Elissa D. Miller
   *emiller@sulmeyerlaw.com*
2  333 South Grand Avenue, Suite 3400
   Los Angeles, California 90071
3  Telephone: 213.626.2311
   Facsimile: 213.629.4520
4
5  Chapter 7 Trustee

6              **UNITED STATES BANKRUPTCY COURT**

7        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

8  In re                              | Case No. 2:20-bk-21022-BR

9                                     | Chapter 7
   GIRARDI KEESE,
10                                    | **REPORT OF AUCTIONEER AND
                                      | APPLICATION FOR FEES AND
11                                    | EXPENSES**
                        Debtor.
12
                                      | No Hearing Date Required]
13

14

15

16

17  **TO THE  HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE,**

18  **OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED**

19  **PARTIES:**

20        ThreeSixty Asset Advisors, LLC ("360") hereby submits its report and respectfully

21  represents as follows:

22        1.      360 was employed by Elissa D. Miller Chapter 7 Trustee of the above

23  entitled estate pursuant to the "Order Granting Application By Chapter 7 Trustee For

24  Authority To Employ ThreeSixty Asset Advisors, LLC As Auctioneer; To Authorize Public

25  Sale By Auctioneer And To Pay Auctioneer Upon Conclusion Of Sale in Accordance with

26  the Terms Hereof" which Order was entered on August 5, 2021 [Docket No. 560].  360

27  was employed to conduct a sale of the Debtor's personal property consisting of among

28  other miscellaneous items, office furniture, artwork, memorabilia, office supplies,

EDM 2712784v1

EXHIBIT 4    0051

1   electronics, support equipment, wine, a 2011 Cadillac, a scooter, a piano and other

2   personal property assets belonging to the Debtor (the "Assets").

3        2.       The Auction was duly noticed and advertised and conducted by 360 on August

4   25, 2021.

5        3.       Attached hereto as **Exhibit 1** is a true and correct copy of the summary auction

6   report ("Auction Report") prepared by 360 in connection with the Auction.  360 incurred a buyer's

7   premium of $41,805.70 and costs for labor, advertising, a bond premium and other miscellaneous

8   expenses in the total amount of $25,796.48.  In addition, the Auction Application and Order

9   thereon provided for a payment of $5,000.00 for pre-auction advisory services.

10       4.       Despite the amount of labor necessary to setup the sale, given the perceived

11   limited value of the assets, 360 agreed to a cap on its expenses of $24,100 other than the $5,000;

12   however, during the course of preparing for the auction, many more items were found in hidden

13   locations increasing setup time and associated resource costs (for instance, at the original

14   inspection only 30-40 bottles of wine were identified; the final catalog reflects more than 150

15   bottles, more than half of which warranted individual lotting).  Also increasing the costs was the

16   number of bidders that participated in the sale.  We expected that the lackluster market for office

17   furniture/equipment would be offset by the notoriety of the case.  As such we expected a

18   reasonable turnout of approximately 200-250 bidders and an estimated 50-75 actual buyers. As

19   indicated in the Auction Report, over 50,000 unique visitors viewed the auction, the final

20   registration count was well over 1,000 (with 200 registered in the first hour of the sale going live),

21   and 267 individuals made purchases. Based on this activity, staffing was increased for bidder

22   management throughout the online sale process and onsite checkout staff was increased to

23   ensure a smooth, secure and safe environment.  Thus, 360 is requesting that it be reimbursed its

24   total costs of $25,796.48, not just the capped amount of $24,100.  360 is informed that subject to

25   court order, the Trustee has no objection.

26       5.       Attached hereto as **Exhibit 2** is a true and correct copy of 360's detailed auction

27   report.

28

EDM 2712784v1                                  -2-

EXHIBIT 4   0052

6.      Attached hereto as **Exhibit 3** is a true and correct copies of reports regarding as to the marketing of the Auction.

**WHEREFORE**, ThreeSixty Asset Advisors, LLC requests that the Trustee be authorized to pay it the total amount of $66,083.31 for the Buyer's premium plus costs and expenses incurred as set forth herein.[1]

DATED: September 13, 2021                        ThreeSixty Asset Advisors, LLC

By _____
      Jeff Tanenbaum

---

[1] If 360 is limited by its cap, the total amount to be paid is $64,386.83.

# EXHIBIT 1

EXHIBIT 4   0054



# Auction Settlement Report





**Sale Date:**
August 25, 2021

**Presented to**
Elissa Miller
Trustee

**Presented by:**
Jeff Tanenbaum
President
ThreeSixty Asset Advisors



888.345.SOLD | www.360assetadvisors.com

004

EXHIBIT 4   0055



Girardi Keese

# Settlement Report

## FINANCIAL

- Settlement Summary & Distribution Directive     p. 4
- Distribution Statement     p. 5
- Lot Report     p. 6
- Sale Summary By Category     p. 14
- Buyer Report     p. 15
- Expense Documentation (costs in excess of $200)     p. 18
- Vehicle Title Transfer Forms (copy)     p. 20

## MARKETING

- Digital Brochure     p. 23
- Email Blast     p. 24
- Sampling of Ads     p. 25
- Press Release     p. 27
- Press Release Visibility Report     p. 29
- Top Google News & Other Media Links     p. 38
- Google Analytics Report – 360Bid Site Traffic     p. 39
- Registered Bidder Report     p. 42

## ENGAGEMENT

- Employment Motion     p. 44
- Proposal     p. 54
- Contract     p. 61





## Girardi Keese
# Settlement Report

- Settlement Summary & Distribution Directive

- Distribution Statement

- Lot Report

- Sale Summary By Category

- Buyer Report

- Expense Documentation (costs in excess of $200)

- Vehicle Title Transfer Forms (copy)



**FINANCIAL**



**AUCTION SETTLEMENT REPORT**

Estate of Girardi Keese
c/o Elissa Miller, Chapter 7 Trustee
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071

Sale Date:    8/25/21

Attn: Elissa Miller, Trustee

| | | | | Chargebacks | P&L |
|---|---|---|---|---|---|
| | | | | (placeholder for future adjustments) | |
| Sale Proceeds | | | | | |
| | Bid Price | | 232,253.90 | - | |
| | Buyers' Premium | 18% | 41,805.70 | - | |
| | Sales Tax | | 25,915.33 | | |
| | | | | | 299,974.93 |
| Auctioneers' Fees | | | | | |
| | Buyers' Premium | 18% | (41,805.70) | | (41,805.70) |
| Expenses - Per Budget | | | | | |
| | Site Labor | | (13,225.00) | | |
| | Marketing | | (9,793.04) | | |
| | Online Bidding Management | | (1,650.00) | | |
| | Bidding Software Fee | | (110.00) | | |
| | Supplies/Postage | | (788.79) | | |
| | Bond/ABC License | | (229.65) | | |
| | Credit for Expenses over 24,100 | | 1,696.48 | | (24,100.00) |
| Sales Tax Payable | | | | | (25,915.33) |
| Advisory Fee - Pre-Sale Assets | | | | | (5,000.00) |
| Net Profit to Estate | | | | | 203,153.90 |
| Distribution (See Distribution Statement) | | | | | 267,540.73 |
| **TOTAL DUE THREESIXTY** | | | | | **(64,386.83)** |

Settlement is subject to adjustment for the following:
  - Successful credit card chargebacks by bidders who did not pickup their items as noted on the lot report; total
  universe of exposure: $2,324
  - Successful legal dispute by Bidder 6150 re. claim re. Lot 114; exposure: $2,050

Received and Accepted. Distribution Instructions Below:

WIRE INSTRUCTIONS

Payee Name _____

Payee Address _____

Account No. _____ Routing No. _____

Bank Address _____`_____

SWIFT Int'l Code _____

Signature _____

By: _____

Date: _____



**DISTRIBUTION STATEMENT**

Estate of Girardi Keese
c/o Elissa Miller, Chapter 7 Trustee                      Sale Date:                          8/25/21
333 South Grand Avenue, Suite 3400                  Attn: Elissa Miller, Trustee
Los Angeles, California 90071

|  | COLLECTED | DISTRIBUTION | | |
|---|---|---|---|---|
|  |  | ESTATE | THREESIXTY | OTHER |
| GROSS PROCEEDS | 299,974.93 | 299,974.93 |  |  |
| Sales Tax |  | (25,915.33) | 25,915.33 |  |
| Credit Card Fees (Retained by Merchant) |  | (6,518.87) |  | 6,518.87 |
| TOTAL DISTRIBUTIONS |  | 267,540.73 | 25,915.33 | 6,518.87 |

# EXHIBIT 2

EXHIBIT 4   0060

Case 2:20-bk-21022-BR    Doc 687    Filed 09/14/21    Entered 09/14/21 16:19:56    Desc
Girardi Keese Auction
Main Document    Page 65 of 144
August 25, 2021

LOT REPORT

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|---|---|---|---|---|---|---|---|
| 1 | (Announcement Lot) | | | | | | |
| 2 | Optoma Projector | 1 | Business Equipment | Sold | Picked-Up | 6023 | 170.00 |
| 2a | Infocus led projector | 1 | Business Equipment | Sold | Picked-Up | 5985 | 170.00 |
| 3 | Insignia portable DVD player | 1 | Business Equipment | Sold | Picked-Up | 6033 | 40.00 |
| 4 | MSI MEGA PC stero | 1 | Business Equipment | Sold | Picked-Up | 6157 | 20.00 |
| 5 | TOSHIBA 25 inch TV | 1 | Business Equipment | Sold | Picked-Up | 5688 | 20.00 |
| 6 | Brookstone CD Player | 1 | Business Equipment | Sold | Picked-Up | 5691 | 30.00 |
| 7 | Pitney Bowes postal scale | 1 | Business Equipment | Sold | Picked-Up | 5934 | 85.00 |
| 8 | Desk Clock | 1 | Business Equipment | Sold | Picked-Up | 5591 | 300.00 |
| 9 | Shapers Image disc player | 1 | Business Equipment | Sold | Picked-Up | 5771 | 25.00 |
| 10 | Boston Acoustic power sub woofer | 1 | Business Equipment | Sold | Picked-Up | 6157 | 8.00 |
| 11 | Sunbeam heater | 1 | Business Equipment | Sold | Picked-Up | 5994 | 6.00 |
| 12 | Audio equipment | 1 | Business Equipment | Sold | Picked-Up | 5771 | 25.00 |
| 13 | Girardi 2018 Litigating Legend award | 1 | Girardi Memorabilia | Sold | Picked-Up | 6070 | 300.00 |
| 14 | The Trial Lawyer Hall of Fame 2014 award | 1 | Girardi Memorabilia | Sold | Picked-Up | 6053 | 450.00 |
| 15 | Thomas V. Girardi award | 1 | Girardi Memorabilia | Sold | Picked-Up | 5911 | 350.00 |
| 16 | Thomas V. Girardi award | 1 | Girardi Memorabilia | Sold | Picked-Up | 5911 | 325.00 |
| 17 | Gladiator award | 1 | Girardi Memorabilia | Sold | Picked-Up | 5845 | 525.00 |
| 18 | Girardi Gulfstream IV model plane | 1 | Sculptures | Sold | Picked-Up | 5991 | 450.00 |
| 19 | Note Cards | 1 | Memorabilia | Sold | Remaining Onsite | 5394 | 65.00 |
| 20 | Framed US Flag "Land of the Free Foundation 2012" | 1 | Collectibles | Sold | Picked-Up | 5911 | 90.00 |
| 21 | Man of the year award | 1 | Girardi Memorabilia | Sold | Picked-Up | 5911 | 275.00 |
| 22 | Sofa | 1 | Furniture & Furnishings | Sold | Picked-Up | 5910 | 180.00 |
| 23 | Wooden arm chairs | 2 | Office | Sold | Picked-Up | 5731 | 200.00 |
| 24 | Square End Tables | 2 | Furniture & Furnishings | Sold | Picked-Up | 5381 | 70.00 |
| 25 | Coffee table | 1 | Furniture & Furnishings | Sold | Picked-Up | 5141 | 65.00 |
| 26 | Inlay console table | 1 | Furniture & Furnishings | Sold | Picked-Up | 5910 | 300.00 |
| 27 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 6045 | 50.00 |
| 28 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 5772 | 55.00 |
| 29 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 5772 | 10.00 |
| 30 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 6045 | 20.00 |
| 31 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 5141 | 10.00 |
| 32 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 5924 | 7.00 |
| 33 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 5924 | 7.00 |
| 34 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 6121 | 10.00 |
| 35 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 6148 | 11.00 |
| 36 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 6148 | 11.00 |
| 37 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 6121 | 30.00 |
| 38 | 5 drawer lateral file cabinet | 1 | Office | Sold | Picked-Up | 6045 | 30.00 |
| 39 | Executive office chair | 1 | Office | Sold | Picked-Up | 5381 | 90.00 |
| 40 | Executive Office chair | 1 | Office | Sold | Picked-Up | 5381 | 90.00 |
| 41 | Black/Chrome Executive office chair | 1 | Office | Sold | Picked-Up | 6163 | 80.00 |
| 42 | Black Mesh Back Office chair | 1 | Office | Sold | Picked-Up | 5887 | 55.00 |
| 43 | Black Mesh Back Office chair | 1 | Office | Sold | Picked-Up | 5291 | 70.00 |
| 44 | Black/Gray Mesh Back Office chair | 1 | Office | Sold | Picked-Up | 5878 | 20.00 |
| 45 | Coat and hat rack | 1 | Office | Sold | Picked-Up | 5539 | 80.00 |
| 45a | Coat/Hat Racks Assorted | 1 | Furniture & Furnishings | Sold | Picked-Up | 5008 | 275.00 |
| 46 | Round end table | 2 | Office | Sold | Picked-Up | 5381 | 90.00 |
| 47 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 95.00 |
| 48 | Arm chairs | 2 | Office | Sold | Picked-Up | 5934 | 80.00 |
| 49 | Whiteboard | 1 | Office | Sold | Picked-Up | 5934 | 45.00 |
| 50 | Bookshelf with cabinet | 1 | Office | Sold | Picked-Up | 6045 | 170.00 |
| 51 | Fellowes High Capacity Paper shredder | 1 | Business Equipment | Sold | Picked-Up | 6000 | 250.00 |
| 52 | Brother Label printer | 1 | Business Equipment | Sold | Picked-Up | 6048 | 75.00 |
| 53 | Carl heavy duty two hole paper puncher | 1 | Business Equipment | Sold | Picked-Up | 5934 | 25.00 |
| 54 | Carl heavy duty two hole paper puncher | 1 | Business Equipment | Sold | Picked-Up | 6185 | 25.00 |
| 55 | Carl heavy duty two hole paper puncher | 1 | Business Equipment | Sold | Picked-Up | 5523 | 25.00 |
| 56 | Carl heavy duty three hole paper puncher | 1 | Business Equipment | Sold | Picked-Up | 5904 | 75.00 |
| 57 | Carl heavy duty three hole paper puncher | 1 | Business Equipment | Sold | Picked-Up | 5934 | 65.00 |
| 58 | Carl two hole paper punchers | 2 | Business Equipment | Sold | Picked-Up | 6165 | 50.00 |
| 59 | Flat Clinch max electronic staplers | 2 | Business Equipment | Sold | Picked-Up | 5904 | 170.00 |
| 60 | Max electric staplers | 2 | Business Equipment | Sold | Picked-Up | 5934 | 180.00 |
| 61 | Flat Crunch heavy duty staplers | 2 | Business Equipment | Sold | Picked-Up | 5904 | 100.00 |
| 62 | Flat Crunch heavy duty staplers | 2 | Business Equipment | Sold | Picked-Up | 5291 | 90.00 |
| 63 | Amethyst Geode crystal | 1 | Rocks, Fossiles, Minerals | Sold | Picked-Up | 5395 | 650.00 |
| 64 | Amethysts Geode crystal | 1 | Rocks, Fossiles, Minerals | Sold | Picked-Up | 5977 | 650.00 |
| 65 | Gem tree bonsai | 1 | Rocks, Fossiles, Minerals | Sold | Picked-Up | 5182 | 650.00 |
| 66 | Stone golfer | 1 | Sculptures | Sold | Picked-Up | 6142 | 120.00 |
| 67 | Shell oil tanker in case | 1 | Collectibles | Sold | Picked-Up | 5758 | 160.00 |
| 68 | Metal rooster | 1 | Furniture & Furnishings | Sold | Picked-Up | 5201 | 30.00 |
| 69 | Baseball player wine bottle holder | 1 | Furniture & Furnishings | Sold | Picked-Up | 5910 | 100.00 |
| 70 | Bear head sculpture | 1 | Sculptures | Sold | Remaining Onsite | 6090 | 160.00 |
| 71 | Vase holder | 1 | Furniture & Furnishings | Sold | Picked-Up | 5706 | 40.00 |
| 72 | Chinese raised cloisonne vase | 1 | Furniture & Furnishings | Sold | Picked-Up | 6194 | 575.00 |
| 73 | Chinese vase | 1 | Furniture & Furnishings | Sold | Picked-Up | 5652 | 500.00 |
| 74 | Chinese vase | 1 | Furniture & Furnishings | Sold | Picked-Up | 5652 | 500.00 |
| 75 | Crocodile Bookends Sculpture | 1 | Sculptures | Sold | Picked-Up | 6158 | 160.00 |
| 76 | Framed Marilyn Monroe "Norma Jean" Calendar | 1 | Memorabilia | Sold | Picked-Up | 6131 | 550.00 |
| 77 | USS Missouri WWII Commemorative Stamps | 1 | Collectibles | Sold | Picked-Up | 5882 | 110.00 |
| 78 | Gregory Peck Framed Stamps | 1 | Memorabilia | Sold | Picked-Up | 5791 | 110.00 |
| 79 | Clock Pary Set | 1 | Business Equipment | Sold | Picked-Up | 6159 | 150.00 |
| 80 | Lady Justice Statue w Scales & Sword | 1 | Sculptures | Sold | Picked-Up | 5381 | 1,200.00 |
| 81 | Vase | 1 | Furniture & Furnishings | Sold | Picked-Up | 5758 | 110.00 |
| 82 | 3 impala statue | 1 | Sculptures | Sold | Remaining Onsite | 5029 | 110.00 |
| 83 | Great Bronze Doors - Lady of the Angels Cathedral | 1 | Sculptures | Sold | Picked-Up | 6022 | 1,300.00 |
| 84 | Table Lamp | 1 | Furniture & Furnishings | Sold | Picked-Up | 5943 | 60.00 |
| 85 | Gulfstream IV Model Jet Airplane | 1 | Sculptures | Sold | Picked-Up | 5925 | 450.00 |
| 86 | Beechcraft king air 350 model plane | 1 | Sculptures | Sold | Remaining Onsite | 5290 | 95.00 |
| 87 | Lot - 2 Model planes | 1 | Sculptures | Sold | Picked-Up | 5737 | 55.00 |
| 88 | Lot - Crystal Eagle and Horsehead | 1 | Sculptures | Sold | Picked-Up | 6140 | 70.00 |
| 89 | Val St. Lambert Emerald Green Crystal Set | 1 | Crystal & China | Sold | Picked-Up | 6179 | 875.00 |
| 90 | Stone scale bookends | 1 | Sculptures | Sold | Picked-Up | 5758 | 170.00 |
| 91 | Versace crystal bowl | 1 | Crystal & China | Sold | Picked-Up | 6040 | 225.00 |
| 92 | Lot - 2 Rosenthal Versace Medusa Wine Stoppers | 1 | Crystal & China | Sold | Picked-Up | 6184 | 300.00 |

Case 2:20-bk-21022-BR    Doc 687    Filed 09/14/21    Entered 09/14/21 16:19:56    Desc
Girardi Keese Auction
Main Document    Page 66 of 144

LOT REPORT

August 25, 2021

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|---|---|---|---|---|---|---|---|
| 93 | Lot - Crystal bowls | 1 | Crystal & China | Sold | Picked-Up | 5182 | 160.00 |
| 94 | Lot - Teal agate geode slice minerals (2) | 1 | Rocks, Fossiles, Minerals | Sold | Picked-Up | 5395 | 200.00 |
| 95 | Lot - Crystal rocks (3) | 1 | Rocks, Fossiles, Minerals | Sold | Picked-Up | 6124 | 80.00 |
| 96 | Lot - Crystals rocks | 1 | Rocks, Fossiles, Minerals | Sold | Picked-Up | 6124 | 110.00 |
| 97 | Pair - Orrefors candle holders | 1 | Crystal & China | Sold | Picked-Up | 5652 | 60.00 |
| 98 | National Judicial College Award, Decorative Bowl | 1 | Girardi Memorabilia | Sold | Picked-Up | 5842 | 225.00 |
| 99 | Lot - "20 Trial Lawyer of the Decade of the Year Award | 1 | Girardi Memorabilia | Sold | Picked-Up | 6127 | 150.00 |
| 100 | Telescope | 1 | Sporting Goods | Sold | Picked-Up | 5904 | 450.00 |
| 101 | Laker Championship Ring Box (BOX ONLY) | 1 | Sports Memorabilia | Sold | Picked-Up | 5793 | 170.00 |
| 102 | "Bedazzled" Globe | 1 | Collectibles | Sold | Picked-Up | 5737 | 650.00 |
| 103 | Vintage Hermes 3000 typewriter | 1 | Collectibles | Sold | Picked-Up | 5182 | 925.00 |
| 104 | L. C. Smith and Bros 1920s Typewriter | 1 | Collectibles | Sold | Remaining Onsite | 6090 | 180.00 |
| 105 | Chinese Ceremonial Sword | 1 | Collectibles | Sold | Picked-Up | 5758 | 825.00 |
| 106 | Super Bowl XL Book | 1 | Vintage and Other Books | Sold | Picked-Up | 5758 | 200.00 |
| 107 | Lot - Cauldon Gold Encrusted China Tea Set c. 1920 | 1 | Crystal & China | Sold | Picked-Up | 5550 | 375.00 |
| 108 | Jonathan Adler Polished Acrylic Giant Hippo | 1 | Sculptures | Sold | Picked-Up | 5730 | 475.00 |
| 109 | Epiphone DR Acoustic Guitar, Sunburst | 1 | Musical | Sold | Picked-Up | 6155 | 300.00 |
| 110 | Fender Player Stratocaster HSS Electric Guitar | 1 | Musical | Sold | Picked-Up | 6046 | 550.00 |
| 111 | Warwick Corvette Proline Electric Bass | 1 | Musical | Sold | Picked-Up | 6035 | 950.00 |
| 112 | Autographed 2011 Masters Flag | 1 | Sports Memorabilia | Sold | Picked-Up | 5614 | 4,300.00 |
| 113 | Sandy Koufax Limited Edition Print | 1 | Sports Memorabilia | Sold | Picked-Up | 6089 | 1,050.00 |
| 114 | Jackie Robinson Signed and Framed Photo | 1 | Sports Memorabilia | Sold | Picked-Up | 6150 | 2,050.00 |
| 115 | Framed Photo - Original Yankees Stadium | 1 | Sports Memorabilia | Sold | Picked-Up | 5731 | 200.00 |
| 116 | Muhammad Ali Shadow Box with Autographed Glove | 1 | Sports Memorabilia | Sold | Picked-Up | 5910 | 2,850.00 |
| 117 | Legends of Baseball Shadow Box | 1 | Sports Memorabilia | Sold | Picked-Up | 5428 | 3,400.00 |
| 118 | Joe DiMaggio Signed Home Plate & Photos | 1 | Sports Memorabilia | Sold | Picked-Up | 5428 | 1,800.00 |
| 119 | Legends of Golf - Tiger, Arny, Phil & Jack | 1 | Sports Memorabilia | Sold | Picked-Up | 5428 | 525.00 |
| 120 | Arnold Palmer Framed & Signed Golf Ball | 1 | Sports Memorabilia | Sold | Picked-Up | 6089 | 550.00 |
| 121 | Muhammad Ali Photo, Limited Edition, Framed | 1 | Sports Memorabilia | Sold | Picked-Up | 6076 | 95.00 |
| 122 | Manny Pacquiao Painting by Gena Milanesi | 1 | Sports Memorabilia | Sold | Picked-Up | 6152 | 180.00 |
| 123 | Rocky vs. Clubber Lang Photo - Numbered & Signed | 1 | Sports Memorabilia | Sold | Picked-Up | 6095 | 350.00 |
| 124 | Kareem Abdul Jabbar signed Basketball | 1 | Sports Memorabilia | Sold | Picked-Up | 6182 | 650.00 |
| 125 | UCLA signed football - Rick Neuheisel & Norm Chow | 1 | Sports Memorabilia | Sold | Picked-Up | 5791 | 110.00 |
| 126 | Notre Dame Heisman Trophy Winners Signed Football | 1 | Sports Memorabilia | Sold | Picked-Up | 5728 | 575.00 |
| 127 | Lot - Footballs, Inc Super Bowl XLIX Ball | 1 | Sports Memorabilia | Default Buyer | Remaining Onsite | 9999 | . |
| 128 | Liberty and justice for all baseball | 1 | Sports Memorabilia | Sold | Picked-Up | 5052 | 75.00 |
| 129 | Steve Garvey Signed Baseball | 1 | Sports Memorabilia | Sold | Picked-Up | 5965 | 170.00 |
| 130 | Bob Feller signed baseball | 1 | Sports Memorabilia | Sold | Remaining Onsite | 5775 | 190.00 |
| 131 | Cal Ripken Jr. Signed baseball | 1 | Sports Memorabilia | Sold | Picked-Up | 5965 | 275.00 |
| 132 | Lot - Signed baseballs (2) | 1 | Sports Memorabilia | Sold | Picked-Up | 5300 | 40.00 |
| 133 | Lot - Signed baseballs (3) | 1 | Sports Memorabilia | Sold | Picked-Up | 5993 | 65.00 |
| 134 | Pair - Signed boxing gloves (unknown) | 1 | Sports Memorabilia | Sold | Picked-Up | 5449 | 90.00 |
| 135 | Framed Golf Photo - Woods, Palmer, Nicklaus | 1 | Sports Memorabilia | Sold | Picked-Up | 5965 | 110.00 |
| 136 | Arnold Palmer signed and framed Photo | 1 | Sports Memorabilia | Sold | Picked-Up | 5182 | 325.00 |
| 137 | Joe DiMaggio Framed Photo | 1 | Sports Memorabilia | Sold | Picked-Up | 6131 | 350.00 |
| 138 | The Beach Boys Band Signed "Pet Sounds" Album | 1 | Memorabilia | Sold | Picked-Up | 5685 | 975.00 |
| 139 | Marc Chagall Limited Edition, Numbered/Signed | 1 | Art | Sold | Picked-Up | 5381 | 24,250.00 |
| 140 | Artwork on Canvas (Unknown Artist) | 1 | Art | Sold | Picked-Up | 5696 | 250.00 |
| 141 | Abstract painting on Canvas, Artist Unknown | 1 | Art | Default Buyer | Remaining Onsite | 9999 | . |
| 142 | Abstract painting on Canvas, Artist Unknown | 1 | Art | Sold | Picked-Up | 5731 | 120.00 |
| 143 | "Come Rain or Come Shine", signed Frank Sinatra | 1 | Art | Sold | Picked-Up | 5716 | 1,150.00 |
| 144 | Egyptian Inlaid Wall Panel | 1 | Art | Sold | Picked-Up | 6102 | 700.00 |
| 145 | Framed Matted Miro Print | 1 | Art | Sold | Picked-Up | 6147 | 450.00 |
| 146 | Framed Matted Miro Print | 1 | Art | Sold | Picked-Up | 6147 | 275.00 |
| 147 | Zebra Painting - R. Atkins | 1 | Art | Sold | Picked-Up | 5523 | 425.00 |
| 148 | "Leopard on the Lookout" - Kay Kochenderfer | 1 | Art | Sold | Picked-Up | 6131 | 425.00 |
| 149 | "Quartet of Zebras in Lavender" - Kay Kochenderfer | 1 | Art | Sold | Picked-Up | 5523 | 65.00 |
| 150 | Elephants Framed Photo - Numbered Paul Dalzell | 1 | Art | Sold | Picked-Up | 5523 | 80.00 |
| 151 | Elk Framed Photo - Numbered Paul Dalzell | 1 | Art | Sold | Picked-Up | 6024 | 20.00 |
| 152 | Leopard Framed Photo - Numbered Paul Dalzell | 1 | Art | Sold | Picked-Up | 6131 | 575.00 |
| 153 | Venice Island sprigs framed Artwork | 1 | Art | Sold | Picked-Up | 5523 | 325.00 |
| 154 | Big Horn Sheep Framed Photo | 1 | Art | Sold | Picked-Up | 5633 | 85.00 |
| 155 | Oil Painting - "Maine Morning" - Valerie Cleary | 1 | Art | Sold | Picked-Up | 5989 | 325.00 |
| 156 | Yankees Stadium Seat w Letter of Authenticity | 1 | Sports Memorabilia | Sold | Picked-Up | 6113 | 1,350.00 |
| 157 | Erin Brockovich Movie Poster - Autographed | 1 | Memorabilia | Sold | Picked-Up | 5758 | 1,550.00 |
| 157a | Wire Transfer Receipt for $263,000,000 from PG&E | 1 | Girardi Memorabilia | Sold | Picked-Up | 6020 | 775.00 |
| 158 | Find me Guilty Movie Poster - Signed | 1 | Memorabilia | Sold | Picked-Up | 5758 | 100.00 |
| 159 | Jay Leno Signed Director's Chair | 1 | Memorabilia | Sold | Picked-Up | 6089 | 190.00 |
| 160 | Autographed photo of Jay Leno | 1 | Memorabilia | Sold | Remaining Onsite | 5216 | 75.00 |
| 161 | Forrest River framed Photo | 1 | Art | Sold | Picked-Up | 6052 | 45.00 |
| 162 | Framed Monet Exhibition poster | 1 | Art | Sold | Picked-Up | 5750 | 65.00 |
| 163 | Framed River Watercolor | 1 | Art | Sold | Picked-Up | 6207 | 110.00 |
| 164 | Framed Snow Scene Watercolor | 1 | Art | Sold | Picked-Up | 5562 | 70.00 |
| 165 | Framed Mission Watercolor | 1 | Art | Sold | Picked-Up | 6207 | 55.00 |
| 166 | US Flag Flown During Operation Iraqi Freedom 2009 | 1 | Collectibles | Sold | Picked-Up | 5445 | 600.00 |
| 167 | Californias for Reagan Signed and Framed Photo | 1 | Memorabilia | Sold | Picked-Up | 6160 | 9,900.00 |
| 168 | Frank Sinatra & Dean Martin Framed Photo | 1 | Memorabilia | Sold | Picked-Up | 5429 | 525.00 |
| 169 | Lady Justice Bronze Statue w/ Scales and Sword | 1 | Sculptures | Sold | Picked-Up | 5381 | 5,200.00 |
| 170 | "RARE" Man Ray, Photographs 1920-1934 Paris | 1 | Vintage and Other Books | Sold | Picked-Up | 6194 | 3,700.00 |
| 171 | The Complete Poems of Robert Frost - Signed | 1 | Vintage and Other Books | Sold | Picked-Up | 5203 | 825.00 |
| 172 | The Complete Poems of Robert Frost - Signed | 1 | Vintage and Other Books | Sold | Picked-Up | 5328 | 775.00 |
| 173 | Abraham Lincoln, Constitutional Edition | 1 | Vintage and Other Books | Sold | Picked-Up | 5845 | 875.00 |
| 174 | Moore's Poetical Works | 1 | Vintage and Other Books | Sold | Remaining Onsite | 6193 | 90.00 |
| 175 | Gregori IX Decretales 1600 | 1 | Vintage and Other Books | Sold | Picked-Up | 6149 | 1,350.00 |
| 176 | State Trials books 1-4 | 1 | Vintage and Other Books | Sold | Picked-Up | 5008 | 140.00 |
| 177 | American and English Encyclopedia of law | 1 | Vintage and Other Books | Sold | Picked-Up | 5633 | 160.00 |
| 178 | Blackstone laws of england vol 1-4 | 1 | Vintage and Other Books | Sold | Picked-Up | 6194 | 85.00 |
| 179 | Law books | 1 | Vintage and Other Books | Sold | Picked-Up | 5297 | 170.00 |
| 180 | Law books | 1 | Vintage and Other Books | Sold | Picked-Up | 6159 | 120.00 |
| 181 | Law books | 1 | Vintage and Other Books | Sold | Picked-Up | 5008 | 110.00 |
| 182 | Law books | 1 | Vintage and Other Books | Sold | Picked-Up | 6139 | 120.00 |
| 183 | Assorted hard cover books | 1 | Vintage and Other Books | Sold | Picked-Up | 5795 | 140.00 |
| 184 | Assorted soft covered books | 1 | Vintage and Other Books | Sold | Picked-Up | 5795 | 140.00 |
| 185 | Assorted soft cover medical books | 1 | Vintage and Other Books | Sold | Picked-Up | 5801 | 85.00 |

LOT REPORT | Girardi Keese Auction | August 25, 2021

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|---|---|---|---|---|---|---|---|
| 186 | Assorted hard cover medical books | 1 | Vintage and Other Books | Sold | Picked-Up | 5801 | 110.00 |
| 187 | Assorted hard cover books | 1 | Vintage and Other Books | Sold | Picked-Up | 5795 | 350.00 |
| 188 | Assorted soft cover books | 1 | Vintage and Other Books | Sold | Picked-Up | 5795 | 120.00 |
| 189 | Assorted books | 1 | Vintage and Other Books | Sold | Picked-Up | 5633 | 75.00 |
| 190 | Assorted law books | 1 | Vintage and Other Books | Sold | Picked-Up | 6139 | 140.00 |
| 191 | Assorted books | 1 | Vintage and Other Books | Sold | Picked-Up | 5795 | 65.00 |
| 192 | Assorted books | 1 | Vintage and Other Books | Sold | Picked-Up | 5801 | 65.00 |
| 193 | Assorted soft cover books | 1 | Vintage and Other Books | Sold | Picked-Up | 5973 | 100.00 |
| 194 | Assorted books | 1 | Vintage and Other Books | Sold | Picked-Up | 5801 | 80.00 |
| 195 | Cartier Panthere book | 1 | Vintage and Other Books | Sold | Picked-Up | 6188 | 500.00 |
| 196 | Oriental Rug, 11 ft x 8 ft | 1 | Rugs | Sold | Picked-Up | 6003 | 975.00 |
| 197 | Oriental Rug, 7 ft x 9 ft | 1 | Rugs | Sold | Picked-Up | 6049 | 1,250.00 |
| 198 | Oriental Runner Rug, 3 ft x 12 ft | 1 | Rugs | Sold | Picked-Up | 5275 | 225.00 |
| 199 | Oriental Runner Rug, 3 ft x 12 ft | 1 | Rugs | Sold | Picked-Up | 6101 | 675.00 |
| 200 | Beautiful Wood inlay Sideboard/buffet cabinet | 1 | Furniture & Furnishings | Sold | Picked-Up | 5089 | 825.00 |
| 201 | HP color LaserJet CP4025 | 1 | Business Equipment | Sold | Picked-Up | 5934 | 325.00 |
| 202 | HP color Laserjet CP4025 | 1 | Business Equipment | Sold | Picked-Up | 5316 | 300.00 |
| 203 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5708 | 200.00 |
| 204 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 6029 | 200.00 |
| 205 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Remaining Onsite | 6171 | 190.00 |
| 206 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 6092 | 200.00 |
| 207 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5141 | 180.00 |
| 208 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5141 | 170.00 |
| 209 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5143 | 130.00 |
| 210 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5934 | 170.00 |
| 211 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5141 | 160.00 |
| 212 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5143 | 150.00 |
| 213 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5143 | 130.00 |
| 214 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5994 | 129.90 |
| 215 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5994 | 107.00 |
| 216 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 6165 | 140.00 |
| 217 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5994 | 107.00 |
| 218 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 6148 | 190.00 |
| 219 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 6148 | 170.00 |
| 220 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5994 | 160.00 |
| 221 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5838 | 190.00 |
| 222 | HP Laserjet 600 M602 | 1 | Business Equipment | Sold | Picked-Up | 5994 | 190.00 |
| 223 | Ricoh aficio 1515 fax machine | 1 | Business Equipment | Sold | Picked-Up | 5141 | 30.00 |
| 224 | Super G3 fax machine | 1 | Business Equipment | Sold | Picked-Up | 5141 | 35.00 |
| 225 | HP Laserjet 600 M602 | 3 | Business Equipment | Sold | Picked-Up | 5924 | 360.00 |
| 226 | HP Laserjet P4014n | 1 | Business Equipment | Sold | Picked-Up | 5316 | 180.00 |
| 227 | Officejet Pro X451dn | 1 | Business Equipment | Sold | Picked-Up | 6023 | 275.00 |
| 228 | Epson stylus Photo RX620 printer | 1 | Business Equipment | Sold | Picked-Up | 5771 | 40.00 |
| 229 | Brother DCP multi function copier | 1 | Business Equipment | Sold | Picked-Up | 6141 | 75.00 |
| 230 | Brother HL 5450DN | 1 | Business Equipment | Sold | Picked-Up | 5316 | 120.00 |
| 231 | HP OFFICEJET pro 8100 | 1 | Business Equipment | Sold | Picked-Up | 6063 | 25.00 |
| 232 | HP OFFICEJET pro 8100 | 1 | Business Equipment | Sold | Picked-Up | 6081 | 25.00 |
| 233 | Epson stylus Photo R2000 | 1 | Business Equipment | Sold | Picked-Up | 5296 | 275.00 |
| 234 | HP officejet pro 8710 multi function printer | 1 | Business Equipment | Sold | Picked-Up | 5502 | 200.00 |
| 235 | HP scanjet 5590 scanner | 1 | Business Equipment | Sold | Picked-Up | 5482 | 150.00 |
| 236 | Pitney bowes mailing machine | 1 | Business Equipment | Sold | Picked-Up | 5934 | 250.00 |
| 237 | Avaya IP office 500 v2 phone system | 1 | Business Equipment | Sold | Picked-Up | 5372 | 300.00 |
| 238 | RICOH fax 4430L fax machine | 1 | Business Equipment | Sold | Picked-Up | 5934 | 35.00 |
| 239 | Aficio MP 201 fax machine | 1 | Business Equipment | Sold | Picked-Up | 6157 | 30.00 |
| 240 | Canon DR-9080C scanner | 1 | Business Equipment | Sold | Picked-Up | 5876 | 475.00 |
| 241 | Canon DR-9080C scanners | 2 | Business Equipment | Sold | Picked-Up | 5876 | 600.00 |
| 242 | Canon DR-7550C scanner, In Box | 1 | Business Equipment | Sold | Picked-Up | 5934 | 775.00 |
| 243 | Canon DR-7550C scanner, In Box | 1 | Business Equipment | Sold | Picked-Up | 6208 | 775.00 |
| 244 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5795 | 9.00 |
| 245 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5502 | 25.00 |
| 246 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Remaining Onsite | 6018 | 20.00 |
| 247 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5846 | 25.00 |
| 248 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5838 | 11.00 |
| 249 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5838 | 20.00 |
| 250 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 6087 | 7.00 |
| 251 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5943 | 8.00 |
| 252 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5852 | 8.00 |
| 253 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 6034 | 11.00 |
| 254 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5943 | 5.00 |
| 255 | HP PC with mouse, keyboard, and monitor | 1 | Business Equipment | Sold | Picked-Up | 5795 | 7.00 |
| 256 | DELL PC with monitor, keyboard, and mouse | 1 | Business Equipment | Sold | Picked-Up | 6043 | 8.00 |
| 257 | DELL PC with monitor, keyboard, and mouse | 1 | Business Equipment | Sold | Picked-Up | 6219 | 5.00 |
| 258 | DELL PC with monitor, keyboard, and mouse | 1 | Business Equipment | Sold | Picked-Up | 5934 | 25.00 |
| 259 | Dell PC optiplex with keyboard and mouse | 2 | Business Equipment | Sold | Picked-Up | 6200 | 16.00 |
| 260 | Dell PC optiplex 755 with keyboard and mouse | 4 | Business Equipment | Sold | Picked-Up | 6200 | 24.00 |
| 261 | Dell PC optiplex 755 with keyboard and mouse | 3 | Business Equipment | Sold | Picked-Up | 6219 | 33.00 |
| 262 | Dell PC optiplex 755 with keyboard and mouse | 4 | Business Equipment | Sold | Picked-Up | 6200 | 40.00 |
| 263 | HP PC with keyboard and mouse | 7 | Business Equipment | Sold | Picked-Up | 5359 | 28.00 |
| 264 | HP PC with keyboard and mouse | 9 | Business Equipment | Sold | Picked-Up | 5838 | 27.00 |
| 265 | HP PC keyboard and mouse | 12 | Business Equipment | Sold | Picked-Up | 5359 | 24.00 |
| 266 | HP PC | 27 | Business Equipment | Sold | Picked-Up | 6200 | 135.00 |
| 267 | HP monitor - 17" | 1 | Business Equipment | Sold | Picked-Up | 5502 | 30.00 |
| 268 | Acer monitor 22 inch display | 1 | Business Equipment | Sold | Picked-Up | 5523 | 35.00 |
| 269 | Del monitor 17 inch display | 1 | Business Equipment | Sold | Picked-Up | 6219 | 30.00 |
| 270 | American Dynamics 20 inch display | 1 | Business Equipment | Sold | Picked-Up | 5523 | 30.00 |
| 271 | American Dynamics 17 inch display | 1 | Business Equipment | Sold | Picked-Up | 6219 | 6.00 |
| 272 | HP monitors 17 inch display | 3 | Business Equipment | Sold | Picked-Up | 6066 | 33.00 |
| 273 | HP monitors 17 inch display | 3 | Business Equipment | Sold | Picked-Up | 5181 | 15.00 |
| 274 | HP monitors 17 inch display | 4 | Business Equipment | Sold | Picked-Up | 6133 | 12.00 |
| 275 | HP monitors 17 inch display | 4 | Business Equipment | Sold | Picked-Up | 5880 | 12.00 |
| 276 | HP monitors 17 inch display | 4 | Business Equipment | Sold | Picked-Up | 6133 | 16.00 |
| 277 | HP monitors 17 inch display | 4 | Business Equipment | Sold | Picked-Up | 6194 | 36.00 |
| 278 | HP monitors 17 inch display | 4 | Business Equipment | Sold | Picked-Up | 6133 | 32.00 |
| 279 | HP monitors 17 inch display | 4 | Business Equipment | Sold | Picked-Up | 6133 | 16.00 |

011

EXHIBIT 4   0063

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|---|---|---|---|---|---|---|---|
| 280 | HP monitors 17 inch display | 6 | Business Equipment | Sold | Picked-Up | 6194 | 18.00 |
| 281 | Acer monitor 15 inch display | 1 | Business Equipment | Sold | Picked-Up | 6133 | 22.00 |
| 282 | Assorted HP monitors | 7 | Business Equipment | Sold | Picked-Up | 5973 | 42.00 |
| 283 | HP monitors 17 inch display | 8 | Business Equipment | Sold | Picked-Up | 6133 | 32.00 |
| 284 | Variety of Dell monitors | 15 | Business Equipment | Sold | Picked-Up | 6133 | 45.00 |
| 285 | Dell latitude E6400 lap top | 1 | Business Equipment | Sold | Picked-Up | 5933 | 110.00 |
| 285a | Lot - 3 HP laptops | 1 | Business Equipment | Sold | Picked-Up | 6209 | 190.00 |
| 285b | Lot - 3 HP laptops | 1 | Business Equipment | Sold | Picked-Up | 6000 | 200.00 |
| 286 | Lot - Assorted printer cartridges & accessories | 1 | Business Equipment | Sold | Picked-Up | 5934 | 375.00 |
| 287 | Lot - Assorted computer equipment | 1 | Business Equipment | Sold | Picked-Up | 5688 | 500.00 |
| 288 | Lot - cordless keywords and mices | 1 | Business Equipment | Sold | Picked-Up | 5934 | 40.00 |
| 289 | Lot - Office supplies | 1 | Business Equipment | Remaining Onsite | | 6192 | 80.00 |
| 290 | Elmo Digital Visual Presenter Projector | 1 | Business Equipment | Sold | Picked-Up | 5904 | 1,000.00 |
| 291 | Elmo visual projector | 1 | Business Equipment | Sold | Picked-Up | 5934 | 25.00 |
| 292 | Lot - Various heaters | 1 | Business Equipment | Sold | Remaining Onsite | 5774 | 20.00 |
| 293 | Life Pack CR plus Defibrillator | 1 | Business Equipment | Sold | Picked-Up | 5606 | 550.00 |
| 294 | Disaster trauma kit | 1 | Other | Sold | Picked-Up | 5688 | 120.00 |
| 295 | Disaster trauma kit | 1 | Other | Sold | Picked-Up | 6149 | 160.00 |
| 296 | Disaster trauma kit | 1 | Other | Sold | Picked-Up | 5688 | 150.00 |
| 297 | Emergency Supply trunk | 1 | Other | Sold | Picked-Up | 5141 | 80.00 |
| 298 | Rotisserie chicken oven | 3 | Food Service | Sold | Remaining Onsite | 6211 | 105.00 |
| 299 | First aid kit | 1 | Other | Sold | Picked-Up | 5141 | 60.00 |
| 300 | Bollinger - Champagne - R.D. Extra Brut - 1985 | 1 | Wine | Sold | Picked-Up | 6094 | 300.00 |
| 301 | Bollinger - Champagne - Grande Anne Brut - 1992 | 1 | Wine | Sold | Picked-Up | 6184 | 350.00 |
| 302 | Dom Perignon - Champagne - Brut - 2004 | 1 | Wine | Sold | Picked-Up | 6094 | 325.00 |
| 303 | Veuve Clicquot Ponsardin - Champagne - 1995 | 1 | Wine | Sold | Picked-Up | 6094 | 275.00 |
| 304 | Veuve Clicquot Ponsardin - Champagne - 1995 | 1 | Wine | Sold | Picked-Up | 6094 | 250.00 |
| 305 | Louis Roederer - Champagne - Cristal - 2005 | 1 | Wine | Sold | Picked-Up | 6094 | 325.00 |
| 306 | Veuve Clicquot Ponsardin - Champagne - 1988 | 1 | Wine | Sold | Picked-Up | 6094 | 275.00 |
| 307 | Krug - Champagne - Grande Cuvee | 1 | Wine | Sold | Picked-Up | 6094 | 770.00 |
| 308 | Billecart-Salmon - Champagne - Brut Rose | 1 | Wine | Sold | Picked-Up | 6094 | 110.00 |
| 309 | Veuve Clicquot - Champagne - Brut | 1 | Wine | Sold | Picked-Up | 6094 | 275.00 |
| 310 | Moet & Chandon - Champagne - White Star | 1 | Wine | Sold | Picked-Up | 6094 | 45.00 |
| 311 | One Hope - Champagne - Brut | 1 | Wine | Sold | Picked-Up | 6094 | 60.00 |
| 312 | Chandon - Champagne - Calif Brut - 1/2 Bottle | 1 | Wine | Sold | Picked-Up | 6094 | 55.00 |
| 313 | La Tache - Monopole - Grand Cru - 1976 | 1 | Wine | Sold | Picked-Up | 6098 | 875.00 |
| 314 | BV - Cabernet Sauvignon - Imperial (6L) - 1986 | 1 | Wine | Sold | Picked-Up | 5984 | 425.00 |
| 315 | Silver Oak - Cab Sauvignon - Imperial (6L) - 2010 | 1 | Wine | Sold | Picked-Up | 6101 | 400.00 |
| 316 | Bond - Melbury Red Wine - Napa - 2002 | 1 | Wine | Sold | Picked-Up | 5384 | 375.00 |
| 317 | Hundred Acre - Cab Sauv - Ark Vineyard - 2010 | 1 | Wine | Sold | Picked-Up | 5904 | 550.00 |
| 318 | Chateau Haut Brion - 1986 | 1 | Wine | Sold | Picked-Up | 6222 | 500.00 |
| 319 | Harlan Estate - The Maiden - 1997 | 1 | Wine | Sold | Picked-Up | 5904 | 375.00 |
| 320 | Domaine Jean Grivot Aux Boudots - 1999 | 1 | Wine | Sold | Picked-Up | 5608 | 95.00 |
| 320a | Domaine Jean Grivot Aux Boudots - 1999 | 1 | Wine | Sold | Picked-Up | 6223 | 95.00 |
| 321 | Vente - Blend - La Muse - 2002 | 1 | Wine | Sold | Picked-Up | 5571 | 150.00 |
| 322 | Shafer - Relentless - Napa - 2008 | 1 | Wine | Sold | Picked-Up | 5571 | 75.00 |
| 323 | Jean-Jacques Confuron - Clos de Vougeot - 1995 | 1 | Wine | Sold | Picked-Up | 6223 | 85.00 |
| 324 | Sea Smoke - Pinot Noir - TEN - 2009 | 1 | Wine | Sold | Picked-Up | 5845 | 120.00 |
| 325 | Chateau Cos d'Estournel - 1999 | 1 | Wine | Sold | Picked-Up | 5851 | 180.00 |
| 326 | Clos du Val - Cab Sauvignon - Reserve - 1997 | 1 | Wine | Sold | Picked-Up | 5571 | 85.00 |
| 327 | Hewitt Vineyard - Cab Sauvignon - Estate - 2010 | 1 | Wine | Sold | Picked-Up | 5625 | 50.00 |
| 328 | Silver Oak - Cabernet Sauvignon - 2007 | 1 | Wine | Sold | Picked-Up | 5758 | 120.00 |
| 329 | Occidental - Pinot Noir - Cuvee Catherine - 2011 | 1 | Wine | Sold | Picked-Up | 5571 | 65.00 |
| 330 | Carr - Pinot Noir - Three Vineyards - 2008 | 1 | Wine | Sold | Picked-Up | 6116 | 30.00 |
| 331 | Jonata - Red Wine - El Desafio de Jonata - 2012 | 1 | Wine | Sold | Picked-Up | 5121 | 55.00 |
| 332 | Kathryn Hall - Cabernet Sauvignon - 2010 | 1 | Wine | Sold | Picked-Up | 5845 | 140.00 |
| 333 | A. Rafanelli - Cab Sauv - Terrace Select - 2001 | 1 | Wine | Sold | Picked-Up | 5984 | 55.00 |
| 334 | Chateau Giscours - Margaux - 1989 | 1 | Wine | Sold | Picked-Up | 5608 | 160.00 |
| 335 | Paitin - Barbaresco Sori' Paitin - 1999 | 1 | Wine | Sold | Picked-Up | 6085 | 55.00 |
| 336 | Silver Oak - Cabernet Sauvignon - 2001 | 1 | Wine | Sold | Picked-Up | 5531 | 110.00 |
| 337 | Antinori - Tignanello - Toscana - 2003 | 1 | Wine | Sold | Picked-Up | 5571 | 110.00 |
| 338 | Rudd - Blend - Jericho Canyon - 2000 | 1 | Wine | Sold | Picked-Up | 5984 | 40.00 |
| 339 | Silver Oak - Cabernet Sauvignon - 2008 | 1 | Wine | Sold | Picked-Up | 5366 | 130.00 |
| 340 | Leonetti Cellars - Cabernet Sauvignon - 2010 | 1 | Wine | Sold | Picked-Up | 6085 | 65.00 |
| 341 | [Announcement Lot] | | | | | | |
| 342 | Domaine Michel Gros - Clos de Vougeot - 2008 | 1 | Wine | Sold | Picked-Up | 5450 | 65.00 |
| 343 | Silver Oak - Cabernet Sauvignon - 2007 | 1 | Wine | Sold | Picked-Up | 5851 | 225.00 |
| 344 | Louis Jadot - Chambolle-Musigny Les Fuees - 2009 | 1 | Wine | Sold | Picked-Up | 5731 | 80.00 |
| 345 | Chateau Nenin - Pomerol'U - 1996 | 1 | Wine | Sold | Picked-Up | 6085 | 60.00 |
| 346 | Rieussec - Sauternes - 1975 | 1 | Wine | Sold | Remaining Onsite | 6223 | 110.00 |
| 347 | Cockburns - Port - 2003 | 1 | Wine | Sold | Picked-Up | 5433 | 60.00 |
| 348 | Sterling Vineyards - Cab - Napa - Reserve - 1997 | 1 | Wine | Sold | Picked-Up | 5571 | 70.00 |
| 349 | Heitz Cellar - Cab Sauvignon - Bela Oaks - 1996 | 1 | Wine | Sold | Picked-Up | 5845 | 225.00 |
| 350 | Heitz Cellar - Cab Sauvignon - Bela Oaks - 1996 | 1 | Wine | Sold | Picked-Up | 5845 | 225.00 |
| 351 | Menus Wines - Cabernet Sauvignon - ALTVS - 2011 | 1 | Wine | Sold | Picked-Up | 5608 | 55.00 |
| 352 | L (Lewis Cellars) - Cab Sauvignon - Napa - 2004 | 1 | Wine | Sold | Picked-Up | 6101 | 45.00 |
| 353 | Shafer - One Point Five - 2011 | 1 | Wine | Sold | Picked-Up | 6085 | 60.00 |
| 354 | Andrea Oberto - Barolo - 2010 | 1 | Wine | Sold | Picked-Up | 6085 | 50.00 |
| 355 | Kathryn Kennedy - Cabernet Sauvignon - 2007 | 1 | Wine | Sold | Picked-Up | 5384 | 65.00 |
| 356 | Marimar Estate - Pinot Noir - 2006 | 1 | Wine | Sold | Picked-Up | 6116 | 30.00 |
| 357 | Kruppp Brothers - Red Wine - The Doctor - 2011 | 1 | Wine | Sold | Picked-Up | 6075 | 35.00 |
| 358 | Palazzo - Brunello Di Montalcino - 1999 | 1 | Wine | Sold | Picked-Up | 6085 | 90.00 |
| 359 | Gerard Seguin - Gevrey-Chambertin - 2010 | 1 | Wine | Sold | Picked-Up | 5731 | 65.00 |
| 360 | Venge - Merlot - Family Reserve - 1999 | 1 | Wine | Sold | Picked-Up | 6215 | 40.00 |
| 361 | Grgich Hills Estate - Merlot - Estate - 2006 | 1 | Wine | Sold | Picked-Up | 6085 | 65.00 |
| 362 | Chateaux Chasse-Spleen - Moulis-en-Medoc - 1996 | 1 | Wine | Sold | Picked-Up | 6149 | 70.00 |
| 363 | S. Anderson - Cabernet Sauvignon - 1999 | 1 | Wine | Sold | Picked-Up | 6061 | 45.00 |
| 364 | Belle Glos - Pinot Noir - 2011 | 1 | Wine | Sold | Picked-Up | 5953 | 60.00 |
| 365 | Mortet - Pinot Noir - Joli Coeur - 2011 | 1 | Wine | Sold | Picked-Up | 5953 | 70.00 |
| 366 | Col Solare - Red Wine - Columbia - 2004 | 1 | Wine | Sold | Picked-Up | 6228 | 45.00 |
| 367 | Chateau Guiraud - Sauternes - 2005 | 1 | Wine | Default Buyer | Remaining Onsite | 9999 | |
| 368 | Fonseca - Port - 1985 | 1 | Wine | Sold | Picked-Up | 5101 | 95.00 |
| 369 | Fonseca - Port - 1997 | 1 | Wine | Sold | Picked-Up | 5101 | 90.00 |
| 370 | Lot - Approx. 9 Bottles of Imported Reds | 1 | Wine | Sold | Picked-Up | 6085 | 300.00 |

Case 2:20-bk-21022-BR    Doc 687    Filed 09/14/21    Entered 09/14/21 16:19:56    Desc
Girardi Keese Auction
Main Document    Page 69 of 144

August 25, 2021

LOT REPORT

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|---|---|---|---|---|---|---|---|
| 371 | Lot - Approx. 23 Bottles of Domestic Reds | 1 | Wine | Sold | Picked-Up | 6085 | 475.00 |
| 372 | Lot - Approx. 23 Bottles - White & Sparkling White | 1 | Wine | Sold | Picked-Up | 5597 | 250.00 |
| 373 | Lot - Approx. 21 Bottles of Imported Reds | 1 | Wine | Sold | Picked-Up | 6085 | 425.00 |
| 374 | Lot - Approx. 23 Bottles of Domestic Reds | 1 | Wine | Sold | Picked-Up | 6094 | 300.00 |
| 375 | Lot - Approx. 23 Bottles of Pino Noir | 1 | Wine | Sold | Picked-Up | 6075 | 375.00 |
| 376 | Lot - Approx. 10 Bottles of Promotional Wines | 1 | Wine | Sold | Picked-Up | 5225 | 300.00 |
| 377 | Lot of 3 - Windward-Pinot-Estate Decade XX-2012 | 1 | Wine | Sold | Picked-Up | 6087 | 60.00 |
| 378 | Lot of 10 - En Route - Pinot Nior - 2012 | 1 | Wine | Sold | Picked-Up | 5608 | 170.00 |
| 379 | Lot of 4 - Heitz Cellar - Cab - Bela Oaks - 1996 | 1 | Wine | Sold | Picked-Up | 6085 | 350.00 |
| 380 | Lot - Selection of 4 Bottles of Chardonnay | 1 | Wine | Sold | Picked-Up | 6230 | 65.00 |
| 381 | Lot - Compromised wine - Approx 30 Bottles | 1 | Wine | Sold | Picked-Up | 6169 | 275.00 |
| 382 | Lot - Tiffany Crystal Decanter and Other Items | 1 | Crystal & China | Sold | Picked-Up | 5633 | 825.00 |
| 383 | 2011 Cadillac DTS Premium, miles 108882 | 1 | Passenger / Rec Vehicles | Sold | Picked-Up | 6133 | 6,400.00 |
| 384 | Lot - 4 Modular Office Workstations | 1 | Office | Sold | Picked-Up | 5381 | 40.00 |
| 385 | Lot - 6 Modular Office Workstations | 1 | Office | Sold | Picked-Up | 5381 | 20.00 |
| 386 | Lot - 18 Modular Office Workstations | 1 | Office | Sold | Picked-Up | 5381 | 1.00 |
| 387 | Conference or Library Table | 1 | Office | Sold | Picked-Up | 5381 | 250.00 |
| 388 | Bookcases | 11 | Office | Built-In: Removed from Invoice | Remaining Onsite | 9999 | |
| 389 | Lot - Contents of Kitchen | 1 | Food Service | Sold | Picked-Up | 5688 | 100.00 |
| 390 | Lot - Kenny Rogers Autographed Photos (3) | 1 | Memorabilia | Sold | Picked-Up | 5591 | 160.00 |
| 391 | Lot - Brass wall signs | 1 | Girardi Memorabilia | Sold | Picked-Up | 5886 | 500.00 |
| 392 | Lot - Ice chests (2) | 1 | Food Service | Sold | Picked-Up | 5633 | 45.00 |
| 393 | Black leather chair | 1 | Office | Sold | Picked-Up | 5731 | 225.00 |
| 394 | Office chair | 1 | Office | Sold | Picked-Up | 5381 | 55.00 |
| 395 | Herman Miller office chair | 1 | Office | Sold | Picked-Up | 6071 | 600.00 |
| 396 | Dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5688 | 120.00 |
| 397 | Dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 6012 | 100.00 |
| 398 | Dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5688 | 100.00 |
| 399 | Dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5633 | 80.00 |
| 400 | Dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5771 | 70.00 |
| 401 | Thomas V Girardi Bronze Bust | 1 | Girardi Memorabilia | Sold | Picked-Up | 5708 | 800.00 |
| 402 | Painting of Thomas V Girardi framed | 1 | Girardi Memorabilia | Sold | Picked-Up | 5860 | 525.00 |
| 403 | Painting of Thomas V Girardi | 1 | Girardi Memorabilia | Sold | Picked-Up | 5597 | 275.00 |
| 404 | Painting of Thomas V Girardi | 1 | Girardi Memorabilia | Sold | Picked-Up | 6177 | 225.00 |
| 405 | Painting - Girardi Courtroom Scene | 1 | Girardi Memorabilia | Sold | Picked-Up | 5882 | 575.00 |
| 406 | Thomas V Girardi neon sign | 1 | Girardi Memorabilia | Sold | Picked-Up | 5597 | 375.00 |
| 407 | Girardi painting | 1 | Girardi Memorabilia | Sold | Picked-Up | 5142 | 275.00 |
| 408 | Hoover, Taft, Lincoln Framed Photos | 1 | Collectibles | Sold | Picked-Up | 6200 | 600.00 |
| 409 | Framed Copy of "Dewey Defeats Truman Newspaper" | 1 | Collectibles | Sold | Picked-Up | 6095 | 725.00 |
| 410 | Thomas V Girardi Color Court Room Sketch | 1 | Girardi Memorabilia | Sold | Picked-Up | 6070 | 450.00 |
| 411 | Historical Watergate Photos & Documents | 1 | Collectibles | Sold | Picked-Up | 6019 | 400.00 |
| 412 | Framed Photo: Max Baer, Jack Dempsey, A. Hoffman | 1 | Collectibles | Sold | Picked-Up | 6131 | 1,500.00 |
| 413 | Lot - Court Room Sketches (2) | 1 | Girardi Memorabilia | Sold | Picked-Up | 6217 | 55.00 |
| 414 | Italia Raised Map | 1 | Art | Sold | Picked-Up | 6131 | 130.00 |
| 415 | Framed Hay-Adams Off the Record Coasters | 1 | Memorabilia | Sold | Picked-Up | 5911 | 160.00 |
| 416 | Georgia School of Technology print, 1911 | 1 | Art | Sold | Picked-Up | 5633 | 8.00 |
| 417 | "Lone Holdout Juror" on Canvas | 1 | Art | Sold | Picked-Up | 6233 | 275.00 |
| 418 | Canvas of Thomas V Girardi over Time Square | 1 | Girardi Memorabilia | Sold | Picked-Up | 5536 | 160.00 |
| 419 | "Lincoln Remembers" on Canvas | 1 | Art | Sold | Picked-Up | 5952 | 180.00 |
| 420 | "Rogers Defends Darrow" (Earl Rogers) on Canvas | 1 | Art | Sold | Picked-Up | 5952 | 130.00 |
| 421 | "Your Father's Passin'" (Atticus Finch) on Canvas | 1 | Art | Sold | Picked-Up | 5952 | 300.00 |
| 422 | "John F. Kennedy (1917-1963)" on Canvas | 1 | Art | Sold | Picked-Up | 6106 | 250.00 |
| 423 | Signed Court Room Sketch | 1 | Girardi Memorabilia | Sold | Remaining Onsite | 5930 | 140.00 |
| 424 | Signed Photo of 1960's Supreme Court Justices | 1 | Collectibles | Sold | Picked-Up | 6131 | 975.00 |
| 425 | Framed Letters in Dialog w/ Vice President Biden | 1 | Collectibles | Sold | Picked-Up | 6106 | 140.00 |
| 426 | Signed Letter and Photo from 1930's Justice | 1 | Collectibles | Sold | Picked-Up | 6019 | 95.00 |
| 427 | Chinese Needlepoint - "Tom" & "Erika" | 1 | Girardi Memorabilia | Sold | Remaining Onsite | 5212 | 375.00 |
| 428 | Framed Matted Bridge Sketches | 2 | Art | Sold | Picked-Up | 6024 | 40.00 |
| 429 | San Francisco from Angel Island | 1 | Art | Sold | Picked-Up | 5395 | 350.00 |
| 430 | Wildflower Photo - Paul Dalzell | 1 | Art | Sold | Picked-Up | 6131 | 225.00 |
| 430a | Christo, "Wrapped Statues" Ltd Edition 178/300 | 1 | Art | Sold | Picked-Up | 5445 | 2,300.00 |
| 430b | Top Industry Professional - Girardi Cover Blowup | 1 | Girardi Memorabilia | Sold | Picked-Up | 5655 | 45.00 |
| 430c | Claude Debussy "Deux Arabesques" pour le Piano | 1 | Art | Sold | Picked-Up | 6160 | 725.00 |
| 431 | Lot - Assorted Framed Art (2) | 1 | Art | Sold | Picked-Up | 6106 | 35.00 |
| 432 | Pair of Matted and Framed Abstract Art | 1 | Art | Sold | Picked-Up | 5819 | 160.00 |
| 433 | Mirror | 1 | Furniture & Furnishings | Sold | Picked-Up | 6186 | 100.00 |
| 434 | Erika Jayne collectibles | 1 | Girardi Memorabilia | Sold | Picked-Up | 6020 | 1,150.00 |
| 435 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 6086 | 65.00 |
| 436 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 45.00 |
| 437 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 40.00 |
| 438 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 40.00 |
| 439 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 6190 | 35.00 |
| 440 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 35.00 |
| 441 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 45.00 |
| 442 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 45.00 |
| 443 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 5706 | 50.00 |
| 444 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 6190 | 45.00 |
| 445 | Potted plant | 1 | Furniture & Furnishings | Sold | Picked-Up | 6086 | 45.00 |
| 446 | Pots | 3 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 33.00 |
| 447 | Pots | 3 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 33.00 |
| 448 | Pots | 4 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 44.00 |
| 449 | Pots | 5 | Furniture & Furnishings | Sold | Picked-Up | 5021 | 75.00 |
| 450 | Pots | 3 | Furniture & Furnishings | Sold | Picked-Up | 5291 | 33.00 |
| 451 | Pots | 2 | Furniture & Furnishings | Sold | Picked-Up | 6028 | 40.00 |
| 452 | Pots | 6 | Furniture & Furnishings | Sold | Picked-Up | 6034 | 90.00 |
| 453 | Pots | 6 | Furniture & Furnishings | Sold | Picked-Up | 5707 | 60.00 |
| 454 | Pots | 6 | Furniture & Furnishings | Sold | Picked-Up | 5381 | 120.00 |
| 455 | Small pots | 15 | Furniture & Furnishings | Sold | Picked-Up | 6190 | 75.00 |
| 456 | Small pots | 15 | Furniture & Furnishings | Sold | Picked-Up | 5490 | 75.00 |
| 457 | Large Pots | 1 | Furniture & Furnishings | Sold | Picked-Up | 5994 | 70.00 |
| 458 | Framed Historical Documents - Darrow & Bryan | 1 | Collectibles | Sold | Picked-Up | 5381 | 4,100.00 |
| 459 | "Coutumes De Normandie" with Medieval Grand Jury | 1 | Art | Sold | Remaining Onsite | 5093 | 170.00 |
| 460 | Lot - Plaques (5) | 1 | Other | Sold | Picked-Up | 5910 | 160.00 |
| 461 | Lot - Plaques (3) | 1 | Other | Sold | Picked-Up | 5910 | 90.00 |

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|---|---|---|---|---|---|---|---|
| 462 | Lot - Plaques (7) | 1 | Other | Sold | Picked-Up | 5681 | 120.00 |
| 463 | Lot - Plaques, Awards, Photos (18) | 1 | Other | Sold | Picked-Up | 5655 | 110.00 |
| 464 | Lot - Plaques, Awards, Photos, Articles (29) | 1 | Other | Sold | Picked-Up | 6113 | 170.00 |
| 465 | Lot - Plaques, Articles (9) | 1 | Other | Sold | Picked-Up | 5020 | 110.00 |
| 466 | Lot - Plaques, Photos, Articles (39) | 1 | Other | Sold | Picked-Up | 5740 | 120.00 |
| 467 | Lot - Box of plaques (25) | 1 | Other | Sold | Picked-Up | 6159 | 80.00 |
| 468 | Lot - Box of plaques (20) | 1 | Other | Sold | Picked-Up | 5655 | 70.00 |
| 469 | Lot - Boxes of plaques (4 boxes) | 1 | Other | Sold | Picked-Up | 5655 | 55.00 |
| 470 | Lot - Box of plaques (22) | 1 | Other | Sold | Picked-Up | 5655 | 75.00 |
| 471 | Lot - Box of plaques (19) | 1 | Other | Sold | Picked-Up | 5997 | 50.00 |
| 472 | Lot - Plaques and frames (26) | 1 | Other | Sold | Picked-Up | 5740 | 65.00 |
| 473 | Lot - Frames, Photos, etc. (21) | 1 | Other | Sold | Picked-Up | 5142 | 75.00 |
| 474 | Lot - Frames and Art | 1 | Other | Sold | Picked-Up | 5655 | 40.00 |
| 475 | Lot - Frames and Art (14) | 1 | Other | Sold | Picked-Up | 5300 | 60.00 |
| 476 | Lot - Frames (12) | 1 | Other | Sold | Picked-Up | 5655 | 55.00 |
| 477 | Signed and Numbered Law Library Print | 1 | Art | Sold | Picked-Up | 6185 | 190.00 |
| 478 | Signed Color Sketch of Justice Swearing-In | 1 | Collectibles | Sold | Picked-Up | 5910 | 225.00 |
| 479 | Lot - Assorted crystals and awards | 1 | Other | Sold | Picked-Up | 6236 | 225.00 |
| 480 | Lot - Assorted awards | 1 | Other | Sold | Picked-Up | 5994 | 350.00 |
| 481 | Lot - Assorted awards | 1 | Other | Sold | Picked-Up | 6070 | 140.00 |
| 482 | Lot - Assorted awards | 1 | Other | Sold | Picked-Up | 6191 | 190.00 |
| 483 | Lot - Assorted awards | 1 | Other | Sold | Picked-Up | 5911 | 110.00 |
| 484 | Lot - Hippo, Crocodile, Animal Figurines | 1 | Girardi Memorabilia | Sold | Picked-Up | 6029 | 180.00 |
| 485 | Lot - Trophies | 1 | Other | Sold | Picked-Up | 5260 | 30.00 |
| 486 | Lot - Trophies | 1 | Other | Sold | Picked-Up | 5260 | 20.00 |
| 487 | Lot - Trophies | 1 | Other | Sold | Picked-Up | 6160 | 110.00 |
| 488 | Lot - Girard Golf Journal Plus Other Golf Items | 1 | Sporting Goods | Sold | Picked-Up | 5688 | 170.00 |
| 489 | Lot - Canvas pictures of Thomas V. Girardi | 1 | Girardi Memorabilia | Sold | Picked-Up | 6237 | 50.00 |
| 490 | Lot - New Golf Shirts, Hats, Ties, Asst Clothing | 1 | Clothing | Sold | Picked-Up | 6106 | 250.00 |
| 491 | Lot - Stuffed Animals | 1 | Girardi Memorabilia | Sold | Picked-Up | 6230 | 9.00 |
| 492 | Lot - Christmas decorations | 1 | Christmas Decor | Sold | Picked-Up | 5702 | 425.00 |
| 493 | Lot - Assorted Novelty and Promo Items | 1 | Other | Sold | Picked-Up | 5688 | 150.00 |
| 494 | Copitrak Terminals | 6 | Business Equipment | Sold | Picked-Up | 5541 | 18.00 |
| 495 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 650.00 |
| 496 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 425.00 |
| 497 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 110.00 |
| 497a | Executive Tan Desk Chair | 1 | Office | Sold | Picked-Up | 5838 | 160.00 |
| 498 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 375.00 |
| 499 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 325.00 |
| 500 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 375.00 |
| 501 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 525.00 |
| 502 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 375.00 |
| 503 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 425.00 |
| 504 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 775.00 |
| 505 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 675.00 |
| 506 | Lot - Complete Office (see description) | 1 | Office | Sold | Picked-Up | 5381 | 725.00 |
| 507 | 4 Drawer, Plus Flip-up Door File cabinets | 2 | Office | Sold | Picked-Up | 6165 | 30.00 |
| 508 | 4 Drawer, Plus Flip-up Door File cabinets | 2 | Office | Sold | Picked-Up | 6091 | 20.00 |
| 509 | 4 Drawer, Plus Flip-up Door File cabinets | 3 | Office | Sold | Picked-Up | 6241 | 9.00 |
| 510 | 4 Drawer, Plus 2 Flip-up Door File cabinet | 1 | Office | Sold | Picked-Up | 6165 | 5.00 |
| 511 | Plant stands | 2 | Office | Sold | Picked-Up | 5381 | 220.00 |
| 512 | 6-Door File Cabinets | 2 | Office | Sold | Picked-Up | 6241 | 2.00 |
| 513 | Quincy air compressor, model BMQTS3QCBST | 1 | Warehouse / Shop | Part of Building; Removed from Invoice | Remaining Onsite | 9999 | |
| 514 | Lot - Security system - no hard drives; no cameras | 1 | Business Equipment | Sold | Picked-Up | 5617 | 50.00 |
| 515 | Office Chairs | 7 | Office | Sold | Picked-Up | 5381 | 175.00 |
| 516 | Wood Desks | 3 | Office | Sold | Picked-Up | 6091 | 360.00 |
| 517 | Lot - 190+ Binders | 1 | Office | Sold | Picked-Up | 6163 | 78.00 |
| 517a | Lot - Assorted black binders, 1", 3" and 5" | 1 | Office | Sold | Picked-Up | 6165 | 80.00 |
| 517b | Lot - Assorted Paper towels, cleaning supplies | 1 | Warehouse / Shop | Sold | Picked-Up | 5688 | 130.00 |
| 517c | Lot - Black trash can liners, toilet seat covers, | 1 | Warehouse / Shop | Sold | Picked-Up | 5688 | 35.00 |
| 518 | Office chairs | 9 | Office | Sold | Picked-Up | 6091 | 180.00 |
| 518a | Office chairs | 9 | Office | Sold | Picked-Up | 5381 | 27.00 |
| 518b | Office chairs | 9 | Office | Sold | Picked-Up | 6157 | 27.00 |
| 519 | Pot | 2 | Furniture & Furnishings | Sold | Picked-Up | 5746 | 50.00 |
| 520 | Lot - Medical body parts diagrams | 1 | Other | Sold | Picked-Up | 5706 | 250.00 |
| 521 | HP Pro One, All-in-one computer | 1 | Business Equipment | Sold | Picked-Up | 5543 | 70.00 |
| 522 | John Broadwood & Sons (London) 1895 Upright Piano | 1 | Musical | Sold | Picked-Up | 6224 | 2,250.00 |
| 523 | Oriental Rug, 7 ft x 4 ft | 1 | Rugs | Sold | Picked-Up | 5845 | 1,100.00 |
| 524 | Oriental Rug, 7 ft x 4 ft | 1 | Rugs | Sold | Picked-Up | 5845 | 225.00 |
| 525 | Metal deco falcon sculpture | 1 | Sculptures | Sold | Picked-Up | 5839 | 425.00 |
| 526 | Husky vertical air compressor | 1 | Warehouse / Shop | Sold | Picked-Up | 5291 | 250.00 |
| 527 | Magnum paint sprayer | 1 | Warehouse / Shop | Sold | Picked-Up | 6073 | 45.00 |
| 528 | Mercury MerCruiser Bravo One outboard motor | 1 | Warehouse / Shop | Sold | Picked-Up | 5688 | 650.00 |
| 529 | Shaw Walker Combination safe (no combo; open) | 1 | Business Equipment | Sold | Remaining Onsite | 6245 | 55.00 |
| 530 | KHS Flite 220 bike | 1 | Sporting Goods | Sold | Picked-Up | 6074 | 110.00 |
| 531 | Gemini dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5934 | 95.00 |
| 532 | Cosco dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 6165 | 95.00 |
| 533 | Painting - Sailing ships off water fall | 1 | Art | Sold | Picked-Up | 5980 | 625.00 |
| 534 | "Opening statement" signed and numbered print | 1 | Art | Sold | Picked-Up | 6106 | 225.00 |
| 535 | Pazcal painting | 1 | Art | Sold | Picked-Up | 5633 | 5,100.00 |
| 536 | "The Pike" Print by William Frith | 1 | Art | Sold | Picked-Up | 6194 | 450.00 |
| 537 | "Closing Argument" signed and numbered print | 1 | Art | Sold | Picked-Up | 5910 | 375.00 |
| 538 | European City Street Painting | 1 | Art | Sold | Picked-Up | 5428 | 225.00 |
| 539 | B&W Beach Photograph, Signed and Framed | 1 | Art | Sold | Picked-Up | 6141 | 150.00 |
| 540 | "Beach buddies" Signed by Ivan Anderson | 1 | Art | Sold | Picked-Up | 5979 | 140.00 |
| 541 | Still Life, "Fruit" painting | 1 | Art | Sold | Picked-Up | 5562 | 35.00 |
| 542 | Cabin by the river, Melton Painting | 1 | Art | Sold | Picked-Up | 6194 | 75.00 |
| 543 | "Flowers on the Hill", Watercolor | 1 | Art | Sold | Picked-Up | 5633 | 90.00 |
| 544 | Pazcal painting | 1 | Art | Sold | Picked-Up | 5633 | 4,600.00 |
| 545 | Pazcal painting | 1 | Art | Sold | Picked-Up | 6160 | 4,100.00 |
| 546 | "Storm Along the Verde" by Henry Strater | 1 | Art | Sold | Picked-Up | 5395 | 875.00 |
| 547 | Portrait of a Cardinal Painting | 1 | Art | Sold | Picked-Up | 5910 | 110.00 |
| 548 | Jury Scene Signed by Aaron Sopher | 1 | Art | Sold | Picked-Up | 5131 | 225.00 |
| 549 | Mexican Folk Painting by Roman Lopez | 1 | Art | Sold | Picked-Up | 6160 | 800.00 |

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|-----|-------|-----|----------|-------------|----------------|-----------|-------|
| 550 | B&W Sun through the Forrest Photograph | 1 | Art | Sold | Picked-Up | 5633 | 140.00 |
| 551 | Old Mexico Painting by Roman Lopez | 1 | Art | Sold | Picked-Up | 6160 | 775.00 |
| 552 | Sail boat Painting, Molinar - 1989 Paris | 1 | Art | Sold | Picked-Up | 5751 | 1,000.00 |
| 553 | "Sound Bar High Flyer" by Justin Young | 1 | Art | Sold | Picked-Up | 6116 | 20.00 |
| 554 | 89 Fiesta Bowl Framed Poster - Notre Dame v. WV | 1 | Sports Memorabilia | Sold | Picked-Up | 5726 | 45.00 |
| 555 | "Ballet School", Degas, c.1874 - Framed Print | 1 | Art | Sold | Picked-Up | 6147 | 500.00 |
| 556 | Men on the River Painting by HC Fox | 1 | Art | Sold | Picked-Up | 5784 | 650.00 |
| 557 | Erin Brockovich framed movie poster | 1 | Memorabilia | Sold | Picked-Up | 6082 | 425.00 |
| 558 | 1800s Court Room Painting, Signed Mitchell | 1 | Art | Sold | Picked-Up | 6160 | 1,000.00 |
| 559 | "Autumn Pines" by Donald Voorhees | 1 | Art | Sold | Picked-Up | 5653 | 75.00 |
| 560 | Harbor scene Painting | 1 | Art | Sold | Picked-Up | 5101 | 100.00 |
| 561 | Forest lake scene painting | 1 | Art | Sold | Picked-Up | 6093 | 60.00 |
| 562 | "Baby" by Ivan Anderson | 1 | Art | Sold | Picked-Up | 5633 | 80.00 |
| 563 | Golf Print, Signed and Numbered | 1 | Sports Memorabilia | Sold | Picked-Up | 6052 | 40.00 |
| 564 | 1984 US Olympics Gymnasts Print, Signed & Numbered | 1 | Sports Memorabilia | Sold | Picked-Up | 6131 | 40.00 |
| 565 | Moon & Earth Photos | 2 | Art | Sold | Picked-Up | 6160 | 450.00 |
| 566 | Space shuttle Photographs | 2 | Art | Sold | Picked-Up | 6221 | 100.00 |
| 567 | Lot - Asst Framed Art, Inc PG&E wire receipt | 2 | Girardi Memorabilia | Sold | Picked-Up | 6020 | 750.00 |
| 567a | "And Justice for All" Litho by Robert Marble | 2 | Art | Sold | Picked-Up | 5952 | 360.00 |
| 568 | Lot - "Vanity Fair"  Vintage framed Art | 1 | Art | Sold | Picked-Up | 6246 | 300.00 |
| 568a | Lot- "Le Gens De Justice"- Assorted Legal-Themed F. | 1 | Art | Sold | Picked-Up | 6024 | 75.00 |
| 569 | Lot - Asst. frames, family photos and plaques | 1 | Other | Sold | Picked-Up | 5585 | 925.00 |
| 570 | Lot - Aqua pure filters | 1 | Other | Sold | Picked-Up | 6200 | 6.00 |
| 571 | HP color LaserJet 3600n printer | 1 | Business Equipment | Not a Printer; Removed from Invoice | Remaining Onsite | 9999 | - |
| 572 | Brother laser fax 2920 | 1 | Business Equipment | Not a Fax; Removed from Invoice | Remaining Onsite | 9999 | - |
| 573 | 2 lamps | 1 | Furniture & Furnishings | Sold | Picked-Up | 5688 | 40.00 |
| 574 | Lot - Pearl Drums, Zildjian & Other symbols | 1 | Musical | Sold | Remaining Onsite | 5584 | 70.00 |
| 575 | Lot - Maintenance and office supplies | 1 | Warehouse / Shop | Sold | Picked-Up | 6029 | 190.00 |
| 576 | Wall mirror | 1 | Furniture & Furnishings | Sold | Picked-Up | 5520 | 300.00 |
| 577 | 4 drawer file cabinets | 5 | Office | Sold | Picked-Up | 6087 | 10.00 |
| 578 | Assorted Round coffee tables | 2 | Furniture & Furnishings | Sold | Picked-Up | 6190 | 14.00 |
| 579 | Bookcases | 4 | Furniture & Furnishings | Sold | Remaining Onsite | 5224 | 4.00 |
| 580 | Arm chairs | 4 | Furniture & Furnishings | Sold | Picked-Up | 5731 | 100.00 |
| 581 | Upholstered Benches | 2 | Furniture & Furnishings | Sold | Picked-Up | 5300 | 170.00 |
| 582 | Lot - Audio/Video equipment | 1 | Business Equipment | Sold | Picked-Up | 6244 | 130.00 |
| 583 | Metal book carts | 3 | Office | Sold | Picked-Up | 5904 | 450.00 |
| 584 | Lot - Metal racking 3 sections | 1 | Warehouse / Shop | Sold | Picked-Up | 6097 | 130.00 |
| 585 | Office chairs | 3 | Office | Sold | Picked-Up | 6023 | 480.00 |
| 586 | Vintage Wood 4-Drawer Card Catalogue | 1 | Furniture & Furnishings | Sold | Picked-Up | 5652 | 110.00 |
| 586a | Vintage Fold-out Bar | 1 | Furniture & Furnishings | Sold | Picked-Up | 6170 | 600.00 |
| 586b | Vintage Wood Cabinet | 1 | Furniture & Furnishings | Sold | Picked-Up | 6071 | 80.00 |
| 587 | Large Glass-Top Wood Conference table | 1 | Office | Sold | Picked-Up | 5588 | 425.00 |
| 588 | Lot - Christmas decorations | 1 | Christmas Decor | Sold | Picked-Up | 5688 | 300.00 |
| 589 | Trash cans | 1 | Warehouse / Shop | Sold | Picked-Up | 6194 | 200.00 |
| 590 | Lot - Carpet tiles | 1 | Warehouse / Shop | Sold | Picked-Up | 6024 | 60.00 |
| 591 | Lot - Rolls of carpet  (2) | 1 | Warehouse / Shop | Sold | Picked-Up | 6231 | 40.00 |
| 592 | Leather Button Back Wood Arm Office Chairs | 7 | Office | Sold | Picked-Up | 5310 | 630.00 |
| 594 | Vintage book cabinets with glass doors | 3 | Office | Sold | Picked-Up | 5706 | 285.00 |
| 595 | Vintage metal cabinets | 10 | Office | Sold | Remaining Onsite | 5224 | 10.00 |
| 596 | Vintage metal cabinets | 13 | Office | Unsold | Picked-Up | 9999 | - |
| 597 | Dark Wood Conference Table | 1 | Office | Sold | Picked-Up | 6091 | 20.00 |
| 597a | Dark Wood Conference Table | 1 | Office | Sold | Picked-Up | 6091 | 4.00 |
| 598 | 3-Step Ladders | 6 | Warehouse / Shop | Sold | Picked-Up | 6194 | 210.00 |
| 598a | 2-Step Step Ladders | 2 | Warehouse / Shop | Sold | Picked-Up | 6165 | 80.00 |
| 598b | Tall Folding Ladder -10" tall | 1 | Warehouse / Shop | Sold | Picked-Up | 5771 | 80.00 |
| 598c | Tall step-ladder | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 55.00 |
| 599 | Ice coolers | 3 | Food Service | Sold | Picked-Up | 5904 | 33.00 |
| 600 | Lot - Assorted maintenance supplies | 1 | Warehouse / Shop | Sold | Picked-Up | 5688 | 300.00 |
| 601 | Metal storage cabinets | 2 | Warehouse / Shop | Sold | Remaining Onsite | 6202 | 6.00 |
| 602 | Lot - Assorted file cabinets | 1 | Office | Sold | Picked-Up | 5904 | 70.00 |
| 603 | 4 drawer file cabinets | 11 | Office | Unsold | Remaining Onsite | 9999 | - |
| 604 | Assorted chairs | 3 | Office | Sold | Picked-Up | 5731 | 33.00 |
| 605 | Jetson Electric Scooter | 1 | Sporting Goods | Sold | Picked-Up | 6244 | 550.00 |
| 606 | 5000lb Capacity Dayton pallet jack | 1 | Warehouse / Shop | Sold | Picked-Up | 5614 | 225.00 |
| 607 | Werner electrician ladder | 1 | Warehouse / Shop | Sold | Picked-Up | 6190 | 55.00 |
| 608 | Push cart | 1 | Warehouse / Shop | Sold | Picked-Up | 5934 | 55.00 |
| 609 | Lot - 2 Tall Glass Door Cabinets & Drawer Unit | 1 | Furniture & Furnishings | Sold | Picked-Up | 6082 | 110.00 |
| 609a | Side buffet/console table | 1 | Furniture & Furnishings | Sold | Picked-Up | 5588 | 200.00 |
| 609b | Dark 2-Door Wood Cabinet | 1 | Furniture & Furnishings | Sold | Picked-Up | 6158 | 75.00 |
| 610 | 5 drawer lateral file | 1 | Office | Sold | Picked-Up | 5820 | 55.00 |
| 611 | Red dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5771 | 40.00 |
| 612 | RIDGID shop vac | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 100.00 |
| 613 | Lot - Assorted office chairs | 1 | Office | Sold | Picked-Up | 6157 | 25.00 |
| 614 | Arcan 3.5 ton floor jack | 1 | Warehouse / Shop | Sold | Picked-Up | 5797 | 95.00 |
| 615 | Lot of 4 - Lifetime 8' Heavy Duty Folding Tables | 1 | Office | Sold | Picked-Up | 5783 | 170.00 |
| 615a | Lot of 4 - Lifetime 8' Heavy Duty Folding Tables | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 160.00 |
| 615b | Lot of 10 - Lifetime 8' Heavy Duty Folding Tables | 1 | Warehouse / Shop | Sold | Picked-Up | 5783 | 475.00 |
| 615c | Lot of 4 - Lifetime 6' Heavy Duty Folding Tables | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 200.00 |
| 616 | Wreaths 4'h x 3'9"w | 2 | Christmas Decor | Sold | Picked-Up | 5021 | 190.00 |
| 617 | Wreaths 2'10" x 2'10" | 3 | Christmas Decor | Sold | Picked-Up | 6230 | 60.00 |
| 618 | Wreaths 2'8" x 2'8" | 2 | Christmas Decor | Sold | Picked-Up | 5910 | 60.00 |
| 619 | Wreaths 2'8" x 2'8" | 5 | Christmas Decor | Sold | Picked-Up | 5910 | 125.00 |
| 620 | Wreaths 2'8" x 2'8" | 1 | Christmas Decor | Sold | Picked-Up | 5910 | 100.00 |
| 621 | Wreaths 2'8" x 2'8" | 5 | Christmas Decor | Sold | Picked-Up | 5985 | 75.00 |
| 622 | Lot - Garland | 1 | Christmas Decor | Sold | Picked-Up | 5296 | 30.00 |
| 623 | Lot - Garland | 1 | Christmas Decor | Sold | Picked-Up | 5278 | 35.00 |
| 624 | Lot - Garland | 1 | Christmas Decor | Sold | Picked-Up | 5296 | 20.00 |
| 625 | Lot - Garland | 1 | Christmas Decor | Sold | Picked-Up | 5296 | 11.00 |
| 626 | Lot - Garland | 1 | Christmas Decor | Sold | Picked-Up | 5141 | 40.00 |
| 627 | Lot - Garland | 1 | Christmas Decor | Sold | Picked-Up | 5296 | 30.00 |
| 628 | Lot - Garland | 1 | Christmas Decor | Sold | Picked-Up | 6194 | 20.00 |
| 629 | Lot - Assorted Christmas Decorations | 1 | Christmas Decor | Sold | Picked-Up | 5190 | 25.00 |
| 630 | Christmas Sleds, 1'4"h x 1'5"l | 2 | Christmas Decor | Sold | Picked-Up | 6149 | 80.00 |
| 631 | Christmas Sleds, 1'6"h x 2'l | 2 | Christmas Decor | Sold | Picked-Up | 6194 | 70.00 |

LOT REPORT                              Girardi Keese Auction                              August 25, 2021

| Lot | Title | Qty | Category | Sold Status | Removal Status | Bidder No | Price |
|---|---|---|---|---|---|---|---|
| 632 | Lot - Girardi books, photos, case videos & CDs | 1 | Girardi Memorabilia | Sold | Picked-Up | 6185 | 425.00 |
| 632a | Lot of 13 - "The Life of Thomas Vincent Girardi" | 1 | Girardi Memorabilia | Sold | Picked-Up | 6121 | 225.00 |
| 633 | Vintage Wooden Chairs | 7 | Office | Sold | Picked-Up | 5562 | 175.00 |
| 634 | Round wood table with metal legs | 1 | Office | Sold | Picked-Up | 5943 | 4.00 |
| 635 | Heavy Duty plastic folding chairs | 3 | Warehouse / Shop | Sold | Picked-Up | 5904 | 33.00 |
| 636 | Lot of 2 - Lifetime 4' Heavy Duty Folding Table | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 130.00 |
| 636a | Small Lifetime Heavy Duty Folding Table, 2.5' | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 25.00 |
| 638 | Lot of 2 - Lifetime 6' heavy duty folding tables | 1 | Warehouse / Shop | Sold | Picked-Up | 5523 | 100.00 |
| 639 | Lot of 2 - Lifetime 34" square folding table | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 60.00 |
| 640 | Square side tables, 2' x 2' | 2 | Furniture & Furnishings | Sold | Picked-Up | 6023 | 80.00 |
| 641 | Lot - Assorted side tables | 1 | Furniture & Furnishings | Sold | Picked-Up | 6023 | 60.00 |
| 642 | Rectangular side table | 1 | Furniture & Furnishings | Sold | Picked-Up | 5381 | 160.00 |
| 643 | Light wood side tables | 2 | Furniture & Furnishings | Sold | Remaining Onsite | 5687 | 18.00 |
| 644 | Lot - Plastic Storage Bins, Assorted | 1 | Other | Sold | Picked-Up | 5904 | 30.00 |
| 645 | Lot - White Wire lateral storage racks | 1 | Other | Sold | Remaining Onsite | 5214 | 1.00 |
| 646 | Lot - Vintage Portraits & certificates | 1 | Other | Sold | Picked-Up | 6019 | 50.00 |
| 647 | John Girardi Courtroom Sketch, Framed | 1 | Girardi Memorabilia | Sold | Picked-Up | 5110 | 90.00 |
| 648 | Leaded Glass Door Insert | 1 | Furniture & Furnishings | Sold | Picked-Up | 6024 | 35.00 |
| 649 | Lot - Tall Flower vases (4) | 1 | Furniture & Furnishings | Sold | Picked-Up | 5225 | 20.00 |
| 650 | Sad Clown Artwork | 1 | Art | Sold | Picked-Up | 5110 | 80.00 |
| 651 | Lot3 -Ermenegildo Zegna Couture XXX Girardi Suits | 1 | Clothing | Sold | Picked-Up | 6238 | 80.00 |
| 651a | Lot2 -Ermenegildo Zegna Couture XXX Girardi Suits | 1 | Clothing | Sold | Picked-Up | 6238 | 110.00 |
| 652 | Lot - Asstd Dark colored "Go to Court" Jackets | 1 | Clothing | Sold | Picked-Up | 6236 | 5.00 |
| 653 | Patriot Football Jerseys | 6 | Clothing | Sold | Picked-Up | 6248 | 180.00 |
| 654 | Grey Oscar Sports Jacket | 1 | Clothing | Sold | Picked-Up | 6133 | 25.00 |
| 655 | Lot - Referee Jerseys (5) | 1 | Sporting Goods | Sold | Picked-Up | 5017 | 11.00 |
| 656 | Lot - Assorted silk ties | 1 | Clothing | Sold | Picked-Up | 5792 | 300.00 |
| 657 | Miscellaneous Desk Items | 1 | Office | Sold | Picked-Up | 6239 | 300.00 |
| 658 | Dobie Gillis / Marilyn Monroe Items | 1 | Memorabilia | Sold | Picked-Up | 5633 | 180.00 |
| 659 | Thomas Girardi Monogrammed Briefcase | 1 | Girardi Memorabilia | Sold | Picked-Up | 5652 | 450.00 |
| 659a | Leather Case/Satchel | 1 | Office | Sold | Picked-Up | 6252 | 120.00 |
| 660 | Lot - Set of 3 Bassett Hound Prints | 1 | Art | Sold | Picked-Up | 6215 | 140.00 |
| 661 | Agent Provocateur Red Lingerie (Purchased by TG) | 1 | Clothing | Sold | Picked-Up | 5142 | 350.00 |
| 661a | Alexis Black Lace Top (Purchased by TG) | 1 | Clothing | Sold | Picked-Up | 5784 | 90.00 |
| 662 | Lot of 3 - Oceane Black Pearl Age Defying Beauty | 3 | Cosmetics | Sold | Picked-Up | 6221 | 300.00 |
| 663 | Kristals Ruby Super Thermal Repair Mask (1.7oz) | 1 | Cosmetics | Sold | Picked-Up | 6170 | 160.00 |
| 663a | Lot of 2 - Kristals Ruby Super Thermal Repair Mask | 1 | Cosmetics | Sold | Picked-Up | 6230 | 300.00 |
| 663b | Lot of 3 - Kristals Ruby Super Thermal Repair Mask | 1 | Cosmetics | Sold | Picked-Up | 6239 | 350.00 |
| 663c | Lot - Kristals Rock Crystal & Sapphire | 1 | Cosmetics | Sold | Picked-Up | 5606 | 160.00 |
| 663d | Lot - Perfective Plus Limited Edition Zero Gravity | 1 | Cosmetics | Sold | Picked-Up | 5034 | 600.00 |
| 664 | "Golf Rules"- Set of three animated prints | 1 | Art | Sold | Picked-Up | 5360 | 40.00 |
| 665 | JFK/RFK Photograph | 1 | Collectibles | Sold | Picked-Up | 5910 | 180.00 |
| 666 | 1950's Brooklyn Dodgers with Jackie Robinson | 1 | Sports Memorabilia | Sold | Picked-Up | 6160 | 1,500.00 |
| 667 | Card Player - The Rat Pack Comes to Oceanside | 1 | Memorabilia | Sold | Picked-Up | 5114 | 85.00 |
| 668 | Vintage Magnetic Car Set | 1 | Collectibles | Sold | Picked-Up | 5999 | 225.00 |
| 669 | Vintage Burroughs Protectograph | 1 | Collectibles | Sold | Picked-Up | 5562 | 35.00 |
| 670 | "Knows a snake when he sees one" | 1 | Girardi Memorabilia | Sold | Picked-Up | 5860 | 575.00 |
| 671 | Draper 5' projector screen, Diplomat model | 1 | Business Equipment | Sold | Picked-Up | 5795 | 50.00 |
| 672 | Da-Lite 7' wall mount projector screen | 1 | Business Equipment | Sold | Picked-Up | 5520 | 25.00 |
| 673 | Oriental Rug, 6' x 42" | 1 | Rugs | Sold | Picked-Up | 6042 | 375.00 |
| 674 | Metal Rolling Table/Cart with wood veneer | 1 | Furniture & Furnishings | Sold | Picked-Up | 6160 | 35.00 |
| 675 | Large Burgundy Pot | 1 | Furniture & Furnishings | Sold | Picked-Up | 6255 | 30.00 |
| 676 | Roberto Benigni "Canto Inferno" DVD, signed set/14 | 1 | Memorabilia | Sold | Picked-Up | 5997 | 20.00 |
| 677 | Medallion in Box | 1 | Collectibles | Sold | Picked-Up | 5910 | 140.00 |
| 678 | Medallion | 1 | Collectibles | Sold | Picked-Up | 6058 | 600.00 |
| 679 | Aston Martin Windscreen | 1 | Vehicles | Sold | Picked-Up | 5588 | 30.00 |
| 680 | "Vice President" plastic molded plaque | 1 | Collectibles | Sold | Remaining Onsite | 6211 | 35.00 |
| 681 | Collapsible Metal Dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 100.00 |
| 682 | Collapsible Metal Dolly | 1 | Warehouse / Shop | Sold | Picked-Up | 5904 | 220.00 |
| 683 | Lot - 2 Albert Girardi Metal Relief Busts | 1 | Girardi Memorabilia | Sold | Picked-Up | 6158 | 120.00 |
| 684 | Justice Illustrated Book | 1 | Vintage and Other Books | Sold | Picked-Up | 5997 | 45.00 |
| 684A | Lot - Approx. 36,000 Books - Justice Illustrated | 1 | Vintage and Other Books | Unsold | Remaining Onsite | 9999 | - |

232,253.90

| Category | Number of Lots | Sum of Price |
|---|---|---|
| Art | 74 | 59,488.00 |
| Sports Memorabilia | 32 | 23,520.00 |
| Business Equipment | 129 | 15,613.90 |
| Memorabilia | 16 | 14,810.00 |
| Wine | 82 | 13,885.00 |
| Office | 79 | 12,996.00 |
| Collectibles | 22 | 12,865.00 |
| Girardi Memorabilia | 34 | 12,624.00 |
| Sculptures | 16 | 11,090.00 |
| Vintage and Other Books | 29 | 10,735.00 |
| Furniture & Furnishings | 59 | 7,546.00 |
| Passenger / Rec Vehicles | 1 | 6,400.00 |
| Other | 38 | 5,312.00 |
| Rugs | 7 | 4,825.00 |
| Warehouse / Shop | 39 | 4,544.00 |
| Musical | 5 | 4,120.00 |
| Crystal & China | 7 | 2,820.00 |
| Rocks, Fossiles, Minerals | 6 | 2,340.00 |
| Cosmetics | 7 | 2,030.00 |
| Christmas Decor | 18 | 1,696.00 |
| Clothing | 9 | 1,390.00 |
| Sporting Goods | 5 | 1,291.00 |
| Food Service | 4 | 283.00 |
| Vehicle Parts/Accessories | 1 | 30.00 |
| Grand Total | 719 | 232,253.90 |

**BUYER REPORT**

Girardi Keese Auction

August 25, 2021

| Bidder No | First Name | Last Name | Company | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 5008 | Mary | Rathbone | | 4982 road K ne | Moses Lake | WA | 98837 | United States |
| 5017 | Jessica | Reilly | | 5017 Tokay Blvd | Madison | WI | 53711 | United States |
| 5020 | Billy | Abbott | | 54 Saturn St. | San Francisco | CA | 94114 | United States |
| 5021 | CLAUDIA | MARLEN | MARLEN AUTOMOTIVE | 1003 S Primrose AveOffice Inside | Monrovia | CA | 91016 | United States |
| 5029 | Nneka | Uzoh | | 8227 Outlook Ave | Oakland | CA | 94605 | United States |
| 5052 | Lara | Smith | | 1309 Kingsford Dr | Los Angeles | CA | 95608-6164 | United States |
| 5089 | Bradly | Perry | | 553 S. Windsor Blvd | Los Angeles | CA | 90020 | United States |
| 5093 | Stephanie | Lopez | | 90 Tiber Ave | Deer Park | NY | 11729 | United States |
| 5101 | Andy | Morgan | | 124 N Madeira | Baltimore | MD | 21231 | United States |
| 5110 | Mason | Taylor | | 733 Franklin AveApt 1 | Brooklyn | NY | 11238 | United States |
| 5114 | Elaine | Barber | | 6191 cypress hill road | Winter garden | FL | 34787 | United States |
| 5121 | Doug | Robinson | | 33771 Magellan isle | Dana point | CA | 92629 | United States |
| 5131 | Wynter | Mitchell | | 17247 Bullock | Encino | CA | 91316 | United States |
| 5141 | gustavo | zarate | gustavo zarate | 1021 kimberly avenue | redlands | CA | 92374 | United States |
| 5142 | Megan | Rooney | | 608 N Detroit | Los Angeles | CA | 60302 | United States |
| 5143 | Chris | Turpin | Pacific Coast Injury Law Center | 4500 E Pacific Coast Highway, Suite 310 | Long Beach | CA | 90804 | United States |
| 5181 | Brittany | Swanson | | 1513 e elm ave | El Segundo | CA | 90245 | United States |
| 5182 | Bridgette | Carlos | | 4231 Balboa Ave 172 | San Diego | CA | 92117 | United States |
| 5190 | Mark | Azali | | 22015 cresit st | Woodland hills | CA | 91364 | United States |
| 5201 | Michael | Mortellaro | | 7028 oakview cir | Tampa | FL | 33634 | United States |
| 5212 | Heather | Fann | Gregory Fann Law, LLC. | 201 Office Park Dr. Suite 320 | Birmingham | AL | 35223 | United States |
| 5214 | Shannon | Reed | | 499 rye ct | Thousand oaks | CA | 91362 | United States |
| 5216 | James | Nicholson | NA | 08-0115 Robin Road | Singapore | -- | 258196 | Singapore |
| 5224 | LeeAnn | Simmons | | 204 CEDAR AVE N. | Burbank | WA | 98328 | United States |
| 5225 | Brittany | Bunch | | 312 W 5th Street, Apt 817 | Los Angeles | CA | 90013 | United States |
| 5260 | Alex | Rudolph | | 1136 N Orianna St. | Philadelphia | PA | 19123 | United States |
| 5273 | Brooke | Williams | | 8006 Dustin Dr | Frederick | MD | 21701 | United States |
| 5278 | Jennifer | Dobos-Bubno | self | 23003 Kent Ave | Torrance | CA | 90505 | United States |
| 5290 | Gabriel | Levy | Go2Jets | 500 north andrews aveapt. 647 | fort lauderdale | FL | 33301 | United States |
| 5291 | Robert | Dickerson | Rob Dickerson IP Law Group | 21781 Ventura Blvd. | Woodland Hills | CA | 91364 | United States |
| 5296 | christina | haberkem | | 23731 Ladrillo street | Woodland Hills | CA | 91367 | United States |
| 5297 | Hannah | MacDonald | | 7909 Foxcatcher Court | Odessa | FL | 33556 | United States |
| 5300 | Glenn | Pittson | Self | 4932 COMMONWEALTH AVE | LA CANADA FLINTRIDGE | CA | 91011 | United States |
| 5310 | barbara | Wagner | | 73 sw flagler Ave | Stuart | FL | 34994 | United States |
| 5316 | Gregg | Bousiog | On-Target Indoor Shooting Range, LLC | 27692 Camino Capistrano | Laguna Niguel | CA | 92677 | United States |
| 5328 | AINDREA | COBB | | 48 rock road | ISLIP TERRACE | NY | 11752 | United States |
| 5359 | cori | sawyer | | 6953 Atlantic Ave #6 | Long Beach | CA | 90805 | United States |
| 5360 | Anna | Gardner | | 363 Redondo Ave | Long Beach | CA | 90814 | United States |
| 5366 | Duncan | Ballard | | 1322 Amethyst St, Apt D | Redondo Beach | CA | 90277 | United States |
| 5372 | Joseph | Kar | Law office of Joseph M. Kar, PC | 15250 Ventura Bl ste 1220 | Sherman oaks | CA | 91403 | United States |
| 5381 | gary | dordick | attorney | 509 s beverly dr | beverly hills | CA | 90212 | United States |
| 5384 | Kyle | Schulz | | 1922 Baypointe Drive | Newport Beach | CA | 92660 | United States |
| 5394 | Ricka | Sharma | | 9 Station Street Kogarah | Sydney | -- | 2000 | Australia |
| 5395 | Elizabeth | Kimura | | 19 Featherwood | Irvine | CA | 92612 | United States |
| 5428 | Alexander | Mermelstein | | 398 Beach 13 street4 | Far Rockaway | NY | 11210 | United States |
| 5429 | Alexander | Meinert | Country Squire Investments | 11242 N Knotting Hill Dr | Fresno | CA | 93730 | United States |
| 5433 | Carolyn | Sheel | | 424 Temo Ln | Palm Springs | CA | 92262 | United States |
| 5445 | Pamela | Valfer | Artist | 503 N MICHIGAN AVE | PASADENA | CA | 91106 | United States |
| 5449 | Rebecca | Schufman | | 7608 Vincent Ave. S. | Richfield | MN | 55423 | United States |
| 5450 | Jeremy | Hart | | 21203 Knollblossom In | Richmond | TX | 77407 | United States |
| 5482 | Laurea | Voss | | 5403 Newcastle Avenue, No. 23 | Encino | CA | 91316 | United States |
| 5497 | Ada | flowers | Jij services | 4702 w 137th st | Hawthorne | CA | 90250 | United States |
| 5502 | Antonio | Kizzie | | 22330 Meyler St, Unit 62 | Torrance | CA | 90502 | United States |
| 5520 | Kirsten | Lunt | | 21741 whey dr | Saugus | CA | 91350 | United States |
| 5523 | Stephen | Rishoff | | 5411 Colodny Drive | Agoura Hills | CA | 91301 | United States |
| 5531 | Jennifer | Hillard | | 429 Branding Iron Way | Norco | CA | 92860 | United States |
| 5536 | Tyler | Trost | | 727 W 7th St, PH 1-5 | Los Angeles | CA | 90017 | United States |
| 5539 | Peter | Dobias | | 20929 Ventura Blvd 47 434 | Woodland Hills | CA | 91364 | United States |
| 5541 | Michael | Vedenoff | | 7758 Wyngate st | Tujunga | CA | 91042 | United States |
| 5543 | Cheryl | Thode | | 10232 Flintridge Drive | Villa Park | CA | 92861 | United States |
| 5550 | Kristin | Williams | | 9338 Simmons Road | Austin | TX | 78759 | United States |
| 5562 | Edmund | Dunn | | 1125 Lexington Ave, Apt. 3b | new york | NY | 10075 | United States |
| 5571 | JEREMY | RUNNELS | | 8786 BETELGEUSE WAY | San Diego | CA | 92126 | United States |
| 5584 | Breanna | Smith | | 616 N 65th Ave | Yakima | WA | 98908 | United States |
| 5585 | Harry | Plotkin | Jury Consultant | 5055 Oakwood Avenue | La Canada Flintridge | CA | 91011 | United States |
| 5588 | Gary | Westphal | | 1155 N LA CIENEGA BLVDAPT 103 | West Hollywood | CA | 90069 | United States |
| 5591 | Geoff | Cooper | | 105 East 10th StreetApt 2D | New York | NY | 10003 | United States |
| 5597 | David | Woolf | | 14500 Roscoe Blvd, 4th Floor | Panorama City | CA | 91402 | United States |
| 5606 | Mike | Kazerouni | Kazerouni Law Group, APC. | 245 Fischer AveUnit 01 | Costa Mesa | CA | 92626 | United States |
| 5608 | JESSICA | STOCK | | 2540 VISTA BAYA | NEWPORT BEACH | CA | 92660 | United States |
| 5614 | Steve | Kirby | Volcanic | 1331 23rd St | MANHATTAN Beach | CA | 90266 | United States |
| 5617 | Leah | Brackett | | 632 Anita St | Monrovia | CA | 91016 | United States |
| 5625 | Kaitlin | Lantz | FreeLantz | 1041 Brightwood ST | MONTEREY PARK | CA | 91754 | United States |
| 5633 | Jamie | Foreman | Foreman Companies | 6501 E Greenway Pkwy 103-423 | Scottsdale | AZ | 85254 | United States |
| 5652 | Daniel | Ghyczy | | 18033 Rosita Street | Encino | CA | 91316 | United States |
| 5653 | Chris | Laulion | Avrek Law Firm | 22431 Labrusca | Mission Viejo | CA | 92692 | United States |
| 5655 | Jordan | Papadopoulos | | 7100 hillside ave 308 | Los angeles | CA | 90046 | United States |
| 5681 | brielle | buchberg | | 390 Jefferson ave | Glencoe | IL | 60022 | United States |
| 5685 | Robert | Tessier | | 612 N McCadden Pl | Los Angeles | CA | 90004 | United States |
| 5687 | Marcia | Cagigas | | 3547 Sierra Street | Los Angeles | CA | 90031 | United States |
| 5688 | Taunya | Kimberly | Rubidoux Mortuary | 8511 wild pony dr | Riverside | CA | 92509 | United States |
| 5691 | Maiken | Kiyohara | | 1223 SUNSET AVE | SANTA MONICA | CA | 90405-5840 | United States |
| 5696 | Angela | Day | | 12330 Herbert St | Los Angeles | CA | 90066 | United States |
| 5702 | Molly | Kloss | The Refinery Creative | 228.5 S Poinsettia Pl | Los Angeles | CA | 90036 | United States |
| 5706 | Susan | Weil | | 2792 Pamela Place | Minden | NV | 89423 | United States |
| 5707 | Max | Gavron | | 130 Anita Dr | Pasadena | CA | 91105 | United States |
| 5708 | Paul | Kiesel | Kiesel Law LLP | 8648 Wilshire Blvd | Beverly Hills | CA | 90211 | United States |
| 5716 | Ryan | Saba | Rosen Saba, LLP | 9350 Wilshire Blvd, Suite 250 | Beverly Hills | CA | 90212 | United States |
| 5726 | Caroline | Dang | | 67 Pathway | Irvine | CA | 92618 | United States |
| 5728 | Kevin | Flahavan | | 916 Ranch House Rd. | Westlake Village | CA | 91361 | United States |
| 5730 | David | Yun | | 2821 E Livmor Ave | Palm Springs | CA | 92262 | United States |
| 5731 | Michael | Moini | Law Offices | 1605 W. Olympic Blvd, Suite 9028 | Los Angeles | CA | 90015 | United States |
| 5737 | Steve | Kottman | | 4910 E Copa de Oro Drive | Anaheim Hills | CA | 92807 | United States |
| 5740 | Kole | Kurti | | 22 R Street NE | Washington | DC | 20002 | United States |
| 5746 | Irene | Jayem | | 862 w 62nd street | Los Angeles | CA | 90044 | United States |
| 5750 | James | Ross | | 3124 Greyslon Rd | Duluth | MN | 55812 | United States |
| 5751 | Alicia | Garcia | | 3601 Ridge Drive | Rapid City | SD | 57702 | United States |
| 5757 | Maria | Hill | | 1788 Moores Mill Rd NW | Atlanta | GA | 30318 | United States |

018                                                    EXHIBIT 4    0070

**BUYER REPORT**

Girardi Keese Auction

August 25, 2021

| Bidder No. | First Name | Last Name | Company | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 5758 | Daniel | Miller | Crystal Castle | 2800 Quarry Lake Drive suite 280 | Baltimore | MD | 21209 | United States |
| 5771 | Alexis | Bretz | Art by Alyssa | 6638 w crest lane | Glendale | AZ | 85310 | United States |
| 5772 | Kiran | Bisla | | 3104 N. Ashwood Street | Orange | CA | 92865 | United States |
| 5774 | meghan | blanco | | 24751 cutter | laguna niguel | CA | 92677 | United States |
| 5775 | Alex | Zarycki | | 25335 Tyndall Falls Drive | Olmsted Falls | OH | 44138 | United States |
| 5783 | Mike | Nogueira | Sml | 4771 eagle rock blvd | Los Angeles | CA | 90041 | United States |
| 5784 | Andrew | Saltz | | 1610 Fawn CT NW | Gig Harbor | WA | 98332 | United States |
| 5791 | Phuongtruc | Nguyen | | 1266 Bryce Way | Ventura | CA | 93003 | United States |
| 5792 | Joseph | Layton | | 16516 Akron StAkron St. | Pacific Palisades | CA | 90272 | United States |
| 5793 | Chris | Williams | | 177 Windermere Cir | Newnan | GA | 30265 | United States |
| 5795 | Alex | Safarian | Block LLP | 3500 W. Olive Ave | Burbank | CA | 91505 | United States |
| 5797 | Brad | King | justdoit4less.com, LLC | 3959 E Guasti RdUnit C | Ontario | CA | 91761 | United States |
| 5801 | Alex | Osborne | | 2811 la Cuesta drive | Los angeles | CA | 90046 | United States |
| 5819 | LISA | THOMAS | Vokoff Inc | 127 Georgetown Green | Charlottesville | VA | 22901 | United States |
| 5820 | Brian | Ross | Ross Legal Corp | 16133 Ventura Blvd., Penthouse | Encino | CA | 91436 | United States |
| 5838 | Jaye | Steinbrick | Los Angeles County Law Library | 2634 Anna Street | Riverside | CA | 92506 | United States |
| 5839 | Carrie | Palmquist | | 341 Hollywood Blvd | Oxnard | CA | 93035 | United States |
| 5842 | Elise | Krall | | 1515 S Arlington Ridge Road, 702 | Arlington | VA | 22202 | United States |
| 5845 | Jacob | Harper | | 4123 Motor Avenue | Culver City | CA | 90272 | United States |
| 5846 | Laura | Caldera | | 4121 Virginia St | Lynwood | CA | 90262 | United States |
| 5851 | Christopher | Lovrien | Jones Day | 555 S. Flower St,50th Floor | Los Angeles | CA | 90071 | United States |
| 5852 | Evan | Plisner | | 900 S Westgate Ave, Apt. 203 | Los Angeles | CA | 90049 | United States |
| 5860 | Chris | Barnes | | 2427 4th Ave | Los Angeles | CA | 90018 | United States |
| 5876 | Vache | Thomassian | | 230 N. Maryland Ave. Suite 306 | Glendale | CA | 91206 | United States |
| 5878 | Maria | Justice | | 1236 Valencia St. | Los Angeles | CA | 90015 | United States |
| 5882 | Danny | Whalen | | 18065 Rancho st | Encino | CA | 91316 | United States |
| 5886 | Ryan | McNamara | | 21383 Savannah Lane | Huntington Beach | CA | 92646 | United States |
| 5887 | Byron | Lane | Lane Law Group, Inc. | 28924 S. Western Avenue, Suite 206 | Rancho Palos Verdes | CA | 90275 | United States |
| 5890 | Frank | Chica | FGC Law, P.C. | 1250 West Glenoaks Blvd.Suite 150 | Glendale | CA | 91201 | United States |
| 5904 | Chandra | Spencer | CGS Law P.C. | 2625 Townsgate Rd Suite 330 | Westlake Village | CA | 91361 | United States |
| 5910 | Alex | Galvez | Law Office of Alex Galvez | 1920 Starvale Drive | Los Angeles | CA | 91207 | United States |
| 5911 | stephanie | ciraml | iselp | 10 ATLAS AVE | Malverne | NY | 11565 | United States |
| 5924 | Madison | Johnson | Freebird Movement | 950 South Fairfax Avenue215 | Los Angeles | CA | 90036 | United States |
| 5925 | Michael | Pearson | | 14183 Valley Vista Blvd. | Sherman Oaks | CA | 91423 | United States |
| 5930 | Jen | Faubert | | 865 and a half S Bundy drive | Los Angeles | CA | 90049 | United States |
| 5933 | Barbara | DuVan-Clarke | | 803 S. Prospect Ave., Unit 101 | Redondo Beach | CA | 90277 | United States |
| 5934 | Mark | Butler | Mark Butler and Associates | 4667 MacArthur Blvd Suite 200 | NEWPORT BEACH | CA | 92660 | United States |
| 5943 | Martin | Campbell | | 1331 Albany St.APT. 12 | Los Angeles | CA | 90015 | United States |
| 5952 | Albert | Consejo | | 1555 Third Street | Duarte | CA | 91010 | United States |
| 5953 | Tara | Hall | | 670 Old Mill Rd | Pasadena | CA | 91108 | United States |
| 5965 | S. | DESAI | | 1240 S. WESTLAKE BLVD, STE 137 | WESTLAKE VILLAGE | CA | 91361 | United States |
| 5973 | Lindsey | Slakter | | 14387 Mountain High Drive | Fontana | CA | 92337 | United States |
| 5977 | Amy | Bellman | | 2530 la costa ave | Carlsbad | CA | 92009 | United States |
| 5979 | Amy | Wright | | 545 Lucerne Ave | Placentia | CA | 92870 | United States |
| 5980 | Jim | Rosen | Rosen Saba, LLP | 9350 Wilshire Blvd., Suite 250 | Beverly Hills | CA | 90212 | United States |
| 5984 | frank | mantovani | Frank Mantovani | 4456 Hayvenhurst Ave | Encino | CA | 91436 | United States |
| 5985 | Tania | Vallejo | | 1561 Indus st | Newport beach | CA | 92660 | United States |
| 5989 | Joseph | Cohen | | 1233 West 39th Place | Los Angeles | CA | 90037 | United States |
| 5991 | Joseph | Casey | | 18245 N Pima Rd APT.3044 | Scottsdale | AZ | 85255 | United States |
| 5993 | Rebecca | Wendt | | 805 signorelli cir | Saint helena | CA | 94574 | United States |
| 5994 | Sandra | Levin | | 11506 Diller Ave | Culver City | CA | 90230 | United States |
| 5997 | Carlos | Cruz | | 1684 Decoto Rd_182 | Union city | CA | 94587 | United States |
| 5999 | Travis | Crow | | 1174 S Westmoreland | Los Angeles | CA | 91802 | United States |
| 6000 | Ben | Coughlan | Coughlan and Vinel LLP | 4660 La Jolla Village Drive, Suite 575 | San Diego | CA | 92122 | United States |
| 6003 | Matthew | Negrin | | 11500 San Vicente BlvdUnit 206 | Los Angeles | CA | 90049 | United States |
| 6012 | luis | Guerrero | nonr | 8715 Cherokee dr. | Downey | CA | 90241 | United States |
| 6018 | Arturo | Pedroza | | 13304 Rockenbach Street | Baldwin Park | CA | 91706 | United States |
| 6019 | Richard | Elhai | | 3118 N. Lamer St. | Burbank | CA | 91504 | United States |
| 6020 | Geoffrey | De Sousa | Geoffrey De Sousa Interior Design | 2 Henry Adams Street Suite 320 | San Francisco | CA | 94103 | United States |
| 6022 | James | Moss | | 118 cleveland street | Mcdonough | GA | 30253 | United States |
| 6023 | Oscar | Gutierrez | | 11616 RIDGEGATE DRIVE | WHITTIER | CA | 90601 | United States |
| 6024 | Erik | Gosen | 1964 | 14854 Edgeridge Drive | Hacienda Heights | CA | 91745 | United States |
| 6028 | Susan | Franz | | 657 Glenmore Blvd | Glendale | CA | 91206 | United States |
| 6029 | Manuel | Olivera | self | 608  South Vicki Lane | Anaheim | CA | 92804 | United States |
| 6033 | Kriss | Marin | | 12666 Oxford Drive | La Mirada | CA | 90638 | United States |
| 6034 | Tricia | Heller | | 14631 Mulberry Ave | Irvine | CA | 92606 | United States |
| 6035 | Stacy | Bass | Select Seller Solutions | 4 Tejon | Rancho Santa Margarita | CA | 92688 | United States |
| 6040 | Zabi | Nowaid | Standard Energy LLC | 8700 Arlene Terrace | Los Angeles | CA | 90046 | United States |
| 6042 | Gary | A Praglin | | 2345 Mandeville Canyon Road | Los Angeles | CA | 90049 | United States |
| 6043 | Waylon | a Jennings | Black Country Rock | 3234 Dos Palos Drive | Los Angeles | CA | 90068 | United States |
| 6045 | Josh | Kashani | DBJK | 8501 Wilshire Blvd suite 240 | Beverly Hills | CA | 90211 | United States |
| 6046 | Jose | Jordan | Jose Jordan and Associates | 100 S. Citrus AveSte 204 | COVINA | CA | 91723 | United States |
| 6048 | Natalie | Juarez | | 223 S Carondelet St | Los Angeles | CA | 90057 | United States |
| 6049 | Claudia D.S. | Perkins | | 1228 Beattie Lane | Sebastopol | CA | 95472 | United States |
| 6052 | Gail | Shaw Hawkins | | 519 East Providencia Ave | Burbank | CA | 91501 | United States |
| 6053 | Sheila | Collins | Personal | 430 West Main Street | Dothan | AL | 36301 | United States |
| 6058 | Christine | Palau | | 3619 Clarington Ave. Unit 103 | Los Angeles | CA | 90034 | United States |
| 6061 | mark | lee | | 1097 blanche st apt 122 | pasadena | CA | 91106 | United States |
| 6063 | Zachary | Champagne | | 1811 N. Cherokee Ave. APT 17 | Los Angeles | CA | 90028 | United States |
| 6066 | Sherron | Wiggins | Conkle Kremer and Engel | 3130 Wilshire Blvd.Suite 500 | Santa Monica | CA | 90403 | United States |
| 6070 | Chris | Albright | | 235 Canyon Valley Dr | Richardson | TX | 75080 | United States |
| 6071 | Kristen | Baik | | 5381 Kenwood Ave | Buena Park | CA | 90621 | United States |
| 6073 | Tuan | Vo | | 8241 Trask Ave | Garden Grove | CA | 92844 | United States |
| 6074 | Thomas | Ghyczy | Royal Imaging | 8936 comanche avenue | chatsworth | CA | 91311 | United States |
| 6075 | Noah | Busch | | 4101 Chestnut Ave | Long Beach | CA | 90807 | United States |
| 6076 | Rhonda | Divens-Govan | | 11350 Foothill Blvd Unit 21 | Sylmar | CA | 91342 | United States |
| 6081 | Madeline | Ambrose | | 4139 Le Bourget Ave | CULVER CITY | CA | 90232 | United States |
| 6082 | John | Briggs | | 2300 Lincoln Blvd | Santa Monica | CA | 90405 | United States |
| 6085 | John | Denove | Cheong Denove | 2290 Stradella Rd. | Los Angeles | CA | 90025 | United States |
| 6086 | Albert | D'Antin | The Dantin Law Group APC. | 2440 S. Hacienda Blvd Ste 117 | Hacienda Heights | CA | 91745 | United States |
| 6087 | Emily | Hays | | 1268 N. Sweetzer Ave. Apt. 1 | West Hollywood | CA | 90069 | United States |
| 6089 | Matthew | Carson | | 16064 Essex Point Cir | Anchorage | AK | 99516 | United States |
| 6090 | Jakob | Norman | | 7000 Beaver Creek | Big Sky | MT | 59716 | United States |
| 6091 | Hugh | Lee | Tao Rossini | 921 N. Harbor Blvd, Suite 408 | La Habra | CA | 90631 | United States |
| 6092 | Paris | Buchanan | | 909 Jefferson Street | Benicia | CA | 94510 | United States |
| 6093 | Sheri | Rasmussen | | 2711 pebble acres dr. | Vernal | UT | 84078 | United States |
| 6094 | Brian | Smith | | 3322 N Hoyne | Columbia | IL | 60618 | United States |
| 6095 | Neal | Krone | Krone Auctions | 9663 Santa Monica Blvd1268 | Beverly Hills | CA | 90210 | United States |

019

EXHIBIT 4    0071

**BUYER REPORT**

Girardi Keese Auction

August 25, 2021

| Bidder No. | First Name | Last Name | Company | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 6097 | Ken | Greene | | 6002 Ash St | Simi | CA | 93063 | United States |
| 6098 | Evan | Pinsonnault | 00Evan Productions | 390 Hauser BlvdApt.1D | Los Angeles | CA | 90036 | United States |
| 6101 | Andrew | Giordano | | 16 Wagon Shed Lane | Middletown | MD | 21769 | United States |
| 6102 | Talal | Khelifi | | 429 Laine street apt.2 | Monterey | CA | 93940 | United States |
| 6106 | Victor | George | Law.offic.e | 20355 hawthorne blvd | Torrance | CA | 90503 | United States |
| 6113 | Christopher | Dopps | | 10343 E Tierra Buena Ln | San Dimas | CA | 85255 | United States |
| 6116 | Paoling | Che | | 123 S Figueroa St 1216A | Los Angeles | CA | 90012 | United States |
| 6121 | Jason | Fisher | Fisher Law Ltd. | 1260 Avenida Acaso, Unit B | Camarillo | CA | 93012 | United States |
| 6124 | Evelyn | Salvarinas | | 850 Richmond st w unit 8 | Toronto | ON | M6J 1C9 | Canada |
| 6127 | James | Kirk | Caitlin Robin and Associates PLLC | 30 Broad Street, Suite 702 | New York | NY | 10004 | United States |
| 6131 | Kevin | Fuciarelli | | 13804 N. 83rd Street | Scottsdale | AZ | 85260 | United States |
| 6133 | Benjamin | Ikuta | Hodes Milman Ikuta LLP | 9210 Irvine Center Drive | Irvine | CA | 92618 | United States |
| 6139 | Wanda | Barajas | | 540 Whalen Way | Oxnard | CA | 93036 | United States |
| 6140 | Geri | Powell | | 5401 3rd ave S. | Minneapolis | MN | 55419 | United States |
| 6141 | Paul | Cabot | | 542 Eldora Road | Pasadena | CA | 91104 | United States |
| 6142 | Arthur | Bartholomew | | 2418 Pacific AveUnit B | Los Angeles | CA | 90291 | United States |
| 6147 | Kevin | Buensuceso | | 11710 Ashlock Way | San Diego | CA | 92131 | United States |
| 6148 | Martin | Hom | Tao Rossini, APC | 921 N. Harbor Boulevard, Suite 408 | La Habra | CA | 90631 | United States |
| 6149 | tiffany | broadway | Caldera medical | 4360 Park Terrace Drive | Westlake Village | CA | 91361 | United States |
| 6150 | John | Obie | Bigtimebats | 26400 no pheasant run | MUNDELEIN | IL | 60060 | United States |
| 6152 | Ian | Cripps | | 0 | 0 | | 91367 | United States |
| 6157 | Mark | Simonian | | 5051 Amestoy Ave., Unit 1 | Encino | CA | 91316 | United States |
| 6158 | J | Crane | | 1660 E Mountain St | Pasadena | CA | 91104 | United States |
| 6159 | Elaine | Rosenfeld | | 732 Via Colinas | Westlake Village | CA | 91362 | United States |
| 6160 | Victoria | Gordon | | 9663 Santa Monica Blvd. 1265 | Beverly Hills | CA | 90210 | United States |
| 6163 | Jack | Bazerkanian | CB Law Group | 2315 W. Burbank Blvd | Burbank | CA | 91506 | United States |
| 6165 | Noriel | Flores | Law Offices of Noriel Flores | 21671 Gateway Center Drive, Suite 103 | DIAMOND BAR | CA | 91765 | United States |
| 6169 | David | Mintz | | 7242 Sunnybrae Ave | Winnetka | CA | 91306 | United States |
| 6170 | Adrienne | Motlagh | | 3112 Brighton Ave. | Los Angeles | CA | 90018 | United States |
| 6171 | Tracy | Nguyen | | 9262 Royal Palm Blvd. | Garden Grove | CA | 92841 | United States |
| 6177 | Louis | Peitzman | | 350 W 43RD STAPT 17D | NEW YORK | NY | 10036 | United States |
| 6179 | Lauren | Bradshaw | | 17321 Murphy Ave Apt 150 | Irvine | CA | 92614 | United States |
| 6182 | STEVE | MARKS | STEVES AUTO SALES | 3520 1ST AVE N | BILLINGS | MT | 59101 | United States |
| 6184 | Thomas | Yung | | 400 S Broadway, Apt 813 | Los Angeles | CA | 90013 | United States |
| 6185 | Mark | Masters | | 4390 West Artemisa Drive | Fresno | CA | 93722 | United States |
| 6186 | Sydney | Nelson | | 12541 Centralia St., Apt. 15 | Lakewood | CA | 90715 | United States |
| 6188 | Dylan | Keese-Forster | | 215 Venice Way | Venice | CA | 90291 | United States |
| 6190 | Katie | Dobin | | 3416 Buckingham Road | Los Angeles | CA | 90016 | United States |
| 6191 | Gabrielle | Bluestone | | 424 e 52nd street | New York | NY | 10022 | United States |
| 6192 | Reagan | Carrera | | 1704 Donald Drive | Shawnee | OK | 74804 | United States |
| 6193 | Craig | Liu | | 15375 Calle Despensero | Hacienda Heights | CA | 91745 | United States |
| 6194 | Erica | Guzman | | 6530 Lasseron Dr | Palmdale | CA | 93552 | United States |
| 6200 | Eugene | Oh | Select or enter | 1120 W 6th st | Los Angeles | CA | 90017 | United States |
| 6202 | Manuel | Padilla | lhss | 833 locust | Red bluff | CA | 96080 | United States |
| 6203 | Alec | Rojas | | 1600 Camden AvenueApartment 8 | Los Angeles | CA | 90025 | United States |
| 6207 | Allison | Miller | | 203 Satinwood Ave. | Oak Park | CA | 91377 | United States |
| 6208 | Christopher | McCann | Law Offices of Christopher J. McCann, APC | 13132 Charloma Dr. | Tustin, California | CA | 92780 | United States |
| 6209 | Sara | Ebrahimi | | 2025 S Shenandoah St. Apt 2 | Los Angeles | CA | 90034 | United States |
| 6211 | Gina | Stefani | | 4 touchstone apt 84 | Lake Oswego | OR | 97035 | United States |
| 6215 | Christopher | Gavriluc | | 7311 Spectrum | Irvine | CA | 92618 | United States |
| 6217 | Jacklyn | Goldman | | 25421 Boone place | Laguna hills | CA | 92653 | United States |
| 6219 | Marie | Maurice | | 743 N. Sycamore Ave. | Los Angeles | CA | 90038 | United States |
| 6221 | simone | hazos | Hooks Lane LLC | 4639 Schenley Rd | Baltimore | MD | 21210 | United States |
| 6222 | Jeffrey | Dintzer | Alston | 16160 Valley Meadow Place | Encino | CA | 91436 | United States |
| 6223 | MICHAEL | YOSHIBA | | 4761 STEELE STREET | TORRANCE | CA | 90503 | United States |
| 6224 | Katie | Cazorla | Katie Cazorla Designs | 11478 Hart Street. | NOHO | CA | 91605 | United States |
| 6228 | mary | peffer | | 1115 w sunset blvd 301 | los angeles | CA | 90012 | United States |
| 6230 | John | Flannelly | | 975 Hancock Ave | West Hollywood | CA | 90069 | United States |
| 6231 | Jeanne | Holm | | 199 N Canon Avenue | Sierra Madre | CA | 91024 | United States |
| 6233 | Karen | Schroeder | | 62 Candle Pine Pl. | The Woodlands | TX | 77381 | United States |
| 6236 | Gregory | Boden | | 28009 Calzada Dr. | Rancho Palos Verdes | CA | 90275 | United States |
| 6237 | Anthony | McMahon | | 25 Crocus ave | Floral Park | NY | 11001 | United States |
| 6238 | D. Mitchell | Garrett | Garrett Law | 320 S Boston AveSuite 825G | TULSA | OK | 74103 | United States |
| 6239 | Allen | Schmitt | Allen Schmitt | 18697 Cedar Crest Dr | Santa Clarita | CA | 91387 | United States |
| 6241 | Jeremy | Berman | GGA | 2330 Westwood Blvd | Los Angeles | CA | 90064 | United States |
| 6244 | jay | jackson | Jackson Consulting | 7423 laskenhim bixdale 20 | NORTH HOLLYWOOD | CA | 91605 | United States |
| 6245 | Angelo | Yarbrough | Big A | 1922 Lohengrin st | Los Angeles | CA | 90047 | United States |
| 6246 | John | Anthony | | 26850 Pine Cliff PlaceValencia, CA 91381 | Los Angeles | CA | 90017 | United States |
| 6248 | Madeline | Villa | | 1211 n elmwood | Oak park | IL | 60302 | United States |
| 6252 | Anthony | Nehme | | 147 Waverly Drive | Pasadena | CA | 91105 | United States |
| 6255 | Bailey | Morgan | | 32117 Calle Vista | Agua Dulce | CA | 91390 | United States |

020                                              EXHIBIT 4    0072

**DMV**
STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

# APPLICATION FOR DUPLICATE
# OR TRANSFER OF TITLE

| DMV USE ONLY | | |
|---|---|---|
| DL/ID # | STATE | TECH. INITIALS |

This form cannot be used to release a lien on a vehicle with an Electronic Lien Title (ELT)

☐ **Duplicate Title** *(Complete Sections 1 - 3)*
☑ **Transfer of Title with Duplicate** *(Seller completes Sections 1 - 4, New Owner completes Sections 6 and 7, as needed.)*

| VEHICLE LICENSE PLATE OR VESSEL CF NUMBER | VEHICLE/HULL IDENTIFICATION NUMBER | YEAR/MAKE OF VEHICLE OR VESSEL BUILDER |
|---|---|---|
| 6WBV079 | 1G6KH5E62BU123535 | 2011 Cadillac |

## SECTION 1 — REGISTERED OWNER(S) OF RECORD — *Please print name as it appears on the Title/Registration.*

| TRUE FULL NAME *(LAST, FIRST, MIDDLE, SUFFIX)*, BUSINESS NAME, OR LESSOR | DRIVER LICENSE/ID CARD NUMBER | STATE |
|---|---|---|
| Girardi/Keese | | |
| CO-OWNER TRUE FULL NAME *(LAST, FIRST, MIDDLE, SUFFIX)* | DRIVER LICENSE/ID CARD NUMBER | STATE |

| PHYSICAL RESIDENCE OR BUSINESS ADDRESS *(INCLUDE ST., AVE., ETC.)* APT./SPACE/STE. # | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1126 Wilshire Blvd | Los Angeles | CA | 90017-1904 |

COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE/VESSEL IS PRINCIPALLY GARAGED
Los Angeles

| MAILING ADDRESS *(IF DIFFERENT FROM ABOVE)* | APT./SPACE/STE. # | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

## SECTION 2 — LEGAL OWNER OF RECORD *(LIENHOLDER/TITLE HOLDER)* — *Do not enter name of owners above.*

NAME OF BANK, FINANCE COMPANY, OR INDIVIDUAL HAVING A LIEN ON THIS VEHICLE

| BUSINESS OR RESIDENCE ADDRESS | APT./SPACE/STE. # | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

## SECTION 3 — MISSING TITLE STATEMENT — *WARNING: Issuance of a duplicate title cancels the original title.*

If your address is **different** than what appears in the Department's records, you must file this application in person, bring the original or photo copy of proof of ownership (i.e. Registration Card or Registration Renewal Notice), and your Driver License or Identification Card. If the title has been replaced within the last 90 days, a CHP vehicle verification is required.

The Certificate of Title issued for this vehicle/vessel is (check box):   ☑ Lost   ☐ Stolen   ☐ Illegible/Mutilated (Attach old title)
☐ Not Received from Prior Owner   ☐ Not Received from DMV (Allow 30 days from issue date)

*I agree to indemnify and save harmless the Director of Motor Vehicles for any loss suffered resulting from the issuance of said duplicate Certificate of Title. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINTED NAME OF OWNER | SIGNATURE OF OWNER | DATE | DAYTIME TELEPHONE NUMBER |
|---|---|---|---|
| Girardi/Keese by Elissa Miller, Ch. 7 Trustee | X | 8/26/21 | ( 213 )626-2311 |

## SECTION 4 — REGISTERED OWNER(S) RELEASE OF OWNERSHIP AND/OR INTEREST

I/we release interest in the described vehicle/vessel. NOTE: The signature of **EACH** owner is required if co-owners are joined by **AND** (shown by / on DMV records). The signature for a company or business **MUST** include the printed name of the company/business and an authorized representative's countersignature on the signature line *(e.g., ABC CO., by JOHN SMITH - or - JOSEPH SMITH for ABC CO).*

| PRINTED NAME OF OWNER | SIGNATURE OF OWNER | DATE | DAYTIME TELEPHONE NUMBER |
|---|---|---|---|
| Girardi/Keese by Elissa Miller, Ch. 7 Trustee | X | 8/26/21 | ( 213 )626-2311 |
| PRINTED NAME OF OWNER | SIGNATURE OF OWNER | DATE | DAYTIME TELEPHONE NUMBER |
| | X | | ( ) |

## SECTION 5 — LEGAL OWNER OF RECORD RELEASE OF OWNERSHIP AND/OR INTEREST — *Must be notarized.*

The undersigned lienholder (legal owner of record) certifies release of interest in the vehicle/vessel. *This section and the Lien satisfied (REG 166) form cannot be used for non-ELT participants with vehicles 2 model years old or newer. The legal owner (i.e., bank, finance company, etc.) of record must apply for a duplicate title first, and then release interest on the actual title.*

| PRINTED NAME OF AUTHORIZED AGENT SIGNING FOR COMPANY | TITLE OF AUTHORIZED AGENT SIGNING FOR COMPANY | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| Giro | | ( ) |

SIGNATURE OF LEGAL OWNER *(COMPANY NAME AND AUTHORIZED AGENT'S COUNTERSIGNATURE)*       DATE
X

## NOTARY USE ONLY

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____

On _____ before me, _____
(HERE INSERT NAME AND TITLE OF THE OFFICER)
personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

WITNESS my hand and official seal.      (SEAL)

SIGNATURE _____

REG 227 (REV. 8/2017) WWW

[ Print ]   [ Clear Form ]

**THIS SIDE FOR NEW OWNERS – EACH NEW OWNER MUST SIGN BELOW**
*Complete transfer within 10 days of taking possession of vehicle/vessel.*

Must complete vehicle information below:                                            MILAGE    108,882

| VEHICLE LICENSE PLATE OR VESSEL CF NUMBER | VEHICLE/HULL IDENTIFICATION NUMBER | YEAR/MAKE OF VEHICLE OR VESSEL BUILDER |
|---|---|---|
| 6WBV079 | 1G6KH5E62BU123535 | 2011 Cadillac |

## SECTION 6 — NEW REGISTERED OWNER(S) — Print true full name as shown on Driver License/Identification Card.

*If the vehicle was purchased or received from a qualified relative [parent/child, grandparent/grandchild, spouse, domestic partner, siblings (must be minors, related by blood or adoption)], a Statement of Facts (REG 256) form, Statement of Use Tax Exemption, must also be submitted.*

*Once registered, to sell, gift, or otherwise transfer ownership, co-owners joined by "AND (/)" require the signature of each owner; co-owners joined by "OR" require the signature of only one owner.*

*The signature for a company or business MUST include the printed name of the company/business and an authorized representative's countersignature on the signature line (e.g., ABC CO., by JOHN SMITH - or - JOSEPH SMITH for ABC CO.).*

| DATE PURCHASED OR ACQUIRED Mo. 8 Day 25 Yr. 2021 | PURCHASE PRICE $ 7,552 00 | OR IF RECEIVED AS A GIFT OR TRADE, CHECK APPROPRIATE BOX AND WRITE THE MARKET VALUE. ☐ Gift ☐ Trade | MARKET VALUE $ |
|---|---|---|---|

| TRUE FULL NAME OF NEW OWNER (LAST, FIRST, MIDDLE, SUFFIX), BUSINESS NAME, OR LESSOR | DRIVER LICENSE/ID CARD NUMBER | STATE |
|---|---|---|
| BRADATO Bratto Ikuta, Benjamin Tavaler | D181119816 | CA |

| TRUE FULL NAME OF CO-OWNER OR LESSEE (LAST, FIRST, MIDDLE, SUFFIX) ☐ AND ☐ OR | DRIVER LICENSE/ID CARD NUMBER | STATE |
|---|---|---|
| | | |

| TRUE FULL NAME OF CO-OWNER OR LESSEE (LAST, FIRST, MIDDLE, SUFFIX) ☐ AND ☐ OR | DRIVER LICENSE/ID CARD NUMBER | STATE |
|---|---|---|
| | | |

| PHYSICAL RESIDENCE OR BUSINESS ADDRESS (INCLUDE ST., AVE., ETC.) APT./SPACE/STE. # | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 121 W 4th St | Santa Ana | CA | 92703 |

| COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE/VESSEL IS PRINCIPALLY GARAGED | EQUIPMENT NUMBER (OPTIONAL) |
|---|---|
| Orange | |

| MAILING ADDRESS (IF DIFFERENT FROM ABOVE) | APT./SPACE/STE. # | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

LESSEE ADDRESS (IF DIFFERENT FROM ADDRESS ABOVE)

| VESSEL OR TRAILER COACH PRINCIPALLY KEPT AT (ADDRESS OR LOCATION - IF DIFFERENT FROM PHYSICAL/BUSINESS ADDRESS ABOVE) | COUNTY |
|---|---|
| | |

*The above owner mailing address is valid, existing, and an accurate mailing address. I consent to receive service of process at this mailing address pursuant to Section 1808.21 of the California Vehicle Code. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| SIGNATURE(S) OF ALL NEW OWNER(S) X | DATE 8/30/21 | DAYTIME TELEPHONE NUMBER (310) 35 3889 |
|---|---|---|
| SIGNATURE OF ALL NEW OWNER(S) X | DATE | DAYTIME TELEPHONE NUMBER ( ) |
| SIGNATURE OF ALL NEW OWNER(S) X | DATE | DAYTIME TELEPHONE NUMBER ( ) |

## SECTION 7 — NEW LEGAL OWNER (LIENHOLDER/TITLE HOLDER) — If none, write "None."

**Attention ELT Legal Owners:** ELT # must be shown and the name and address **must** be entered **exactly** as shown on the ELT listing

| TRUE FULL NAME OF BANK/FINANCE COMPANY OR INDIVIDUAL — DO NOT RE-ENTER NAME OF NEW REGISTERED OWNER(S) ABOVE | ELECTRONIC LIENHOLDER ID NO. ELT# |
|---|---|
| PHYSICAL RESIDENCE OR BUSINESS ADDRESS (INCLUDE ST., AVE., ETC.) APT./SPACE/STE. # CITY | STATE ZIP CODE |
| MAILING ADDRESS (IF DIFFERENT FROM ABOVE) APT./SPACE/STE. # CITY | STATE ZIP CODE |

## SECTION 8 — DEALER'S RELEASE OF ACQUIRED VEHICLE

| NAME OF DEALERSHIP | NAME OF BUYER | DATE SOLD | R/S NUMBER |
|---|---|---|---|
| SIGNATURE OF DEALER AGENT X | PRINTED NAME OF DEALER AGENT | DEALER NUMBER | SALESPERSON NUMBER |
| NAME OF DEALERSHIP | NAME OF BUYER | DATE SOLD | R/S NUMBER |
| SIGNATURE OF DEALER AGENT X | PRINTED NAME OF DEALER AGENT | DEALER NUMBER | SALESPERSON NUMBER |

[ Go to Page 1 ]     [ Print ]     [ Clear Form ]     REG 227 (REV. 8/2017) WWW

# EXHIBIT 3

EXHIBIT 4   0075

Girardi Keese

# Settlement Report

---

- Digital Brochure

- Email Blast

- Sampling of Ads

- Press Release

- Press Release Visibility Report

- Top Google News & Other Media Links

- Google Analytics Report – 360Bid Site Traffic

- Registered Bidder Report

**MARKETING**



EXHIBIT 4   0076



**SRI Advertising**

16200 Ventura Blvd, Suite #315

Encino, CA 91436

818-761-1792

susan@sriadvertising.com

## INVOICE

| BILL TO | | INVOICE | 5959 |
|---|---|---|---|
| RE GIRARDI KEESE | | DATE | 08/30/2021 |
| ThreeSixty Asset Advisors | | TERMS | 10 days |
| 3075 E. Thousand Oaks Blvd. | | DUE DATE | 09/09/2021 |
| Westlake Village, CA 91362 | | | |

JOB NAME
GIRARDI KEESE

| DESCRIPTION | AMOUNT |
|---|---|
| NEWSPAPERS/EBLASTS | |
| Los Angeles Business Journal, Aug. 16 & 23, 2-cols x 4" | 1,200.00 |
| Wall Street Journal, Western Edition, Aug. 13, 17, 19 & 23, 1-col x 3" | 1,824.00 |
| 3rd Party SIC e-blasts, Aug. 12 & 17 | 1,860.00 |
| MISCELLANEOUS: | |
| Distribution of Press Release, e-releases/PR Newswire, Aug. 12 | 500.00 |
| Facebook Advertising, Aug. 13 - 24 | 2,000.00 |
| Instagram, Aug. 16 - 24 | 500.00 |
| Agency Services, HTML, ads, etc. | 850.00 |

| THANK YOU | BALANCE DUE | **$8,734.00** |
|---|---|---|

EXHIBIT 4   0077



**LABOR/CONSULTANT REPORT**

| | Dates | # Days | Rate | Note | Total | |
|---|---|---|---|---|---|---|
| **SETUP** | | | | | | |
| Louie | 7/25-8/11, 8/13 | 19 | 200.00 | | 3,800.00 | |
| Kevin | 7/28-8/11, 8/13 | 16 | 125.00 | | 2,000.00 | |
| Alex | 7/28-8/9 | 13 | 125.00 | | 1,625.00 | |
| Mauricio | 8/5-8/8 | 3 | 125.00 | Annex Warehouse | 375.00 | |
| Juan | 8/5-8/8 | 3 | 125.00 | Annex Warehouse | 375.00 | |
| Tatiana | 8/13-8/14 | 2 | N/C | | - | |
| Steve | 8/18 | 1 | 300.00 | | 300.00 | **8,475.00** |
| **CHECKOUT** | | | | | | |
| Steve | 8/27-8/31 | 5 | 300.00 | | 1,500.00 | |
| Louie | 8/27-8/31 | 5 | 200.00 | | 1,000.00 | |
| Alex | 8/27-8/31 | 5 | 125.00 | | 625.00 | |
| Mauricio | 8/27-8/31 | 5 | 125.00 | | 625.00 | |
| Kevin | 8/27-8/31 | 5 | 125.00 | | 625.00 | |
| Edgar | 8/27-8/29 | 3 | 125.00 | | 375.00 | **4,750.00** |
| **ONLINE BIDDING MANAGEMENT** | | | | | | |
| Kelsi | 8/23-8/31 | 9 | 150.00 | | 1,350.00 | |
| Steve | 8/26 | 1 | 300.00 | | 300.00 | **1,650.00** |
| **MARKETING** | | | | | | |
| Kelsi | Flat Rate | 1 | 750.00 | Social Media & Guerilla Marketing Postings, Management | 750.00 | **750.00** |

EXHIBIT 4   0078

# ONLINE PUBLIC AUCTION

## Law Offices of Girardi Keese

By Order of the
US Bankruptcy Court,
Case #2:20-bk-21022-BR



Girardi Keese's assets are being
sold to pay down creditors,
including those who have filed
claims of fraud against the firm.

## Furniture • Furnishings • Collectibles
## Art • Wine • Office Equipment • Cadillac

### Small selection of the 100's of Lots to be Sold:















**Auction Closes:** Wednesday, August 25th • Starting at 10:30am PDT
No Onsite Inspection will be offered for this sale



View Items and Bid: www.360Bid.sale
For More Information: 844.670.0712





## Email Distribution:

- 360 Internal List
- 25,000 Purchased SICs
 - #8111 - Legal Services So CA
 - #8721 - Accounting So CA
 - #80-89 - Bus. Svcs. - Mid Wilshire LA
 - #5021-01 - Office Furn So CA
 - #5942 0 Book Stores



*By Order of the US Bankruptcy Court, Case #2:20-bk-21022-BR*

# ONLINE PUBLIC AUCTION

**Law Offices of Girardi Keese**

GIRARDI | KEESE LAWYERS

**FURNITURE • FURNISHINGS • COLLECTIBLES**
**ART • WINE • OFFICE EQUIPMENT • CADILLAC**

**Auction Closes: Wednesday, August 25th • Starting at 10:30am PDT**
No Onsite Inspection will be offered for this sale

**100's of Lots**

***Girardi Keese's assets are being sold to pay down creditors, including those who have filed claims of fraud against the firm.***

*Sale Conducted by:*
360 THREESIXTY ASSET ADVISORS

**For Information, Terms and Bidding, Go to:**
**360Bid.Sale or Call 805.496.8087**

**LA BUSINESS JOURNAL**
2-Columns x 4"
August 16 & 23



**WALL STREET JOURNAL**
**(Western Edition)**
1-Columns x 3"
August 13, 17, 19 & 23

REVISED AD

News in Focus    Business & Money    Science & Tech    Lifestyle & Health    Policy & Public Interest    People & Culture

# Trustee to Auction Collectibles and Furniture of Tom Girardi's Bankrupt Law Firm

NEWS PROVIDED BY
**360 Asset Advisors ➞**
Aug 12, 2021, 08:38 ET

LOS ANGELES, Aug. 12, 2021 /PRNewswire/ -- Known for its famous case against PG&E, as featured in the film Erin Brockovich, the high-profile law firm of Girardi Keese filed for bankruptcy in December of 2020. It's furniture and furnishings will be sold on August 25 through a public auction. The auction, which is being conducted online by ThreeSixty Asset Advisors and under the jurisdiction of the United States Bankruptcy Court, is intended to help pay back the firm's many creditors.

The firm's insolvency stemmed from multiple lawsuits against both Tom Girardi and the firm, alleging embezzlement and fraud. The bankruptcy was preceded by the divorce filing by his wife of 20 years, Housewives of Beverly Hills star and pop singer, Erica Jayne, and has been followed by Girardi being placed under the conservatorship of his brother based on his deteriorating health.

"We are working hard to find as much money as possible in the estate to pay down those who have been financially impacted by the firm's insolvency - including both creditors and alleged victims," says court appointed Trustee, Elissa Miller. "The auction is one piece of that process."

The auction will include a wide range of furnishings and equipment from desks and computers to oriental rugs, an antique piano and a Cadillac DTS. In addition, the sale will feature artwork (including a limited edition Marc Chagall print), sports and entertainment memorabilia (featuring everyone from Tiger Woods and Ronald Reagan to The Beach Boys and Frank Sinatra), and nearly 100 rare and vintage bottles of wine and champagne (including a bottle of The Maiden, vintage 1997 and a magnum bottle of 1992 Bollinger Champagne). Most of the items are being offered individually and the auction is open for public participation at 360Bid.sale.



Furniture & Furnishings



"I've conducted hundreds of bankruptcy auctions over 35 years, but this one feels more personal," says Jeff Tanenbaum, President of ThreeSixty Asset Advisors. "Typically, we're working to recoup money for lenders who, while harmed, factor potential insolvencies into their business model. But many of those suffering from this bankruptcy are different ... these are individuals who already suffered personal losses and didn't know what hit them when the lawyers they turned to for help went bankrupt. The furniture and collectibles we are selling will only help so much, but we hope every dollar we generate will make a difference."

The auction will take place entirely online with items opening for bidding on August 12 and closing sequentially on August 25 starting at 10:30am. Interested parties can register and bid online at 360Bid.sale. Winning bidders will then be required to pick up their items from the firm's now closed Los Angeles offices.

For more information about the sale, interested parties can request more information by email at 316449@email4pr.-com, go to www.360Bid.sale or call 805-496-8087 extension 110.

SOURCE 360 Asset Advisors

## Total Pickup by Source Type



- Online News Sites & Other Influencers (42/33.1%)
- Newspaper (38/29.9%)
- Broadcast Media (25/19.7%)
- Blog (5/3.9%)
- Financial News Service (4/3.1%)
- Other (13/10.2%)

## Total Pickup by Industry



- Media & Information (75/59.1%)
- Financial (21/16.5%)
- General (16/12.6%)
- Retail & Consumer (6/4.7%)
- Multicultural & Demographic (3/2.4%)
- Other (6/4.7%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated.

Total Exact Matches: **125**
Total Potential Audience: **111,078,348**

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|--------------------|
|  | Yahoo! Finance<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 48,497,349 [1]<br>visitors/month |
| MarketWatch | MarketWatch<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 25,460,747 [1]<br>visitors/month |
| Seeking Alpha | Seeking Alpha<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 7,992,714 [1]<br>visitors/month |
| CISION | PR Newswire<br>Online 🖥 View Release | Global | PR Newswire | Media & Information | 7,560,415 [1]<br>visitors/month |
| finanzen.net | Finanzen.net<br>Online 🖥 View Release | Germany | Online News Sites & Other Influencers | Financan | 5,408,882 [1]<br>visitors/month |

| | Markets Insider<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Financial | 5,045,824 [1] visitors/month |
|---|---|---|---|---|---|
| | Benzinga<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 4,592,327 [1] visitors/month |
| | Morningstar<br>Online 🖥 View Release | Global | Financial Data, Research & Analytics | Financial | 2,491,337 [1] visitors/month |
| | The Desert Review [Brawley, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 671,926 [1] visitors/month |
| | WBOC-TV CBS-16 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 565,842 [1] visitors/month |
| | KTVN-TV CBS-2 [Reno, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 445,035 [1] visitors/month |
| | Finanzen.ch<br>Online 🖥 View Release | Switzerland | Online News Sites & Other Influencers | Financial | 298,934 [1] visitors/month |
| | Finanzen.at<br>Online 🖥 View Release | Germany | Online News Sites & Other Influencers | Financial | 267,740 [1] visitors/month |
| | WICZ-TV FOX-40 [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 162,675 [1] visitors/month |
| | RFD-TV [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 92,004 [1] visitors/month |
| | Suncoast News Network [Sarasota, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 85,722 [1] visitors/month |
| | WRDE-TV CBS [Milton, DE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 77,804 [1] visitors/month |
| | FinancialContent - PR Newswire<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 74,255 [1] visitors/month |
| | WRAL-TV CBS-5 [Raleigh, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 74,255 [1] visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Townhall Finance<br>Online 🖥 View Release | United States | Financial News Service | Media & Information | 74,255 [1] visitors/month |
| | Tamar Securities<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 74,255 [1] visitors/month |
| | IBTimes<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 74,255 [1] visitors/month |
| | Rockford Register Star [Rockford, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 74,255 [1] visitors/month |
| | Great American Financial Resources<br>Online 🖥 View Release | United States | News & Information Service | Financial | 74,255 [1] visitors/month |
| | Franklin Credit Management<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 74,255 [1] visitors/month |
| | Value Investing News<br>Online 🖥 View Release | United States | Financial News Service | Financial | 74,255 [1] visitors/month |
| | Dow Theory Letters<br>Online 🖥 View Release | United States | Banking & Financial Institutions | Financial | 74,255 [1] visitors/month |
| | Benefit Plans Administrative Services<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 74,255 [1] visitors/month |
| | Ascensus<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 74,255 [1] visitors/month |
| | 1st Discount Brokerage<br>Online 🖥 View Release | United States | Financial News Service | Financial | 74,255 [1] visitors/month |
| | Monterey County Weekly [Seaside, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 60,473 [1] visitors/month |
| | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 51,735 [1] visitors/month |
| | Business Chief<br>Online 🖥 View Release | United Kingdom | Online News Sites & Other Influencers | Business Services | 35,422 [1] visitors/month |
| | Tracy Press [Tracy, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 33,630 [1] visitors/month |

EXHIBIT 4   0087

| | | | | |
|---|---|---|---|---|
| ThePress.net<br>Online 💻 View Release | United States | Newspaper | Media & Information | 29,404 [1] visitors/month |
| WTNZ FOX-43 (Knoxville, TN)<br>Online 💻 View Release | United States | Broadcast Media | Media & Information | 24,508 [1] visitors/month |
| RFD-TV's The American Rodeo<br>Online 💻 View Release | United States | Online News Sites & Other Influencers | Media & Information | 23,964 [1] visitors/month |
| Daily Herald [Chicago, IL]<br>Online 💻 View Release | United States | Newspaper | Media & Information | 19,445 [1] visitors/month |
| WDFX-TV FOX-34 [Dothan, AL]<br>Online 💻 View Release | United States | Broadcast Media | Media & Information | 11,545 [1] visitors/month |
| RUN THE MONEY<br>Online 💻 View Release | United States | Online News Sites & Other Influencers | Financial | 8,488 [1] visitors/month |
| The Daily Press [St. Marys, PA]<br>Online 💻 View Release | United States | Newspaper | Media & Information | 6,989 [1] visitors/month |
| Town News<br>Online 💻 View Release | United States | Newspaper | Media & Information | 5,763 [1] visitors/month |
| Life In a House of Testosterone<br>Online 💻 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 5,363 [1] visitors/month |
| Buffalo News [Buffalo, NY]<br>Online 💻 View Release | United States | Newspaper | Media & Information | 3,824 [1] visitors/month |
| Ridgway Record [Ridgway, PA]<br>Online 💻 View Release | United States | Newspaper | Media & Information | 3,371 [1] visitors/month |
| myMotherLode.com [Sonora, CA]<br>Online 💻 View Release | United States | Newspaper | Media & Information | 3,224 [1] visitors/month |
| SOGOTRADE<br>Online 💻 View Release | United States | News & Information Service | Financial | 3,125 [1] visitors/month |
| Magazines Today<br>Online 💻 View Release | Global | Trade Publications | Media & Information | 3,108 [1] visitors/month |
| Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online 💻 View Release | United States | Newspaper | Media & Information | 3,050 [1] visitors/month |

EXHIBIT 4   0088

| | | | | |
|---|---|---|---|---|
| WPGX-TV FOX-28 [Panama City, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,919 [1]<br>visitors/month |
| KJUN-TV / KFOL-TV HTV10 [Houma, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,482 [1]<br>visitors/month |
| Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,446 [1]<br>visitors/month |
| NewsBlaze US<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 2,185 [1]<br>visitors/month |
| DalyCity.com [Daly City, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 2,005 [1]<br>visitors/month |
| A Rain of Thought<br>Online 🖥 View Release | United States | Blog | Entertainment | 1,796 [1]<br>visitors/month |
| Valley City Times-Record [Valley City, ND]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,781 [1]<br>visitors/month |
| The Observer News Enterprise [Newton, NC]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,763 [1]<br>visitors/month |
| Oklahoman [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,745 [1]<br>visitors/month |
| The Morning News [Blackfoot, ID]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,662 [1]<br>visitors/month |
| Sunnyvale.com [Sunnyvale, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 1,414 [1]<br>visitors/month |
| The Chronicle Journal [Thunder Bay, ON]<br>Online 🖥 View Release | Canada | Newspaper | Media & Information | 1,403 [1]<br>visitors/month |
| WWDN 104.5 FM [Danville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,342 [1]<br>visitors/month |
| Sweetwater Reporter [Sweetwater, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,216 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | KMLK 98.7-FM [El Dorado, AR] Online ⬜ View Release | United States | Broadcast Media | Media & Information | 1,192 [1] visitors/month |
| | Daily Times Leader [West Point, MS] Online ⬜ View Release | United States | Newspaper | Media & Information | 1,190 [1] visitors/month |
| | Malvern Daily Record [Malvern, AR] Online ⬜ View Release | United States | Newspaper | Media & Information | 1,182 [1] visitors/month |
| | One News Page United States Edition Online ⬜ View Release | United States | Online News Sites & Other Influencers | Media & Information | 1,160 [1] visitors/month |
| | The Punxsutawney Spirit [Punxsutawney, PA] Online ⬜ View Release | United States | Newspaper | Media & Information | 1,148 [1] visitors/month |
| | Winslow, Evans & Crocker Online ⬜ View Release | United States | Online News Sites & Other Influencers | Financial | 1,039 [1] visitors/month |
| | SantaClara.com [Santa Clara, CA] Online ⬜ View Release | United States | Online News Sites & Other Influencers | General | 1,029 [1] visitors/month |
| | The Pilot News [Plymouth, IN] Online ⬜ View Release | United States | Newspaper | Media & Information | 1,006 [1] visitors/month |
| | WWZW-FM Classic story96.7 [Lexington, VA] Online ⬜ View Release | United States | Broadcast Media | Media & Information | 951 [1] visitors/month |
| | The Kane Republican [Kane, PA] Online ⬜ View Release | United States | Newspaper | Media & Information | 939 [1] visitors/month |
| | Minster Community Post [Minster, OH] Online ⬜ View Release | United States | Newspaper | Media & Information | 893 [1] visitors/month |
| | The Post and Mail [Columbia City, IN] Online ⬜ View Release | United States | Newspaper | Media & Information | 878 [1] visitors/month |
| | Borger News Herald [Borger, TX] Online ⬜ View Release | United States | Newspaper | Media & Information | 859 [1] visitors/month |
| | Sausalito.com [Sausalito, CA] Online ⬜ View Release | United States | Online News Sites & Other Influencers | General | 813 [1] visitors/month |
| | Decatur Daily Democrat [Decatur, IN] Online ⬜ View Release | United States | Newspaper | Media & Information | 800 [1] visitors/month |

EXHIBIT 4   0090

| | Latin Trade<br>Online 🖥 View Release | United States | Trade Publications | Multicultural & Demographic | 776 [1]<br>visitors/month |
|---|---|---|---|---|---|
| | My Silly Little Gang<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 751 [1]<br>visitors/month |
| | Wapakoneta Daily News [Wapakoneta, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 696 [1]<br>visitors/month |
| | WMPW 105.9 FM [Danville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 658 [1]<br>visitors/month |
| | The Evening Leader [St. Marys, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 652 [1]<br>visitors/month |
| | WalnutCreekGuide.com [Walnut Creek, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 645 [1]<br>visitors/month |
| | Inyo Register [Bishop, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 642 [1]<br>visitors/month |
| Livermore.com [Livermore, CA] | Livermore.com [Livermore, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 628 [1]<br>visitors/month |
| | Big Spring Herald [Big Spring, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 595 [1]<br>visitors/month |
| | The Luxury Chronicle<br>Online 🖥 View Release | India | Online News Sites & Other Influencers | Retail & Consumer | 592 [1]<br>visitors/month |
| | WLUS 98.3 FM [Clarksville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 578 [1]<br>visitors/month |
| | Mammoth Times [Mammoth Lakes, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 554 [1]<br>visitors/month |
| | Starkville Daily News [Starkville, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 543 [1]<br>visitors/month |
| | The Antlers American [Antlers, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 528 [1]<br>visitors/month |
| | Cori's Cozy Corner<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 515 [1]<br>visitors/month |

EXHIBIT 4    0091

| | | | | | |
|---|---|---|---|---|---|
| | Poteau Daily News [Poteau, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 515 [1]<br>visitors/month |
| | Fat Pitch Financials<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 495 [1]<br>visitors/month |
| | NewsNet Northeast<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 431 [1]<br>visitors/month |
| | WFOM 106.3 FM / 1230 AM [Atlanta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 419 [1]<br>visitors/month |
| | WHLF 95.3 FM [South Boston, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 411 [1]<br>visitors/month |
| | Southern Sports Today<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 409 [1]<br>visitors/month |
| | California Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 407 [1]<br>visitors/month |
| | NewsNet Michigan<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 392 [1]<br>visitors/month |
| | Business Class News<br>Online 🖥 View Release | United States | Blog | Media & Information | 376 [1]<br>visitors/month |
| | T.U.B Investing<br>Online 🖥 View Release | Singapore | Blog | Financial | 362 [1]<br>visitors/month |
| | NewsNet Southeast<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 347 [1]<br>visitors/month |
| | The Deer Park Tribune [Deer Park, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 309 [1]<br>visitors/month |
| SanRafael.com [San Rafael, CA] | SanRafael.com [San Rafael, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 308 [1]<br>visitors/month |
| | The Saline Courier [Benton, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 299 [1]<br>visitors/month |
| Burlingame.com [Burlingame, CA] | Burlingame.com [Burlingame, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 291 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| **CorteMadera.com [Corte Madera , CA]** | CorteMadera.com [Corte Madera , CA] Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 286 [1] visitors/month |
| | NewsNet Midwest Online 🖥 View Release | United States | Broadcast Media | Media & Information | 265 [1] visitors/month |
| **Pleasanton.com [Pleasonton, CA]** | Pleasanton.com [Pleasonton, CA] Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 263 [1] visitors/month |
| | Canadian Journalism Forum on Violence and Trauma Online 🖥 View Release | Canada | Online News Sites & Other Influencers | Policy & Public Interest | 243 [1] visitors/month |
| | Manhattanweek Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 209 [1] visitors/month |
| | FRUDY Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 175 [1] visitors/month |
| | LosAltos.com [Los Altos, CA] Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 167 [1] visitors/month |
| | MenloPark.com [Menlo Park, CA] Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 154 [1] visitors/month |
| | Folsom Local News [Folsom, CA] Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 153 [1] visitors/month |
| **SanAnselmo.com [San Anselmo, CA]** | SanAnselmo.com [San Anselmo, CA] Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 153 [1] visitors/month |
| | Julie's Home Parties Online 🖥 View Release | United States | Blog | Retail & Consumer | 140 [1] visitors/month |
| | Sangri Times Online 🖥 View Release | India | Online News Sites & Other Influencers | General | 139 [1] visitors/month |
| | NewsNet Southwest Online 🖥 View Release | United States | Broadcast Media | Media & Information | 138 [1] visitors/month |
| | NewsNet West Online 🖥 View Release | United States | Broadcast Media | Media & Information | 134 [1] visitors/month |
| **MillValley.com [Mill Valley, CA]** | MillValley.com [Mill Valley, CA] Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 129 [1] visitors/month |
| | 1stCounsel Online 🖥 View Release | United States | Online News Sites & Other Influencers | Policy & Public Interest | 116 [1] visitors/month |

EXHIBIT 4   0093



360AssetAdvisors.com

**MEDIA**

News Stories

- https://news.artnet.com/market/tom-girardi-auctioning-off-everything-firm-owns-1999743
- https://www.dailymail.co.uk/tvshowbiz/article-9841621/Erika-Jaynes-estranged-husband-Tom-Girardi-set-auction-belongings-bankrupt-law-offices.html
- https://www.etonline.com/erika-jayne-collectibles-up-for-auction-by-ex-husbands-law-firm-to-pay-off-creditors-170588
- https://www.foxnews.com/entertainment/tom-girardi-law-firm-auctioning-erika-jayne-memorabilia-pay-back-creditors-amid-bankruptcy-case
- https://www.gawker.com/celebrity/thomas-tom-girardi-real-housewives-beverly-hills-rhobh-law-firm-auction-sale
- https://www.goodmorningamerica.com/culture/story/real-housewives-beverly-hills-star-erika-jayne-collectibles-79502381
- https://losangeles.cbslocal.com/2021/08/24/law-firm-of-disgraced-attorney-thomas-girardi-goes-to-auction/
- https://www.marketwatch.com/press-release/trustee-to-auction-collectibles-and-furniture-of-tom-girardis-bankrupt-law-firm-2021-08-12
- https://people.com/tv/tom-girardis-law-firm-auctioning-off-julia-roberts-poster-furniture-and-more-amid-bankruptcy/
- https://people.com/tv/erika-girardi-music-merchandise-auction-by-ex-tom-girardi-law-firm/
- https://radaronline.com/p/erika-jayne-real-housewives-beverly-hills-thomas-girardi-auction-versace-chinese-sword-private-photos/
- https://radaronline.com/p/erika-jayne-husband-thomas-girardi-agent-provocateur-red-lingerie-self-portrait-paintings-auction/
- https://www.tmz.com/2021/08/18/erika-jayne-does-not-recognize-2-lingerie-items-tom-girardi-auction/
- https://www.etonline.com/tom-girardi-disbarred-by-california-federal-court-amid-health-problems-and-legal-scandals-170929
- https://www.insider.com/tom-girardi-law-firm-auctioning-erika-jayne-collectibles-2021-8
- https://www.usmagazine.com/celebrity-news/news/erika-jayne-had-no-approval-of-tom-girardis-memorabilia-auction/
- https://www.usmagazine.com/celebrity-news/news/tom-girardis-law-firm-holding-auction-amid-bankruptcy/

You Tube

- https://www.youtube.com/watch?v=1Y3t9gq8NEY
- https://www.youtube.com/watch?v=2vMpil6vLXw&t=2357s
- https://www.youtube.com/watch?v=LRUsb45gv6O

Tik Toks

https://www.tiktok.com/@kyla.malkani/video/6996517767792954630?_d=secCgYIASAHKAESMgow%2BZBD9SK1R6A6MH48TpkAyIrLDbHTAc%2BSeqEYQTsXPsDxKlLhLb2herxLhf5AVgxLGgA%3D&checksum=995e9189251eda1efc23084e19bae4e82311136e2da85709e6bc73cd349034a1&clips_cover_ab=v3&enable_clips=1&language=en&preview_pb=0&sec_user_id=MS4wLjABAAAAqkLoRpQpteJlOmZgUbmX79N0Kc_sD-SUx_QUjgMGzljWwszTH1XcZuVM5JVpdwU3&share_app_id=1233&share_item_id=6996517767792954630&share_link_id=60D67A12-74BF-4A65-AD0A-B71E4FD81DEC&source=h5_m&timestamp=1629046669&tt_from=sms&u_code=dfaem3g3c50b72&user_id=6891340055681975301&utm_campaign=client_share&utm_medium=ios&utm_source=sms&_r=1

https://www.tiktok.com/@queenbored/video/6991431727172406533?_d=secCgYIASAHKAESMgowNYj38hAXsGJnMKt2lW4pOKWhKcega1tn3q7UATPtAr2B44K0tgqQ2V78cuXzMVNgGgA%3D&checksum=292db5e5ee37b4f37cacf9a1d07e9e342fab5e0bb7ee75657f932503af630876&clips_cover_ab=v3&enable_clips=1&language=en&preview_pb=0&sec_user_id=MS4wLjABAAAATaUf4X29pdJawOz5YJB7L7uowpL35b-yxMeH_qiXKe1ID1J2QME0zdE0rwg9c0UY&share_app_id=1233&share_item_id=6991431727172406533&share_link_id=77E537BB-E2D7-41FC-93A2-31AD8A666992&source=h5_m&timestamp=1629093234&tt_from=sms&u_code=d6dm6066429h36&user_id=6697269190125339653&utm_campaign=client_share&utm_medium=ios&utm_source=sms&_r=1

https://www.tiktok.com/@thekempire/video/6996801386558049541?_d=secCgYIASAHKAESMgowKAjrFOdIu4sJI08ce9NBl7vhNFOIB%2FexvefupuvSa8nQ3BvJxB4f%2F6yq56zUM6BVGgA%3D&checksum=d616aa28f1ea30b5c22044fb0cf7bd5d784fd76e916e6e6dd11f44a4d96efcea1d&clips_cover_ab=v3&enable_clips=1&language=en&preview_pb=0&sec_user_id=MS4wLjABAAAATaUf4X29pdJawOz5YJB7L7uowpL35b-yxMeH_qiXKe1ID1J2QME0zdE0rwg9c0UY&share_app_id=1233&share_item_id=6996801386558049541&share_link_id=C66A4720-E631-49B8-A67C-AC4EAC407108&source=h5_m&timestamp=1629093256&tt_from=sms&u_code=d6dm6066429h36&user_id=6697269190125339653&utm_campaign=client_share&utm_medium=ios&utm_source=sms&_r=1

https://www.tiktok.com/@georgiosays/video/6991841189175561477?_d=secCgYIASAHKAESMgow8DDMCBvpJ2aQtkyKeACvPAQkqBztgMYU7OXZ0AbVY%2Fs0ZNtTcUPKr6oMmXRkkjjhGgA%3D&checksum=20889e09bd055fa9c7bea42710ba4e705e39cd553faf4686bf0648f760404655&clips_cover_ab=v3&enable_clips=1&language=en&preview_pb=0&sec_user_id=MS4wLjABAAAATaUf4X29pdJawOz5YJB7L7uowpL35b-yxMeH_qiXKe1ID1J2QME0zdE0rwg9c0UY&share_app_id=1233&share_item_id=6991841189175561477&share_link_id=A27BAF88-7422-4C60-8590-639858EFA33A&source=h5_m&timestamp=1629093288&tt_from=sms&u_code=d6dm6066429h36&user_id=6697269190125339653&utm_campaign=client_share&utm_medium=ios&utm_source=sms&_r=1

---

**ThreeSixty Asset Advisors, LLC** | 3075 E. Thousand Oaks Blvd., Westlake Village, CA 91362 | 720-704-5400 | 360AssetAdvisors.com



ThreeSixty Asset Advisors

# Girardi Keese

ALL  »  PAGE TITLE: Law Offices of Girardi Keese to be Sold - 360Bid.Sale

Jul 29, 2021 - Aug 25, 2021

| All Users |
|---|
| 72.73% Pageviews |

### Explorer



● Pageviews

| Source | Medium | Pageviews ↓ | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|---|
| | | **63,736**<br>% of Total:<br>72.73%<br>(87,638) | **51,733**<br>% of Total:<br>71.96%<br>(71,896) | **00:02:46**<br>Avg for View:<br>00:01:28<br>(87.21%) | **42,083**<br>% of Total:<br>75.61%<br>(55,658) | **81.45%**<br>Avg for View:<br>66.50%<br>(22.48%) | **78.76%**<br>Avg for View:<br>63.51%<br>(24.02%) | **$0.00**<br>% of Total:<br>0.00%<br>($0.00) |
| 1.  (direct) | (none) | **15,685**<br>(24.61%) | 12,601<br>(24.36%) | 00:03:17 | 8,154<br>(19.38%) | 77.77% | 77.83% | $0.00<br>(0.00%) |
| 2.  google | organic | **14,951**<br>(23.46%) | 13,166<br>(25.45%) | 00:04:17 | 10,683<br>(25.39%) | 90.29% | 85.57% | $0.00<br>(0.00%) |
| 3.  m.facebook.com | referral | **7,258**<br>(11.39%) | 5,538<br>(10.70%) | 00:01:14 | 5,453<br>(12.96%) | 77.08% | 74.87% | $0.00<br>(0.00%) |
| 4.  Facebook | Boosted Post | **3,195**<br>(5.01%) | 2,629<br>(5.08%) | 00:04:50 | 2,591<br>(6.16%) | 82.79% | 80.06% | $0.00<br>(0.00%) |
| 5.  news-artnet-com.cdn.ampproject.org | referral | **2,297**<br>(3.60%) | 2,177<br>(4.21%) | 00:06:57 | 2,176<br>(5.17%) | 94.62% | 94.04% | $0.00<br>(0.00%) |
| 6.  people.com | referral | **2,179**<br>(3.42%) | 1,307<br>(2.53%) | 00:01:17 | 1,304<br>(3.10%) | 55.52% | 58.38% | $0.00<br>(0.00%) |
| 7.  360bid.hibid.com | referral | **1,833**<br>(2.88%) | 1,646<br>(3.18%) | 00:04:09 | 276<br>(0.66%) | 91.67% | 81.72% | $0.00<br>(0.00%) |
| 8.  yahoo.com | referral | **1,791**<br>(2.81%) | 936<br>(1.81%) | 00:00:46 | 934<br>(2.22%) | 37.79% | 48.30% | $0.00<br>(0.00%) |
| 9.  instagram.com | referral | **1,545**<br>(2.42%) | 1,099<br>(2.12%) | 00:00:57 | 1,003<br>(2.38%) | 70.09% | 70.16% | $0.00<br>(0.00%) |
| 10.  people-com.cdn.ampproject.org | referral | **1,414**<br>(2.22%) | 840<br>(1.62%) | 00:01:17 | 836<br>(1.99%) | 57.06% | 58.27% | $0.00<br>(0.00%) |
| 11.  Instagram | Photo Ad | **1,312**<br>(2.06%) | 1,183<br>(2.29%) | 00:03:40 | 1,165<br>(2.77%) | 90.04% | 87.65% | $0.00<br>(0.00%) |
| 12.  usmagazine.com | referral | **1,035**<br>(1.62%) | 701<br>(1.36%) | 00:01:54 | 699<br>(1.66%) | 69.53% | 65.70% | $0.00<br>(0.00%) |
| 13.  360 | Internal e-Blast | **934**<br>(1.47%) | 838<br>(1.62%) | 00:03:23 | 826<br>(1.96%) | 91.65% | 87.26% | $0.00<br>(0.00%) |
| 14.  news.artnet.com | referral | **921**<br>(1.45%) | 867<br>(1.68%) | 00:05:19 | 865<br>(2.06%) | 92.72% | 92.51% | $0.00<br>(0.00%) |
| 15.  pmewswire.com | referral | **831**<br>(1.30%) | 778<br>(1.50%) | 00:05:19 | 30<br>(0.07%) | 90.00% | 87.36% | $0.00<br>(0.00%) |
| 16.  donlinrecano.com | referral | **764**<br>(1.20%) | 701<br>(1.36%) | 00:07:14 | 700<br>(1.66%) | 91.00% | 91.10% | $0.00<br>(0.00%) |
| 17.  Facebook Ad | Ad | **737**<br>(1.16%) | 677<br>(1.31%) | 00:01:23 | 660<br>(1.57%) | 90.30% | 89.42% | $0.00<br>(0.00%) |
| 18.  l.facebook.com | referral | **480**<br>(0.75%) | 381<br>(0.74%) | 00:01:55 | 356<br>(0.85%) | 74.16% | 74.38% | $0.00<br>(0.00%) |
| 19.  radaronline.com | referral | **441**<br>(0.69%) | 409<br>(0.79%) | 00:05:54 | 409<br>(0.97%) | 90.22% | 90.25% | $0.00<br>(0.00%) |
| 20.  l.instagram.com | referral | **392**<br>(0.62%) | 261<br>(0.50%) | 00:01:11 | 236<br>(0.56%) | 66.53% | 65.05% | $0.00<br>(0.00%) |
| 21.  reddit.com | referral | **388**<br>(0.61%) | 253<br>(0.49%) | 00:00:49 | 252<br>(0.60%) | 60.71% | 63.40% | $0.00<br>(0.00%) |
| 22.  www.usmagazine-com.cdn.ampproject.org | referral | **347**<br>(0.54%) | 254<br>(0.49%) | 00:02:39 | 252<br>(0.60%) | 73.41% | 71.76% | $0.00<br>(0.00%) |
| 23.  t.co | referral | **316**<br>(0.50%) | 267<br>(0.52%) | 00:02:26 | 263<br>(0.62%) | 87.45% | 83.54% | $0.00<br>(0.00%) |
| 24.  www-dailymail-co-uk.cdn.ampproject.org | referral | **260**<br>(0.41%) | 179<br>(0.35%) | 00:01:12 | 177<br>(0.42%) | 73.45% | 66.92% | $0.00<br>(0.00%) |
| 25.  lovebscott.com | referral | **252**<br>(0.40%) | 245<br>(0.47%) | 00:03:36 | 245<br>(0.58%) | 96.73% | 96.83% | $0.00<br>(0.00%) |
| 26.  bing | organic | **227**<br>(0.36%) | 188<br>(0.36%) | 00:03:19 | 95<br>(0.23%) | 87.37% | 78.41% | $0.00<br>(0.00%) |
| 27.  smartnews.com | referral | **221**<br>(0.35%) | 170<br>(0.33%) | 00:03:41 | 170<br>(0.40%) | 78.82% | 76.47% | $0.00<br>(0.00%) |
| 28.  yahoo | organic | **212**<br>(0.33%) | 169<br>(0.33%) | 00:03:52 | 103<br>(0.24%) | 85.44% | 76.42% | $0.00<br>(0.00%) |

EXHIBIT 4    0095

| 29. | ampproject.org | referral | 147 (0.26%) | 143 (0.28%) | 00:02:14 | 143 (0.34%) | 86.90% | 83.23% | $0.00 (0.00%) |
| 30. | disq.us | referral | | 138 | | 136 | 86.76% | 87.66% | $0.00 (0.00%) |
| 31. | losangeles.cbslocal.com | referral | 136 (0.24%) | 138 (0.27%) | 00:05:28 | 136 (0.32%) | 86.76% | 87.66% | $0.00 (0.00%) |
| 32. | linkedin.com | referral | 114 (0.18%) | 95 (0.18%) | 00:00:54 | 93 (0.22%) | 80.65% | 78.95% | $0.00 (0.00%) |
| 33. | Facebook Post | Ad | 103 (0.16%) | 83 (0.16%) | 00:04:13 | 81 (0.19%) | 87.65% | 77.67% | $0.00 (0.00%) |
| 34. | allaboutthetea.com | referral | 98 (0.15%) | 86 (0.17%) | 00:04:32 | 86 (0.20%) | 90.70% | 86.73% | $0.00 (0.00%) |
| 35. | msn.com | referral | 82 (0.13%) | 75 (0.14%) | 00:04:27 | 75 (0.18%) | 90.67% | 89.02% | $0.00 (0.00%) |
| 36. | losangeles-cbslocal-com.cdn.ampproject.org | referral | 74 (0.12%) | 69 (0.13%) | 00:07:08 | 69 (0.16%) | 92.75% | 93.24% | $0.00 (0.00%) |
| 37. | Auction Guide | Ad | 73 (0.11%) | 70 (0.14%) | 00:08:42 | 68 (0.16%) | 92.65% | 91.78% | $0.00 (0.00%) |
| 38. | duckduckgo | organic | 61 (0.10%) | 50 (0.10%) | 00:03:55 | 34 (0.08%) | 85.29% | 80.33% | $0.00 (0.00%) |
| 39. | ca.yahoo.com | referral | 44 (0.07%) | 24 (0.05%) | 00:00:40 | 24 (0.06%) | 37.50% | 54.55% | $0.00 (0.00%) |
| 40. | facebook.com | referral | 41 (0.06%) | 33 (0.06%) | 00:05:02 | 9 (0.02%) | 66.67% | 70.73% | $0.00 (0.00%) |
| 41. | LinkedIn | Ad | 31 (0.05%) | 30 (0.06%) | 00:00:36 | 29 (0.07%) | 96.55% | 96.77% | $0.00 (0.00%) |
| 42. | youtube.com | referral | 29 (0.05%) | 28 (0.05%) | 00:04:00 | 5 (0.01%) | 100.00% | 75.86% | $0.00 (0.00%) |
| 43. | lm.facebook.com | referral | 21 (0.03%) | 17 (0.03%) | 00:03:09 | 11 (0.03%) | 81.82% | 80.95% | $0.00 (0.00%) |
| 44. | www-yahoo-com.cdn.ampproject.org | referral | 20 (0.03%) | 11 (0.02%) | 00:00:37 | 11 (0.03%) | 45.45% | 55.00% | $0.00 (0.00%) |
| 45. | news--block-com.cdn.ampproject.org | referral | 15 (0.02%) | 14 (0.03%) | 00:00:23 | 14 (0.03%) | 92.86% | 93.33% | $0.00 (0.00%) |
| 46. | disqus.com | referral | 13 (0.02%) | 6 (0.01%) | 00:01:06 | 6 (0.01%) | 50.00% | 46.15% | $0.00 (0.00%) |
| 47. | old.reddit.com | referral | 13 (0.02%) | 8 (0.02%) | 00:02:11 | 8 (0.02%) | 37.50% | 61.54% | $0.00 (0.00%) |
| 48. | dailymail.co.uk | referral | 10 (0.02%) | 8 (0.02%) | 00:00:39 | 8 (0.02%) | 75.00% | 70.00% | $0.00 (0.00%) |
| 49. | news-block.com | referral | 10 (0.02%) | 8 (0.02%) | 00:11:27 | 8 (0.02%) | 75.00% | 70.00% | $0.00 (0.00%) |
| 50. | okmagazine.com | referral | 10 (0.02%) | 8 (0.02%) | 00:09:13 | 8 (0.02%) | 62.50% | 60.00% | $0.00 (0.00%) |
| 51. | Craigslist | Ad | 9 (0.01%) | 5 (0.01%) | 00:02:27 | 5 (0.01%) | 60.00% | 44.44% | $0.00 (0.00%) |
| 52. | boardcrewcial.org | referral | 8 (0.01%) | 8 (0.02%) | 00:00:00 | 8 (0.02%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 53. | www-lovebscott-com.cdn.ampproject.org | referral | 8 (0.01%) | 6 (0.01%) | 00:01:49 | 6 (0.01%) | 83.33% | 75.00% | $0.00 (0.00%) |
| 54. | nextdivas.com | referral | 7 (0.01%) | 1 (0.00%) | 00:00:33 | 1 (0.00%) | 0.00% | 14.29% | $0.00 (0.00%) |
| 55. | uk.yahoo.com | referral | 7 (0.01%) | 4 (0.01%) | 00:00:52 | 4 (0.01%) | 25.00% | 57.14% | $0.00 (0.00%) |
| 56. | us-newschant-com.cdn.ampproject.org | referral | 7 (0.01%) | 6 (0.01%) | 00:00:42 | 6 (0.01%) | 83.33% | 85.71% | $0.00 (0.00%) |
| 57. | artnet.com | referral | 6 (0.01%) | 6 (0.01%) | 00:00:00 | 6 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 58. | drc2012:8888 | referral | 5 (0.01%) | 2 (0.00%) | 00:04:20 | 2 (0.00%) | 50.00% | 40.00% | $0.00 (0.00%) |
| 59. | emailprotection.link | referral | 5 (0.01%) | 2 (0.00%) | 00:03:47 | 2 (0.00%) | 50.00% | 40.00% | $0.00 (0.00%) |
| 60. | out.reddit.com | referral | 5 (0.01%) | 5 (0.01%) | 00:00:00 | 5 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 61. | search.aol.com | referral | 5 (0.01%) | 4 (0.01%) | 00:01:02 | 1 (0.00%) | 100.00% | 80.00% | $0.00 (0.00%) |
| 62. | dnserrorassist.att.net | referral | 4 (0.01%) | 3 (0.01%) | 00:00:00 | 3 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 63. | flipboard.com | referral | 4 (0.01%) | 4 (0.01%) | 00:00:00 | 4 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 64. | hibid.com | referral | 4 (0.01%) | 4 (0.01%) | 00:04:52 | 0 (0.00%) | 0.00% | 75.00% | $0.00 (0.00%) |
| 65. | inbrowserapp.com | referral | 4 (0.01%) | 1 (0.00%) | 00:01:44 | 1 (0.00%) | 0.00% | 25.00% | $0.00 (0.00%) |
| 66. | insidexpress-com.cdn.ampproject.org | referral | 4 (0.01%) | 1 (0.00%) | 00:00:44 | 1 (0.00%) | 0.00% | 25.00% | $0.00 (0.00%) |
| 67. | irealhousewives.com | referral | 3 (0.00%) | 3 (0.01%) | 00:00:00 | 3 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 68. | keep.google.com | referral | 3 (0.00%) | 3 (0.01%) | 00:00:00 | 3 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 69. | Locate Auction | Ad | 3 (0.00%) | 3 (0.01%) | 00:00:00 | 3 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 70. | news.google.com | referral | 3 (0.00%) | 3 (0.01%) | 00:00:30 | 3 (0.01%) | 66.67% | 66.67% | $0.00 (0.00%) |
| 71. | news.yahoo.com | referral | 3 (0.00%) | 3 (0.01%) | 00:00:00 | 3 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 72. | newsopener-com.cdn.ampproject.org | referral | 3 (0.00%) | 1 (0.01%) | 00:02:51 | 1 (0.00%) | 100.00% | 33.33% | $0.00 (0.00%) |

EXHIBIT 4    0096

| # | Source | Medium | Users | New Users | Avg. Duration | Count | % | % | Revenue |
|---|--------|--------|-------|-----------|---------------|-------|----|----|---------|
| 73 | search.frontier.com | referral | 3 (0.01%) | 3 (0.01%) | 00:00:00 | 2 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 74 | statics.teams.cdn.office.net | referral | 3 (0.01%) | 3 (0.01%) | 00:00:00 | 2 (0.01%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 75 | teazilla.com | referral | 3 (0.00%) | 2 (0.01%) | 00:01:08 | 2 (0.00%) | 50.00% | 66.67% | $0.00 (0.00%) |
| 76 | us.newschant.com | referral | 3 (0.00%) | 3 (0.01%) | 00:23:45 | 2 (0.00%) | 100.00% | 66.67% | $0.00 (0.00%) |
| 77 | 360bid.sale | referral | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 78 | Abdfcbbx | Cbbfgfe Cbfg | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 2 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 79 | attorneymotionnews.com | referral | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 2 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 80 | Auction Presents | Ad | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 2 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 81 | Craigslist | ad | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 0 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 82 | crm | referral | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 0 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 83 | ecosia.org | organic | 2 (0.00%) | 2 (0.01%) | 00:03:49 | 0 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 84 | Facebook Ad | posting | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 0 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 85 | finance.yahoo.com | referral | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 86 | locateauctions.com | referral | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 87 | news-yahoo-com.cdn.ampproject.org | referral | 2 (0.00%) | 2 (0.01%) | 00:00:00 | 2 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 88 | us.reddit.com | referral | 2 (0.00%) | 1 (0.00%) | 00:00:04 | 1 (0.00%) | 0.00% | 50.00% | $0.00 (0.00%) |
| 89 | analytics.google.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 90 | app.asana.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 0 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 91 | att.net | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 92 | Auction HQ | e-Blast | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 93 | auctionhq.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 94 | bankruptcyhq.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 95 | ca.news.yahoo.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 96 | ca.search.yahoo.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 97 | dailydac.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:13 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 98 | F | (not set) | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 99 | Fa | (not set) | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 100 | Facebook posting | ad | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 0 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 101 | feedly.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 102 | frontier.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 103 | gp.nedubois.k12.in.us | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 0 (0.00%) | 0.00% | 0.00% | $0.00 (0.00%) |
| 104 | l.messenger.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 105 | mail.aol.comamgrzbg4dco1yqnifwmjwkklspq | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 106 | mail.google.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 107 | newsbreak.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 108 | nz.yahoo.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 109 | search.xfinity.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 110 | searchguide.level3.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 111 | url.emailprotection.link | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |
| 112 | us.search.yahoo.com | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 0 (0.00%) | 0.00% | 100.00% | $0.00 (0.00%) |
| 113 | www-therichest-com.cdn.ampproject.org | referral | 1 (0.00%) | 1 (0.00%) | 00:00:00 | 1 (0.00%) | 100.00% | 100.00% | $0.00 (0.00%) |

Rows 1 - 113 of 113

| Site | Registrations | Views | Unique Bidders | Total Bids | High Bid |
|------|---------------|-------|----------------|------------|----------|
| 360bid.hibid.com | 1174 | 510565 | 991 | 14566 | 224,428.00 |
| california.hibid.com | 32 | 8391 | 37 | 366 | 2,452.00 |
| www.HiBid.com | 53 | 38299 | 56 | 378 | 7,165.00 |
| motorcycles.hibid.com | 0 | 2 | 0 | 0 | 0.00 |
| southwest.hibid.com | 0 | 4 | 0 | 0 | 0.00 |
| antiques.hibid.com | 0 | 14 | 0 | 0 | 0.00 |
| industrial.hibid.com | 0 | 4 | 0 | 0 | 0.00 |
| rvs.hibid.com | 0 | 2 | 0 | 0 | 0.00 |
| gallery.hibid.com | 0 | 136 | 0 | 0 | 0.00 |
| toys.hibid.com | 0 | 2 | 0 | 0 | 0.00 |
| restaurants.hibid.com | 0 | 1 | 0 | 0 | 0.00 |
| boats.hibid.com | 0 | 9 | 0 | 0 | 0.00 |
| cars.hibid.com | 0 | 15 | 0 | 0 | 0.00 |
| realestate.hibid.com | 0 | 2 | 0 | 0 | 0.00 |
| sports.hibid.com | 0 | 5 | 0 | 0 | 0.00 |
| losangeles.hibid.com | 0 | 7 | 0 | 0 | 0.00 |
| guns.hibid.com | 0 | 4 | 0 | 0 | 0.00 |
| electronics.hibid.com | 0 | 17 | 0 | 0 | 0.00 |
| coins.hibid.com | 0 | 3 | 0 | 0 | 0.00 |
| household.hibid.com | 0 | 1 | 0 | 0 | 0.00 |
| **Total** | **1259** | **557483** | **1057** | **15310** | **234,045.00** |

EXHIBIT 4   0098

### Girardi Keese

# Settlement Report

- Employment Motion
- Proposal
- Contract

**ENGAGEMENT**



EXHIBIT 4   0099

1 | Elissa D. Miller
2 | emiller@sulmeyerlaw.com
    | 333 South Grand Avenue, Suite 3400
3 | Los Angeles, California 90071
    | Telephone: 213.626.2311
4 | Facsimile: 213.629.4520

5 | Chapter 7 Trustee

6 | **UNITED STATES BANKRUPTCY COURT**

7 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| In re | Case No. 2:20-bk-21022-BR |
|---|---|
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | **APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY THREESIXTY ASSET ADVISORS, LLC AS AUCTIONEER; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF; STATEMENT OF DISINTERESTEDNESS; DECLARATION IN SUPPORT THEREOF** |
| | **[11 U.S.C. § 327, FED.R. BANKR. P. 2014 AND LOC. BANKR. R. 2014-1(B)]** |
| | **Auction Date:  To Be Set** |
| | No Hearing Date Required] |

**TO THE  HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for Girardi Keese (the "Debtor") hereby files her "*Application By Chapter 7 Trustee For Authority To Employ ThreeSixty Asset Advisors, LLC As Auctioneer; To Authorize Public Sale By Auctioneer And To Pay Auctioneer Upon Conclusion Of Sale in Accordance with the Terms Hereof; Statement Of Disinterestedness; Declaration In Support Thereof*"  (the "Application") pursuant to which she seeks authority to retain ThreeSixty Asset Advisors, LLC ("360") as her auctioneer as follows:

EDM 2712784v1

1.      The Debtor was a plaintiff's law firm based in Los Angeles, California.  On December 18, 2020, petitioning creditors Jill O'Callahan, as successor in interest to James O'Callahan, Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio, and Kimberly Archie (collectively, the "Petitioning Creditors") filed an involuntary chapter 7 bankruptcy petition against the Debtor.[1]

2.      On December 24, 2020, the Petitioning Creditors filed a *Motion for Appointment of Interim Trustee Pursuant to 11 U.S.C. § 303(g)* [Docket No. 12].   The Court entered an order granting the motion on January 5, 2021 [Docket No. 45]. On January 6, 2021, the Trustee was appointed as the interim trustee [Docket No. 50].

3.      On January 13, 2021, the Court entered an *Order Directing: (1) The Clerk of Court to Immediately Enter an Order for Relief under Chapter 7; (2) The United States Trustee to Immediately Appoint a Chapter 7 Trustee; (3) The Debtor to File All Schedules and Related Documentation for Chapter 7 Case within Fourteen Days of the Entry of this Order; and (4) Vacating February 16, 2021 Status Conference* [Docket No. 68].  On January 13, 2021, the Clerk of Court entered an order for relief against the Debtor [Docket No. 69], and the Trustee was appointed and accepted her appointment in the Debtor's case [Docket No. 71]

4.      At the time the bankruptcy case was first filed until recently, the Debtor occupied two buildings on Wilshire Boulevard just west of downtown Los Angeles—1122 Wilshire (the "1122 Building") and 1126 Wilshire (the "1126 Building") .  Following an agreement by and between the owners of the 1122 Building, and approval by the Court of the agreement in th Girardi personal case, the building was sold.

5.      Prior to the closing of the sale of the 1122 Building, the Trustee moved all of the Debtor's personal property of value, not otherwise sold to the new owner of the 1122 Building to the 1126 building.  Among the property now for sale in the 1122 Building is

---

[1]      The Petitioning Creditors also filed an involuntary chapter 7 bankruptcy petition against Thomas V. Girardi, which is currently pending as Bankruptcy Case No. 2:20-bk-21020-BR.

EDM 2712784v1                              -2-

office furniture, artwork, memorabilia, office supplies, electronics, support equipment, wine, a 2011 Cadillac a scooter and other personal property assets belonging to the Debtor.[2]

6.      Recently, the Trustee learned that the Debtor was also storing old personal property in a garage and storage room totaling approximately 3,500 square feet in the building located at 1138 Wilshire (the "1138 Building").  This is a building in which Girardi, at one time, had an ownership interest; however, he no longer does.  The personal property assets in this building include miscellaneous artwork, furniture, a piano, and miscellaneous other potentially saleable items. (The personal property assets in the 1126 Building and the 1138 Building are herein referred to as the "Assets.")

7.      The Trustee and 360 met and viewed the Assets in both the 1122 and the 1138 buildings and so that 360 could value the Assets for Auction purposes.  360 advised the Trustee that it believed the Assets have value for the estate in excess of $50,000 - $60,000.  360 also advised the Trustee that the cost of liquidating the Assets (labor for staging and moving was high).  However, according to 360, the Assets could potentially bring more value than estimated due to the notoriety attached to the case.[3]

8.      Nonetheless, the Trustee determined that the best and most feasible manner for liquidating the Assets is through the employment of 360.

9.      Following discussions, 360 and the Trustee agreed that it was economically beneficial to sell the Assets at both the 1126 and 1138 Buildings through an internet auction leaving the Assets in place.[4]

---

[2] There is also approximately 100+ bottles of wine which the Trustee's auctioneer is determining whether he can sell and the best way to do so.

[3] The Trustee sought proposals from other auctioneers.  One refused the job because it was not a local company and it believed its labor costs would be too high and the other never submitted a proposal after viewing the property.

[4] The Trustee is also filing a Motion to abandon and destroy more trash and other items including whatever remains at the conclusion of the auction.

EDM 2712784v1                              -3-

10.    As this time, in order to facilitate the foregoing sale, it is necessary for me to employ a duly bonded auctioneer.  Upon the granting of this application, I will retain and employ 360.  Attached hereto as **Exhibit 1** is the Auction Proposal and Auction Service Agreement ("Auction Plan").

11.    Notice of this application to employ 360 (the "Notice") is being served concurrently herewith and is being served on all creditors and parties in interest.

12.    The Sale will be conducted as an Internet Auction on the earliest date following the approval of the employment to allow for optimal advertising.  The advertising will provide that there will be no right to preview the items to be sold. Once 360 determines the date of the auction, the Trustee will post the notice of sale pursuant to Local Rule 6004-2 on the Court's website and 360 will commence advertising  the sale to the public.

13.    As set forth on Page 5 of the Auction Proposal, **Exhibit 1** hereto, 360 will create a sale specific marketing plan catering to the target audience specific to the Girardi Keese sale, including both legal professionals and the general public, using the following advertising methods:

• Social Media (including Facebook and LinkedIn)

• Auction Posting/Listing Sites (i.e. AuctionZip, AuctionHQ)

• Local / Regional Publications (Los Angeles Business Journal)

• Emails (Distribution to law offices, accounting firms and offices in local zip codes, as well as past auction purchasers)

• Classified Sites (i.e. Craigslist, OfferUp)

• Press Release (distributed via PR Newswire)

14.    Based on 360's review of the Assets, 360 is estimating the auction value of the Assets to be approximately $50,000 to $60,000.

15.    360 has agreed to conduct the Auction as a public sale and will not receive a commission from the estate but will be compensated through an eighteen percent (18%) buyer's premium from the purchasers and an expense allowance from the estate

1   of not to exceed $24,100.00 ($26,100 if the estate is required to remove the items from

2   the 1138 Building prior to the sale).[5]

3          16.    As detailed in the attached Auction Plan, the costs include advertising,

4   labor, permits, etc. and a marketing allowance of up to $10,000.  In addition, 360

5   provided assistance to the Trustee including value the assets so that the Trustee could

6   obtain insurance and so the furniture and office supplies could be sold in connection with

7   the sale of the 1122 Building.  As such, the Trustee is also proposing reimbursing 360 for

8   its time and in connection with its advisory assistance in the amount of $5,000.

9          17.    The Declaration of Jeff Tanenbaum, the principal of 360 is attached hereto.

10  360 and Mr. Tanenbaum are disinterested parties within the meaning of 11 U.S.C. §

11  101(14).  Based on Auctions conducted by Jeff Tanenbaum for me in other cases and for

12  other Trustees, I am confident that 360 is fully competent to perform the services for

13  which his is being employed.  A true and correct copy of 360's resume is included in

14  **Exhibit 1** at pages 5 and 6.  Its General Auction Bond in attached as **Exhibit 2** and its

15  specific auction bond as **Exhibit 3.**

16         18.    360 will collect and pay sales tax under its resale license on all sales plus

17  the buyers' premium.  As the party collecting the funds, 360 is required by law to file sales

18  tax returns and remit the tax.

19         19.    The Auction will be an internet only auction.  After the sale, successful

20  buyers will be directed and required to come to the 1126 or 1138 Building, as

21  appropriate, to pick up their purchases.  At all times when the assets are available for

22  pick up, a representative of 360 (and the estate) will be present.

23         20.    Assets left at the conclusion of the sale, if any, will be abandoned and

24  destroyed, or if useful to a not for profit, donated.  If to a non-profit, the Trustee will insure

25  that it is a 501(c)(3) corporation and has no prior affiliation with the Trustee or any of her

26  _____

27  [5] Based on recent communications with the broker for the 1138 Building, the Trustee is
    informed and believes that the auction can be conducted in place, provided the auction is
28  concluded within the next approximately six weeks.

professionals or the auctioneer.  If items are donated, the Trustee will file a notice setting

forth generically, what was donated and to which entity.

21.    I wish to be able to pay 360 in accordance with the procedures set forth in

Supervisory Instruction #10.  360 understands that the gross proceeds shall be turned

over to the Trustee, along with an accounting within 21 days after the sale.  Within 30

days of receipt of the Report of Auctioneer, the Trustee shall file with the court the Report

with a brief Declaration asserting that: the Trustee has compared the Report of

Auctioneer to the list of items/lots sold, indicating the Report is satisfactory, and request

entry of an order approving the payment of compensation to 360 pursuant to the Notice

of Sale and Report of Auctioneer and exoneration of the auctioneer of his bonds. To the

extent Paragraph 11 of the Auction Agency Agreement conflicts with this paragraph, this

paragraph will control.

**WHEREFORE**, I respectfully request that I be authorized to employ ThreeSixty

Asset Advisors, LLC as my auctioneer, for authority for ThreeSixty Asset Advisors, LLC

to conduct a public sale, and to pay it in accordance with the terms set forth herein upon

entry of an Order, and that this Court grant such other and further relief as it may deem

just and proper.


DATED:July 7, 2021                          **Respectfully submitted,**


                                            /s/ *Elissa D. Miller*
                                            Elissa D. Miller
                                            Chapter 7 Trustee

EDM 2712784v1                          -6-

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER BANKRUPTCY RULE 2014

[The following information is supplied in conformity with United States Bankruptcy Court,

Central District of California, Form No. 2014-1]

1.      Name, address and telephone number of the professional ("the Professional")
        submitting this Statement:

            Jeff Tanenbaum
            ThreeSixty Asset Advisors, LLC
            3075 E Thousand Oaks Blvd.
            Westlake Village, CA 91362
            805.496.8087

2.      The services to be rendered by the Professional in this case are *(specify)*:

The Professional will act as auctioneer for the Estate of Girardi Keese, Elissa D. Miller,

Chapter 7 Trustee.

3.      The terms and source of the proposed compensation and reimbursement of the
        Professional are *(specify)*:

            0% commission from estate; 18% buyer's premium plus costs
            estimated at not greater than $24,100.00 (or $26,100 if the
            Trustee is required to remove the items from the 1138
            building.

4.      The nature and terms of retainer (i.e., nonrefundable versus an advance against
        fees) half by the Professional are *(specify)*:  None.

5.      The investigation of disinterestedness made by the Professional prior to submitting
        this Statement consisted of *(specify)*:

            I have carefully reviewed 360's  files and have determined that
            no conflict exists in connection with this matter.  I have
            determined that 360 does not represent anyone with any
            interests adverse to the Estate.  Further, 360 represents no
            creditor or other party in this Chapter 7 case and has no
            interest adverse to the Debtor or the Estate.  Therefore, to the
            best of my knowledge, information and belief 360 is a
            disinterested party in the Debtor's Chapter 7 case as that term
            is defined by the Bankruptcy Code.

6.      The following is a complete description of all of the Professional's connections with
        the debtor, principals of the debtor, insiders, the debtor's creditors, any other party
        or parties in interest, and their respective attorneys and accountants, or any
        person employed in the Office of the United States Trustee *(specify, attaching
        extra pages as necessary)*:  None

7.      The Professional is not a creditor, an equity security holder or an insider of the
        debtor, except as follows *(specify, attaching extra pages as necessary)*:  N/A

EDM 2712784v1                                    -7-

8.     The Professional is not and was not an investment banker for any outstanding security of the debtor.

9.     The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10.    The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11.    The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders with respect to the matter on which the Professional is to be employed, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):    N/A

12.    Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

        Jeff Tanenbaum
        ThreeSixty Asset Advisors, LLC
        3075 E Thousand Oaks Blvd.
        Westlake Village, CA 91362
        805.496.8087

13.    The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):s

        n/a

14.    Total number of attached pages of supporting documentation:  17

        After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

DATED:  July __7__, 2021           Respectfully submitted,

                                    ThreeSixty Asset Advisors, LLC

                                    By: _____
                                            Jeff Tanenbaum

# **DECLARATION OF ELISSA D. MILLER**

I, Elissa D. Miller, do hereby declare:

1.    That I am the duly appointed Trustee in the above estate.

2.    I have prepared the foregoing application and know its contents to be true and correct.

3.    I have read the Declaration of Jeff Tanenbaum of ThreeSixty Asset Advisors, LLC.   I am familiar with the firm and know it to be a competent auctioneer.   In addition to the information set forth in the attached resume, I discussed with Mr. Tanenbaum his experience in selling similar assets particularly in cases such as these with significant public interest.

4.    I am satisfied that 360 is a disinterested persons as defined by the provisions of the Bankruptcy Code and that the employment of 360 under the circumstances and terms set forth herein is in the best interest of this bankruptcy estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 7, 2021, at Los Angeles, California.

_____*/s/ Elissa D. Miller*_____
Elissa D. Miller, Trustee

EDM 2712784v1

-9-

EXHIBIT 4   0108

**EXHIBIT 1**



# Asset Recovery Solution





**Prepared:**
May 6, 2021
(revised July 1, 2021)

**Presented by:**
Jeff Tanenbaum
President
ThreeSixty Asset Advisors

**Presented to**
Elissa Miller
Trustee



EXHIBIT 4   0110



### Girardi | Keese
# Asset Recovery Solution

May 6, 2021 (revised July 7, 2021)

Elissa Miller
Trustee
Girardi Keese

Dear Elissa:

Thank you for the opportunity to prepare the following asset recovery solution to assist you with the sale of the various Girardi Keese assets.

This proposal addresses the sale of all personal property located at the office facilities as viewed on May 3, 2021, taking into consideration the following variables and factors:

- Carve-out of the furniture and shelving to be pre-sold to the purchaser of 1122 Wilshire Blvd. We have defined furniture and shelving in the Subject Assets section, and have noted that in addition to the furniture and shelving, one of the Blind Justice Bronze statues has been allocated to their purchase;

- Auction value provided for the carve-out items; When considering a price to charge the buyer, the estate may want to factor an additional 20%-40% to adjust for in-place orderly liquidation value;

- A fee has been proposed for the value guidance regarding the carve-out items;

- Labor cost and time necessary to relocate items to be sold from 1122 to 1126 Wilshire has been addressed and deducted as of June 23 based on the estate's relocation efforts;

Also note that a sale of office furniture in the current economic environment has not been recently tested and recovery projections are highly speculative. While auctions, in general, have seen robust participation and results, office furniture in small quantities and ancillary to the primary assets being sold have not seen strong pricing. That said, the notoriety of this case combined with some of the unique items being offered and the quality of the office furniture, may generate sufficient exposure to drive results. Recovery projections offered are not overly optimistic nor overly conservative.

We appreciate the opportunity to submit this proposal on your behalf and welcome any questions you may have.

Best Regards,

Jeff Tanenbaum, CAI
President

**INTRODUCTION**

EXHIBIT 1 011

058



EXHIBIT 4 0111



## Girardi | Keese
# Executive Summary

| | |
|---|---|
| **SUBJECT ASSETS** | Furniture – Desks, Seating, Filing & Storage Cabinets, Rugs<br>Furnishings – Art, collectibles, lamps, plants/planters<br>Electronics – Computers, printers, telecom, TVs, A/V, security system<br>Shelving – storage area shelf units<br>Support Equipment – Ladders, dollies, library carts, binding equipment, compressor, safe<br>Supplies – copy paper, office supplies, food products<br>Wine – (subject to ABC approval)<br>Vehicles – Cadillac |
| **ASSET EXCLUSIONS** | - Furniture & shelving at 1122 Wilshire as well as 1 of 2 Bronze Blind Justice Statues which was sold to the building buyer;<br>- Server Room Equipment |
| **MARKETING** | Marketing will target legal professionals and general public using the strategies described on page 5 of this Proposal. |
| **SALE STRATEGY** | Virtual online auction process for all other assets. No reserve auction. |
| **SALE PROCESS** | Furnishings, electronics, support equipment, supplies (and wine if applicable) to be consolidated from the 1122 Building to the 1126 Building to be staged and prepared for inclusion in the auction. Any vehicles included would be part of the same virtual auction process. |
| **SALE TIMELINE** | Auction to take place within approx. 30- 40 days of the entry of an order approving 360's retention and authorizing the sale. Removal over a one-week period thereafter |
| **FEE STRUCTURE** | 0% Seller's commission<br>18% Buyers' premium<br>Expense cap: $24,100 (or $26,100 if moving services are required) as follows:<br> - Setup labor (3 crew) @ $500/day – est. 12 days<br> - Inspection & Removal Supervision (3 crew) @ $500/day – est. 8 days<br> - Annex Site: Add'l Setup (3 crew) @ $500/day – 3 days; Removal Supervision (1 crew) @ $150/day – 4 days;<br> - In the event items require relocation from the Annex Site to the 1126 Building, an additional cost of $1500 - $2000 for moving services will be required<br> - Marketing @ $10,000<br> - Online Bidding Fees, Supplies - $2,000<br><br>Advisory Fee – Pre-Sale Assets - $5,000 |
| **RECOVERY** | **Gross Auction Recovery: est. $50,000 to $60,000**<br> - Includes FF&E and Cadillac |





## Girardi | Keese
# Subject Assets

This proposal will address the sale of the following asset categories. All furniture, rugs and shelving units in the 1122 Wilshire Building will be excluded as part of a pre-sale.

- Furniture
- Furnishings
- Electronics
- Shelving

- Support Equipment
- Wines (tentative)
- Vehicles
- Supplies and related items














**PROPOSAL**




EXHIBIT 1   013

060

EXHIBIT 4   0113

THREESIXTY
ASSET ADVISORS



## Girardi | Keese
# Marketing

A sale specific marketing plan will be created catering to the target audience specific to the Girardi Keese sale, including both legal professionals and the general public, using the following advertising methods:

- Social Media (including Facebook and LinkedIn)
- Auction Posting/Listing Sites (i.e. AuctionZip, AuctionHQ)
- Local / Regional Publications (Los Angeles Business Journal)
- Emails (Distribution to law offices, accounting firms and offices in local zip codes, as well as past auction purchasers)
- Classified Sites (i.e. Craigslist, OfferUp)
- Press Release (distributed via PR Newswire)

SAMPLE ADVERTISEMENTS











EXHIBIT 1   014

061

EXHIBIT 4   0114

**THREESIXTY**
ASSET ADVISORS



## Girardi | Keese
# About ThreeSixty



+1 888 345.7653

### *Value* is in the Eye of the Beholder

**QUALIFICATIONS**

An effective asset recovery solution requires a deep and broad understanding of not only the subject assets, but such key factors as timing, circumstances and market trends.

With over 35 years of experience selling a broad range of asset classes, under immensely diverse circumstances, we have the unique perspectives to provide our clients with objective guidance, outside-the-box strategies, expert oversight and the resources to deliver the most qualified solution and team for any given project.

When it comes to your assets... perspective is money.

**EXPERIENCE THAT MATTERS**

Asset Categories:

- Industrial Machinery
- Heavy Equipment
- Professional Audio / Video
- Transportation
- Wholesale Inventories
- Real Property

Geographies:

- US
- Canada
- Global Resources

**LIQUIDATION ANALYSIS | DISPOSITION ADVISORY | ASSET PURCHASE | CONTRACT SERVICES**



**LOS ANGELES | DENVER**

**360AssetAdvisors.com**

EXHIBIT 1   015

062



EXHIBIT 4   0115



# Project Leadership

JEFF TANENBAUM | jeff@360AssetAdvisors.com | Office: 805.496.8087 ext. 117 | Cell: 818.326.4909



## Jeff Tanenbaum, CAI, CES
### PRESIDENT



BIOGRAPHY:

Jeff Tanenbaum entered the Auction profession in 1985. Since that time Tanenbaum has emersed himself in all aspects of the business from operations and marketing, to auctioneering, business development and strategic planning. Tanenbaum's unique qualifications include his ability to see value where others may not, and to craft solutions that maximize value and create a win-win result.

Tanenbaum started his career as employee number one at Great American Group (now a division of B. Riley), helping to grow the company until his departure as Executive Vice President in 1994. In 1995, Tanenbaum launched Remarketing Associates which became Tiger Remarketing Services in 2010 and later Tiger Commercial & Industrial. Tanenbaum served as President of Tiger Commercial & Industrial and Executive Managing Director of Tiger Capital Group until his departure in 2019.

Over his 35-year tenure in the auction industry, Tanenbaum has participated in thousands of engagements, and personally managed over 1,000 auction sale events, working on behalf of such companies as Apple Computer and Mobil Oil, such financial institutions as Wells Fargo and PNC Bank, and such agencies as the US Bankruptcy Court and the FDIC.

Tanenbaum has served both the auction industry and his community, serving on the boards of the Industrial Auctioneers Association and the Southern California Auctioneers Association, as well as on the Boys & Girls Club Board for over 15 years. Tanenbaum has also conducted 100's of benefit auctions, raising millions of dollars for numerous causes throughout the United States.

SELECT PROJECTS:

**Apple Computer, Inc.**
50+ Auctions of Refurbished Products

**ITT Technical Institute (Bankruptcy Estate)**
Consolidation and Auctions of Over 100 Locations

**Prime Equip**
3 Month Liquidation Construction Equipment Rental Fleet

**Broadcom**
Worldwide Auctions of Excess Electronic Test Equipment

EXPERIENCE:

2020 - Present
ThreeSixty Asset Advisors, LLC
President

2010 - 2019
Tiger Capital Group
Executive Managing Director

1995 – 2010
Remarketing Associates, Inc.
President

2002 – 2005
Tranzon Asset Strategies
Executive Vice President

1985 - 1994
Great American Group
Executive Vice President

MEMBERSHIPS / CERTIFICATIONS:

Designee, Certified Auctioneers Institute (CAI)

Designee, Certified Estate Specialist (CES)

Officer, Industrial Auctioneers Association (former)

Officer, Southern California Auctioneers Association (former)

Member, National Auctioneers Association

Education, University of Southern California

805-496-8087 | 360AssetAdvisors.com

EXHIBIT 1   016

063



EXHIBIT 4   0116

Bankruptcy Auction Agency Agreement

**Date:**  July 1, 2021

**Parties:**  ThreeSixty Asset Advisors, LLC ("Agent")

Elissa Miller ("Trustee")

Girardi Keese ("Debtor")

**Case #:**  2:20-bk-21022-BR

**Court:**  U.S. Bankruptcy Court, Central District of California ("Bankruptcy Court")

**Assets:**

Office Furniture, Computers, Furnishings, Artwork, Collectibles, Law Library and related items located in

The Girardi Keese offices at 1126 Wilshire Blvd, inclusive of such non-furniture items formerly located at

1122 Wilshire Blvd, but relocated to 1126 Wilshire Blvd., as well as items located at 1138 Wilshire Blvd

("Annex Site").  Also included:  2011 Cadillac.  Specifically Excluded:  Items sold with the 1122 Wilshire

Blvd Building, Servers being retained by the estate and wine, Unless determined to be sellable.

**Pickup Location:** 1126 Wilshire Blvd, Los Angeles CA & 1138 Wilshire Blvd, Los Angeles CA

**Sale Location:** online bidding only

**Sale Date/Time:** To be scheduled within approximately 30 days of the Approval Order

**Removal Deadline:**  Within approximately 7 days of the Sale Date

**Commission:**  0%

**Buyers' Premium:**  18%

**Bond Amount:**  $50,000  (25k covered by blanket Bankruptcy Bond, plus 25k supplemental)

**Expense Reimbursement:**  Capped at $24,000

**Expenses Include:**

Labor, Marketing, Online Bidding Services, Supplies

**Other Provisions:**

(1) Agent shall be entitled to an additional fee in the amount of $5,000 for pre-auction asset sale

guidance and valuation services.

(2) The following Assets will be sold subject to a delayed pickup date: File Storage, Office Furniture

Used by Trustee's representatives.

(3) Expense cap is contingent upon files and paperwork being removed from all office areas prior to



Bankruptcy Auction Agency Agreement

Agent commencing work onsite.



Bankruptcy Auction Agency Agreement

1.  Trustee hereby retains Agent to act as its sole and exclusive agent to sell the Assets of Debtor, including but not limited to those items listed above at one or more publicly marketed Sale(s).

2.  Agent shall conduct the Sale(s) in a manner intended to maximize recovery in an expedited time frame, and utilizing the methods that Agent deems, in its professional judgment, to be appropriate and in the best interest of Trustee, and in accordance with the Proposal submitted to Trustee by Agent.

3.  Agent hereby agrees to use its professional skill, knowledge and experience to the best advantage of both Parties but makes no representations or warranties regarding the outcome of the Sale, except to the extent as may be provided for in this Agreement.

4.  Agent shall be authorized to promote the Sale of the Assets immediately upon execution of this Agreement and shall be authorized to use Debtor's name and logo in all advertising without further consideration; Prior to court approval, any promotions will state that the sale is subject to court approval.

5.  Agent shall have the authority to establish appropriate terms of sale consistent with Agent's best practices for Sales of similar nature.

6.  All Assets shall be offered for sale on an "As-Is, Where-Is" basis; The sale shall be without reserve.

7.  Agent shall be authorized to accept, as Trustee's agent, cash, cashiers' checks, guaranteed checks, Visa, MasterCard and American Express as payment for the Assets sold.

8.  Agent shall be responsible to collect, report, and remit sales tax collected during the Sale(s).

9.  Agent shall not be responsible for any purchaser that fails to live up to its obligation to complete a purchase of any of the Assets.

10. Unless explicitly stated otherwise, Agent shall not be responsible for: occupancy cost; property insurance; data backup or destruction; removal of debris or trash from the Asset location; containment, storage, sale or disposition of hazardous materials; or, disposition of unsold or abandoned Assets.

11. Agent is authorized to deduct Commission, Buyers' Premium, Expense Reimbursement, Sales Tax and all other funds authorized by this Agreement from the proceeds of the Sale(s) and deposit the remaining proceeds of the Sale(s) ("Net Income") into Agent's segregated trust account for distribution to the Trustee within 10 days of the Completion of the Sale for all Assets paid for and removed by buyers.  Within 14 days of the completion of the sale process, Agent shall provide Trustee with an accounting of the Sale income and expenses along with any remaining Net Income due Trustee.

12. Agent shall have the right to convey all Assets to purchasers free and clear of any liens, judgments or encumbrances whatsoever.  All sales of the Assets shall be made by Agent as agent in fact for Trustee. Title to the Assets shall remain with the Trustee throughout the Sale Term. In the case of vehicles, Trustee shall provide all necessary documents necessary for the conveyance of title to the buyer.

13. With the exception of Paragraph 4, this Agreement is subject to the jurisdiction and approval of the Bankruptcy Court, and, lacking applicable law thereunder, the laws of the State of California.  Trustee shall prepare and file a motion with the Bankruptcy Court and use its reasonable best efforts to ensure the motion is approved by an order ("Approval Order") that provides, among other things, as follows: (i) approval and/or assumption of this Agreement; (ii) for the payment of all Compensation owed and Costs incurred hereunder, to Agent, free and clear of all liens, claims and encumbrances, in accordance with this Agreement, without need for any further order of the Bankruptcy Court; (iii) approval of the transactions contemplated in this Agreement; and (iv) authority for Company and Agent to take such further actions as are necessary or appropriate to carry out the terms and conditions of this Agreement.

Trustee:                                            Agent:

TRUSTEE                                             THREESIXTY ASSET ADVISORS, LLC


By:_____                 By:_____

Date:                                               Date:

Bankruptcy Auction Agency Agreement

**EXHIBIT 2**

EXHIBIT 4   0121

BOND NO. **999108939**                                     $25,000.00

                                                          COPY

### SURETY BOND

KNOW ALL MEN BY THESE PRESENTS, THAT, ThreeSixty Asset Advisors, LLC

herein after called the Principal (Auctioneer), and The Ohio Casualty Insurance Company
hereinafter called Surety, are held and firmly bound unto the United States of America and/or the
United States Trustee hereinafter called the Obligee in the aggregate sum of Twenty-five

Thousand Dollars And Zero Cents

_____ Dollars ( $25,000.00    ) for the payment whereof to the Obligee, the Principal
and Surety hereby bind themselves, their successors and assigns, jointly and severally, firmly by
these presents.

WHEREAS, the Principal and Obligee will from time to time conduct auctions on behalf of
the United States Trustee and/or the United States Bankruptcy Court, and as a condition to perform
such auctions the United States Trustee requires that a surety bond be posted to secure the faithful
performance of such auctions.

NOW, THEREFORE, the condition of this obligation is such that if the above bound
Principal shall faithfully perform the duties of an auctioneer and account for all monies received
and in all things comply with the requirements of the United States Trustee and/or the United
States Bankruptcy Court, then this obligation shall be null and void.

PROVIDED, HOWEVER, that the Surety or Principal may cancel this bond by giving
thirty (30) days prior notice in writing to the Obligee such notice to be given by certified mail.
Such cancellation shall not affect any liability incurred under this bond prior to the effective date of
such cancellation.

LIABILITY UNDER THIS BOND SHALL COMMENCE ON THE 10th    DAY OF
May    , 2021    .

SIGNED, SEALED AND DATED THIS 10th    DAY OF May    , 2021    .

ATTEST:

_____

ThreeSixty Asset Advisors, LLC
Principal (Auctioneer)

By: _____

The Ohio Casualty Insurance Company
Surety

By: _____
Jayne B. Maloney - Attorney in Fact

LMS-21040e 06/19

EXHIBIT 2   021

069

EXHIBIT 4   0122

This Power of Attorney limits the acts of those named herein, and they have no authority to
bind the Company except in the manner and to the extent herein stated.



The Ohio Casualty Insurance Company

# POWER OF ATTORNEY

Principal: ThreeSixty Asset Advisors, LLC
Agency Name: E. R. Munro & Company
Obligee: United States of America                          Bond Number: 999108939
Bond Amount: ($25,000.00        ) Twenty-five Thousand Dollars And Zero Cents

**KNOW ALL PERSONS BY THESE PRESENTS:** that The Ohio Casualty Insurance Company, a corporation duly organized under the laws of the State of New Hampshire (herein collectively called the "Company"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint **Jayne B. Maloney** in the city and state of **Pittsburgh, PA,** each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Company in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of the Company has been affixed thereto this 26th day of September, 2016.



The Ohio Casualty Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA
COUNTY OF MONTGOMERY   ss

On this 26th day of September, 2016, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of The Ohio Casualty Insurance Company and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.

Commonwealth of Pennsylvania - Notary Seal
Teresa Pastella, Notary Public
Montgomery County
My commission expires March 28, 2025
Commission number 1126044
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-law and Authorizations of The Ohio Casualty Insurance Company, which is now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature or electronic signatures of any assistant secretary of the Company or facsimile or mechanically reproduced or electronic seal of the Company, wherever appearing upon a certified copy of any power of attorney or bond issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, of The Ohio Casualty Insurance Company do hereby certify that this power of attorney executed by said Company is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Company this   10th   day of May                  , 2021      .



By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*For bond and/or Power of Attorney (POA) verification inquiries, please call 610-832-8240 or email HOSUR@libertymutual.com.*

eBonding_POA

EXHIBIT 2   022

070                                    EXHIBIT 4   0123

**EXHIBIT 3**

EXHIBIT 4   0124



Bond Number 999118015

### AUCTIONEER BOND

**KNOW ALL MEN BY THESE PRESENTS** that we, ThreeSixty Asset Advisors, LLC (hereinafter called Principal), as Principal, and **THE OHIO CASUALTY INSURANCE COMPANY**, its home office in Keene, New Hampshire 03431 (hereinafter called Surety), as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA hereinafter called Obligee), in the full and just sum of TWENTY-FIVE THOUSAND AND ZERO CENTS ($25,000.00) DOLLARS, for the payment of which well and truly to be made, the Principal and Surety hereby bind themselves, their heirs and executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**NOW THEREFORE**, the condition of this obligation is such that if the said Principal shall faithfully account for all money, assets and effects of bankruptcy case, **Girardi Keese, Case Number 2:20-bk-21022-BR**, in which the Principal is serving as auctioneer, then this obligation to be void; otherwise to remain in full force in effect.

The liability of the Surety hereunder shall no exceed the aggregate sum of TWENTY-FIVE THOUSAND AND ZERO CENTS ($25,000.00) DOLLARS, for all claims asserted against this bond.

This bond shall remain in full force and effect from June 28th, 2021 to June 28th, 2022.

**SIGNED AND SEALED THIS 28th DAY OF JUNE, 2021.**

ThreeSixty Asset Advisors, LLC

BY:

Jeffrey Tanenbaum, Member

THE OHIO CASUALTY INSURANCE COMPANY

By:

Catherine D Vanelli, Attorney-in-Fact

EXHIBIT 3   023



This Power of Attorney limits the acts of those named herein, and they have no authority to
bind the Company except in the manner and to the extent herein stated.

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: **8201499-014135**

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Tod E. Aronson, Gregory Magnus, Jayne B. Maloney, Catherine D. Vanelli, Nadine R. Weilersbacher

all of the city of _____ Pittsburgh _____ state of _____ Pennsylvania _____ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this ___3rd___ day of ___July___ , ___2019___ .

 

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _____
David M. Carey, Assistant Secretary

State of PENNSYLVANIA
County of MONTGOMERY   ss

On this ___3rd___ day of ___July___ , ___2019___ before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _____
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this ___28th___ day of ___June___ , ___2021___ .

  

By: _____
Renee C. Llewellyn, Assistant Secretary

*Left margin (vertical text):* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*Right margin (vertical text):* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS-12873 LMIC OCIC WAIC Multi Co_062018

EXHIBIT 3   024

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY THREESIXTY ASSET ADVISORS, LLC AS AUCTIONEER; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF; STATEMENT OF DISINTERESTEDNESS; DECLARATION IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 8, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 8, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| July 8, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

074    EXHIBIT 4    0127

<u>**ADDITIONAL SERVICE INFORMATION**</u> (if needed):

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

Kyra E Andrassy on behalf of Plaintiff Elissa Miller
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Trustee Elissa Miller (TR)
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Rafey Balabanian on behalf of Creditor Edelson PC
rbalabanian@edelson.com, docket@edelson.com

Michelle Balady on behalf of Creditor Bedford Law Group, APC
mb@bedfordlg.com, leo@bedfordlg.com

Ori S Blumenfeld on behalf of Creditor Jaime Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Joseph Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Creditor Kathleen Ruigomez
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Defendant Boris Treyzon Esq
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
Ori@MarguliesFaithLaw.com,
Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com

Evan C Borges on behalf of Interested Party Erika Girardi
eborges@ggtriallaw.com, cwinsten@ggtriallaw.com

Richard D Buckley on behalf of Interested Party L.A. Arena Funding, LLC
richard.buckley@arentfox.com

Marie E Christiansen on behalf of Creditor KCC Class Action Services, LLC
mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, Inc.
jcrastz@hrhlaw.com

Jennifer Witherell Crastz on behalf of Creditor Wells Fargo Vendor Financial Services, LLC
jcrastz@hrhlaw.com

Ashleigh A Danker on behalf of Interested Party Courtesy NEF
Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

075    EXHIBIT 4    0128

Clifford S Davidson on behalf of Creditor California Attorney Lending II, Inc.
csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Plaintiff Elissa Miller
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Trustee Elissa Miller (TR)
lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Richard W Esterkin on behalf of Creditor Southern California Gas Company
richard.esterkin@morganlewis.com

Richard W Esterkin on behalf of Interested Party Courtesy NEF
richard.esterkin@morganlewis.com

Timothy W Evanston on behalf of Interested Party Courtesy NEF
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Plaintiff Elissa Miller
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Timothy W Evanston on behalf of Trustee Elissa Miller (TR)
tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

James J Finsten on behalf of Interested Party Courtesy NEF
, jimfinsten@hotmail.com

Alan W Forsley on behalf of Interested Party Courtesy NEF
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Eric D Goldberg on behalf of Creditor Stillwell Madison, LLC
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Andrew Goodman on behalf of Attorney William F Savino
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Erika Saldana
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Jill O'Callahan
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor John Abassian
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Kimberly Archie
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Robert M. Keese

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

076                                                    EXHIBIT 4    0129

agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Andrew Goodman on behalf of Petitioning Creditor Virginia Antonio
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Suzanne C Grandt on behalf of Interested Party Courtesy NEF
suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov

Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law, ecf@bg.law

Marshall J Hogan on behalf of Creditor California Attorney Lending II, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Sheryl K Ith on behalf of Creditor Daimler Trust
sith@cookseylaw.com, sith@ecf.courtdrive.com

Razmig Izakelian on behalf of Creditor Frantz Law Group, APLC
razmigizakelian@quinnemanuel.com

Lillian Jordan on behalf of Interested Party Courtesy NEF
ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM

Lewis R Landau on behalf of Creditor Virage SPV 1, LLC
Lew@Landaunet.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
Lew@Landaunet.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Elizabeth A Lombard on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.
elombard@zwickerpc.com, bknotices@zwickerpc.com

Craig G Margulies on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Defendant Boris Treyzon Esq
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Peter J Mastan on behalf of Interested Party Courtesy NEF
peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com

Edith R. Matthai on behalf of Defendant David Lira
ematthai@romalaw.com, lrobie@romalaw.com

Edith R. Matthai on behalf of Interested Party Courtesy NEF
ematthai@romalaw.com, lrobie@romalaw.com

Kenneth Miller on behalf of Interested Party Courtesy NEF

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

077    EXHIBIT 4   0130

kmiller@pmcos.com, efilings@pmcos.com

Elissa Miller (TR)
CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Scott H Olson on behalf of Creditor KCC Class Action Services, LLC
solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Carmela Pagay on behalf of Interested Party Courtesy NEF
ctp@lnbyb.com

Leonard Pena on behalf of Interested Party Robert Girardi
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com

Michael J Quinn on behalf of Creditor KCC Class Action Services, LLC
mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com

David M Reeder on behalf of Interested Party Courtesy NEF
david@reederlaw.com, secretary@reederlaw.com

Ronald N Richards on behalf of Creditor Law Offices of Phili Sheldon APC
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Plaintiff Robert P Finn
ron@ronaldrichards.com, morani@ronaldrichards.com

Ronald N Richards on behalf of Trustee Elissa Miller (TR)
ron@ronaldrichards.com, morani@ronaldrichards.com

Kevin C Ronk on behalf of Creditor U.S. Legal Support, Inc.
Kevin@portilloronk.com, Attorneys@portilloronk.com

William F Savino on behalf of Creditor California Attorney Lending II, Inc.
wsavino@woodsoviatt.com, lherald@woodsoviatt.com

Kenneth John Shaffer on behalf of Creditor Frantz Law Group, APLC
johnshaffer@quinnemanuel.com

Richard M Steingard on behalf of Other Professional Christopher Kamon
, awong@steingardlaw.com

Philip E Strok on behalf of Interested Party Courtesy NEF
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Philip E Strok on behalf of Trustee Elissa Miller (TR)
pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Boris Treyzon on behalf of Defendant ABIR COHEN TREYZON SALO, LLP, a California limited liability partnership
jfinnerty@actslaw.com, sgonzales@actslaw.com

United States Trustee (LA)

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

ustpregion16.la.ecf@usdoj.gov

Eric D Winston on behalf of Creditor Frantz Law Group, APLC
ericwinston@quinnemanuel.com

Christopher K.S. Wong on behalf of Interested Party L.A. Arena Funding, LLC
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Timothy J Yoo on behalf of Interested Party Courtesy NEF
tjy@lnbyb.com

Timothy J Yoo on behalf of Interested Party Jason M. Rund
tjy@lnbyb.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           **F 9013-3.1.PROOF.SERVICE**

079                                    EXHIBIT 4   0132

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF AUCTIONEER AND APPLICATION FOR FEES AND EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 14, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 14, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtor** | The Honorable Barry Russell | Office of the U.S. Trustee |
|---|---|---|
| Girardi Keese | U.S. Bankruptcy Court | Ron Maroko |
| 1126 Wilshire Blvd | Roybal Federal Building | 915 Wilshire Blvd., Ste 1850 |
| Los Angeles, CA 90017-1904 | 255 E. Temple Street, Suite 1660 | Los Angeles, CA 90017 |
| | Los Angeles, CA 90012 | |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 14, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 4    0133

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Kyra E Andrassy**    kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**    mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com,
  Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
  4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    Ashleigh.danker@dinsmore.com,
  SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Timothy W Evanston**    tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**    sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**    Lew@Landaunet.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**    elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **Kenneth Miller**    kmiller@pmcos.com, efilings@pmcos.com
- **Elissa Miller (TR)**    CA71@ecfcbis.com,
  MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**    solson@vedderprice.com, scott-olson-
  2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**    ctp@lnbyb.com
- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-
  2870@ecf.pacerpro.com
- **David M Reeder**    david@reederlaw.com, secretary@reederlaw.com

---

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 4    0134

- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**    johnshaffer@quinnemanuel.com
- **Richard M Steingard**    , awong@steingardlaw.com
- **Philip E Strok**    pstrok@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**    bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**    ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**    tjy@lnbyb.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 4    0135

**EXHIBIT 5**

1   Elissa D. Miller
    *emiller@sulmeyerlaw.com*
2   333 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
3   Telephone: 213.626.2311
    Facsimile: 213.629.4520
4

5   Chapter 7 Trustee

6                   **UNITED STATES BANKRUPTCY COURT**

7           **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

8   In re                                      Case No. 2:20-bk-21022-BR

9                                              Chapter 7
    GIRARDI KEESE,
10                                             **ORDER APPROVING TRUSTEE'S
                                               RECOMMENDATION RE REPORT OF
11                                             AUCTIONEER AND COMPENSATION OF
                                               AUCTIONEER FEES AND EXPENSES
12                  Debtor.                    AND EXONERATION OF AUCTIONEER'S
                                               BOND**
13
                                               **[Relates to Dkt. Nos. ___ and ___]**
14
                                               No Hearing Required]
15

16          It appearing that Elissa D. Miller, Chapter 7 Trustee, did file a Report of Auctioneer

17   and Application for Fees and Expenses [Docket No. __] ("Report of Auctioneer") there

18   being no objection to the allowance of the Report of Auctioneer, and the Court being fully

19   advised, and good cause appearing,

20          **IT IS HEREBY ORDERED:**

21          1.     The Report of Auctioneer is in accordance with the Order of this Court and

22   is hereby approved;

23          2.     The Trustee is authorized to pay to ThreeSixty Asset Advisors, LLC  final

24   Buyer's premium plus costs and expenses in the total sum of $66,083.31;

25          3.     The Trustee is authorized to pay such expenses from the funds in her

26   possession; and

27          4.     The Auctioneer's bond is exonerated.

28                                  **# # #**

EDM 2727627v1

EXHIBIT 5    0136

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S RECOMMENDATION RE REPORT OF AUCTIONEER AND COMPENSATION OF AUCTIONEER FEES AND EXPENSES AND EXONERATION OF AUCTIONEER'S BOND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 14, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) September 14, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **Debtor** | The Honorable Barry Russell | Office of the U.S. Trustee |
| Girardi Keese | U.S. Bankruptcy Court | Ron Maroko |
| 1126 Wilshire Blvd | Roybal Federal Building | 915 Wilshire Blvd., Ste 1850 |
| Los Angeles, CA 90017-1904 | 255 E. Temple Street, Suite 1660 | Los Angeles, CA 90017 |
| | Los Angeles, CA 90012 | |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 14, 2021 | Cheryl Caldwell | */s/Cheryl Caldwell* |
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Kyra E Andrassy**    kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**    mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com,
  Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-
  4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    Ashleigh.danker@dinsmore.com,
  SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**    csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Timothy W Evanston**    tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**    sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**    Lew@Landaunet.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**    elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **Kenneth Miller**    kmiller@pmcos.com, efilings@pmcos.com
- **Elissa Miller (TR)**    CA71@ecfcbis.com,
  MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**    solson@vedderprice.com, scott-olson-
  2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**    ctp@lnbyb.com
- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-
  2870@ecf.pacerpro.com
- **David M Reeder**    david@reederlaw.com, secretary@reederlaw.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**    johnshaffer@quinnemanuel.com
- **Richard M Steingard**    , awong@steingardlaw.com
- **Philip E Strok**    pstrok@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**    bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**    ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**    tjy@lnbyb.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**