| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>SMILEY WANG-EKVALL, LLP<br>Philip E. Strok, State Bar No. 169296<br>pstrok@swelawfirm.com<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@swelawfirm.com<br>Timothy W. Evanston, State Bar No. 319342<br>tevanston@swelawfirm.com<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, California 92626<br>Telephone: (714) 445-1000<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Elissa D. Miller, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GIRARDI KEESE,<br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-21022-BR<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B     ☐ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☐ Schedule G
☐ Schedule H       ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers     ☐ Statement of Intention     ☐ Master Mailing List
☒ Other (*specify*) Supplement to Attachment 1 to Schedule F
                   Non-Priority Unsecured Creditors (Client List)

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 09/17/2021

_____
Elissa D. Miller, Chapter 7 Trustee

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 1    **F 1007-1.1.AMENDED.SUMMARY**

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Adair, Gertrude | | 406 Carpenter | | Memphis | TN | 38112 | | Litigation | X | Unknown |
| Adams, Richard | | 415 Summit Townes Way | | Columbia | SC | 29229 | | Litigation | X | Unknown |
| Agnew, Hattie | | 2214 Van Etten Street | | Sapinaw | MI | 48601 | | Litigation | X | Unknown |
| Aguilar-Rivera, Esther Alene | | 604 Bluff Drive- Apt. D | | Pocahontas | AR | 72455 | | Litigation | X | Unknown |
| Aispuro, Margaret | | 163 Barrett Lane | | Berea | KY | 40403-9765 | | Litigation | X | Unknown |
| Akita, Richard | | 130 Orvil Way | | Fallbrook | CA | 92028 | | Litigation | X | Unknown |
| Albano, Joel | | 1327 Ivy Lane | | Naperville | IL | 60563 | | Litigation | X | Unknown |
| Alegria, James | | P. O. Box 388 | | Post Falls | ID | 83877 | | Litigation | X | Unknown |
| Alfaro, Tammy | | P.O. Box 1294 | | Elk City | OK | 73648 | | Litigation | X | Unknown |
| Allen, Charlotte | | 605 16th RD NW | | Burlington | KS | 66839 | | Litigation | X | Unknown |
| Anders, Baby | | P.O. Box 502 | | Burkesville | KY | 42717 | | Litigation | X | Unknown |
| Anderson, Rodney | | 1607 W Highlander CT | | Andover | KS | 67002 | | Litigation | X | Unknown |
| Anderson, Thelma | | 5326 Franklin Rd. | | Vienna | GA | 31092 | | Litigation | X | Unknown |
| Ashworth, Jack | | 75 NE Cascade Avenue Apt. Z | | Chehalis | WA | 98532 | | Litigation | X | Unknown |
| Atkins, Danny | | 15 Shady Court | | Montecillo | KY | 42633-3230 | | Litigation | X | Unknown |
| Baer, Candy | | 31016 Carioca Rd. | | Delmar | MD | 21875 | | Litigation | X | Unknown |
| Baker, Ralph | | 602 E. Atkinson | | Pittsburg | KS | 66762 | | Litigation | X | Unknown |
| Baldugo, Clarita | | 94-242 Hanawai Circle | | Waipahu | HI | 96797 | | Litigation | X | Unknown |
| Balko, Mark | | 711 Gates Avenue West | | Ladysmith | WI | 54848 | | Litigation | X | Unknown |
| Barfknecht, Sylvia | | 130 3rd Street N.W.- Apt. #645 | | Clear Lake | WI | 54005-8586 | | Litigation | X | Unknown |
| Barlow, Billie | | 5321 Santa Margarita Street | | San Diego | CA | 92114-3802 | | Litigation | X | Unknown |
| Barnes, Edward | | P O Box 603 | | Lumberton | NC | 28359 | | Litigation | X | Unknown |
| Barrett, Murry | | 198 S. Nance St. | | Alamo | TN | 38001 | | Litigation | X | Unknown |
| Barwick, Martyle | | 828 Singletary Road | | Thomasville | GA | 31792 | | Litigation | X | Unknown |
| Batson, Roy | | 247 Knollwood Lane | | Seaford | NY | 11783 | | Litigation | X | Unknown |
| Bavardo, Michael | | 27131 Capilano Drive | | Sun City | CA | 92586 | | Litigation | X | Unknown |
| Baxter, Thomas | | 7228 Big Horn Drive | | Crossville | TN | 38572 | | Litigation | X | Unknown |
| Baylink, Susan | | 5601 Finch Drive- #105 | | Longview | WA | 98632 | | Litigation | X | Unknown |
| Beggs, Elizabeth | | 994 20th Street | | Cameron | WI | 54822 | | Litigation | X | Unknown |
| Bell, Brenda | | P.O. Box 777 | | Tullahoma | TN | 37388 | | Litigation | X | Unknown |

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Bell, William | | 505 Derby Place | | Smyrna | TN | 37167-5620 | | Litigation | X | Unknown |
| Bettencourt, Stephen | | P. O. Box 191 | | Junction City | CA | 96048 | | Litigation | X | Unknown |
| Beutler, Elizabeth | | 2016 SE 21st Ter | | Topeka | KS | 66605-1726 | | Litigation | X | Unknown |
| Birch, Carol | | 3921 Delta Avenue | | Rosemead | CA | 91770 | | Litigation | X | Unknown |
| Bitting, Maria | | 4034 FM 92 South | | Woodville | TX | 75979 | | Litigation | X | Unknown |
| Blevins, Redith | | 10108 County Road #107 | | Proctorville | OH | 45669 | | Litigation | X | Unknown |
| Bloir, David William | | 1629 W. 52nd Street North | | Wichita | KS | 67204 | | Litigation | X | Unknown |
| Bolicek, Donald | | 2043 Wild Horse Lane | | Big Bear City | CA | 92314 | | Litigation | X | Unknown |
| Bowman, Debra | | P.O Box 657 | | Baldwin City | KS | 66006 | | Litigation | X | Unknown |
| Brantley, Tabiatha | | 3555 Sycamore Trail- #103 | | Winston-Salem | NC | 27013 | | Litigation | X | Unknown |
| Bratt, Constance | | 317 Maryville Towers | | Maryville | TN | 37801 | | Litigation | X | Unknown |
| Burkeen, Jo Ann | | 276 N. Oak Street | | Selmer | TN | 38375 | | Litigation | X | Unknown |
| Burnett, Jeff | | 504 Whisper Wood Drive | | Longwood | FL | 32779 | | Litigation | X | Unknown |
| Burton, Margie | | E 9167 County X | | New London | WI | 54961 | | Litigation | X | Unknown |
| Bussing, Raymond | | 350 Beechwood Drive | | Adrian | MI | 49221 | | Litigation | X | Unknown |
| Byrd, Edwin | | Lantern Lane Apt #2 | | Pontiac | MI | 48340 | | Litigation | X | Unknown |
| Byro, Sally | | 784 Mallard Circle | | Sandwich | IL | 60548 | | Litigation | X | Unknown |
| Campbell, Christopher | | 926 Deleon St. | | Ottawa | IL | 61350 | | Litigation | X | Unknown |
| Campbell, Janine | | 31922 National Park Drive | | Laguna Niguel | CA | 92677 | | Litigation | X | Unknown |
| Campbell, Ruthie | | P.O. Box 441 | | Winona | MS | 38967 | | Litigation | X | Unknown |
| Carlson, Curt | | 6965 Ralph Rd. | | Rockford | IL | 61109 | | Litigation | X | Unknown |
| Casper, Gary | | 1485 Cherry Corner RD | | Murray | KY | 42071 | | Litigation | X | Unknown |
| Cates, Marilyn | | 13876 South 261ST E. Ave | | Coweta | OK | 74429 | | Litigation | X | Unknown |
| Caton, Michael | | 1083 W. Pebble Drive | | Hanford | CA | 93230-8511 | | Litigation | X | Unknown |
| Cavallin, Robert James | | 1939 Waldo Rd | | Two Harbors | MN | 55616 | | Litigation | X | Unknown |
| Cave, Clifford | | 3105 Homer Street | | San Diego | CA | 92106 | | Litigation | X | Unknown |
| Chambers, William | | 1610 Barnes Lake Rd | | Hutchinson | KS | 67501 | | Litigation | X | Unknown |
| Chasteen, Jeri | | 105 Paris Street- Apt A | | Athens | GA | 30606-3600 | | Litigation | X | Unknown |
| Chaudry, Hakim | | 1439 Ocean Avenue F9 | | Brooklyn- | NY | 11230 | | Litigation | X | Unknown |

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Cheshier, Beatrice | | 164 Caddo Rd. | | Bonnerdale | AR | 71933 | | Litigation | X | Unknown |
| Chiarenza, Joseph | | 2 Exeter Street | | Lawrence | MA | 01843 | | Litigation | X | Unknown |
| Clark, Lewis | | 5775 Cork Street | | Salisbury | MD | 21801 | | Litigation | X | Unknown |
| Clark, Nora | | 11110 Bloomington Dr. | | Tampa | FL | 33635 | | Litigation | X | Unknown |
| Coats, Valerie | | 8108 New Jersey St. | | Kansas City | KS | 66112 | | Litigation | X | Unknown |
| Cobabe, Mary | | 812 West 1340 South | | Provo | UT | 84601 | | Litigation | X | Unknown |
| Cochran, Barbara | | 2622 North C Street | | Fort Smith | AR | 72901 | | Litigation | X | Unknown |
| Cole, William | | | | | | | | Litigation | X | Unknown |
| Combs, Mary | | PO BOX 958 | | Liberty | MO | 64069 | | Litigation | X | Unknown |
| Constantino, Betty | | 6 David Street | | Brownsville | PA | 15417 | | Litigation | X | Unknown |
| Couch, Delbert | | 623 N. Westlink Ave. # 104 | | Wichita | KS | 67212 | | Litigation | X | Unknown |
| Couch, Linda | | 4255 Old Tullhoma Road | | Winchester | TN | 37398 | | Litigation | X | Unknown |
| Craig, Wilma | | 1004 Dos Robles Place | | Alhambra | CA | 91801 | | Litigation | X | Unknown |
| Creel, Agnes | | 3201 E Handy Lane | | Florence | SC | 29506 | | Litigation | X | Unknown |
| Crom, Raymond | | 312 N. 35th Avenue- Apt. 2 | | Omaha | NE | 68131-2489 | | Litigation | X | Unknown |
| Cruz, Jacqueline | | P.O. Box 1117 | | Mt. View | HI | 96771 | | Litigation | X | Unknown |
| Dadayan, Seda | | 5226 Hollywood Blvd. #303 | | Los Angeles | CA | 90027 | | Litigation | X | Unknown |
| Darrow, Alan | | 2840 Knoxville Avenue | | Long Beach | CA | 90815 | | Litigation | X | Unknown |
| Davenport, Charlene | | P.O. Box 284 | | Falcon | MS | 38628 | | Litigation | X | Unknown |
| Davis Jr., Cecil Robert | | 659 Old Dandridge Pike | | Strawberry Plains | TN | 37870-3805 | | Litigation | X | Unknown |
| Davis, James | | 5148 - C NC HWY 42E | | Wilson | NC | 27893 | | Litigation | X | Unknown |
| Davis, Maxine | | 304 S. Jefferson | | Abingdon | IL | 61410 | | Litigation | X | Unknown |
| Deaton, Paula | | 303 Austin Road | | Lafayette | TN | 37083 | | Litigation | X | Unknown |
| Delgado, Carmen | | 3619 44th St. Apt. 6 | | San Diego | CA | 92105 | | Litigation | X | Unknown |
| Denman, Walter | | 259 Rollingwood Drive | | Lufkin | TX | 75904 | | Litigation | X | Unknown |
| Dixon, Donald | | 565 Rafferty Lane | | Beaver Dam | KY | 42320 | | Litigation | X | Unknown |
| Dulle, Maurice | | 8267 Richter School Rd | | Mascoutah | IL | 62258 | | Litigation | X | Unknown |
| Ebrat, David | | 1050 Oak Grove Apartment 7 | | Concord | CA | 94518 | | Litigation | X | Unknown |
| Enoch, Betty M. | | 1929 Winchester Road | | Xenia | OH | 45385 | | Litigation | X | Unknown |
| Essary, Arthur Travis | | 7123 San Souci Road | | Jacksonville | FL | 32216 | | Litigation | X | Unknown |
| Essex, Marty | | 12030 Valleyheart Drive- #302 | | Studio City | CA | 91604 | | Litigation | X | Unknown |

In re: Girardi Keese
Chapter 7 No. 20-21022-BR

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Estro, Chuck | | 46 Pleasant Avenue | | Centereach | NY | 11720 | | Litigation | X | Unknown |
| Falkoff, Andrew | | 245 Matey Avenue | | Manahawkin | NJ | 08050 | | Litigation | X | Unknown |
| Faltinowski, John | | 4537 James Street | | Wellston | MI | 49869 | | Litigation | X | Unknown |
| Ferrese, Norma | | 31510 Curley Drive | | Millsboro | DE | 19966 | | Litigation | X | Unknown |
| Fijalka, David | | 3339 Lerwick Road Apt. 2 | | Sacramento | CA | 95821-1927 | | Litigation | X | Unknown |
| Finnigan, Glowdena | | 3015 N.E. 206th Place | | Fairview | OR | 97024 | | Litigation | X | Unknown |
| Fisher, Linda | | 43 Sanders Street | | Staten Island | NY | 10303 | | Litigation | X | Unknown |
| Flannery, Bonnie | | 2904 Kincade Ave | | Saint Louis | MO | 63114-4539 | | Litigation | X | Unknown |
| Forquer, Jan | | 5001 West Florida Avenue- #709 | | Hemet | CA | 92545 | | Litigation | X | Unknown |
| Forrest, Terrence | | 815 3 1/2 Avenue NW | | Byron | MN | 55920 | | Litigation | X | Unknown |
| Fries, Arthur | | 225 Via San Remo- Lido Isle | | Newport Beach | CA | 92663-5511 | | Litigation | X | Unknown |
| Furmanski, Richard | | 2607 Rose Lane Road | | Omaha | NE | 68147 | | Litigation | X | Unknown |
| Gallo, Francis | | 133 Maloney Court | | Winsted | CT | 06098 | | Litigation | X | Unknown |
| Gasparyan, Julietta | | 14712 Hart St. | | Van Nuys | CA | 91405 | | Litigation | X | Unknown |
| Gathje, Esther | | 1002 Villas Drive | | South Sioux City | NE | 68776 | | Litigation | X | Unknown |
| Gauvin, Gary | | 15612 Bertram Dr. | | Hudson | FL | 34667 | | Litigation | X | Unknown |
| Gebo, Beverly | | 123 Lions Road | | Plattsburg | NY | 12901 | | Litigation | X | Unknown |
| Geier, Kathryn E. | | 6915 E. Mantova Street | | Long Beach | CA | 90815 | | Litigation | X | Unknown |
| Geis, Roger | | 3131 NW 42nd | | Oklahoma City | OK | 73112 | | Litigation | X | Unknown |
| Gifford, Robert | | 1325 Clove Street | | Point Loma | CA | 92106 | | Litigation | X | Unknown |
| Glenn, Joseph | c/o Pauline Glenn | 3536 Bell Branch Drive Apt 1 | | Memphis | TN | 38116 | | Litigation | X | Unknown |
| Gonzalez-Pena, Rogelio | c/o Juan Gonzalez | 2108 Winding Creek Lane | | Fort Pierce | FL | 34981 | | Litigation | X | Unknown |
| Gordon, Pamela | | 10501 8th Avenue N.E. Apt. 206 | | Seattle | WA | 98125 | | Litigation | X | Unknown |
| Graham, James | | 109 No. 15th Street | | Vincennes | IN | 47591 | | Litigation | X | Unknown |
| Gray, Faith | | 3705 Baldocchi Drive | | Bloomington | IL | 61704 | | Litigation | X | Unknown |
| Gunn III, Joe Maxwell | | P. O. Box 245 | | Applegate | CA | 95703 | | Litigation | X | Unknown |
| Hafeman, Billie | | HC80 Box 8255 | | Garrison | KY | 41141 | | Litigation | X | Unknown |
| Hagen, Ted | | P. O. Box 5086 | 589 Dogwood Drive | Kingsport | TN | 37663 | | Litigation | X | Unknown |
| Halstead, Willis | | 2751 S. Bennett | | Wichita | KS | 67217 | | Litigation | X | Unknown |

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hamblin, Carl | | 9003 Coogan Drive | | Cincinnati | OH | 45231 | | Litigation | X | Unknown |
| Hamm, Tommie | | 603 E. James | | Wills Point | TX | 75169 | | Litigation | X | Unknown |
| Hancey, Helen | | 6924 North Grady Avenue | | Tampa | FL | 33614 | | Litigation | X | Unknown |
| Hardeman, Narvin | | 4204 Burly St. | | Forest Hill | TX | 76119 | | Litigation | X | Unknown |
| Harder, Doris K. | | 457 Clubhouse Dr. | | Patchogue | NY | 11772 | | Litigation | X | Unknown |
| Harrison, Melvin | | | | | | | | Litigation | X | Unknown |
| Haws, Kenneth | | 8549 Candlewood Dr. Apt. 433 | | Oklahoma City | OK | 73132 | | Litigation | X | Unknown |
| Haynes, Yolanda | | PO Box 373 | | Many | LA | 71449 | | Litigation | X | Unknown |
| Healey, John | | 2215 Springmeadow Dr. | | Spring Hll | FL | 34606 | | Litigation | X | Unknown |
| Hebert, Michel | | 619 Ravenswood Dr | | Hagerstown | MD | 21740 | | Litigation | X | Unknown |
| Henley, Betty | | 337 S Walnut | | Steele | MO | 63877 | | Litigation | X | Unknown |
| Henson, Shirley | | 1417 Mac Branch Road | | Lynnville | TN | 38472 | | Litigation | X | Unknown |
| Higgins, Robert | | 1250 Granite Drive | | Hemet | CA | 92543 | | Litigation | X | Unknown |
| Hill, Charles | | 681 McKean Avenue- Apt. 7 | | Donora | PA | 15033 | | Litigation | X | Unknown |
| Hobbs, Elizabeth | | 504 W. Maple Ave. | | Laurel Springs | NJ | 08021 | | Litigation | X | Unknown |
| Hobbs, Mildred | | 421 Tomohawk Drive | | Harker Heights | TX | 76548 | | Litigation | X | Unknown |
| Hobbs, Sue Ellen | | 330 West Chubbuck Road | Trailer #20 | Chubbuck | ID | 83202 | | Litigation | X | Unknown |
| Holcomb, Margie | | 158 Spring Place Rd.NW | | Cartersville | GA | 30121 | | Litigation | X | Unknown |
| Holmes, Martha | | 559 Birney St.- NE | | Marietta | GA | 30060 | | Litigation | X | Unknown |
| Hough, David | | 12017 Theresa Lane | | Redding | CA | 96003 | | Litigation | X | Unknown |
| Hunter, Robert | | 1625 Old Wheatland Road | | Vincennes | IN | 47591 | | Litigation | X | Unknown |
| Irwin, Edith | | 126 N. Main Street- #1 | | Three Rivers | MI | 49093-1580 | | Litigation | X | Unknown |
| Irwin, James | | 3248 Frances Lane | | Kokomo | IN | 46902 | | Litigation | X | Unknown |
| Isom, Lucinda | | 1905 Housley Circle | | Morristown | TN | 37814 | | Litigation | X | Unknown |
| Ivy, Betty | | 247 William Roberts Road Apt. 544 | | Columbus | MS | 39702 | | Litigation | X | Unknown |
| Jackson, Daniel | | 1010 McGowan Lane | | McComb | MS | 39648 | | Litigation | X | Unknown |
| Jackson, Lola | | 2680 E. Highland Avenue- Apt. 1527 | | Highland | CA | 92346 | | Litigation | X | Unknown |
| Jackson, Patsy | c/o Lori Neeper | 2104 Preakness Court | | Arlington | TX | 76017 | | Litigation | X | Unknown |
| Jacobs, Jody | | 3701 Vega Road | | Randallstown | MD | 21133 | | Litigation | X | Unknown |

In re: Girardi Keese
Chapter 7 No. 20-21022-BR

Page 5 of 12

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Janok, Victor | | 1044 Raintree Drive | | Palm Beach Gardens | FL | 33410 | | Litigation | X | Unknown |
| Jennings, Janet | | 4361 West Miramar Drive | | Golden Valley | AZ | 86413 | | Litigation | X | Unknown |
| Jines, James | | 13612 Durant Ave N.E | | Alburquerque | NM | 87112 | | Litigation | X | Unknown |
| Johnson, Donna Mae | | PO Box 1525 | | North Bend | OR | 97459 | | Litigation | X | Unknown |
| Johnson, Doris Ann | | 41 Manor Place | | Kingston | NY | 12401 | | Litigation | X | Unknown |
| Johnson, Leslie | | 19856 White Cloud Circle | | West Linn | OR | 97068 | | Litigation | X | Unknown |
| Johnson, Pauline | | 560 Indian Trail | | Nashville | NC | 27856 | | Litigation | X | Unknown |
| Johnson-Janos, Rita | | 1401 So. Frontage Rd.- Lot 70 | | Clinton | MS | 39056 | | Litigation | X | Unknown |
| Jovanoski, Todor | | 79 Rosewood Terrace | | East Rutherford | NJ | 07073 | | Litigation | X | Unknown |
| Joy- Jr., Hubert | | 7944 Sasser Lane | | Pensacola | FL | 32526 | | Litigation | X | Unknown |
| Kaczmarczyk, Mark | | 9650 Court St. | | Angola | NY | 14006 | | Litigation | X | Unknown |
| Kahraman, Susan | | 3101 N. Hampton Drive #1507 | | Alexandria | VA | 22302 | | Litigation | X | Unknown |
| Kemp, Clarence | | 15214 S. Williams Avenue | | East Rancho Dominguez | CA | 90221 | | Litigation | X | Unknown |
| Kennedy, Doug | | 2589 Bay Valley | | Kenly | NC | 27542 | | Litigation | X | Unknown |
| Kevorkian, Gregory | | 33321 Calle Langarica | | Temecula | CA | 92592 | | Litigation | X | Unknown |
| King, Jimmy | | P.O. Box 249 | | Soddy Daisy | TN | 37384 | | Litigation | X | Unknown |
| Kofink, Sophie | | 5802 Shoshone Drive | | Oxon Hill | MD | 20745 | | Litigation | X | Unknown |
| Koshenina, Linda | | 1431 Riverplace Blvd. #3307 | | Jacksonville | FL | 32207-9028 | | Litigation | X | Unknown |
| Kountz, Matt | | 116 Locust Street | | Sommerset | PA | 15501 | | Litigation | X | Unknown |
| Lacey, Roy | | 2049 Greenwood- #317 | | Poplar Bluff | MO | 63901 | | Litigation | X | Unknown |
| Laingren, Jack | | 1101 Providence Street | | Michigan City | IN | 46360-6414 | | Litigation | X | Unknown |
| Lambert, James Edward | | 745 Woodgate RD | | Ringgold | GA | 30736 | | Litigation | X | Unknown |
| Landry, Betty | | 3587 N. 171 | | Lake Charles | LA | 70611 | | Litigation | X | Unknown |
| Larkins, Bobby | | 1113 Sigler St.- # 3- | | Nashville | TN | 37203 | | Litigation | X | Unknown |
| LeBeau, Betty | | 4625 Cedarbrook Way | | Lakeland | FL | 33801 | | Litigation | X | Unknown |
| Lebo, Dorothy | | 68163 Olon Bankston Rd. | | Kentwood | LA | 70444 | | Litigation | X | Unknown |
| Lee, Rhonda | | 28161 Stillwater Drive | | Menifee | CA | 92584 | | Litigation | X | Unknown |
| Lemon, Sandra | | 272 Bartow Drive | | Barbousrsville- | WV | 25504 | | Litigation | X | Unknown |

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Leon, Shannon | | 18118 US HWY 41N Lot 12B | | Lutz | FL | 33549 | | Litigation | X | Unknown |
| Lesser, Louis | | 12229 Chandler Blvd. | | Valley Village | CA | 91607 | | Litigation | X | Unknown |
| Levett, Daisy | | P.O. Box 61 | | Union Springs | AL | 36089 | | Litigation | X | Unknown |
| Liszewski, Patsy | | 717 Buena Vista Drive | | Lillian | AL | 36549 | | Litigation | X | Unknown |
| Lloyd, Ronald | | 115 Barnes Road | | Pottsdam | NY | 13676 | | Litigation | X | Unknown |
| Locher, Craig | | 15451 Nowthen Blvd | | Ramsey | MN | 55303 | | Litigation | X | Unknown |
| MacArthur, John Douglas | | P.O. Box 5874 | | Fresno | CA | 93755 | | Litigation | X | Unknown |
| Mallicoat, Michael | | P.O. Box 501 | | Zavalla | TX | 75980 | | Litigation | X | Unknown |
| Martin, Jan | | 100 Rio Vista Lane | | Red Bluff | CA | 96080 | | Litigation | X | Unknown |
| Mascia, Joseph | | Tower One- Apt. 207 | 18 Tower Lane | New Haven | CT | 06519 | | Litigation | X | Unknown |
| Mason, Myrtle | c/o Mary Skelton | 217 Ashford Drive | | Gardendale | AL | 35071 | | Litigation | X | Unknown |
| Matiko, Donna | | 126 Highland Avenue | | Monaca | PA | 15061 | | Litigation | X | Unknown |
| May, Charles | | 10116 Brown Cemetery Road | | Pine Bluff | AR | 71603 | | Litigation | X | Unknown |
| Maycock, Larry | | 502 Straube St. | | Middletown | MO | 63359 | | Litigation | X | Unknown |
| Mayfield, Carlenius | | 7976 Avalon Mist Street | | Las Vegas | NV | 89139 | | Litigation | X | Unknown |
| McCracken Best, Annette | | 700 East Oak St. | | Folkston | GA | 31537-3726 | | Litigation | X | Unknown |
| McFadden, Charles | | 3603 Earlham St. | | Philadelphia | PA | 19129 | | Litigation | X | Unknown |
| McGuire-Hessick, Mary Ann | | 6321 NE 100th Avenue | | Vancouver | WA | 98662 | | Litigation | X | Unknown |
| Mecic, Helga | | 429 Park Avenue | | DeKalb | IL | 60115 | | Litigation | X | Unknown |
| Merrick, Glenn | | 64 Walnut St. | | Mohawk | NY | 13407 | | Litigation | X | Unknown |
| Mettetal, Marvin | | 242 Marie Lane | | Naples | FL | 34104 | | Litigation | X | Unknown |
| Middleton, Leon | | P. O. Box 168 | | Palmerdale | AL | 35123 | | Litigation | X | Unknown |
| Miller, Barbara W. | | 254 Farmingdale Ave. | | Winston Salem | NC | 27107 | | Litigation | X | Unknown |
| Miller, Richard | | 512 Moffitt Blvd. | | Islip | NY | 11751-3011 | | Litigation | X | Unknown |
| Miller, Terry | | 1702 Fleetwood Ave | | Reidsville | NC | 27320 | | Litigation | X | Unknown |
| Miller, Virginia | | 2157 HWY 70 | | Kingston Spring | TN | 37082 | | Litigation | X | Unknown |
| Mills, Wanda | | 60 Brightside Avenue | | Central Islip | NY | 11722 | | Litigation | X | Unknown |
| Mitchell, Marshall | | 321 Murrell Road | | Dickson | TN | 37055 | | Litigation | X | Unknown |
| Molenda, Linda | | 2028 Fairfield Drive | | Plainfield | IL | 60544 | | Litigation | X | Unknown |

In re: Girardi Keese
Chapter 7 No. 20-21022-BR

Page 7 of 12

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Monteiro, Dianne | | 6105 Dorchester St. | | Springfield | VA | 22150 | | Litigation | X | Unknown |
| Moody, Betty Jo | | 5220 Mineral Springs | Mountain Road Lot 15 | CONNELLYS SPRINGS | NC | 28612-7459 | | Litigation | X | Unknown |
| Moody, Thomas | | P.O. Box 364 | | Wadley | AL | 36276 | | Litigation | X | Unknown |
| Moore, Kay | | 23238 Westwood Street | | Grand Terrace | CA | 92313 | | Litigation | X | Unknown |
| Moradi, Gholamali | | 19151 Index St.- Unit #1 | | Northridge | CA | 91326 | | Litigation | X | Unknown |
| Morton, Vaniel | | 6160 Sloan Drive | | Altoona | AL | 35952 | | Litigation | X | Unknown |
| Moylen, Douglas | | 21665 Criptana | | Mission Viejo | CA | 92692 | | Litigation | X | Unknown |
| Mullenix, Molly | | 207 North Marion Street | | Malden | MO | 63863 | | Litigation | X | Unknown |
| Musich, Luann | | 205 Almalene Dr. | | Spruce Pine | NC | 28777 | | Litigation | X | Unknown |
| Nay, Otto | | 2757 Lardner Street | | Philadelphia | PA | 19149 | | Litigation | X | Unknown |
| Nelson, Helen | | 120 S.W. 8th Place | | Lake Butler | FL | 32054 | | Litigation | X | Unknown |
| Nelson, Mildred | | 19 Harwood Dr. | | Poscasset | MA | 02559 | | Litigation | X | Unknown |
| Noodwang Sr., Ronald R. | | 404 East Street | P.O. Box 36 | Clyman | WI | 53016 | | Litigation | X | Unknown |
| Norman- Sr., Larry | | 4011 Curtis St. | | Houston | TX | 77020 | | Litigation | X | Unknown |
| Oates, Kathleen | | 821 Hawthorne | | Derby | KS | 67037 | | Litigation | X | Unknown |
| O'Brien, Bruce | | 74 Valley Road | | Hoquiam | WA | 98550 | | Litigation | X | Unknown |
| O'Brien, John | | 8707 Yale Place | | Philadelphia | PA | 19136 | | Litigation | X | Unknown |
| Oden, Loraine | | 22721 Kittridge Street | | West Hills | CA | 91307 | | Litigation | X | Unknown |
| Ogden, Forrest Dale | | 1322 Kensington Dr. | | Fullerton | CA | 92831 | | Litigation | X | Unknown |
| Oneal, Dewayne | | 614 Brown Thrush | | Wichita | KS | 67212 | | Litigation | X | Unknown |
| Oviyach, Richard | | 21613 Clyde Avenue | | Sauk Village | IL | 60411 | | Litigation | X | Unknown |
| Owens, Steven | | P.O. Box 701 | | Lebanon | TN | 37088 | | Litigation | X | Unknown |
| Pack, Delsie | | 1366 Crescent Drive- #102A | | Cookeville | TN | 38501 | | Litigation | X | Unknown |
| Page, Vivian | | 2115 Scurlock Rd. | | Panama City | FL | 32409 | | Litigation | X | Unknown |
| Palacat, Junedale | | 74-5051 Hanahanai Loop | | Kailua-Kona | HI | 96740 | | Litigation | X | Unknown |
| Patricio Sr. , Alejandro | | 1171 Wanaku St. | | Honolulu | HI | 96818 | | Litigation | X | Unknown |
| Patterson, Ronnie | | 139 Alice Boynton Rd. | | Manchester | TN | 37355 | | Litigation | X | Unknown |
| Payne, Wanda | | 4810 Prather Bridge Road | | Toccoa | GA | 30577 | | Litigation | X | Unknown |
| Payton, Earnest | | 1442 N. Clinton Avenue | | Bay Shore | NY | 11706 | | Litigation | X | Unknown |

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Pence, Jesse | | 22 Virginia Ave NW | | Glen Burnie | MD | 21061 | | Litigation | X | Unknown |
| Pepper, Bobby | | 13624 S. Midwest Blvd | | Edmond | OK | 73034 | | Litigation | X | Unknown |
| Peters, Homer | | 650 Frost Road | | Monroe | GA | 30655 | | Litigation | X | Unknown |
| Petty, Howard | | PO Box 901365 | | Memphis | TN | 31190-1365 | | Litigation | X | Unknown |
| Phebus, Hayden | | P.O. Box 2 | | Scotts Hill | TN | 38374 | | Litigation | X | Unknown |
| Ponds, Carolyn T. | | 962 Bowers Road | | Peachland | NC | 28133 | | Litigation | X | Unknown |
| Porter, Mary | | 8488 Southern Park Dr. | | Tallahassee | FL | 32305 | | Litigation | X | Unknown |
| Powell, Harvey F. | | 1443 N. Edmondson Avenue | Apt. 103B | Indianapolis | IN | 46219 | | Litigation | X | Unknown |
| Pratt, Jessie | | 2049 Greenwood- Apt. 108 | | Poplar Bluff | MO | 63901 | | Litigation | X | Unknown |
| Prince, Michael | | 417 E. Mariposa Ave. | | Stockton | CA | 95204 | | Litigation | X | Unknown |
| Pritchett, James | | 843 Rubens Rd. | | Concord | NC | 28027 | | Litigation | X | Unknown |
| Quesnell, Richard | | 2920 Canoe Circle | | Saint Cloud | FL | 34772 | | Litigation | X | Unknown |
| Quinn, Michael K. | | 1512 Gregaory Avenue | | Wilmette | IL | 60091 | | Litigation | X | Unknown |
| Raan, Marie | | 3855 S. Hwy. 79- Lot 81 | | Rapid City | SD | 57701 | | Litigation | X | Unknown |
| Ray, Della | | 1011 Dandelion Way | | Dandridge | TN | 37725 | | Litigation | X | Unknown |
| Reed, Janice | | 416 Pat Cleburne Lane | | Tunnel Hill | GA | 30755 | | Litigation | X | Unknown |
| Reeves, Patricia | | 130 Meadowood Lane | | Dale | TX | 78616 | | Litigation | X | Unknown |
| Reindahl, Gene | | 1003 Pearl Avenue- Apt. 2 | | Marshall | MN | 56258 | | Litigation | X | Unknown |
| Renyer, Deanna | | 2448 SE 93 | | Wakarusa | KS | 66546 | | Litigation | X | Unknown |
| Riffo, Robert Allen | | 6119 Ragusa Lane | | Bakersfield | CA | 93308-5172 | | Litigation | X | Unknown |
| Roberts, Russell | | 518 South Sheridan Street | | Bay City | MI | 48708 | | Litigation | X | Unknown |
| Robinson, Lillian | | 117 7th Street NE | | Hildebran | NC | 28637 | | Litigation | X | Unknown |
| Roller, Douglas | | 18211 Shannon Ridge Pl. | | Canyon Country | CA | 91387 | | Litigation | X | Unknown |
| Rollins, Frank | | P O Box 918 | | Keno | OR | 97627 | | Litigation | X | Unknown |
| Rosiewicz, Dorothy | | 603 3rd Street | | Mackinaw City | MI | 49701 | | Litigation | X | Unknown |
| Ross, Spencer | | 2349 S. Carol Ave | | Yuma | AZ | 85365 | | Litigation | X | Unknown |
| Roth, Harold | | 1172 Pacific Cove Lane | | Huntington Beach | CA | 92648 | | Litigation | X | Unknown |
| Rowe, Lorraine | | 3821 NW 62nd St | | Oklahoma City | OK | 73112-1421 | | Litigation | X | Unknown |
| Rubrum, Keith | | 4822 Stone Cross Drive | | Olive Branch | MS | 38654 | | Litigation | X | Unknown |
| Rumery, Jerry | | 1710 Cedar Ln | | Augusta | KS | 67010 | | Litigation | X | Unknown |

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Russom, Harold | | Route 3 Spring Creek Rd. | | Linden | TN | 37096 | | Litigation | X | Unknown |
| Sadwick, Norma Levenfeld | c/o David Sadwick | 333 S. Grand Avenue | Ste. 4270 | Los Angeles | CA | 90071 | | Litigation | X | Unknown |
| Sagisi, Consolacion | | 92-746 Palailai Street | | Kapolei | HI | 96707 | | Litigation | X | Unknown |
| Schlosser, Joan | | 241-10 85th Road | | Bellrose | NY | 11426 | | Litigation | X | Unknown |
| Schlosser, Wanda | | 2020 E. Lincoln Ave. | | Decatur | IL | 62521 | | Litigation | X | Unknown |
| Schmidt, Emily | | | | | | | | Litigation | X | Unknown |
| Schroeder, Edwin | | 2161 West Route 17 | | Kankakee | IL | 60901 | | Litigation | X | Unknown |
| Schultz, Carol | | 600 5th St. | SE P.O. Box 129 | Barnesville | MN | 56514 | | Litigation | X | Unknown |
| Scott, Dawn | | 301 E. Harmony Rd.- #306 | | Ft. Collins | CO | 80525 | | Litigation | X | Unknown |
| Seeley, Jane | | 1028 Bancroft Way #2 | | Berkeley | CA | 94710 | | Litigation | X | Unknown |
| Shaboian, Knarik | | 84-53 Dana Court- Apt. 4L | | Middle Village | NY | 11379 | | Litigation | X | Unknown |
| Shaft, Donald | Lake Point Nursing Home | 901 Lake Point Raod | | Augusta | KS | 67010 | | Litigation | X | Unknown |
| Shelfer, Edward | | 1114 Beacon Street | | Houston | TX | 77015 | | Litigation | X | Unknown |
| Shimminger, Gary | | 12325 Nataliest Cove Road | | Cooper City | FL | 33330 | | Litigation | X | Unknown |
| Shipmon, Alvin | | 2325 Larue Court | | Tallahassee | FL | 32303 | | Litigation | X | Unknown |
| Shipmon, Celia | | 4537 Westley Drive | | Tallahassee | FL | 32303 | | Litigation | X | Unknown |
| Shrimpton, Virginia | | | | | | | | Litigation | X | Unknown |
| Simmons- Jr., James | | 2231 Copeland Mill Drive | | Valdosta | GA | 31601 | | Litigation | X | Unknown |
| Simmons, Jo Ann | | 1171 W Penelope St. | | Kuna | ID | 83634 | | Litigation | X | Unknown |
| Simmons, Tara | | 312 Davis Street | | Cowan | TN | 37318 | | Litigation | X | Unknown |
| Singleton, Sandra | | 10106 Kirk Glen | | Houston | TX | 77089 | | Litigation | X | Unknown |
| Singleton-McKnight, Sheila | | P.O. Box 1112 | | Forestville | CA | 95436 | | Litigation | X | Unknown |
| Sinn, Vernon | c/o Joan Jackson | 31 W. Central Ave. | | Roselle | IL | 60172 | | Litigation | X | Unknown |
| Sisco, Jessie | | 727 Wineblood | | Checotah | OK | 74426 | | Litigation | X | Unknown |
| Skenandore, Katherine | | 12021 Skyline Road N.E. Apt 202 | | Albuquerque | NM | 87123 | | Litigation | X | Unknown |
| Slaughter, Kathleen | | 2155 N Meadow Dr | | Clarksville | TN | 37043 | | Litigation | X | Unknown |
| Smith, David | | 430 Darby Street | | Crescent City | CA | 95531 | | Litigation | X | Unknown |
| Smith, John H. | | P. O. Box 25 | | Eva | AL | 35621 | | Litigation | X | Unknown |
| Smith, Joyce | | RR4 Box 71 | | Hollidaysburg | PA | 16648 | | Litigation | X | Unknown |
| Smith, Kenneth | | | | | | | | Litigation | X | Unknown |

In re: Girardi Keese
Chapter 7 No. 20-21022-BR

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Virginia | | 206 Diane Drive | | Cheraw | SC | 29520 | | Litigation | X | Unknown |
| Somsen, Wanda Jean | | 100 Rio Vista Circle | | Durango | CO | 81301 | | Litigation | X | Unknown |
| Spangler, Michael | | P.O. Box 232 | | Orland | IN | 46776 | | Litigation | X | Unknown |
| Spencer, Norma | | 1350 CR 126 | | Walnut | MS | 38683 | | Litigation | X | Unknown |
| Sprouse, Ginnie | | 720 W Philadelphia Ave | | Pine Bluff | NC | 28373 | | Litigation | X | Unknown |
| Squailia, Patricia | | 47 Firehouse Rd. | | Clifton Park | NY | 12065 | | Litigation | X | Unknown |
| Stanton, Helen | | 307 12th Street- Apt 12 | | Brooklyn | NY | 11215 | | Litigation | X | Unknown |
| Staten, Emma | | 9952 Old Redwood Hwy | | Windsor | CA | 95492 | | Litigation | X | Unknown |
| Steed, Horace | | 1565 Lucius Street | | Biloxi | MS | 39532-3139 | | Litigation | X | Unknown |
| Stramecki, John | | 42667 Charleston Way | | Fremont | CA | 94538 | | Litigation | X | Unknown |
| Strobel, Edward | | 18431 West Maui Ln. | | Surprise | AZ | 85388 | | Litigation | X | Unknown |
| Taylor, Emma | | 400 E. Wintergreen Rd. Apt. 171 | | Desoto | TX | 75115-8403 | | Litigation | X | Unknown |
| Terry, Mollie | | 555 Dr. King Drive | | Gore Springs | MS | 38929 | | Litigation | X | Unknown |
| Theriot, Kristi | | | | | | | | Litigation | X | Unknown |
| Thi, Hung | | 1103 Alderbrook Lane | | San Jose | CA | 95129 | | Litigation | X | Unknown |
| Thomas, Billy | | 209 W. Rochester Avenue | | Middlesboro | KY | 40965 | | Litigation | X | Unknown |
| Thomas, Dean | | 7515 Saguaro St. | | Orlando | FL | 32807 | | Litigation | X | Unknown |
| Todd, Robert | | 211 Jack Branch Rd. | | Windsor | NC | 27983 | | Litigation | X | Unknown |
| Touchette, Timothy | | 6799 Bridle Brit Trail | | Fortworth | TX | 76135 | | Litigation | X | Unknown |
| Tritten, Robert | | 417 Roselawn Place | | Charlotte | NC | 28211 | | Litigation | X | Unknown |
| Turner, Gladys | | 5216 Glenfair Place | | Jackson | MS | 39213 | | Litigation | X | Unknown |
| Turner, Joseph | | 5216 Glenfair Place | | Jackson | MS | 39213 | | Litigation | X | Unknown |
| Turner, Lois | | 810 Worcester Ave. | | Middlesboro | KY | 40965 | | Litigation | X | Unknown |
| Turner, Samuel | | 8100 Gratiot Avenue # 613 | | Detroit | MI | 48213 | | Litigation | X | Unknown |
| Udijohn, Julie R. | | 15433 Riverside Street | | Hesperia | CA | 92345 | | Litigation | X | Unknown |
| Upchurch, Jo Ann | | 212 Lutie Street | | Nashville | TN | 37210-4945 | | Litigation | X | Unknown |
| Van Gieson, Rubye | | 4115 Zoo Blvd. #202 | | Wichita | KS | 67212 | | Litigation | X | Unknown |
| Van Guilder, Wilma | | P.O. Box 189 | | Middle Granville | NY | 12849 | | Litigation | X | Unknown |
| Wainman, Daryl | | 15454 Hamner Dr. | | Los Angeles | CA | 90077 | | Litigation | X | Unknown |

Schedule EF02.03
Non-Priority Unsecured Claims
Attachment No. 1
Client LIst
(Additional Parties Only)

| Name1 | Name2 | Address1 | Address2 | City | State | Zip | Country | Basis of Claim | Contingent, Unliquidated | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Walker, Tillman | | 6885 N. Dawson Dr | | Hernando | FL | 34442 | | Litigation | X | Unknown |
| Wamble, Marilyn | | 3409 Canterbury Dr. | | St. Charles | MO | 63303 | | Litigation | X | Unknown |
| Wamble, William | | 3409 Canterbury Dr. | | St. Charles | MO | 63303-6604 | | Litigation | X | Unknown |
| Watkins, Tommy | | 1011 Hemlock St. | | Tuscumbia | AL | 35674 | | Litigation | X | Unknown |
| Watkins, William | | 4906 44th Court | | Kenosha | WI | 53144 | | Litigation | X | Unknown |
| Watson, Hazel | | 1603 Emblem Court | | Pflugerville | TX | 78660 | | Litigation | X | Unknown |
| Webb, Ken | | 51944 Township Road 159 | | West Lafayette | OH | 43845 | | Litigation | X | Unknown |
| Webb, Richard | | 2321 Dove Ave. | | Williamsport | PA | 17701 | | Litigation | X | Unknown |
| Webster, Barbara | | P.O. Box 161313 | | Louisville | KY | 40256 | | Litigation | X | Unknown |
| Weckter, Jerry | | 15491 Firewood Drive | | Conroe | TX | 77303 | | Litigation | X | Unknown |
| Wheeler, Beverly | | 13624 Garfield Street Unit E | | Thornton | CO | 80602-8845 | | Litigation | X | Unknown |
| White, Addie Marie | | P.O. Box 576 | | Midland | NC | 28107 | | Litigation | X | Unknown |
| White, Robert | | 3747 Aloha Street | | Los Angeles | CA | 90027 | | Litigation | X | Unknown |
| Wiemeyer, Barbara | | 10644 Vanalden Avenue | | Porter Ranch | CA | 91326 | | Litigation | X | Unknown |
| Wilhelm-Schmidt, Diana | | 2474 Tulane Street | | West Linn | OR | 97068 | | Litigation | X | Unknown |
| Williams, Albert | | P.O. Box 551 | | Lawrenceburg | TN | 38464 | | Litigation | X | Unknown |
| Williams, Anthony | | 212 North Hereford Drive Apt. D | | Dudley | NC | 28333 | | Litigation | X | Unknown |
| Williams, Gary | | 1116 N. Rutland | | Wichita | KS | 67206 | | Litigation | X | Unknown |
| Wilson, Jessie | | 11338 S. Eggleston Ave | | Chicago | IL | 60628 | | Litigation | X | Unknown |
| Wilson, Jr., James Eugene | | 138 Fletcher Branch Road | | Vilas | NC | 28692 | | Litigation | X | Unknown |
| Winhauer, Marion | | 8920 Two Mile Road | | Irvington | AL | 36544 | | Litigation | X | Unknown |
| Wise, Michael | | 126 Mcginnis Drive | | Grover | NC | 28073 | | Litigation | X | Unknown |
| Wood, Beverly | | 8418 Stillbrook Avenue | | Tampa | FL | 33615 | | Litigation | X | Unknown |
| Worthington, Bruce | | Site 6 Comp 8 | RR#16 STN P | Thunderbay | ON | P7B 6B3 | Canada | Litigation | X | Unknown |
| Worthington, Nina | | 4431 NE 50th | | Kingman | KS | 67068 | | Litigation | X | Unknown |
| Yoder, Eli | | 184 Taggart Ave NE | | Massilon | OH | 44646 | | Litigation | X | Unknown |
| Zygar, Jane | | P.O. Box 867 | 20248 S. Danny Ct. | Oregon City | OR | 97045 | | Litigation | X | Unknown |

In re: Girardi Keese
Chapter 7 No. 20-21022-BR

Page 12 of 12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.
 A true and correct copy of the foregoing document entitled (*specify*) **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 17, 2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)) September 17, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 900125

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian   rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady   mb@bedfordlg.com, leo@bedfordlg.com
- Ori S Blumenfeld   ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Evan C Borges   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley   richard.buckley@arentfox.com
- Marie E Christiansen   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz   jcrastz@hrhlaw.com
- Ashleigh A Danker   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Lei Lei Wang Ekvall   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin   richard.esterkin@morganlewis.com
- Timothy W Evanston   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten   , jimfinsten@hotmail.com
- Alan W Forsley   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner   sgubner@bg.law, ecf@bg.law
- Marshall J Hogan   mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith   sith@cookseylaw.com, sith@ecf.courtdrive.com
- Razmig Izakelian   razmigizakelian@quinnemanuel.com
- Lillian Jordan   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Lewis R Landau   Lew@Landaunet.com
- Daniel A Lev   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Elizabeth A Lombard   elombard@zwickerpc.com, bknotices@zwickerpc.com
- Craig G Margulies   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Ron Maroko   ron.maroko@usdoj.gov
- Peter J Mastan   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai   ematthai@romalaw.com, lrobie@romalaw.com
- Kenneth Miller   kmiller@pmcos.com, efilings@pmcos.com
- Elissa Miller (TR)   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick   MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay   ctp@lnbyb.com
- Leonard Pena   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- David M Reeder   david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards   ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk   Kevin@portilloronk.com, Attorneys@portilloronk.com
- Frank X Ruggier   frank@ruggierlaw.com, enotice@pricelawgroup.com
- William F Savino   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer   johnshaffer@quinnemanuel.com
- Richard M Steingard   , awong@steingardlaw.com
- Philip E Strok   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon   bt@treyzon.com, sgonzales@actslaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Eric D Winston   ericwinston@quinnemanuel.com
- Christopher K.S. Wong   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo   tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE