Elissa D. Miller
emiller@sulmeyerlaw.com
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**TRUSTEE'S SUPPLEMENT TO RECOMMENDATION RE REPORT OF AUCTIONEER RE CREDIT CARD DISPUTES AND CHARGE BACKS**<br><br>**[Relates to Dkt. No. 687]**<br><br>**[Proposed Amended Order Uploaded Concurrently Herewith]**<br><br>[No Hearing Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for Girardi Keese (the "Debtor") hereby submits her *"Trustee's Supplement To Recommendation Re Report Of Auctioneer Re Credit Card Disputes And Charge Backs."*

1. On September 14, 2021, the Trustee filed her *"Recommendation Re Report Of Auctioneer And Compensation Of Auctioneer Fees And Expenses And Exoneration Of Auctioneer's Bond"* [Dkt. No. 687] and the *"Report Of Auctioneer And Application For Fees And Expenses"* [Dkt. No. 688] (jointly the "Auction Report"). In connection therewith, the Trustee also uploaded and filed an Order thereon [Dkt. No. 689].

EDM 2727869v1

2.    Subsequent to the filing of the Auction Report, ThreeSixty Asset Advisors, LLC ("360") received notice that two buyers from the auction disputed the charges on their credit cards despite express notice, including on a signed agreement, that the sale was without representation or warranty and each item was purchased as-is.  360 is confident that such disputes will be denied; however in the event that 360 is required to return the funds to one or the other purchaser or in the event of future successful disputes, the Trustee needs to be able to return the disputed sales proceeds to 360.

3.    Attached hereto as **Exhibit "1"** is an Amended Order approving the Report of the Auctioneer.  The Amended Order is identical to the original Order except for the addition of a new paragraph 4 which provides as follows:  "In the event that a Buyer successfully disputes a charge, the Trustee is authorized to refund to 360, the amount of such charge."

**WHEREFORE,** the Trustee respectfully requests that Court enter the Amended Order forthwith.

DATED: September 21, 2021        Respectfully submitted,

    /s/ Elissa D. Miller
Elissa D. Miller
Chapter 7 Trustee

# EXHIBIT 1

Elissa D. Miller
*emiller@sulmeyerlaw.com*
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**AMENDED ORDER APPROVING TRUSTEE'S RECOMMENDATION RE REPORT OF AUCTIONEER AND COMPENSATION OF AUCTIONEER FEES AND EXPENSES AND EXONERATION OF AUCTIONEER'S BOND**<br><br>**[Relates to Docket Nos. 687 and 688]**<br><br>No Hearing Required] |

It appearing that Elissa D. Miller, Chapter 7 Trustee, did file a Report of Auctioneer and Application for Fees and Expenses [Docket No. 688] ("Report of Auctioneer"), there being no objection to the allowance of the Report of Auctioneer, and the Court being fully advised, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Report of Auctioneer is in accordance with the Order of this Court and is hereby approved;

2. The Trustee is authorized to pay to ThreeSixty Asset Advisors, LLC ("360") final Buyer's premium plus costs and expenses in the total sum of $66,083.31;

3. The Trustee is authorized to pay such expenses from the funds in her possession;

EDM 2727870v1

1    4.    In the event that any Buyer successfully disputes a charge, the Trustee is authorized to refund to 360, the amount of such charge, and

2    5.    The Auctioneer's bond is exonerated.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S SUPPLEMENT TO RECOMMENDATION RE REPORT OF AUCTIONEER RE CREDIT CARD DISPUTES AND CHARGE BACKS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 21, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 21, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 21, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**   rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**   mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**   ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**   richard.buckley@arentfox.com
- **Marie E Christiansen**   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Ashleigh A Danker**   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**   richard.esterkin@morganlewis.com
- **Timothy W Evanston**   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**   , jimfinsten@hotmail.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**   sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**   Lew@Landaunet.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**   elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Kenneth Miller**   kmiller@pmcos.com, efilings@pmcos.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**   david@reederlaw.com, secretary@reederlaw.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**     Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**     frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**     wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**     johnshaffer@quinnemanuel.com
- **Richard M Steingard**     , awong@steingardlaw.com
- **Philip E Strok**     pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**     bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**     ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**     christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**     tjy@lnbyb.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**