**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee



FILED & ENTERED

SEP 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING DISTRIBUTION OF XARELTO SETTLEMENT PAYMENT TO CLIENT (G. DAVIDSON)**<br><br>**[No Hearing Required]** |

Pursuant to the *Stipulation Regarding Distribution of Xarelto Settlement Payment to Client (G. Davidson)* filed on September 10, 2021, as Docket No. 664 (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved in its entirety.

###

Date: September 23, 2021

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge