**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee



FILED & ENTERED

SEP 24 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:20-bk-21022-BR |
|---|---|
| GIRARDI KEESE, | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION REGARDING DISTRIBUTION OF XARELTO SETTLEMENT PAYMENT TO CLIENT (J. LLEDO)**<br><br>**[No Hearing Required]** |

Pursuant to the *Stipulation Regarding Distribution of Xarelto Settlement Payment to Client (J. Lledo)* filed on September 16, 2021, as Docket No. 696 (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved in its entirety.

###

Date: September 24, 2021

Barry Russell
United States Bankruptcy Judge