**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
*pstrok@swelawfirm.com*
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>　　　　　　　Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S FOURTH MOTION FOR ORDER APPROVING STIPULATIONS FOR USE OF CASH COLLATERAL AND AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(b) AND (d)**<br><br>Date:　　October 7, 2021<br>Time:　　9:30 a.m.<br>Ctrm.:　　1668 via ZoomGov<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012<br><br>Web Address:　https://cacb.zoomgov.com<br>Meeting ID:　　160 672 2757<br>Password:　　123456<br>Telephone:　　(669) 254-5252 (San Jose)<br>　　　　　　　(646) 828-7666 (New York) |

2886406.1

1

NOTICE

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on September 29, 2021, Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Girardi Keese, filed and served the *Chapter 7 Trustee's Fourth Motion for Order Approving Stipulations for Use of Cash Collateral and Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 4001(b) and (d)* (the "Motion") [Docket No. 747]. On September 30, 2021, the Court entered an order: (1) setting a hearing on the Motion, and (2) setting opposition and reply dates to the Motion. *See* Order attached hereto as Exhibit "1."

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will take place on **October 7, 2021 at 9:30 a.m.** The hearing on the Motion shall be conducted via videoconference on Zoom for Government. Participants in the hearing will be connected with Courtroom 1668 via Zoom for Government but will not be physically present in the Courtroom. The information to appear via videoconference is set forth above and in the attached order.

**PLEASE TAKE FURTHER NOTICE** that oppositions to the Motion shall be filed and served by no later than **2:00 p.m., Pacific Time, on Monday, October 4, 2021** and replies to any opposition shall be filed and served by no later than **2:00 p.m., Pacific Time, on Wednesday, October 6, 2021.**

**PLEASE TAKE FURTHER NOTICE that failure to timely file and serve an opposition to the Motion may be deemed by the Court to be consent to the granting of the relief requested in the Motion.**

DATED: September 30, 2021              Respectfully submitted,

                                       SMILEY WANG-EKVALL, LLP


                                       By:    /s/ Timothy W. Evanston
                                              TIMOTHY W. EVANSTON
                                              Attorneys for Elissa D. Miller, Chapter 7
                                              Trustee

# EXHIBIT "1"

**FILED & ENTERED**

**SEP 30 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No.: 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER:**<br><br>**(1) SETTING HEARING ON "CHAPTER 7 TRUSTEE'S FOURTH MOTION FOR ORDER APPROVING STIPULATIONS AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d)"; AND**<br><br>**(2) SETTING OPPOSITION AND REPLY DATES TO FOURTH MOTION FOR ORDER APPROVING STIPULATIONS AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d)**<br><br>Date:    October 7, 2021<br>Time:    9:30 a.m.<br><br>To Be Conducted Via Zoom for Government |

-1-

EXHIBIT "1"

1   This matter is before the Court on the "Chapter 7 Trustee's Fourth Motion For
2   Order Approving Stipulations Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C.
3   § 363 And Federal Rule Of Bankruptcy Procedure 4001(d)" ("Motion") (Docket No. 747)
4   and the concurrently filed "Application For Order Setting Hearing On Shortened Notice
5   For Chapter 7 Trustee's Fourth Motion For Order Approving Stipulations Authorizing
6   Use Of Cash Collateral Pursuant To 11 U.S.C. § 363 And Federal Rule Of Bankruptcy
7   Procedure 4001(D)" ("Application") filed by the Chapter 7 Trustee on September 29,
8   2021 (Docket No. 748).   The Court, having reviewed the Motion and Application,
9   **HEREBY ORDERS** as follows:
10      1.   A hearing on the Motion shall be held on Thursday October 7, 2021 at
11  9:30 a.m.;
12      2.   Any opposition to the Motion must be filed on or before 2:00 p.m. on
13  Monday, October 4, 2021;
14      3.   Any reply to any opposition must be filed on or before 2:00 p.m. on
15  Wednesday, October 6, 2021;
16      4.   The hearing shall be conducted via videoconference on Zoom For
17  Government;
18      5.   Participants in the hearing will be connected with Courtroom 1668 via
19  Zoom for Government but will not be physically present in the Courtroom:
20      **ZoomGov meeting number: 160 672 2757**
21      **Password: 123456**

-2-

EXHIBIT "1"

6. The Trustee is responsible for serving the Motion and all related pleadings no later than 5:00 p.m. today, Thursday, September 30, 2021 and filing the appropriate proof of service with the Court no later than 5:00 p.m. on Friday, October 1, 2021.

**IT IS SO ORDERED.**

Date: September 30, 2021

*/s/ Barry Russell*

Barry Russell
United States Bankruptcy Judge

-3-

EXHIBIT "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S FOURTH MOTION FOR ORDER APPROVING STIPULATIONS FOR USE OF CASH COLLATERAL AND AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(b) AND (d) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/30/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **9/30/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street,  Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **9/30/2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Email:</u>

| Counsel for Nano Banc:<br>Jeffrey M. Schwartz  jschwartz@muchlaw.com | Counsel for KCC Class Action Services, LLC:<br>David L. Kane dkane@vedderprice.com;<br>Michael J. Quinn mquinn@vedderprice.com |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**   rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**   mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**   ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**   richard.buckley@arentfox.com
- **Marie E Christiansen**   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Ashleigh A Danker**   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Clifford S Davidson**   csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- **Lei Lei Wang Ekvall**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**   richard.esterkin@morganlewis.com
- **Timothy W Evanston**   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**   , jimfinsten@hotmail.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**   sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**   Lew@Landaunet.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**   elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Scott H Olson**   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**   frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**   johnshaffer@quinnemanuel.com
- **Richard M Steingard**   , awong@steingardlaw.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**   bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**   ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**   tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**