**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**STIPULATION AUTHORIZING PAYMENT AND DISTRIBUTION OF CLIENT'S SETTLEMENT FUNDS AND FEES AND EXPENSES TO THE ESTATE (M. MAURER v. CITY OF LOS ANGELES)**<br><br>**[No Hearing Required]** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Elissa D. Miller, the chapter 7 trustee of the bankruptcy estate of Girardi Keese (the "Trustee"), by and through her attorneys, Smiley Wang-Ekvall, LLP, Mary Maurer (the "Client"), and The City of Los Angeles ("the City"), enter into this *Stipulation Authorizing Payment and Distribution of Client's Settlement Funds and Fees and Expenses to the Estate* (the "Stipulation") as follows:

## RECITALS

A.    On December 18, 2020 (the "Petition Date"), an involuntary chapter 7 bankruptcy petition ("Petition") was filed against Girardi Keese ("Debtor"). As of the filing

of the involuntary petition, Debtor was counsel of record in a significant number of matters which were undertaken on a contingency basis.

     B.     The petitioning creditors moved for the appointment of an interim trustee which was granted by the Court by order entered January 5, 2021. The Trustee was appointed as the interim chapter 7 trustee of the bankruptcy estate of Girardi Keese (the "Estate") on January 6, 2021. The order for relief was entered January 13, 2021 and, the same date, the Trustee was reappointed and has been serving in that capacity since.

     C.     Prior to the petition date, Debtor was retained by the Client and commenced an action against the City (the "Litigation"). The Litigation was recently resolved pursuant to a settlement agreement with a release of claims.

     D.     The retention arrangement provided that the Debtor would receive 33 1/3% of the total recovery from its representation of the Client (the "Contingency Fee"), plus costs. The Debtor incurred costs of $13,787.72 in connection with the Litigation. The Debtor has not been notified of any outstanding liens or unpaid medical bills and by signing below, the Client acknowledges that the Estate is not responsible for any of the Client's potential liens or unpaid medical bills.

     E.     The City is prepared to release the settlement payment (the "Settlement Proceeds") but is requesting an order authorizing it to do so.

## STIPULATION

In light of the foregoing, the parties stipulate as follows:

1.     The City is authorized to release the Settlement Proceeds to the Trustee via a check made payable to "Elissa Miller, chapter 7 trustee of the bankruptcy estate of Girardi Keese."

2.     Once the Settlement Proceeds are deposited by the Trustee and the funds have cleared, the Trustee is authorized and directed to disburse the Settlement Proceeds as follows:

     (a)     $13,782.72 in costs to the Trustee, on behalf of the Estate;

1       (b)    $41,666.67 to the Trustee, on behalf of the Estate, for the

2 Contingency Fee; and

3       (c)    The balance to the Client.

4 **IT IS SO STIPULATED.**

5

6 DATED: ~~July~~ November 3, 2021    SMILEY WANG-EKVALL, LLP

7 By: /s/ Kyra E. Andrassy

8     KYRA E. ANDRASSY

    Attorneys for Elissa D. Miller, Chapter 7

9     Trustee

10

11 DATED: ~~July ___, 2021~~    THE CITY OF LOS ANGELES

12 September 7, 2021    By: /s/ Anthony M. Miera

13 Its: Managing Assistant City Attorney

14

15

16 DATED: July ___, 2021

    MARY MAURER

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

|   |   |
|---|---|
| 1 | (b) $41,666.67 to the Trustee, on behalf of the Estate, for the Contingency Fee; and |
| 3 | (c) The balance to the Client. |
| 4 | **IT IS SO STIPULATED.** |

DATED: July __, 2021    SMILEY WANG-EKVALL, LLP

By: _____
KYRA E. ANDRASSY
Attorneys for Elissa D. Miller, Chapter 7 Trustee

DATED: ~~July __, 2021~~
September 7, 2021    THE CITY OF LOS ANGELES

By: _____
Anthony M. Miera

Its: ___Managing Assistant City Attorney___

DATED: July __, 2021

_____
MARY MAURER

2877767.1        3        STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION AUTHORIZING PAYMENT AND DISTRIBUTION OF CLIENT'S SETTLEMENT FUNDS AND FEES AND EXPENSES TO THE ESTATE (M. MAURER v. CITY OF LOS ANGELES)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 3, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 3, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2021 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- Rafey Balabanian     rbalabanian@edelson.com, docket@edelson.com
- Shraddha Bharatia     notices@becket-lee.com
- Ori S Blumenfeld     ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Evan C Borges     eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley     richard.buckley@arentfox.com
- Marie E Christiansen     mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz     jcrastz@hrhlaw.com
- Ashleigh A Danker     Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- Clifford S Davidson     csdavidson@swlaw.com, jlanglois@swlaw.com;cliff-davidson-7586@ecf.pacerpro.com
- Joseph C Delmotte     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lei Lei Wang Ekvall     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Timothy W Evanston     tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith     Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten     , jimfinsten@hotmail.com
- James J Finsten     jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Eric D Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman     agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- Marshall J Hogan     mhogan@swlaw.com, knestuk@swlaw.com
- Bradford G Hughes     bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- Razmig Izakelian     razmigizakelian@quinnemanuel.com
- Lewis R Landau     Lew@Landaunet.com
- Craig G Margulies     Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Peter J Mastan     peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai     ematthai@romalaw.com, lrobie@romalaw.com
- Elissa Miller     emiller@sulmeyerlaw.com, emillersk@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Eric A Mitnick     MitnickLaw@aol.com, mitnicklaw@gmail.com
- Scott H Olson     solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Carmela Pagay     ctp@lnbyb.com
- Ambrish B Patel     apatelEI@americaninfosource.com
- Leonard Pena     lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn     mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- Matthew D. Resnik     matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com
- Kevin C Ronk     Kevin@portilloronk.com, Attorneys@portilloronk.com
- Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
- William F Savino     wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Gary A Starre     gastarre@gmail.com, mmoonniiee@gmail.com
- Richard P Steelman     rps@lnbyb.com, john@lnbyb.com
- Philip E Strok     pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Boris Treyzon     bt@treyzon.com, sgonzales@actslaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Christopher K.S. Wong     christopher.wong@arentfox.com, yvonne.li@arentfox.com
- Timothy J Yoo     tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**