JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Debtor: Girardi Keese, *et al.*<br><br>Debtor, <br><br>ERIKA GIRARDI,<br><br>     Appellant,<br><br>     v.<br><br>ELISSA D. MILLER, Chapter 7 Trustee<br><br>     Appellees. | CACD Case No.: 2:21-cv-06951-SVW<br><br>CACB Case No.: 2:20-bk-21022-BR<br><br>Adversary Case No.: N/A<br><br>**ORDER DISMISSING APPEAL**<br><br>The Hon. Stephen V. Wilson |

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Appeal is dismissed with prejudice.

_____
Stephen V. Wilson
United States District Judge

1  **[PROPOSED] ORDER**

2  Pursuant to the foregoing Stipulation, and good cause appearing, IT IS

3  HEREBY ORDERED that the Appeal is dismissed with prejudice.

4  ### 

Stephen V. Wilson
United States District Judge

-4-    Case No. 2:21-cv-06951-SVW
STIPULATION AND [PROPOSED] ORDER DISMISSING APPEAL