| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Elissa D. Miller<br>emiller@sulmeyerlaw.com<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>☐ *Movant(s) appearing without attorney*<br>☒ *Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>GIRARDI KEESE,<br><br>Debtor(s) | CASE NO.: 2:20-bk-21022-BR<br><br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. **On:** November 11, 2021, Movant(s) filed a motion entitled: CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY LARRY W. GABRIEL, THE LAW OFFICES OF JENKINS, MULLIGAN AND GABRIEL, LLP IN PLACE AND INSTEAD OF RONALD RICHARDS, THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C., AS SPECIAL LITIGATION COUNSEL; DECLARATION AND STATEMENT OF DISINTERESTEDNESS OF LARRY W. GABRIEL IN SUPPORT THEREOF [Docket No. 849]

3. A copy of the motion and notice of motion is attached hereto.

4. **On** November 11, 2021, Movant(s) served a copy of ☐ the notice of motion or ☒ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than  17  days have passed since Movant(s) served the notice of motion.

---

EDM 2730499v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9. Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 6, 2021

/s/Elissa D. Miller
Signature

Elissa D. Miller
Printed name

EDM 2730499v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# ATTACHMENT

# UNDER SEAL [DOCKET NO. 849]

**CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY LARRY W. GABRIEL, THE LAW OFFICES OF JENKINS, MULLIGAN AND GABRIEL, LLP IN PLACE AND INSTEAD OF RONALD RICHARDS, THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C., AS SPECIAL LITIGATION COUNSEL; DECLARATION AND STATEMENT OF DISINTERESTEDNESS OF LARRY W. GABRIEL IN SUPPORT THEREOF**

Elissa D. Miller
   emiller@sulmeyerlaw.com
333 South Grand Ave., Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>      Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY LARRY W. GABRIEL, THE LAW OFFICES OF JENKINS, MULLIGAN AND GABRIEL, LLP IN PLACE AND INSTEAD OF RONALD RICHARDS, THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C., AS SPECIAL LITIGATION COUNSEL**<br><br>**[11 U.S.C. §§ 327(c) and (e), 328(a); Fed. R. Bankr. P. 2014; Loc. Bankr. R. 2014-1(b)]**<br><br>[No Hearing Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITES STATES BANKRUPTCY JUDGE AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Elissa D. Miller, Chapter 7 Trustee (the "Trustee"), for the estate of the Debtor, Girardi Keese (the "Debtor") has filed an "*Application to Employ Larry W. Gabriel, the Law Offices of Jenkins, Mulligan and Gabriel, LLP in Place and Instead of Ronald Richards, the Law Offices of Ronald Richards & Associates, A.P.C., as Special Litigation Counsel, Declaration and Statement of Disinterestedness of Larry Gabriel in Support Thereof*" (the "Application"), pursuant to which the Trustee seeks an order of this Court authorizing the employment of Larry W. Gabriel, Jenkins, Mulligan

and Gabriel, LLP ("Gabriel") to act as her special litigation counsel in the above-captioned bankruptcy case in place and instead of Ronald Richards, Law Offices of Ronald Richards & Associates, A.P.C. ("Richards") to act as her special litigation counsel.

**PLEASE TAKE FURTHER NOTICE** that the Trustee is retaining Gabriel as her Special Litigation Counsel to assist with the investigation and undertake such proceedings and/or actions as may be appropriate in connection with investigating and recovering estate property and filing such proceedings and/or actions as are appropriate in connection with transfers to Erika Girardi (aka Erica Jayne).

**PLEASE TAKE FURTHER NOTICE** that the Trustee proposes to retain Gabriel on the same terms as Richards. More specifically, the Trustee proposes to retain Gabriel on a contingency basis that was previously established and approved by this court for Richards' retention: 35% of the net recovery prior to commencement of litigation, 40% of the net recovery after the complaint is filed through 60 days prior to a jury or bench trial, and 45% of the net recovery thereafter. "Net recovery" means the amount remaining after the total amount received (whether by settlement, arbitration award, or court judgment) has been reduced by the sum of all "costs," as defined in the Engagement Agreement. The amount of the fee is not set by law but is negotiable between Gabriel and the Trustee. Gabriel recognizes that Richards may seek payment for the work he performed prior to his termination and that any such claim, if approved, will be paid from the contingency fee, awarded, if any. In other words, the estate will not be increasing its administrative liability by this change of counsel. Gabriel also shall be entitled to reimbursement of its out-of-pocket costs incurred during the course of the instant engagement as approved by the Court, with such costs to be advanced by Gabriel (or by the estate following appropriate budget order) and paid from the estate.

**PLEASE TAKE FURTHER NOTICE** that other than the contingency fee and costs to be paid to Gabriel as set forth herein and in the Engagement Agreement, Gabriel shall have no claims against the estate.

EDM 2729018v1

2

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain a copy of the Application may do so by contacting the Trustee in writing at the address or e-mail on the upper left-hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the Application, you need not take any further action.  However, any objection and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f), must be filed with the Court and served on the Trustee and the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, not later than 14 days, plus three days for service by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), after the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that failure to timely file and serve such response and request for hearing may result in any response being deemed waived and the Court entering an order approving the Application without hearing a pursuant to Local Bankruptcy Rules 2014-1 and 9013-1.

DATED:  November 11, 2021        Respectfully submitted,

By:    /s/ *Elissa D. Miller*
          Chapter 7 Trustee

Date of Mailing:  November 11, 2021

EDM 2729018v1

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY LARRY W. GABRIEL, THE LAW OFFICES OF JENKINS, MULLIGAN AND GABRIEL, LLP IN PLACE AND INSTEAD OF RONALD RICHARDS, THE LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C., AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 11, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached List**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 11, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached List**

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 11, 2021 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**  rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**  mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**  ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**  richard.buckley@arentfox.com
- **Steve Burnell**  sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Marie E Christiansen**  mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**  jcrastz@hrhlaw.com
- **Ashleigh A Danker**  Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Lei Lei Wang Ekvall - DECEASED -**  lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**  richard.esterkin@morganlewis.com
- **Timothy W Evanston**  tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**  Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**  , jimfinsten@hotmail.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**  suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**  mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**  sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Lillian Jordan**  ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**  Lew@Landaunet.com
- **Daniel A Lev**  dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**  elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net
- **Craig G Margulies**  Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Peter J Mastan**  peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**  ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Elissa Miller (TR)**  CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**  MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Gilbert M Nishimura**  gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- **Scott Olson**  scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**  ctp@lnbyb.com
- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**  david@reederlaw.com, secretary@reederlaw.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**   frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**   johnshaffer@quinnemanuel.com
- **Richard M Steingard**   , awong@steingardlaw.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**   bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**   ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Timothy J Yoo**   tjy@lnbyb.com

## 2. SERVED BY UNITED STATES MAIL:

Debtor
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

**All Creditors**

American Express Travel Related
Services Com
c/o Zwicker and Associates, P.C.
P.O. 9043
Andover, MA 01810-0943

Amy Fisch Solomon
P.O. Box 1958
Santa Ynez, CA 93460-1958

Atkinson-Baker, Inc.
500 N. Brand Blvd. 3rd Floor
Glendale CA 91203-1945

Baker, Keener & Nahra, LLP
633 West Fifth Street
Suite 5500
Los Angeles, CA 90071-2014

Brandon Stokes
4638 Woodlands Village Drive
Orlando, FL 32835-2719

Brian Garrett
15 S. Rolling Hills Ave
Irwin, PA 15642-3220

CT3Media, Inc. Chet Thompson
26080 Shadow Rock Ln
Valencia, CA 91381-0630

Christian Petty
6607 5th Avenue
Rio Linda, CA 95673-3409

Christina Fulton
1875 Century Park East
Suite 2230
Los Angeles, CA 90067-2522

Cigna Health and Life Insurance
Company
Marylou Rice
Legal Compliance Lead Analyst
900 Cottage Grove Road, B6LPA
Hartford CT 06152-0001

Cody Thompson
12040 Driftstone Drive
Fishers, IN 46037-8405

DJK Counsel, Ltd.
c/o Daniel J. Katz
1925 Century Park E, #810
Los Angeles, CA 90067-2709

DK Global, Inc.
420 Missouri Ct
Redlands, CA 92373-3128

Dalton & Associates
1106 West Tenth Street
Wilmington, DE 19806-4522

Daymond Walton
11 Walton Herndon Drive
Meherrin, VA 23954-2836

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

Devin Lynn Scott
512 Braginton St Lot 2
Clearwater, FL 33756-1565

Dominic Lombardo
115 E. Pomona Boulevard
Suite A
Monterey Park, CA 91755-7210

Eric Bryan Seuthe
10990 Wilshire Blvd.
Suite 1420
Los Angeles, CA 90024-3931

Eric Lindvall, DO
604 N Magnolia Ave Suite 100
Clovis, CA 93611-9205

Esquire Deposition Solutions, LLC.
2700 Centennial Tower
101 Marietta St
Atlanta, GA 30303

Express Network LLC
1605 W Olympic Blvd #800
Los Angeles CA 90015-4685

Fay Pugh
1163 Daniels Drive
Los Angeles, CA 90035-1101

Gayle C. Kurosu
1116 West 187th Street
Gardena, CA 90248-4123

Golkow Litigation Services, LLC
1650 Market Street, Suite 5150
Philadelphia, PA 19103-7249

Hakeem Daul Shacquil
Danley (hobson)
901 Tucker Street
Williamsport, PA 17701-3627

Henry Andrew
Perez Betancur
4887 Via Palm Lakes #506
West Palm Beach, FL 33417-2728

JAMS, INC.
18881 Von Karman Ave., Suite 350
IRVINE, CA 92612-6589

JOSEFINA CASTILLO-
HERNANDEZ
27604 Firebrand Dr
Castaic, CA 91384-3583

Jared W. Baptista
30 Lakeview Drive
Narragansett, RI 02882-1617

Jeffrey M. Schwartz
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1631

Jehoshaphat Shambee
Linda Shambee on behalf of
Jehosphat Sha
721 Karey Drive
Temple TX 76502-8730

John Edward Tillson IV
W179S6562 Hardtke Drive
Muskego, WI 53150-9694

Johnson Controls Security Solutions
10405 Crosspoint Blvd
Indianapolis, IN 46256-3323

Jordan DeWanz- Titus
488 Snelling Ave S
#112
Saint Paul, MN 55116-1555

Joshua Remnant
535 Watervliet Ave
Dayton, OH 45420-2542

Judy Selberg
10990 Wilshire Blvd., Suite 1420
Los Angeles, CA 90024-3931

KABC-AM Radio, Inc.
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Kathleen L. Bajgrowicz
Manuel H. Miller, Esq.
Law Offices of Manuel H. Miller
20750 Ventura Boulevard, Suite 440
Woodland Hills, CA 91364-6643

Kimberly Anne Coleman
416 Vista Roma
Newport Beach CA 92660-3513

L. Everett & Associates, LLC
3700 State Street, Suite 350
Santa Barbara, CA 93105-3100

Law Offices of Philip R. Sheldon,
APC
c/o Spertus, Landes, & Umhofer, LLP
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025-5256

Manuel H. Miller
20750 Ventura Boulevard
Suite 440
Woodland Hills, CA 91364-6643

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Marlatt Consulting<br>85 Cresta Verde Dr<br>Rolling Hills Estates, CA 90274-5455 | Matthew Jones<br>317 E 4th street<br>Lyndon, KS 66451-9550 | Michael Vislosky<br>2764 Ceres Ave<br>Chico CA 95973-7814 |
| Michael Hambright<br>3980 San Benito Ave.<br>San Bernardino, CA 92407-6042 | Nano Banc<br>c/o Edward Padilla<br>7755 Irvine Center Drive, 3rd Floor<br>Irvine, CA 92618-2904 | Nickalas Maurice Wilson<br>c/o Mary Daniel Wilson<br>1011 Broadway Road<br>Sanford, SC 27332-9792 |
| Noel Montes<br>2117 Benjamin creek dr<br>Little Elm, TX 75068-0019 | Owen, Patterson & Owen<br>c/o Law Office Of Michael N. Berke<br>25001 The Old Road<br>Santa Clarita, CA 91381-2252 | Peter Anakaraonye<br>3218 Dunlap lane apt E<br>Mechanicsburg, PA 17055-7056 |
| Peterson & Associates Court Reporting, Inc.<br>530 B Street, Suite 350<br>San Diego, CA 92101-4403 | Pitney Bowes Global Financial Services LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4301 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484-4361 |
| Professional Recruiters Inc.<br>13428 Maxella Ave #404<br>Los Angeles, CA 90292-5620 | Rest Your Case Evidence Storage LLC<br>Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Ronnell Taylor<br>on the behalf of Sadie Taylor<br>114 Racquet Club Dr #608<br>Greensburg, PA 15601-9033 |
| SHANE MORGAN<br>28 JACKSON AVE<br>RUTLAND, VT 05701-4523 | Sammy Y. Hsu<br>13044 Pacific Promenade<br>Apt 423<br>Playa Vista, CA 90094-4006 | Shane Jeter<br>2550 Wallingford road<br>Winston Salem, NC 27101-1922 |
| Simba Capital Inc.<br>Robert Cohan<br>9 Ave At Port Imperial 408<br>West New York, NJ 07093-7141 | The Law Business Insider Radio Show<br>13428 Maxella Ave #404<br>Los Angeles, CA 90292-5620 | Vititoe Law Group<br>Attn: James Vititoe<br>5707 Corsa Avenue, 2nd Floor<br>Westlake Village, CA 91362-6499 |
| Gerald J Jacquart and Lisa M Jacquart<br>1355 E Dodge St<br>Fremont, Ne 68025-5765 | Rachael Davis<br>45871 Pine Hollow Rd<br>Rogers, OH 44455-9736 | Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope Street, Suite 1765<br>Los Angeles, CA 90071-2669 |
| Andrew W Zepeda<br>Lurie, Zepeda, Schmalz, Hogan & Martin<br>1875 Century Park East Ste 2100<br>Los Angeles, CA 90067 | Neil Steiner on behalf of Creditor Casey Van Zandt<br>Steiner & Libo, Professional Corp<br>11845 W. Olympic Blvd Ste 910W<br>Los Angeles, CA 90064 | |

CC 2708887v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 7, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**    mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**    ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Steve Burnell**    sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Indira J. Cameron-Banks**    indira@cameron-banks.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Lei Lei Wang Ekvall - DECEASED -**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**    sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**    Lew@Landaunet.com
- **Daniel A Lev**    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**    elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

EDM 2730499v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

- **Ron Maroko**    ron.maroko@usdoj.gov
- **Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Elissa Miller (TR)**    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Gilbert M Nishimura**    gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- **Scott Olson**    scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**    ctp@lnbyb.com
- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**    david@reederlaw.com, secretary@reederlaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**    frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**    johnshaffer@quinnemanuel.com
- **Richard M Steingard**    , awong@steingardlaw.com
- **Philip E Strok**    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**    bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Eric D Winston**    ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**    tjy@lnbyb.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 7, 2021 | Cheryl Caldwell | */s/Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

EDM 2730499v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    **F 9013-1.2.NO.REQUEST.HEARING.DEC**