Elissa D. Miller
  emiller@sulmeyerlaw.com
333 South Grand Ave., Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EXPAND SCOPE OF SERVICES OF SPECIAL LITIGATION COUNSEL**<br><br>[11 U.S.C. §§ 327(c) and (e), 328(a); Fed. R. Bankr. P. 2014; Loc. Bankr. R. 2014-1(b)]<br><br>[No Hearing Required Unless Requested] |

**TO THE HONORABLE BARRY RUSSELL, UNITES STATES BANKRUPTCY JUDGE AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Elissa D. Miller, Chapter 7 Trustee (the "Trustee"), for the estate of the Debtor Girardi Keese (the "Debtor") has flied an *"APPLICATION TO EXPAND SCOPE OF SERVICES OF SPECIAL LITIGATION COUNSEL, LARRY W. GABRIEL, THE LAW OFFICES OF JENKINS, MULLIGAN & GABRIEL, LLP* (the "Application"), pursuant to which the Trustee seeks an order of this Court expanding the scope of legal services to be provided by Larry W. Gabriel, Jenkins, Mulligan & Gabriel, LLP ("Gabriel") on behalf of the estate to include evaluating and, if appropriate, prosecuting claims or actions (the "Claims") as to Girardi Keese Litigation Funders, the Girardi Keese Accountants, and Girardi Keese outside legal counsel (the "Target Parties").

**PLEASE TAKE FURTHER NOTICE** that the Trustee is retaining Gabriel as her Special Litigation Counsel to assist with the investigation and undertake such proceedings and/or actions

EDM 2733328v1

as may be appropriate in connection with investigating, objecting to, reducing and recovering estate property and filing such proceedings and/or actions as are appropriate in connection with the Claims.

**PLEASE TAKE FURTHER NOTICE** that the Trustee proposes to retain Gabriel on the on a mixed hourly rate and contingency fee as follows:

1. For the evaluation of the claims against the Target Parties, Gabriel will bill the estate for the time incurred, at the hourly rate of $500.00 per hour for partner services, $250.00 per hour for associate services and $100 per hour for work performed by law clerks.

2. The hourly fee arrangement will continue until the evaluation is completed and the Trustee has made a decision to prosecute a claim against one or more of the Target Parties. At that point in time, the retention will convert to a contingency fee arrangement as follows:

3. 30% of the Net Recovery (defined as the gross recovery less costs repaid, less the amount of hourly fees billed) if the claim is resolved prior to 60 days prior to a jury or bench trial;

4. 40% of the Net Recovery should the matter be resolved less than 60 days prior to a jury or bench trial, or upon obtaining a final judgment entered after trial;

5. In the event a claim filed against a Funding Lender results in the equitable subordination of the Funding Lender's claim or a reduction in the Funding Lender's claim amount, without a cash component, Gabriel shall be entitled to the Firm's hourly rate fee as described above for the entire matter. In the event there is a cash component to the settlement or judgment as to any Funding Lender, Gabriel shall be entitled to the contingency fee of 25% of the cash component in addition to his hourly rate, subject to approval of the court as provided for in 11 U.S.C. 328 (a). Gabriel understands that any and all fees and expenses sought or requested by, or paid to, Gabriel is subject to Bankruptcy Court approval and in the amounts approved by the Bankruptcy Court upon proper application in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any other applicable law and guidelines.

**PLEASE TAKE FURTHER NOTICE** that upon entry of the order approving this Application, the Trustee shall pay to Gabriel from unencumbered funds, a $10,000 retainer to be used solely for the reimbursement of its out-of-pocket costs pursuant to the procedures set forth

herein. Gabriel will provide informational bills to Trustee not less than bi-monthly. Following review of the billing, Client will advise Attorney whether it has any objection to the payment of costs from the retainer. If not, Attorney may draw down on the retainer for payment of costs. If Client objects, Attorney may request allowance either immediately from the court or at the time it files its final fee application. Replenishment of said retainer may only be incurred for this engagement as approved by the Court. No other retainer has been paid or is being proposed to Gabriel other than the aforementioned retainer.

**PLEASE TAKE FURTHER NOTICE** that other than the fees and costs to be paid to Gabriel as set forth herein, Gabriel shall have no claims against the estate.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain a copy of the Application may do so by contacting the Trustee in writing at the address or e-mail on the upper left-hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the Application, you need not take any further action. However, any objection and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f), must be filed with the Court and served on the Trustee and the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, not later than 14 days, plus three additional days for service by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), after the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that failure to timely file and serve such response and request for hearing may result in any response being deemed waived and the Court entering an order approving the Application without hearing a pursuant to Local Bankruptcy Rules 2014-1 and 9013-1.

DATED: February 15, 2022

Respectfully submitted,

/s/ *Elissa D. Miller*
Elissa D. Miller
Chapter 7 Trustee

Date of Mailing: February 15, 2022

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EXPAND SCOPE OF SERVICES OF SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 15, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached ECF List**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 15, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 15, 2022 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 2708887v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**   rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**   mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**   ori@marguliesfaithlaw.com, Helen@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**   richard.buckley@arentfox.com
- **Steve Burnell**   sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- **Indira J. Cameron-Banks**   indira@cameron-banks.com, tiffany@cameronbankslaw.com
- **Marie E Christiansen**   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Ashleigh A Danker**   Ashleigh.danker@dinsmore.com, SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com
- **Lei Lei Wang Ekvall - DECEASED -**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**   richard.esterkin@morganlewis.com
- **Timothy W Evanston**   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**   , jimfinsten@hotmail.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**   lgabrielaw@outlook.com, tinadow17@gmail.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**   sith@cookseylaw.com, sith@ecf.courtdrive.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**   Lew@Landaunet.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Elizabeth A Lombard**   elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**   jmeyer@ggtriallaw.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Gilbert M Nishimura**   gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **Scott Olson**  scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Carmela Pagay**  ctp@lnbyb.com
- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**  david@reederlaw.com, secretary@reederlaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**  Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**  frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**  wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**  johnshaffer@quinnemanuel.com
- **Richard M Steingard**  , awong@steingardlaw.com
- **Philip E Strok**  pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Boris Treyzon**  bt@treyzon.com, sgonzales@actslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil**  dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com,alopez@dcweillaw.com
- **Eric D Winston**  ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**  christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Robert M Yaspan**  court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**  tjy@lnbyb.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

### 2. SERVED BY UNITED STATES MAIL:

Debtor
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

**SECURED CREDITORS**

| | | |
|---|---|---|
| CORPORATION SERVICE COMPANY<br>801 Adlai Stevenson Dr<br>Springfield IL 62703-4261 | IKON FINANCIAL SERVICES 1738<br>Bass Road<br>Macon GA 31210-1043 | LAW FINANCE GROUP, LLC<br>591 Redwood Hwy, Suite 1200<br>Mill Valley CA 94941 |
| LFG SPECIAL INVESTOR GROUP, LLC<br>Series Law Finance Group Fund III<br>200 South Virginia Street, 8TH Fl<br>Reno NV 89501 | TSO LFG HOLDCO LLP<br>65 East 55TH Street, 27TH Floor<br>New York NY 10022 | |

### 3. SERVICED VIA EMAIL

**SECURED CREDITORS**

KCC CLASS ACTION SERVICE LLC
c/o Vedder Price, P.C.
275 Battery Street
San Francisco CA 94111
Attorneys for KCC Class Action Service LLC
David L. Kane
dkane@vedderprice.com (RSN)
Michael J. Quinn (RSN – ECF)
mquinn@vedderprice.com
Marie Christiansen (RSN – ECF)
mchristiansen@vedderprice.com

NANO BANC
25220 Hancock Avenue, Suite 140
Murrieta CA 95262
Attorneys for Nano Bank:
Jeffrey M. Schwartz
jschwartz@muchlaw.com

**REQUEST FOR SPECIAL NOTICE**

Wells Fargo Vendor Financial Services, Inc.
Jennifer Witherell Crastz (ECF)
Hemar, Rousso & Heald, LLP 15910
Ventura Boulevard, 12th Floor Encino CA
91436-2829
Jennifer Witherell Crastz
jcrastz@hrhlaw.com

Gilbert M. Nishimura (ECF)
600 Wilshire Blvd., Suite 1250
Los Angeles CA 91740
gnishimura@snw-law.com

CC 2708887v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**