**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

FILED & ENTERED

JUL 27 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>                    Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STATUS REPORT AND STIPULATION TO CONTINUE HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503 FOR POST-PETITION RENTAL VALUE OF 1122 WILSHIRE BOULEVARD OFFICES**<br><br>Current Hearing Information<br>Date:    August 2, 2022<br>Time:    10:00 a.m.<br>Ctrm.:    1668<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |

2914245.1                                           1                                           ORDER

The Court, having reviewed the *Status Report and Stipulation to Continue Hearing on Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 for Post-Petition Rental Value of 1122 Wilshire Boulevard Offices* ("Stipulation") filed as Docket No. 1288 and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved, and the hearing currently scheduled for August 2, 2022, at 10:00 a.m. is continued to September 20, 2022, at 10:00 a.m. in courtroom 1668.  A Status report is due fourteen days before the hearing date.

###

Date: July 27, 2022

*Barry Russell* (signature)

_____
Barry Russell
United States Bankruptcy Judge