Elissa D. Miller
elissa.miller@gmlaw.com
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO JOINTLY EMPLOY THREESIXTY ASSET ADVISORS, LLC AND JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEERS; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF**<br><br>[11 U.S.C. § 327, FED.R. BANKR. P. 2014 AND LOC. BANKR. R. 2014-1(B)]<br><br>**Auction Date: To Be Set**<br><br>No Hearing Date Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for Girardi Keese (the "Debtor") has filed her "*Application By Chapter 7 Trustee For Authority To Jointly Employ ThreeSixty Asset Advisors, LLC and John Moran Auctioneers, Inc. As Auctioneer; To Authorize Public Sale By Auctioneer And To Pay Auctioneer Upon Conclusion Of Sale in Accordance with the Terms Hereof; Statements Of Disinterestedness; Declaration In*

EDM 51562162v1

*Support Thereof"* (the "Application") pursuant to which she seeks authority to retain ThreeSixty Asset Advisors, LLC ("360") and John Moran Auctioneers, Inc. (("Moran" and together with 360, "360Moran") as her auctioneer to sell personal property of the estate consisting of the Erika Jayne Girardi Diamond Stud Earrings (approx. 7 carat weight each) (the "Erika Earrings") as well as miscellaneous other jewelry (the "Friend's Jewelry" and together with the Erika Earrings, the "Girardi Jewelry")

**PLEASE TAKE FURTHER NOTICE** that the Trustee desires to employ 360Moran on the terms and conditions stated in Auction Proposal which is attached to the Application as **Exhibit 1**. After consulting with 360Moran and after 360Moran obtains the GIA certifications on the Earrings, the Trustee and 360Moran will set an estimated value and reserve on the Earrings based on market values in the Rapaport Guide as of December, 2022.[1] However, the Trustee will retain discretion to authorize the sale of the Earrings even if the reserve has not been met. The Trustee believes that the auction value of the Friend's Jewelry is between $10,000 and $15,000.

**PLEASE TAKE FURTHER NOTICE** that 360Moran has determined that it does not represent any creditor with an interest adverse to the estate. See Declarations of Jeff Tanenbaum and Jeff Moran attached to the Application. 360Moran does not currently represent any other entity involved in this case and is disinterested as that term is defined in 11 U.S.C. § 101(14), as it represents and believes that it holds no interest adverse to the interest of the estate with respect to the matters on which it will be employed.

**PLEASE TAKE FURTHER NOTICE** that the Sale will be conducted concurrently as an Internet Auction and Live Auction on the best date to ensure maximum participation and so not to conflict with other jewelry auctions between December 5, 2022 and December 16, 2022, and to allow for optimal advertising including displaying the Earrings to potential purchasers on both coasts, advertising the Girardi Jewelry Auction at the September auction of the TVG Personal Property and on both of 360 and Moran's

---

[1] See discussion of Rappaport guide on page 4 of Auction Proposal, **Exhibit 1**.

websites, various auction platforms and in social media all as detailed in the Auction Proposal. The Auction date will also take advantage of the holiday shopping period.

**PLEASE TAKE FURTHER NOTICE** that 360Moran has been advised of and has agreed to accept employment by the estate subject to the provisions of 11 U.S.C. §328(a). 360 will be not be paid a commission on the proceeds from the estate but will be compensated through a buyer's premium. The buyer's premium for The Girardi Jewelry is on a sliding scale per item sold:

    25% of the first $500,000

    18% from $500,000 to $1,000,000

    15% over $1,000,000[2]

360Moran will also be entitled to collect their out of pocket costs. The estimated costs of $24,600 include: 1) Bond: At cost - typically $5 per $1,000 ( est. to be $2,800 based on current estimated replacement/auction value of the Girardi Jewelry); 2) Insurance: 1% of sale/hammer price (est. at $5,610); 3) GIA Certificates for both sets of earrings $1,300; 4) Armored Transport to/from GIA Cert site and to/from NY & Private Viewings: $750; 5) Security: $3,200 (for showings in New York and Los Angeles); and 6) Marketing: Capped at $10,400.

**PLEASE TAKE FURTHER NOTICE** that the Trustee is informed and believes that the employment of 360Moran upon the foregoing terms is fair, equitable and in the best interests of the estate, and therefore the employment of 360Moran on said terms should be approved.

**PLEASE TAKE FURTHER NOTICE** that if you wish to receive a copy of the Application, you may obtain a copy by requesting one in writing from the Trustee Elissa D. Miller, at 333 South Grand Avenue, Suite 3400, Los Angeles, California  90071, by

---

[2] For lots selling on the LiveAuctioneers.com or BidSquare.com platforms, the buyers' premium scale will increase by 5% at each level based on their additional charges. In addition, buyers will be charged applicable sales tax.

facsimile (954)771.9264 or email at elisa.miller@gmlaw.com. The Application will be promptly provided upon written request.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(3), if you wish to object to the Application, you must file a written objection and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), within 14 days of the date this notice was served, plus an additional 3 days unless this notice was served upon you by personal delivery or posting as described in Federal Rule of Civil Procedure 5(b)(2)(A)-(B).

If any such response is timely received, the Trustee will set a hearing date and send out notice thereof. No hearing will be held if no response and request for hearing is received. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition to the Application may be deemed as your consent to the granting of the Application. If you do not oppose the Application, you need not take any further action.

DATED: August 30, 2022

Respectfully submitted,

 */s/ Elissa D. Miller*
Elissa D. Miller
Chapter 7 Trustee

Date of Mailing: August 30, 2022

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO JOINTLY EMPLOY THREESIXTY ASSET ADVISORS, LLC AND JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEERS; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 30, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached ECF List**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 30, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 30, 2022 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| Date | Printed Name | Signature |

CC 51263738v1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**   rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**   mb@bedfordlg.com, leo@bedfordlg.com
- **Ori S Blumenfeld**   oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**   eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**   richard.buckley@arentfox.com
- **Steve Burnell**   Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com
- **Indira J. Cameron-Banks**   indira@cameron-banks.com, tiffany@cameronbankslaw.com
- **Marie E Christiansen**   mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**   jcrastz@hrhlaw.com
- **Ashleigh A Danker**   adanker731@gmail.com
- **Lei Lei Wang Ekvall - DECEASED -**   lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**   richard.esterkin@morganlewis.com
- **Timothy W Evanston**   tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**   , jimfinsten@hotmail.com
- **James J Finsten**   jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**   lgabrielaw@outlook.com, tinadow17@gmail.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**   sith@cookseylaw.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Lewis R Landau**   Lew@Landaunet.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Elizabeth A Lombard**   elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**   jmeyer@ggtriallaw.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Gilbert M Nishimura**   gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- **Scott Olson**   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

CC 51263738v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

- **Carmela Pagay**   ctp@lnbyb.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**   frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**   johnshaffer@quinnemanuel.com
- **Richard M Steingard**   , awong@steingardlaw.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Terrence Swinson**   terrenceswinson@gmail.com
- **Tamar Terzian**   tterzian@eppscoulson.com, ecfnotices@eppscoulson.com
- **Boris Treyzon**   btreyzon@actslaw.com, sgonzales@actslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil**   dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com,alopez@dcweillaw.com
- **Pauline White**   pauline@paulinewhite.com
- **Eric D Winston**   ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**   christopher.wong@arentfox.com, yvonne.li@arentfox.com
- **Robert M Yaspan**   court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**   tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**:

Debtor
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

**All Creditors**

American Express Travel Related
Services Com
c/o Zwicker and Associates, P.C.
P.O. 9043
Andover, MA 01810-0943

Amy Fisch Solomon
P.O. Box 1958
Santa Ynez, CA 93460-1958

Atkinson-Baker, Inc.
500 N. Brand Blvd. 3rd Floor
Glendale CA 91203-1945

Baker, Keener & Nahra, LLP
633 West Fifth Street
Suite 5500
Los Angeles, CA 90071-2014

Brandon Stokes
4638 Woodlands Village Drive
Orlando, FL 32835-2719

Brian Garrett
15 S. Rolling Hills Ave
Irwin, PA 15642-3220

CT3Media, Inc. Chet Thompson
26080 Shadow Rock Ln
Valencia, CA 91381-0630

Christian Petty
6607 5th Avenue
Rio Linda, CA 95673-3409

Christina Fulton
1875 Century Park East
Suite 2230
Los Angeles, CA 90067-2522

CC 51263738v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Cigna Health and Life Insurance Company<br>Marylou Rice<br>Legal Compliance Lead Analyst<br>900 Cottage Grove Road, B6LPA<br>Hartford CT 06152-0001 | Cody Thompson<br>12040 Driftstone Drive<br>Fishers, IN 46037-8405 | DJK Counsel, Ltd.<br>c/o Daniel J. Katz<br>1925 Century Park E, #810<br>Los Angeles, CA 90067-2709 |
| DK Global, Inc.<br>420 Missouri Ct<br>Redlands, CA 92373-3128 | Dalton & Associates<br>1106 West Tenth Street<br>Wilmington, DE 19806-4522 | Daymond Walton<br>11 Walton Herndon Drive<br>Meherrin, VA 23954-2836 |
| Devin Lynn Scott<br>512 Braginton St Lot 2<br>Clearwater, FL 33756-1565 | Dominic Lombardo<br>115 E. Pomona Boulevard<br>Suite A<br>Monterey Park, CA 91755-7210 | Eric Bryan Seuthe, Esq. LAW Offices Of Eric Bryan Seuthe & Associates<br>10990 Wilshire Blvd, Suite 1420 Los Angeles, California 90024 |
| Eric Lindvall, DO<br>604 N Magnolia Ave Suite 100<br>Clovis, CA 93611-9205 | Esquire Deposition Solutions, LLC.<br>2700 Centennial Tower<br>101 Marietta St<br>Atlanta, GA 30303 | Express Network LLC<br>1605 W Olympic Blvd #800<br>Los Angeles CA 90015-4685 |
| Fay Pugh<br>1163 Daniels Drive<br>Los Angeles, CA 90035-1101 | Gayle C. Kurosu<br>1116 West 187th Street<br>Gardena, CA 90248-4123 | Golkow Litigation Services, LLC<br>1650 Market Street, Suite 5150<br>Philadelphia, PA 19103-7249 |
| Hakeem Daul Shacquil Danley (hobson)<br>901 Tucker Street<br>Williamsport, PA 17701-3627 | Henry Andrew Perez Betancur<br>4887 Via Palm Lakes #506<br>West Palm Beach, FL 33417-2728 | JAMS, INC.<br>18881 Von Karman Ave., Suite 350<br>IRVINE, CA 92612-6589 |
| JOSEFINA CASTILLO-HERNANDEZ<br>27604 Firebrand Dr<br>Castaic, CA 91384-3583 | Jared W. Baptista<br>30 Lakeview Drive<br>Narragansett, RI 02882-1617 | Jeffrey M. Schwartz<br>Much Shelist<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606-1631 |
| Jehoshaphat Shambee<br>Linda Shambee on behalf of Jehosphat Sha<br>721 Karey Drive<br>Temple TX 76502-8730 | John Edward Tillson IV<br>W179S6562 Hardtke Drive<br>Muskego, WI 53150-9694 | Johnson Controls Security Solutions<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256-3323 |
| Jordan DeWanz- Titus<br>488 Snelling Ave S<br>#112<br>Saint Paul, MN 55116-1555 | Joshua Remnant<br>535 Watervliet Ave<br>Dayton, OH 45420-2542 | Judy Selberg<br>10990 Wilshire Blvd., Suite 1420<br>Los Angeles, CA 90024-3931 |

CC 51263738v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

KABC-AM Radio, Inc.
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Kathleen L. Bajgrowicz
Manuel H. Miller, Esq.
Law Offices of Manuel H. Miller
20750 Ventura Boulevard, Suite 440
Woodland Hills, CA 91364-6643

Kimberly Anne Coleman
416 Vista Roma
Newport Beach CA 92660-3513

L. Everett & Associates, LLC
3700 State Street, Suite 350
Santa Barbara, CA 93105-3100

Law Offices of Philip R. Sheldon, APC
c/o Spertus, Landes, & Umhofer, LLP
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025-5256

Manuel H. Miller
20750 Ventura Boulevard
Suite 440
Woodland Hills, CA 91364-6643

Marlatt Consulting
85 Cresta Verde Dr
Rolling Hills Estates, CA 90274-5455

Matthew Jones
317 E 4th street
Lyndon, KS 66451-9550

Michael Vislosky
2764 Ceres Ave
Chico CA 95973-7814

Michael Hambright
3980 San Benito Ave.
San Bernardino, CA 92407-6042

Nano Banc
c/o Edward Padilla
7755 Irvine Center Drive, 3rd Floor
Irvine, CA 92618-2904

Nickalas Maurice Wilson
c/o Mary Daniel Wilson
1011 Broadway Road
Sanford, SC 27332-9792

Noel Montes
2117 Benjamin creek dr
Little Elm, TX 75068-0019

Owen, Patterson & Owen
c/o Law Office Of Michael N. Berke
25001 The Old Road
Santa Clarita, CA 91381-2252

Peter Anakaraonye
3218 Dunlap lane apt E
Mechanicsburg, PA 17055-7056

Peterson & Associates Court Reporting, Inc.
530 B Street, Suite 350
San Diego, CA 92101-4403

Pitney Bowes Global Financial Services LLC
27 WATERVIEW DRIVE
SHELTON, CT 06484-4301

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton, CT 06484-4361

Professional Recruiters Inc.
13428 Maxella Ave #404
Los Angeles, CA 90292-5620

Rest Your Case Evidence Storage LLC
Pauline White
150 N. Santa Anita Avenue
Suite 300
Arcadia, CA 91006-3116

Ronnell Taylor
on the behalf of Sadie Taylor
114 Racquet Club Dr #608
Greensburg, PA 15601-9033

SHANE MORGAN
28 JACKSON AVE
RUTLAND, VT 05701-4523

Sammy Y. Hsu
13044 Pacific Promenade
Apt 423
Playa Vista, CA 90094-4006

Shane Jeter
2550 Wallingford road
Winston Salem, NC 27101-1922

Simba Capital Inc.
Robert Cohan
9 Ave At Port Imperial 408
West New York, NJ 07093-7141

The Law Business Insider Radio Show
13428 Maxella Ave #404
Los Angeles, CA 90292-5620

Vititoe Law Group
Attn: James Vititoe
5707 Corsa Avenue, 2nd Floor
Westlake Village, CA 91362-6499

CC 51263738v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Gerald J Jacquart and Lisa M Jacquart<br>1355 E Dodge St<br>Fremont, Ne 68025-5765 | Rachael Davis<br>45871 Pine Hollow Rd<br>Rogers, OH 44455-9736 | Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope Street, Suite 1765<br>Los Angeles, CA 90071-2669 |
| Andrew W Zepeda<br>Lurie, Zepeda, Schmalz, Hogan & Martin<br>1875 Century Park East Ste 2100<br>Los Angeles, CA 90067 | Neil Steiner on behalf of Creditor Casey Van Zandt<br>Steiner & Libo, Professional Corp<br>11845 W. Olympic Blvd Ste 910W<br>Los Angeles, CA 90064 | SNELL & WILMER L.L.P.<br>Clifford S. Davidson<br>350 South Grand Avenue Ste 3100<br>City National 2CAL<br>Los Angeles, California 90071 |

CC 51263738v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**