Elissa D. Miller
  elissa.miller@gmlaw.com
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Chapter 7 Trustee

FILED & ENTERED

SEP 27 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA,

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO JOINTLY EMPLOY THREESIXTY ASSET ADVISORS, LLC AND JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEERS; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF**<br><br>[Relates to Dkt. No. 1330] |

The "*Application By Chapter 7 Trustee For Authority To Jointly Employ ThreeSixty Asset Advisors, LLC And John Moran Auctioneers, Inc. As Auctioneers; To Authorize Public Sale By Auctioneer And To Pay Auctioneer Upon Conclusion Of Sale in Accordance with the Terms Hereof; Statements Of Disinterestedness; Declaration In Support Thereof*" (the "Application") [Dkt. No 1330] filed by Elissa D. Miller, Chapter 7 Trustee of the above referenced case pursuant to which she seeks authority to retain ThreeSixty Asset Advisors, LLC ("360") and John Moran Auctioneers, Inc. ("Moran" and together with 360, "360Moran") as her auctioneer to sell personal property of the estate consisting of the Erika Jayne Girardi Diamond Stud Earrings (approx. 7 carat weight each) (the "Erika Earrings") as well as miscellaneous other jewelry (the "Friend's Jewelry"

EDM 51671012v1

and together with the Erika Earrings, the "Girardi Jewelry") came on regularly before the Court, the Honorable Barry Russell, United States Bankruptcy Judge presiding.

The Court read and considered the Application and noting that no opposition or other response to the Application was filed and good cause appearing therefor,

**HEREBY ORDERS** that:

1. The Application is granted;

2. 360Moran is entitled to receive compensation as set forth in the Application;

3. The Trustee is authorized to reimburse 360Moran its expenses in an amount as set forth in the Application; and

4. The Trustee is authorized to take any and all other actions necessary or appropriate to auction the Girardi Jewelry consistent with the Application.

# # #

Date: September 27, 2022

_____
Barry Russell
United States Bankruptcy Judge