1  PAULINE WHITE, S.B.N. 120374
2  150 N. Santa Anita Avenue, Suite 300
   Arcadia, CA 91006
3  (626) 821-1844
4  pauline@paulinewhite.com

5  Attorney for Creditor, Rest Your Case Evidence Storage LLC



**FILED & ENTERED**

**SEP 28 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Girardi Keese,<br><br>Debtor | CASE NO.: 2:20-bk-21022-BR<br>Assigned to: Hon. Barry Russell<br>Dept. 1668<br><br>ORDER on Motion to ORDER Disposition of Stored Wrecked Vehicles Sold for Scrap With RYC Keeping the Minimal Proceeds Therefrom OR To Order Trustee to Identify Any Attorney/Law Firm Handling The Cases Associated With the Vehicles<br><br>Petition filed: 12-18-20<br>Date: September 27, 2022<br>Time: 10:00 a.m. |

This Court, having considered the moving papers, any opposition if any was submitted, or ruling without opposition having been made, finds Good Cause for the Relief Requested and now ORDERS:

The four (4) wrecked vehicles stored by Girardi Keese at Rest Your Case Evidence Storage LLC, consisting of a 2006 Toyota Corolla, 2001 Kia Sedona, 2015 MB S550, and a 2017 VW Jetta shall be declared to be exempt from any automatic stay, not property of the bankruptcy estate, or linked to any case or claim handled by Girardi Keese and therefore Rest Your Case Evidence Storage LLC may proceed with any actions necessary to dispose of and

sell these wrecked vehicles.  Since the value of these wrecked vehicles is de minimus metal scrap value only, Rest Your Case Evidence Storage LLC may keep any scrap or salvage value from the sale of these vehicles and apply it toward storage fees owed by Girardi Keese.

The 14 day stay prescribed by FRBP 4001(a)(3) is waived.

Appearances are waived.

IT IS SO ORDERED.

###########################

Date: September 28, 2022

_____
Barry Russell
United States Bankruptcy Judge