Kenneth A. Kotarski (State Bar No. 100954)
*kkotarski@hamricklaw.com*
**HAMRICK & EVANS, LLP**
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Richard M. Scherer, Jr. (NY Bar No. 4874517)
*rscherer@lippes.com*
\* *Pro Hac Vice* application forthcoming
**LIPPES MATHIAS LLP**
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone.: (716) 853-5100
Fax No.: (716) 853-5199

Attorneys for
JOSEPH DiNARDO

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>GIRARDI KEESE,<br>    Debtor, | Case No.: 2:20-bk-21022-BR<br>Adversary No,: 2:22-ap-01169-BR<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Hamrick & Evans, LLP, hereby enters his appearance on behalf of Joseph DiNardo in the above-captioned matter, and hereby requests that Kenneth A. Kotarski be place on the mailing list with a copy of all notices, all pleadings, orders and all other papers that may be filled in this case or any cases consolidated wherewith, to be sent to the following addresses:

/ / /

/ / /

/ / /

/ / /

-1-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

| | |
|---|---|
| 1 | Kenneth A. Kotarski (State Bar No. 100954) |
| 2 | *kkotarski@hamricklaw.com* |
|   | Jeff W. Poole (State Bar No. 291783) |
| 3 | *jpoole@hamricklaw.com* |
|   | **HAMRICK & EVANS, LLP** |
| 4 | 2600 West Olive Avenue, Suite 1020 |
|   | Burbank, California 91505 |
| 5 | Telephone No.: (818) 763-5292 |
|   | Fax No.: (818) 763-2308 |

Richard M. Scherer, Jr. (NY Bar No. 4874517)
*rscherer@lippes.com*
**LIPPES MATHIAS LLP**
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone.: (716) 853-5100
Fax No.: (716) 853-5199

DATED: October 4, 2022                          HAMRICK & EVANS, LLP

                                                By: /s/ Kenneth A. Kotarski
                                                KENNETH A. KOTARSKI
                                                Attorneys for
                                                JOSEPH DiNARDO

HAMRICK & EVANS, LLP

-2-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE