Elissa D. Miller
 elissa.miller@gmlaw.com
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**APPLICATION BY CHAPTER 7 TRUSTEE TO AMEND APPLICATION AND ORDER AUTHORIZING TRUSTEE TO JOINTLY EMPLOY THREESIXTY ASSET ADVISORS, LLC AND JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEERS TO ADD TO THE LIST OF ITEMS BEING AUCTIONED**<br><br>**[Relates to Dkt. Nos. 1330 and 1364]**<br><br>**Auction Date:  To Be Set**<br><br>No Hearing Date Required] |

**TO THE  HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

Elissa D. Miller, the Chapter 7 Trustee (the "Trustee") for Girardi Keese (the "Debtor") hereby files her "*Application By Chapter 7 Trustee to Amend Application and Order Authorizing Trustee to Jointly Employ ThreeSixty Asset Advisors, LLC and John Moran Auctioneers, Inc. As Auctioneers to Add to the List of Items to be Auctioned.*"

On September 27, 2022 [Dkt. No. 1364] this Court entered its Order On the Trustee's Application to retain ThreeSixty Asset Advisors, LLC ("360") and John Moran

EDM 51988541v1

Auctioneers, Inc. ("Moran" and together with 360, "360Moran") (the "Application") as her auctioneer to sell Erika Girardi's Earrings (the "Earrings") and jewelry turned over to the estate by a friend of Mr. Girardi's (the "Friend's Jewelry" and jointly the "Girardi Jewelry") (the "Original Order").

After entry of the entry of the Original Order, the Trustee was advised that the Friend had found some additional pieces of jewelry in the back of her closet and was subsequently delivered to the Trustee three additional items—all Cartier, a watch, a Love necklace and a Love bracelet (the "Friend's Additional Jewelry"). The Trustee was not aware at the time she prepared the Application or at the time she submitted the Original Order on the Application of the Friend's Additional Jewelry.

Therefore, by this Application, the Trustee Amends her Application and respectfully requests that the Court enter an Amended Order, the form of which is attached hereto as Exhibit "1" so that all jewelry, including the newly turned over Friend's Jewelry may be included in the Auction set for December, 2022.

The Trustee has been informed and believes that the total auction value of the Friend's Additional Jewelry is approximately $6,500 to $9,500. She has also confirmed that 360Moran's insurance and bond are sufficient to cover the value of all jewelry being sold including the Friend's Additional Jewelry.

**WHEREFORE**, the Trustee respectfully requests that the Court enter the Amended Order attached hereto and lodged concurrently herewith authorizing her to employ John Moran Auctioneers, Inc. and ThreeSixty Asset Advisors, LLC as her auctioneer, for authority for John Moran Auctioneers, Inc. and ThreeSixty Asset Advisors, LLC to conduct a public sale of the Girardi Jewelry identified in the Application as well as the Friend's Additional Jewelry identified herein, and to pay them in accordance with the terms set forth herein upon entry of an Order, and that this Court grant such other and further relief as it may deem just and proper.

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed
2 | in Los Angles, California.
3 | DATED: October 5, 2022      **Respectfully submitted,**

/s/ *Elissa D. Miller*
Elissa D. Miller
Chapter 7 Trustee

# EXHIBIT 1

Elissa D. Miller
  *elissa.miller@gmlaw.com*
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA,

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**AMENDED ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO JOINTLY EMPLOY THREESIXTY ASSET ADVISORS, LLC AND JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEERS; TO AUTHORIZE PUBLIC SALE BY AUCTIONEER AND TO PAY AUCTIONEER UPON CONCLUSION OF SALE IN ACCORDANCE WITH THE TERMS HEREOF**<br><br>[Relates to Dkt. No. 1364] |

The "*Application By Chapter 7 Trustee For Authority To Jointly Employ ThreeSixty Asset Advisors, LLC And John Moran Auctioneers, Inc. As Auctioneers; To Authorize Public Sale By Auctioneer And To Pay Auctioneer Upon Conclusion Of Sale in Accordance with the Terms Hereof; Statements Of Disinterestedness; Declaration In Support Thereof*" (the "Application") [Dkt. No 1330] as supplemented and Amended by *Application By Chapter 7 Trustee to Amend Application and Order Authorizing Trustee to Jointly Employ ThreeSixty Asset Advisors, LLC and John Moran Auctioneers, Inc. As Auctioneers to Add to the List of Items to be Auctioned*" (The "Amendment") filed on _____, [Dkt. No. __] filed by Elissa D. Miller, Chapter 7 Trustee of the above referenced case came on regularly before the Court, the Honorable Barry Russell, United

EDM 51999883v1

1  States Bankruptcy Judge presiding.  Pursuant to the Application and the Amendment, the
2  Trustee she seeks authority to retain ThreeSixty Asset Advisors, LLC  ("360") and John
3  Moran Auctioneers, Inc. ("Moran" and together with 360, "360Moran") as her auctioneer
4  to sell personal property of the estate consisting of the Erika Jayne Girardi Diamond Stud
5  Earrings (approx. 7 carat weight each) (the "Erika Earrings") as well as miscellaneous
6  other jewelry including pieces turned over after September 27, 2022 by a friend of Tom V.
7  Girardi (all referred to as the "Friend's Jewelry").  (The "Friend's Jewelry" together with
8  the Erika Earrings, is herein the "Girardi Jewelry")

9  The Court read and considered the Application and the Requested Amendment to
10 the Application and Order and finding good cause appearing therefor,

11 **HEREBY ORDERS** that:

12 1. The Application is granted;

13 2. 360Moran is entitled to receive compensation as set forth in the Application;

14 3. The Trustee is authorized to reimburse 360Moran its expenses in an
15 amount as set forth in the Application; and

16 4. The Trustee is authorized to take any and all other actions necessary or
17 appropriate to auction the Girardi Jewelry consistent with the Application.

18 **# # #**

19
20
21
22
23
24
25
26
27
28

EDM 51999883v1                                           -2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION BY CHAPTER 7 TRUSTEE TO AMEND APPLICATION AND ORDER AUTHORIZING TRUSTEE TO JOINTLY EMPLOY THREESIXTY ASSET ADVISORS, LLC AND JOHN MORAN AUCTIONEERS, INC. AS AUCTIONEERS TO ADD TO THE LIST OF ITEMS BEING AUCTIONED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 5, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached ECF List**

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 5, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 5, 2022 | Cheryl Caldwell | /s/Cheryl Caldwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 51263738v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com
- **Michelle Balady**    mb@bedfordlg.com, leo@bedfordlg.com
- **Kate Benveniste**    kate.benveniste@us.dlapiper.com
- **Ori S Blumenfeld**    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Richard D Buckley**    richard.buckley@arentfox.com
- **Steve Burnell**    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **Indira J. Cameron-Banks**    indira@cameron-banks.com, tiffany@cameronbankslaw.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    adanker731@gmail.com
- **Lei Lei Wang Ekvall - DECEASED -**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Timothy W Evanston**    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **James B Glucksman**    jbg@dhclegal.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Sheryl K Ith**    sith@cookseylaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Lillian Jordan**    nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- **Kenneth A Kotarski**    KKOTARSKI@HAMRICKLAW.COM, hmartindale@HAMRICKLAW.COM;pliscano@hamricklaw.com;gknopfler@hamricklaw.com;khearn@hamricklaw.com;secretary2@hamricklaw.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Elizabeth A Lombard**    elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Peter J Mastan**    peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Jack Meyer**    jmeyer@ggtriallaw.com

CC 51263738v1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Gilbert M Nishimura**   gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- **Scott Olson**   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Carmela Pagay**   ctp@lnbyb.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Michael J Quinn**   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com
- **David M Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Kevin C Ronk**   Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**   frank@ruggierlaw.com, enotice@pricelawgroup.com
- **William F Savino**   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Kenneth John Shaffer**   johnshaffer@quinnemanuel.com
- **Amir Shakoorian**   AShakoorian@GGTrialLaw.com
- **Richard M Steingard**   , awong@steingardlaw.com
- **Annie Y Stoops**   annie.stoops@afslaw.com, yvonne.li@arentfox.com
- **Philip E Strok**   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Terrence Swinson**   terrenceswinson@gmail.com
- **Tamar Terzian**   tterzian@eppscoulson.com, ecfnotices@eppscoulson.com
- **Boris Treyzon**   btreyzon@actslaw.com, sgonzales@actslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil**   dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com,alopez@dcweillaw.com
- **Pauline White**   pauline@paulinewhite.com
- **Eric D Winston**   ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**   christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **Robert M Yaspan**   court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**   tjy@lnbyb.com

CC 51263738v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**:

Debtor
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904

**All Creditors**

American Express Travel Related Services Com
c/o Zwicker and Associates, P.C.
P.O. 9043
Andover, MA 01810-0943

Amy Fisch Solomon
P.O. Box 1958
Santa Ynez, CA 93460-1958

Atkinson-Baker, Inc.
500 N. Brand Blvd. 3rd Floor
Glendale CA 91203-1945

Baker, Keener & Nahra, LLP
633 West Fifth Street
Suite 5500
Los Angeles, CA 90071-2014

Brandon Stokes
4638 Woodlands Village Drive
Orlando, FL 32835-2719

Brian Garrett
15 S. Rolling Hills Ave
Irwin, PA 15642-3220

CT3Media, Inc. Chet Thompson
26080 Shadow Rock Ln
Valencia, CA 91381-0630

Christian Petty
6607 5th Avenue
Rio Linda, CA 95673-3409

Christina Fulton
1875 Century Park East
Suite 2230
Los Angeles, CA 90067-2522

Cigna Health and Life Insurance Company
Marylou Rice
Legal Compliance Lead Analyst
900 Cottage Grove Road, B6LPA
Hartford CT 06152-0001

Cody Thompson
12040 Driftstone Drive
Fishers, IN 46037-8405

DJK Counsel, Ltd.
c/o Daniel J. Katz
1925 Century Park E, #810
Los Angeles, CA 90067-2709

DK Global, Inc.
420 Missouri Ct
Redlands, CA 92373-3128

Dalton & Associates
1106 West Tenth Street
Wilmington, DE 19806-4522

Daymond Walton
11 Walton Herndon Drive
Meherrin, VA 23954-2836

Devin Lynn Scott
512 Braginton St Lot 2
Clearwater, FL 33756-1565

Dominic Lombardo
115 E. Pomona Boulevard
Suite A
Monterey Park, CA 91755-7210

Eric Bryan Seuthe, Esq. LAW Offices Of Eric Bryan Seuthe & Associates
10990 Wilshire Blvd, Suite 1420 Los Angeles, California 90024

Eric Lindvall, DO
604 N Magnolia Ave Suite 100
Clovis, CA 93611-9205

Esquire Deposition Solutions, LLC.
2700 Centennial Tower
101 Marietta St
Atlanta, GA 30303

Express Network LLC
1605 W Olympic Blvd #800
Los Angeles CA 90015-4685

CC 51263738v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Fay Pugh<br>1163 Daniels Drive<br>Los Angeles, CA 90035-1101 | Gayle C. Kurosu<br>1116 West 187th Street<br>Gardena, CA 90248-4123 | Golkow Litigation Services, LLC<br>1650 Market Street, Suite 5150<br>Philadelphia, PA 19103-7249 |
| Hakeem Daul Shacquil<br>Danley (hobson)<br>901 Tucker Street<br>Williamsport, PA 17701-3627 | Henry Andrew<br>Perez Betancur<br>4887 Via Palm Lakes #506<br>West Palm Beach, FL 33417-2728 | JAMS, INC.<br>18881 Von Karman Ave., Suite 350<br>IRVINE, CA 92612-6589 |
| JOSEFINA CASTILLO-HERNANDEZ<br>27604 Firebrand Dr<br>Castaic, CA 91384-3583 | Jared W. Baptista<br>30 Lakeview Drive<br>Narragansett, RI 02882-1617 | Jeffrey M. Schwartz<br>Much Shelist<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606-1631 |
| Jehoshaphat Shambee<br>Linda Shambee on behalf of Jehosphat Sha<br>721 Karey Drive<br>Temple TX 76502-8730 | John Edward Tillson IV<br>W179S6562 Hardtke Drive<br>Muskego, WI 53150-9694 | Johnson Controls Security Solutions<br>10405 Crosspoint Blvd<br>Indianapolis, IN 46256-3323 |
| Jordan L. DeWanz-Titus<br>951 Savannah Rd.<br>Eagan, MN 55123 | Joshua Remnant<br>535 Watervliet Ave<br>Dayton, OH 45420-2542 | Judy Selberg<br>10990 Wilshire Blvd., Suite 1420<br>Los Angeles, CA 90024-3931 |
| KABC-AM Radio, Inc.<br>c/o CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | Kathleen L. Bajgrowicz<br>Manuel H. Miller, Esq.<br>Law Offices of Manuel H. Miller<br>20750 Ventura Boulevard, Suite 440<br>Woodland Hills, CA 91364-6643 | Kimberly Anne Coleman<br>416 Vista Roma<br>Newport Beach CA 92660-3513 |
| L. Everett & Associates, LLC<br>3700 State Street, Suite 350<br>Santa Barbara, CA 93105-3100 | Law Offices of Philip R. Sheldon, APC<br>c/o Spertus, Landes, & Umhofer, LLP<br>1990 S. Bundy Dr., Suite 705<br>Los Angeles, CA 90025-5256 | Manuel H. Miller<br>20750 Ventura Boulevard<br>Suite 440<br>Woodland Hills, CA 91364-6643 |
| Marlatt Consulting<br>85 Cresta Verde Dr<br>Rolling Hills Estates, CA 90274-5455 | Matthew Jones<br>317 E 4th street<br>Lyndon, KS 66451-9550 | Michael Vislosky<br>2764 Ceres Ave<br>Chico CA 95973-7814 |
| Michael Hambright<br>3980 San Benito Ave.<br>San Bernardino, CA 92407-6042 | Nano Banc<br>c/o Edward Padilla<br>7755 Irvine Center Drive, 3rd Floor<br>Irvine, CA 92618-2904 | Nickalas Maurice Wilson<br>c/o Mary Daniel Wilson<br>1011 Broadway Road<br>Sanford, SC 27332-9792 |

CC 51263738v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                   F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Noel Montes<br>2117 Benjamin creek dr<br>Little Elm, TX 75068-0019 | Owen, Patterson & Owen<br>c/o Law Office Of Michael N. Berke<br>25001 The Old Road<br>Santa Clarita, CA 91381-2252 | Peter Anakaraonye<br>3218 Dunlap lane apt E<br>Mechanicsburg, PA 17055-7056 |
| Peterson & Associates Court Reporting, Inc.<br>530 B Street, Suite 350<br>San Diego, CA 92101-4403 | Pitney Bowes Global Financial Services LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4301 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484-4361 |
| Professional Recruiters Inc.<br>13428 Maxella Ave #404<br>Los Angeles, CA 90292-5620 | Rest Your Case Evidence Storage LLC<br>Pauline White<br>150 N. Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | Ronnell Taylor<br>on the behalf of Sadie Taylor<br>114 Racquet Club Dr #608<br>Greensburg, PA 15601-9033 |
| SHANE MORGAN<br>28 JACKSON AVE<br>RUTLAND, VT 05701-4523 | Sammy Y. Hsu<br>13044 Pacific Promenade<br>Apt 423<br>Playa Vista, CA 90094-4006 | Shane Jeter<br>2550 Wallingford road<br>Winston Salem, NC 27101-1922 |
| Simba Capital Inc.<br>Robert Cohan<br>9 Ave At Port Imperial 408<br>West New York, NJ 07093-7141 | The Law Business Insider Radio Show<br>13428 Maxella Ave #404<br>Los Angeles, CA 90292-5620 | Vititoe Law Group<br>Attn: James Vititoe<br>5707 Corsa Avenue, 2nd Floor<br>Westlake Village, CA 91362-6499 |
| Gerald J Jacquart and Lisa M Jacquart<br>1355 E Dodge St<br>Fremont, Ne 68025-5765 | Rachael Davis<br>45871 Pine Hollow Rd<br>Rogers, OH 44455-9736 | Erika Girardi<br>c/o Dinsmore & Shohl LLP<br>550 South Hope Street, Suite 1765<br>Los Angeles, CA 90071-2669 |
| Andrew W Zepeda<br>Lurie, Zepeda, Schmalz, Hogan & Martin<br>1875 Century Park East Ste 2100<br>Los Angeles, CA 90067 | Neil Steiner on behalf of Creditor Casey Van Zandt<br>Steiner & Libo, Professional Corp<br>11845 W. Olympic Blvd Ste 910W<br>Los Angeles, CA 90064 | SNELL & WILMER L.L.P.<br>Clifford S. Davidson<br>350 South Grand Avenue Ste 3100<br>City National 2CAL<br>Los Angeles, California 90071 |

CC 51263738v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Debtor<br>Girardi Keese<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017-1904 | The Honorable Barry Russell<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 |

CC 51263738v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**