**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
*pstrok@swelawfirm.com*
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter 7 |
| | **NOTICE OF HEARING ON APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR:** |
| Debtor. | (1)  MENCHACA & COMPANY LLP;<br>(2)  DEVELOPMENT SPECIALISTS, INC.;<br>(3)  SULMEYERKUPETZ, A PROFESSIONAL CORPORATION;<br>(4)  GREENSPOON MARDER, LLP;<br>(5)  DONLIN RECANO & COMPANY, INC.;<br>(6)  INTELLIGENT DISCOVERY SOLUTIONS;<br>(7)  JENKINS MULLIGAN & GABRIEL, LLP; AND<br>(8)  SMILEY WANG-EKVALL, LLP |
| | DATE:  March 7, 2023<br>TIME:  10:00 a.m.<br>CTRM:  1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

2932630.1    1    NOTICE

**TO THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on **March 7, 2023,** at **10:00 a.m.,** in Courtroom 1668 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California, the Court will hear the fee applications (collectively, "Applications") of the following professionals:

1. <u>Menchaca & Company LLP</u>

In its first interim fee application, for the period of March 2, 2021, through December 31, 2022, filed on February 13, 2023, as Docket No. 1599, Menchaca & Company, LLP, accountants to the bankruptcy estate ("Menchaca"), is requesting allowance and payment of **$32,562.00** in fees and **$150.32** in expenses. An itemization of the fees and costs is detailed in Menchaca's application.

2. <u>Development Specialists, Inc.</u>

In its first interim fee application, for the period of January 11, 2021, through December 31, 2022, filed on February 14, 2023, as Docket No. 1603, Development Specialists, Inc., accountants and financial advisors ("DSI"), is requesting allowance and payment of **$1,081,297.00** in fees and **$514.51** in expenses. An itemization of the fees and costs is detailed in DSI's application.

3. <u>SulmeyerKupetz</u>

In its first and final fee application, for the period of October 18, 2021, through June 30, 2022, filed on February 14, 2023, as Docket No. 1604, SulmeyerKupetz ("Sulmeyer"), is requesting approval and final allowance and payment of **$43,997.50** in fees and **$215.47** in expenses. An itemization of the fees and costs is detailed in Sulmeyer's application.

4. <u>Greenspoon Marder LLP</u>

In its first interim fee application, for the period of July 1, 2022, through December 31, 2022, filed on February 14, 2023, as Docket No. 1605, Greenspoon Marder LLP ("Greenspoon"), is requesting allowance and payment of **$79,314.00** in fees and **$51.64** in expenses. An itemization of the fees and costs is detailed in Greenspoon's application.

5. <u>Donlin, Recano & Company, Inc.</u>

In its first interim fee application, for the period June 8, 2021 through December 31, 2022, filed on February 14, 2023, as Docket No.1600, Donlin, Recano & Company, Inc. ("DRC"), is requesting allowance and payment of **$18,807.00** in fees. An itemization of the fees is detailed in DRC's application.

6. <u>Intelligent Discovery Solutions</u>

In its first interim fee application, for the period through December 31, 2022, filed on February 14, 2023, as Docket No. 1601, Intelligent Discovery Solutions. ("IDS"), is requesting allowance and payment of **$22,218.50** in fees and **$517.42** in expenses. An itemization of the fees and costs is detailed in IDC's application.

7. **Jenkins Mulligan & Gabriel, LLP**

In its first interim fee application, for the period through December 31, 2022, Jenkins Mulligan & Gabriel, LLP ("JMG"), is requesting allowance and payment of **$165,946.71** in fees. An itemization of the fees is detailed in JMG's application.

8. **Smiley Wang-Ekvall LLP**

In its first interim fee application, for the period of January 1, 2021, through December 31, 2022, filed on February 14, 2023, as Docket No.1602, Smiley Wang-Ekvall, LLP ("SWE"), is requesting allowance and payment of **$2,850,387.50** in fees and **$48,944.07** in expenses. An itemization of the fees and costs is detailed in SWE's application.

**DEADLINE FOR OPPOSITION PAPERS.** If you wish to object to the Application(s), you must file a written objection with the Court and serve a copy of it on the Applicant(s), the Debtor's attorney, and trustee's attorney no less than 14 days prior to the above hearing date. If you fail to file a written objection to the Application(s) within such time period, the Court ;may treat such failure as a waiver of your right to object to the Application(s) and may approve the Application(s). If you wish to review the full Application(s), you may review the Application(s) on file with the Court or obtain a copy from the Applicant(s).

DATED: February 14, 2023            SMILEY WANG-EKVALL, LLP

By:     /s/ Philip E. Strok
PHILIP E. STROK
Attorneys for Elissa D. Miller, Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR: (1) MENCHACA & COMPANY LLP; (2) DEVELOPMENT SPECIALISTS, INC.; (3) SULMEYERKUPETZ, A PROFESSIONAL CORPORATION; (4) GREENSPOON MARDER, LLP; (5) DONLIN RECANO & COMPANY, INC.; (6) INTELLIGENT DISCOVERY SOLUTIONS; (7) JENKINS MULLIGAN & GABRIEL, LLP; AND (8) SMILEY WANG-EKVALL, LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 14, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 14, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 14, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 14, 2023 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- Kate Benveniste    kate.benveniste@us.dlapiper.com, dlaphx@us.dlapiper.com
- Ori S Blumenfeld    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Steve Burnell    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- Indira J. Cameron-Banks    indira@cameronjones.law, tiffany@cameronbankslaw.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Larry W Gabriel    lgabrielaw@outlook.com, tinadow17@gmail.com
- James B Glucksman    jbg@dhclegal.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Asa S Hami    asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Sheryl K Ith    sith@cookseylaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Lillian Jordan    nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- Michael S Kogan    mkogan@koganlawfirm.com
- Kenneth A Kotarski    KKOTARSKI@HAMRICKLAW.COM, hmartindale@HAMRICKLAW.COM;pliscano@hamricklaw.com;gknopfler@hamricklaw.com;khearn@hamricklaw.com;secretary2@hamricklaw.com;sjustice@hamricklaw.com;jpoole@hamricklaw.com
- Lewis R Landau    Lew@Landaunet.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Daniel A Lev   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Elizabeth A Lombard   elombard@zwickerpc.com, bknotices@zwickerpc.com
- Kathleen P March   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Craig G Margulies   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Ron Maroko   ron.maroko@usdoj.gov
- Peter J Mastan   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai   ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Jack Meyer   jmeyer@ggtriallaw.com
- Elissa Miller (TR)   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- Eric A Mitnick   MitnickLaw@gmail.com, mitnicklaw@gmail.com
- Byron Z Moldo   bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- Gilbert M Nishimura   gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- Scott Olson   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Aram Ordubegian   ordubegian.aram@arentfox.com
- Carmela Pagay   ctp@lnbyb.com
- Leonard Pena   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Michael J Quinn   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,ahirschkowitz@vedderprice.com
- David M Reeder   david@reederlaw.com, secretary@reederlaw.com
- Ronald N Richards   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin C Ronk   Kevin@portilloronk.com, Attorneys@portilloronk.com
- Frank X Ruggier   frank@ruggierlaw.com, enotice@pricelawgroup.com
- William F Savino   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Kenneth John Shaffer   johnshaffer@quinnemanuel.com
- Amir Shakoorian   AShakoorian@GGTrialLaw.com
- Richard M Steingard   , awong@steingardlaw.com
- Annie Y Stoops   annie.stoops@afslaw.com, yvonne.li@arentfox.com
- Philip E Strok   pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Terrence Swinson   terrenceswinson@gmail.com
- Tamar Terzian   tterzian@eppscoulson.com, ecfnotices@eppscoulson.com
- Boris Treyzon   btreyzon@actslaw.com, sgonzales@actslaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Diane C Weil   dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com,jfiser@dcweillaw.com
- Pauline White   pauline@paulinewhite.com
- Eric D Winston   ericwinston@quinnemanuel.com
- Christopher K.S. Wong   christopher.wong@afslaw.com, yvonne.li@arentfox.com
- Robert M Yaspan   court@yaspanlaw.com, tmenachian@yaspanlaw.com
- Timothy J Yoo   tjy@lnbyb.com
- Isaac R Zfaty   izfaty@muchlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## 2. SERVED BY UNITED STATES MAIL:

SECURED CREDITORS

| | | |
|---|---|---|
| CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703-4261 | IKON FINANCIAL SERVICES<br>1738 BASS ROAD<br>MACON GA 31210-1043 | LAW FINANCE GROUP, LLC<br>591 REDWOOD HWY, SUITE 1200<br>MILL VALLEY CA 94941 |
| LFG SPECIAL INVESTOR GROUP, LLC<br>SERIES LAW FINANCE GROUP FUND III<br>200 SOUTH VIRGINIA STREET, , 8TH FL<br>RENO NV 89501 | TSO LFG HOLDCO LLP<br>65 EAST 55TH STREET, 27TH FLOOR<br>NEW YORK NY 10022 | |

## 3. SERVED BY EMAIL:

SECURED CREDITORS

KCC CLASS ACTION SERVICE LLC
C/O VEDDER PRICE, P.C.
275 BATTERY STREET
SAN FRANCISCO CA 94111

NANO BANC
25220 HANCOCK AVENUE, SUITE 140
MURRIETA CA 95262

ATTORNEYS FOR NANO BANK:
JEFFREY M. SCHWARTZ Jschwartz@Muchlaw.Com

ATTORNEYS FOR KCC CLASS ACTION SERVICE LLC:
DAVID L. KANE Dkane@Vedderprice.Com
MICHAEL J. QUINN Mquinn@Vedderprice.Com (RSN)
MARIE CHRISTIANSEN Mchristiansen@Vedderprice.Com (RSN)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE