**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:  714 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE WITH JASON M. RUND, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF THOMAS V. GIRARDI, CALIFORNIA ATTORNEY LENDING II, INC., AND COUNSEL FINANCIAL SERVICES, LLC, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date:    April 18, 2023<br>Time:   10:00 a.m.<br>Ctrm.:   1668<br>          255 E. Temple Street<br>          Los Angeles, California 90012 |

**TO ALL INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that Elissa D. Miller, the chapter 7 trustee (the "GK Trustee") for the bankruptcy estate of Girardi Keese (the "Debtor") filed her *Chapter 7 Trustee's Motion for Order Approving Compromise with Jason M. Rund, Chapter 7 Trustee for the Bankruptcy Estate of Thomas V. Girardi, California Attorney Lending II, Inc., and Counsel Financial Services, LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion").  A hearing on the Motion will take place on **April 18, 2023 at 10:00 a.m.** at the above-captioned courtroom.  The Motion is summarized as follows:

2937178.1                                                              1                                                                NOTICE

1. As the Debtor's case has progressed, certain issues have occasionally arisen where the bankruptcy estates of the Debtor and Thomas V. Girardi ("TVG") hold competing interests. These issues have required the GK Trustee and Jason M. Rund, in his capacity as chapter 7 trustee (the "TVG Trustee") for the bankruptcy estate of TVG. Girardi, to preserve their rights on behalf of their respective bankruptcy estates in each of their cases (the "GK Bankruptcy Case" and the "TVG Bankruptcy Case").

2. Recently, the sale of certain real property and distribution from Kelco Properties, LLC ("Kelco") of a portion of the sale proceeds to the TVG Trustee on account of a 45% membership interest in Kelco has resulted in a recovery of $8,115,666.51. Both the GK Trustee and the TVG Trustee assert that the 45% membership interest in Kelco is property of their respective bankruptcy estates.

3. Prior to the sale, on December 27, 2022, the GK Trustee filed a complaint against Kelco to avoid and recover the fraudulent transfers of $160,000.00 paid to Kelco by the Debtor, commencing adversary case 2:22-ap-01249-BR (the "Kelco Avoidance Action"). After commencing the Kelco Avoidance Action, the TVG Trustee advised the GK Trustee that a sale of Kelco's real property was imminent. Therefore, the GK Trustee, the TVG Trustee, and Kelco agreed to stay the Kelco Adversary Action for 180 days (subject to further extension). The parties further agreed that if Kelco liquidated any of its assets during the stay of the Kelco Adversary Action, that Kelco would deliver and remit to the TVG Trustee the net sale proceeds representing the 45% membership in Kelco (the "Kelco Liquidation Proceeds"). The parties also agreed that the TVG Trustee would then remit $160,000.00 from the Kelco Liquidation Proceeds (the "Kelco Reserve") to the GK Trustee on account of the fraudulent transfers, and that the Kelco Adversary Action would be dismissed with prejudice. The Court approved the stipulated agreement.

4. The sale of the Kelco Property closed and on February 16, 2023, the TVG Trustee received $8,115,666.51 of Kelco Liquidation Proceeds. On February 21, 2023, the TVG Trustee delivered and remitted $160,000.00 to the GK Trustee to fund the Kelco Reserve. The Kelco Avoidance Action was then dismissed with prejudice. Consequently, the TVG Trustee is currently holding $7,995,666.51 in Kelco Liquidation Proceeds and the GK Trustee is holding $160,000.00 in the Kelco Reserve.

5. This dispute involves other controversies. California Attorney Lending II, Inc. ("CAL II") has also asserted that it has a lien on and should be paid in full from the Kelco Liquidation Proceeds, but both the GK Trustee and TVG Trustee contest the amount that CAL II asserts is owed to it. Specifically, the trustees object to the amount of attorneys' fees CAL II includes in its payoff request. In addition, because CAL II is requesting payment of its claim in full, the GK Trustee's claims in a separately filed adversary proceeding against CAL II and Counsel Financial Services, LLC ("CFS") are at issue.

6. On March 21, 2023, the GK Trustee, TVG Trustee, CAL II, and CFS entered into the Settlement Agreement. The pertinent terms of the Settlement Agreement are summarized as follows:

   a. **The Allowed CAL II Payoff Request.** CAL II shall a single allowed payoff request as of February 22, 2023 in the amount of $2,674,153.29 plus per diem interest of $491.61 from February 22, 2023 until paid in full (the "Allowed Payoff Request"). The Allowed Payoff Request includes a reduction of legal fees by a total of $669,117.77.

   b. **The TVG Trustee's Waiver and Release of Claims to the Kelco Reserve.** The TVG Trustee and the TVG bankruptcy estate waive and release all

ownership claims to the Kelco Reserve. Further, the Kelco Reserve will remain in the GK bankruptcy estate for administration by the GK Trustee. The TVG Trustee has not waived and/or released his claims filed in the GK Bankruptcy Case, and can continue to prosecute claims in the GK Bankruptcy Case for the benefit of the TVG bankruptcy estate. All other rights of the TVG Trustee and TVG bankruptcy estate are preserved.

        c.    **The GK Trustee's Waiver and Release of Claims to the Kelco Liquidation Proceeds.** Except for the Kelco Reserve the GK Trustee received in connection with the Kelco Avoidance Action which the GK Trustee will be entitled to keep, free and clear of any liens or claims, the GK Trustee and the GK bankruptcy estate release and waive and release all ownership claims to the Kelco Liquidation Proceeds. However, the GK Trustee has not waived and/or released her claims filed in the TVG Bankruptcy Case, and can continue to prosecute claims in the TVG Bankruptcy Case for the benefit of the GK bankruptcy estate. All other rights of the GK Trustee and GK bankruptcy estate are preserved. In addition, the Kelco Liquidation Proceeds will remain with the TVG Trustee to be administered within five days of the effective date of the Settlement Agreement. The TVG Trustee will first use the Kelco Liquidation Proceeds to pay off the Allowed Payoff Request pursuant to the previously approved settlement agreement between the TVG Trustee and CAL II, except that the TVG Trustee will not withhold 20% from the Allowed Payoff Request or the Kelco Liquidation Proceeds for the allowed unsecured claims of the TVG bankruptcy estate. After payment of the Allowed Payoff Request, the TVG Trustee will administer the remainder of the Kelco Liquidation Proceeds pursuant to the previously approved settlement agreement between the TVG Trustee and Joseph Ruigomez, Kathleen Ruigomez, and Jamie Ruigomez (the "Ruigomez Creditors) with the Ruigomez Creditors' claim to be reduced from the Kelco Liquidation Proceeds.

        d.    **Withdrawal of CAL II Claims and No Further CFS Claims.** Within five days of payment of the Allowed Payoff Request, CAL II will withdraw its proofs of claim filed in the GK Bankruptcy Case and TVG Bankruptcy Case. CFS is currently asserting a general unsecured claim in its capacity as a disbursing agent in the amount of $8,698,610.03 in the GK Bankruptcy Case. CFS will not be required to withdraw its filed proof of claim in the GK Bankruptcy Case, but CFS will not file any further proofs of claim in the GK Bankruptcy Case or the TVG Bankruptcy Case. The GK Trustee and CFS reserve all rights with respect to the proof of claim filed by CFS to object to and contest the validity of the amount of the proof of claim and defend against any objection. The Settlement Agreement does not validate or invalidate the proof of claim filed by CFS in the GK Bankruptcy Case.

        e.    **Dismissal of the CAL II/CFS Dismissal Order Appeal.** Within five days of the effective date of the Settlement Agreement, the GK Trustee will dismiss with prejudice her appeal of the order dismissing her claims against CAL II and CFS with prejudice. However, the GK Trustee expressly reserves the right to pursue any and all claims the GK bankruptcy estate may have against Joseph D. DiNardo.

        f.    **The Releases of the GK Trustee, the GK bankruptcy estate, the TVG Trustee, and the TVG bankruptcy estate.** CAL II and CFS release the GK bankruptcy estate, the TVG bankruptcy estate, the GK Trustee, and the TVG Trustee and their attorneys and agents from any and all claims that CAL II and/or CFS may have. The release includes any and all legal fees incurred by CAL II and CFS arising out of or relating to CAL II's or CFS's involvement with GK and/or TVG including any legal fees that CAL II or CFS incurs defending against claims brought by third parties other than the GK Trustee or the TVG Trustee.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

g.  **The Release of CAL II and CFS by the GK Trustee and the TVG Trustee.**  The GK Trustee, on behalf of the GK bankruptcy estate, and the TVG Trustee, on behalf of the TVG bankruptcy estate, release CAL II and CFS and their attorneys and agents from any and all claims that the GK Trustee and TVG Trustee may have in connection with, arising out of, or related to the GK Bankruptcy Case and TVG Bankruptcy Case.  The release by the GK Trustee and the TVG Trustee does not include a release of Joseph D. DiNardo in his individual capacity (not as an agent or representative of CAL II or CFS), or any law firm or law practice that Joseph D. DiNardo has in the past, is currently, or will become associated with in the future.

7.  The Settlement Agreement is in the best interest of the GK Estate.  The Settlement Agreement not only results in the full satisfaction of CAL II's claim and a reduction in the amount due to the Ruigomez Creditors as they too will receive a significant sum, it also avoids costly litigation and either reduces or entirely eliminates the risks in the existing litigation by the GK Trustee against CAL II and CFS.  Moreover, the Settlement Agreement avoids further delay and paves the way forward for the GK Trustee to continue her progress in administering the GK bankruptcy estate.  For these reasons, the Settlement Agreement should be approved.

8.  The Motion also seeks approval of Greenspoon Marder, LLP's ("Greenspoon") success fee of $32,000 that Greenspoon is entitled to pursuant to the contingency fee arrangement approved by the Court in its order granting the GK Trustee's application to employ Greenspoon (the "Employment Order").  The $32,000 success fee represents 20% of the Kelco Reserve of $160,000.  In addition to a 20% contingency fee of the gross proceeds on any settled avoidance power claim, the Employment Order also authorizes the recovery of hourly fees incurred at 50% of the hourly fees then in effect.  At this time, the GK Trustee is only seeking authority to pay the 20% contingency fee award from the settlement proceeds.  The hourly attorneys' fees incurred will be sought through a separately filed fee application as required by the Employment Order.

**PLEASE TAKE FURTHER NOTICE that any opposition to the relief sought in the Motion must be filed with the Court and served on counsel for the GK Trustee by no later than fourteen (14) days prior to the hearing on the Motion.  Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

DATED:  March 28, 2023        SMILEY WANG-EKVALL, LLP


By:    /s/ Philip E. Strok
PHILIP E. STROK
Attorneys for Elissa D. Miller, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE WITH JASON M. RUND, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF THOMAS V. GIRARDI, CALIFORNIA ATTORNEY LENDING II, INC., AND COUNSEL FINANCIAL SERVICES, LLC, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 28, 2023 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 28, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 28, 2023 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 28, 2023 | Gabriela Gomez-Cruz | /s/ Gabriela Gomez-Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                     F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Rafey Balabanian    rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- Michelle Balady    mb@bedfordlg.com, leo@bedfordlg.com
- Robert D Bass    bob.bass47@icloud.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Kate Benveniste    kate.benveniste@us.dlapiper.com, dlaphx@us.dlapiper.com
- Ori S Blumenfeld    oblumenfeld@laklawyers.com, nlessard@laklawyers.com;smcfadden@laklawyers.com
- Evan C Borges    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- William E Brueckner    wbrueckner@woodsoviatt.com
- Richard Dennis Buckley    rbuckley@safarianchoi.com
- Steve Burnell    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- Glenn Ward Calsada    glenn@calsadalaw.com, lnw@calsadalaw.com;glenncalsada@gmail.com,niko@calsadalaw.com,lauren@calsadalaw.com,pat@calsadalaw.com
- Indira J. Cameron-Banks    indira@cameronjones.law, tiffany@cameronbankslaw.com
- Michael F Chekian    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- Marie E Christiansen    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;jessica@lesliecohenlaw.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Christopher D Crowell    ccrowell@hrhlaw.com
- Ashleigh A Danker    adanker731@gmail.com
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- James R Felton    jfelton@gblawllp.com, pstruntz@gblawllp.com;msingleman@gblawllp.com
- James J Finsten    , jimfinsten@hotmail.com
- James J Finsten    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Larry W Gabriel    lgabrielaw@outlook.com, tinadow17@gmail.com
- James B Glucksman    jbg@dhclegal.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Asa S Hami    asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- Stella A Havkin    stella@havkinandshrago.com, shavkinesq@gmail.com
- James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Marshall J Hogan    mhogan@swlaw.com, knestuk@swlaw.com
- Bradford G Hughes    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

- Sheryl K Ith   sith@cookseylaw.com
- Razmig Izakelian   razmigizakelian@quinnemanuel.com
- Steven D Jerome   sjerome@swlaw.com
- Lillian Jordan   nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- Alphamorlai Lamine Kebeh   akebeh@danninggill.com
- Molly J. Kjartanson   mkjartanson@swlaw.com
- Michael S Kogan   mkogan@koganlawfirm.com
- Kenneth A Kotarski   KKOTARSKI@HAMRICKLAW.COM, hmartindale@HAMRICKLAW.COM;pliscano@hamricklaw.com;gknopfler@hamricklaw.com;khearn@hamricklaw.com;secretary2@hamricklaw.com;sjustice@hamricklaw.com;jpoole@hamricklaw.com
- Lewis R Landau   Lew@Landaunet.com
- Janet A Lawson   jlawsonlawyer@gmail.com, G38570@notify.cincompass.com
- Daniel A Lev   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- Marc A Lieberman   marc.lieberman@flpllp.com, safa.saleem@flpllp.com
- Elizabeth A Lombard   elombard@zwickerpc.com, bknotices@zwickerpc.com
- Noreen A Madoyan   Noreen.Madoyan@usdoj.gov
- Aaron J Malo   amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- Kathleen P March   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Craig G Margulies   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Ron Maroko   ron.maroko@usdoj.gov
- Damian J. Martinez   damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- Peter J Mastan   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- Edith R. Matthai   ematthai@romalaw.com, lrobie@romalaw.com
- Daniel J McCarthy   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Dennis E McGoldrick   dmcgoldricklaw@yahoo.com, demcg@demcg.com
- Elissa Miller (TR)   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- Eric A Mitnick   MitnickLaw@gmail.com, mitnicklaw@gmail.com
- Byron Z Moldo   bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- Kevin H Morse   kmorse@clarkhill.com, blambert@clarkhill.com
- Glenn D. Moses   gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- Gilbert M Nishimura   gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- Scott Olson   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Aram Ordubegian   ordubegian.aram@arentfox.com
- Carmela Pagay   ctp@lnbyb.com
- Carmela Pagay   ctp@lnbyg.com
- Leonard Pena   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- Matthew D Pham   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- Steven G. Polard   steven.polard@ropers.com, calendar-lao@ropers.com;keiko.kakiuchi@ropers.com;tiffany.sterling@ropers.com;anthony.arriola@ropers.com
- Christopher E Prince   cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Michael J Quinn   mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,ahirschkowitz@vedderprice.com
- Dean G Rallis   drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
- Ronald N Richards   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Kevin C Ronk   Kevin@portilloronk.com, Attorneys@portilloronk.com
- Brian M Rothschild   brothschild@parsonsbehle.com, usclawyer@yahoo.com;ecf@parsonsbehle.com
- Frank X Ruggier   frank@ruggierlaw.com, enotice@pricelawgroup.com
- William F Savino   wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- Scott A Schiff   sas@soukup-schiff.com
- Daren M Schlecter   daren@schlecterlaw.com, assistant@schlecterlaw.com
- Kenneth John Shaffer   johnshaffer@quinnemanuel.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- Amir Shakoorian    AShakoorian@GGTrialLaw.com
- Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- Zev Shechtman    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Anastasija Olegovna Snicarenko    legal@flyxo.com, jennifer@cypressllp.com
- Richard M Steingard    , awong@steingardlaw.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- Annie Y Stoops    annie.stoops@afslaw.com, yvonne.li@arentfox.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Jeffrey L Sumpter    jsumpter1@cox.net
- Terrence Swinson    terrenceswinson@gmail.com
- Tamar Terzian    tamar@terzlaw.com, sandra@terzlaw.com
- Boris Treyzon    btreyzon@actslaw.com, pjs@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Diane C Weil    dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com;jfiser@dcweillaw.com
- David R. Weinstein    dweinstein@weinsteinlawfirm.net
- Andrew D. Weiss    ADWeiss@oclawadw.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law
- Pauline White    pauline@paulinewhite.com
- Eric D Winston    ericwinston@quinnemanuel.com
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@arentfox.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com
- Timothy J Yoo    tjy@lnbyb.com
- Isaac R Zfaty    izfaty@muchlaw.com
- David B Zolkin    dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

**SERVED BY UNITED STATES MAIL:**

Secured Creditors

| CORPORATION SERVICE COMPANY<br>801 Adlai Stevenson Dr<br>Springfield IL 62703-4261 | IKON FINANCIAL SERVICES<br>1738 Bass Road<br>Macon GA 31210-1043 | LAW FINANCE GROUP, LLC<br>591 Redwood Hwy, Suite 1200<br>Mill Valley CA 94941 |
|---|---|---|
| LFG SPECIAL INVESTOR GROUP, LLC<br>Series Law Finance Group Fund III<br>200 South Virginia Street, , 8TH Fl<br>Reno NV 89501 | TSO LFG HOLDCO LLP<br>65 East 55TH Street, 27TH Floor<br>New York NY 10022 | |

**3. SERVED BY EMAIL:**

Secured Creditors

| NANO BANC<br>25220 Hancock Avenue, Suite 140<br>Murrieta CA 95262<br>Attorneys for Nano Bank:<br>Jeffrey M. Schwartz jschwartz@muchlaw.com |
|---|

Request for Notice

| Wells Fargo Vendor Financial Services, Inc.<br>Jennifer Witherell Crastz<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor | Gilbert M. Nishimura<br>600 Wilshire Blvd., Suite 1250<br>Los Angeles CA 91740<br>gnishimura@snw-law.com |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| Encino CA 91436-2829<br>Jennifer Witherell Crastz jcrastz@hrhlaw.com | |
| Eric Bryan Seuthe, Esq.<br>LAW OFFICES OF ERIC BRYAN SEUTHE & ASSOCIATES<br>10990 Wilshire Blvd, Suite 1420<br>Los Angeles, California 90024<br>E-mail: EBSeuthe@sbclobal.net | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**