**SMILEY WANG-EKVALL, LLP**
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:    714 445-1002

Attorneys for Elissa D. Miller,
Chapter 7 Trustee



**FILED & ENTERED**

**OCT 19 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION AUTHORIZING RESERVATION OF FEES AND EXPENSES AND DISTRIBUTION OF PAYMENT TO CLIENTS (HODSON V. STANFORD)**<br><br>**[No Hearing Required]** |

Pursuant to the *Stipulation Authorizing Reservation of Fees and Expenses and Distribution of Payment to Clients (Hodson v. Stanford)* filed on October 11, 2023, as Docket No. 1948 (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved in its entirety.

###

Date: October 19, 2023

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge