**RAINES FELDMAN LITTRELL, LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@raineslaw.com*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:    (310) 440-4100
Facsimile:    (310) 499-4877

Counsel for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.:  2:20-bk-21022-BR |
| GIRARDI KEESE, | Chapter:  7 |
| Debtor. | **THIRD MOTION TO ABANDON QUANTUM MERUIT CLAIMS AND COSTS UNDER 11 U.S.C. § 554; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ELISSA D. MILLER IN SUPPORT** |
| | [No hearing required pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Elissa D. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Girardi Keese (the "Debtor"), submits this *Third Motion for Order Authorizing Abandonment of Quantum Meruit Claims and Costs Related to Certain Cases Pursuant to 11 U.S.C. § 554* (the "Motion").  In support of the Motion, the Trustee submits the following memorandum of points and authorities and the declaration of Elissa D. Miller.

## I.    INTRODUCTION

The Debtor was a prominent law firm in Los Angeles, California.  The Debtor had a large number of cases which were still pending when its order for relief was entered and which are in varying stages of litigation.  Where there is a basis for doing so, the Trustee has negotiated with the new lawyers regarding the Debtor's quantum meruit claim and reimbursement of costs.  However, there are a handful of cases where the Trustee does not believe there is a basis for asserting a quantum meruit claim and where the costs are appropriately waived or reduced.  Accordingly, the Trustee requests that she be authorized to abandon the Debtor's interest in the fees and/or costs identified in this Motion.  This is the third such motion that the Trustee has filed.

## II.    BACKGROUND

### A.    The Debtor's Involuntary Case

The Debtor was a plaintiff's law firm based in Los Angeles, California.  On December 18, 2020, petitioning creditors Jill O'Callahan, as successor in interest to James O'Callahan, Robert M. Keese, John Abassian, Erika Saldana, Virginia Antonio, and Kimberly Archie (collectively, the "Petitioning Creditors") filed an involuntary chapter 7 bankruptcy petition against the Debtor.[1]  Prior to the involuntary petition, the Debtor practiced in the areas of

---

[1]    The Petitioning Creditors also filed an involuntary chapter 7 bankruptcy petition against Thomas V. Girardi, which is currently pending as Bankruptcy Case No. 2:20-bk-21020-BR.

10151471.1

1  personal injury, defective products, sexual abuse, toxic torts, business law, employment law,

2  and aviation law.

3       On December 24, 2020, the Petitioning Creditors filed a *Motion for Appointment of*

4  *Interim Trustee Pursuant to 11 U.S.C. § 303(g)* [Docket No. 12].  The Court entered an order

5  granting the motion on January 5, 2021 [Docket No. 45].  On January 6, 2021, the Trustee was

6  appointed as the interim trustee [Docket No. 50].

7       On January 13, 2021, the Court entered an *Order Directing: (1) The Clerk of Court to*

8  *Immediately Enter an Order for Relief under Chapter 7; (2) The United States Trustee to*

9  *Immediately Appoint a Chapter 7 Trustee; (3) The Debtor to File All Schedules and Related*

10  *Documentation for Chapter 7 Case within Fourteen Days of the Entry of this Order; and (4)*

11  *Vacating February 16, 2021 Status Conference* [Docket No. 68].  On January 13, 2021, the

12  Clerk of Court entered an order for relief against the Debtor [Docket No. 69], and the Trustee

13  was appointed and accepted her appointment in the Debtor's case [Docket No. 71].

14      **B.**    <u>**Cases to Be Abandoned**</u>

15       Based on the Debtor's records, and discussions with co-counsel and/or opposing

16  counsel, the Trustee has determined that the cases below (the "Cases") fall into two categories

17  with respect to the Debtor's quantum meruit claim for fees:  (1) the Debtor abandoned the

18  client and therefore waived its right to fees; or (2) the Debtor did little to no substantive work

19  on the case.  With respect to costs, the Trustee has agreed to waive costs if the Debtor appears

20  to have abandoned the client.

| Case Name/Number | Requested Result |
|---|---|
| Baker v. GHS Interactive Security Ventura County Superior Court Case No. 56-2019-00526352-CU-BC-VTA (Keith Griffin) | Abandon fees and any costs |
| Sertic v. Garcia, Kern County Superior Court Case No. BCV-19-103330 | Abandon fees and any costs |
| Crisp v. The Green Sheet et al., San Bernardino Superior Court, Case No. CIVDS18261 | Abandon fees, but not costs of $1,155.23 |
| Vides v. LA Unified School District, Los Angeles Superior Court, Case No. BC690036 (Brian Breiter) | Abandon fees and any costs |

2

**III.    MEMORANDUM OF POINTS AND AUTHORITIES**

Section 554 of the Bankruptcy Code provides that "the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." *See* 11 U.S.C. § 554. "Abandonment requires affirmative action or some other evidence of intent by the trustee." *Stein v. United Artists Corp.,* 691 F.2d 885, 890 (9th Cir. 1982) (citations omitted). In *In re K.C. Machine and Tool Company,* 816 F.2d 238 (6th Cir. 1987), the court held that before ordering abandonment, the court must find either (1) the property is burdensome to the estate; or (2) the property is both of inconsequential value and inconsequential benefit to the estate. *See id.* At 245. Abandonment is effective *nunc pro tunc* as of the filing date of the debtor's bankruptcy petition. *Brown v. O'Keefe,* 300 U.S. 598 (1973); *Mason v. C.I.R.,* 646 F.2d 1039 (9th Cir. 1980); *In re Hat,* 363 B.R. 123 (Bankr. E.D. Cal. 2007).

The Trustee has determined that the Cases are of inconsequential value and benefit to the Estate. The Trustee does not believe that there is a good faith basis for a quantum meruit claim in these cases because the Debtor either did not do much, or any work, or because the Debtor appears to have abandoned the clients. In the latter cases, the Trustee also believes that it is appropriate to waive costs under applicable law. The alternative would be litigation to establish the Estate's entitlement to fees on a quantum meruit basis and given the facts in these cases, the Trustee does not believe she would be likely to prevail. Accordingly, in the exercise of the Trustee's business judgment, she seeks an order authorizing the abandonment of fees in the above cases and costs where indicated.

**IV.    CONCLUSION**

Accordingly, the Trustee respectfully requests that the Court enter an order providing for the following relief:

1.    Granting the Motion;

2.    Authorizing the Trustee to abandon the Cases pursuant to 11 U.S.C. § 554; and

3

10151471.1

3.      For such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated:  April 4, 2024                    RAINES FELDMAN LITTRELL LLP


By: */s/ Kyra E. Andrassy*
        Kyra E. Andrassy
        Attorneys for Elissa D. Miller, Chapter 7
        Trustee

4

10151471.1

## DECLARATION OF ELISSA D. MILLER

I, Elissa D. Miller, declare as follows:

1.     I am the duly appointed Chapter 7 Trustee for the bankruptcy estate of Girardi Keese.  I am also a partner at Greenspoon Marder, LLP.  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto.  I make this declaration in support of my third motion to abandon quantum meruit claims for fees and costs ("Motion").  Unless otherwise defined in this declaration, all terms defined in the Motion are incorporated herein by this reference.

2.     Based on the Debtor's records, and discussions with co-counsel and/or opposing counsel, I have determined that the cases below (the "Cases") fall into two categories with respect to the Debtor's quantum meruit claim for fees:  (1) the Debtor abandoned the client and therefore waived its right to fees; or (2) the Debtor did little to no substantive work on the case.  With respect to costs, I have agreed to waive costs if the Debtor appears to have abandoned the client.

| Case Name/Number | Requested Result |
| --- | --- |
| Baker v. GHS Interactive Security Ventura County Superior Court Case No. 56-2019-00526352-CU-BC-VTA (Keith Griffin) | Abandon fees and any costs |
| Sertic v. Garcia, Kern County Superior Court Case No. BCV-19-103330 | Abandon fees and any costs |
| Crisp v. The Green Sheet et al., San Bernardino Superior Court, Case No. CIVDS18261 | Abandon fees, but not costs of $1,155.23 |
| Vides v. LA Unified School District, Los Angeles Superior Court, Case No. BC690036 (Brian Breiter) | Abandon fees and any costs |

3.     The alternative to abandonment would be to litigate the Estate's entitlement to fees and to costs, and given the circumstances in the above cases, I do not believe the Estate would be likely to establish any claim.

10151471.1

1         I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.

3         Executed on this __4th__ day of April, 2024, at Los Angeles, California.

4

5                                                    Elissa D. Miller

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

10151471.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.**

A true and correct copy of the foregoing document entitled (*specify*): **THIRD MOTION TO ABANDON QUANTUM MERUIT CLAIMS AND COSTS UNDER 11 U.S.C. § 554; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ELISSA D. MILLER IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/4/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **4/4/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Barry Russell**
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **4/4/2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/4/2024 | Ja'Nita Fisher | /S/ Ja'Nita Fisher |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Rafey Balabanian**    rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- **Michelle Balady**    mb@bedfordlg.com, leo@bedfordlg.com
- **Robert D Bass**    bob.bass47@icloud.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Kate Benveniste**    kate.benveniste@gtlaw.com, mowent@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com
- **Leslie A Berkoff**    lberkoff@moritthock.com, hmay@moritthock.com
- **Carl Berthold**    cberthold@apjuris.com
- **Ori S Blumenfeld**    oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Clifford Bordeaux**    cliff@bordeauxlaw.com, BordeauxLawPC@jubileebk.net
- **Evan C Borges**    eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **William E Brueckner**    wbrueckner@woodsoviatt.com
- **Richard Dennis Buckley**    rbuckley@safarianchoi.com
- **Steve Burnell**    Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **Glenn Ward Calsada**    glenn@calsadalaw.com, lnw@calsadalaw.com;glenncalsada@gmail.com,niko@calsadalaw.com,lauren@calsadalaw.com,pat@calsadalaw.com
- **Indira J. Cameron-Banks**    indira@cameronjones.law, tiffany@cameronbankslaw.com
- **Kathryn M.S. Catherwood**    kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Fang Chen**    fang@fangchenlaw.com
- **Marie E Christiansen**    mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Jennifer Witherell Crastz**    jcrastz@hrhlaw.com
- **Ashleigh A Danker**    adanker731@gmail.com
- **Richard T Egger**    richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **Lei Lei Wang Ekvall - DECEASED -**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Timothy W Evanston**    tevanston@raineslaw.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **Robert W Finnerty**    rfinnerty@actslaw.com, fpedro@actslaw.com
- **James J Finsten**    , jimfinsten@hotmail.com
- **James J Finsten**    jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Michael E Friedman**    MichaelFriedmanLaw@gmail.com
- **Steven R. Friedman**    stevenrfriedman@gmail.com
- **Larry W Gabriel**    lgabrielaw@outlook.com, tinadow17@gmail.com
- **James B Glucksman**    jbg@dhclegal.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Rosendo Gonzalez**    rossgonzalez@gonzalezplc.com,
  rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Asa S Hami**    asa.hami@gmlaw.com,
  ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **Brian T Harvey**    bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com,
  mduran@hindslawgroup.com
- **Marshall J Hogan**    mhogan@swlaw.com, fcardenas@swlaw.com
- **Bradford G Hughes**    bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Sheryl K Ith**    sith@cookseylaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Steven D Jerome**    sjerome@swlaw.com
- **Lillian Jordan**    nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- **Alphamorlai Lamine Kebeh**    MKebeh@allenmatkins.com
- **Molly J. Kjartanson**    mkjartanson@swlaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Kenneth A Kotarski**    KKOTARSKI@HAMRICKLAW.COM,
  hmartindale@HAMRICKLAW.COM;pliscano@hamricklaw.com;gknopfler@hamricklaw.com;khearn@hamri
  cklaw.com;secretary2@hamricklaw.com;sjustice@hamricklaw.com;jpoole@hamricklaw.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Janet A Lawson**    jlawsonlawyer@gmail.com, G38570@notify.cincompass.com
- **Daniel A Lev**    daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Elizabeth A Lombard**    elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Aaron J Malo**    amalo@sheppardmullin.com, abilly@sheppardmullin.com;rgolder@sheppardmullin.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Damian J. Martinez**    dmartinez@leechtishman.com, mmocciaro@leechtishman.com
- **Peter J Mastan**    peter.mastan@dinsmore.com,
  SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**    ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Dennis E McGoldrick**    dmcgoldricklaw@yahoo.com, demcg@demcg.com
- **Elissa Miller (TR)**    CA71@ecfcbis.com,
  MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdri
  ve.com
- **Eric A Mitnick**    MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
- **Glenn D. Moses**    gmoses@venable.com,
  cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Gilbert M Nishimura**    gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-
  law.com;ffilimona@snw-law.com
- **Scott Olson**    scott.olson@bclplaw.com, scott-olson-
  2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Carmela Pagay**    ctp@lnbyg.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Christopher L Pitet**    cpitet@apjuris.com, bferik@apjuris.com
- **Christopher E Prince**    cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Amy Quartarolo**    amy.quartarolo@lw.com, laura.pumerville@lw.com;amy-quartarolo-
  2972@ecf.pacerpro.com
- **Michael J Quinn**    mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-
  2870@ecf.pacerpro.com,adavis@vedderprice.com
- **Dean G Rallis**    drallis@hahnlawyers.com,
  jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Karen Rinehart**    krinehart@omm.com, karen-rinehart-3320@ecf.pacerpro.com
- **Kevin C Ronk**    Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**    frank@ruggierlaw.com
- **William F Savino**    wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Scott A Schiff**    sas@soukup-schiff.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Kenneth John Shaffer**    johnshaffer@quinnemanuel.com
- **Amir Shakoorian**    AShakoorian@GGTrialLaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Zev Shechtman**    Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Anastasija Olegovna Snicarenko**    legal@flyxo.com, jennifer@cypressllp.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-
  steinberg-6096@ecf.pacerpro.com
- **Richard M Steingard**    , awong@steingardlaw.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Annie Y Stoops**    annie.stoops@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- **Philip E Strok**    pstrok@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey L Sumpter**    jsumpter1@cox.net
- **Terrence Swinson**    terrenceswinson@gmail.com
- **Tamar Terzian**    tterzian@hansonbridgett.com, ssingh@hansonbridgett.com
- **Boris Treyzon**    btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil**    dcweil@dcweillaw.com,
  diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com,jfiser@dcweillaw.com
- **David R. Weinstein**    dweinstein@weinsteinlawfirm.net
- **Andrew D. Weiss**    ADWeiss@oclawadw.com
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law
- **Pauline White**    pauline@paulinewhite.com
- **Eric D Winston**    ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**    christopher.wong@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**    tjy@lnbyb.com
- **Isaac R Zfaty**    izfaty@muchlaw.com
- **David B Zolkin**    dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com
- **Joshua del Castillo**    jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**