**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
Michael L. Simon, State Bar No. 300822
*msimon@raineslaw.com*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (310) 440-4100
Facsimile: (949) 247-3998

Attorneys for
Elissa D. Miller, Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>            Debtor. | Case No.: 2:20-bk-21022-BR<br><br>Chapter: 7<br><br>**NOTICE OF HEARING ON NINTH MOTION FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO OPERATE THE BUSINESS OF THE DEBTOR ON A LIMITED BASIS PURSUANT TO 11 U.S.C. § 721 AND CONTINUED EMPLOYMENT OF PARAPROFESSIONAL AND IT MANAGER**<br><br><u>Hearing Information</u>:<br>DATE: June 18, 2024<br>TIME: 10:00 a.m.<br>CTRM: 1668, 255 E. Temple St., Los Angeles, CA 90012 |

**TO ALL INTERESTED PARTIES:**

   **PLEASE TAKE NOTICE** that Elissa D. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Girardi Keese, filed and served the *Ninth Motion for Order Authorizing Chapter 7 Trustee to Operate the Business of the Debtor on a Limited Basis Pursuant to 11 U.S.C. § 721* (the "Motion") on all interested parties.  A hearing on the Motion will take place on **June 18, 2024, at 10:00 a.m.** at the above-captioned courtroom.

   **PLEASE TAKE FURTHER NOTICE that any opposition to the relief sought in the Motion must be filed with the Court and served on counsel for the Trustee by no later than fourteen (14) days prior to the hearing on the Motion.  Failure to timely file and**

1

NOTICE

1  **serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

2

3  Dated: May 28, 2024                    RAINES FELDMAN LITTRELL LLP

4
                                          By: */s/ Kyra E. Andrassy*
5                                              Attorneys for Elissa D. Miller, Chapter 7 Trustee

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON NINTH MOTION FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO OPERATE THE BUSINESS OF THE DEBTOR ON A LIMITED BASIS PURSUANT TO 11 U.S.C. § 721 AND CONTINUED EMPLOYMENT OF PARAPROFESSIONAL AND IT MANAGER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **5/28/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **5/28/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **5/28/2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **5/28/2024** | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy**     kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Rafey Balabanian**     rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- **Michelle Balady**     mb@bedfordlg.com, leo@bedfordlg.com
- **Robert D Bass**     bob.bass47@icloud.com
- **Reem J Bello**     rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Kate Benveniste**     kate.benveniste@gtlaw.com, mowent@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com
- **Leslie A Berkoff**     lberkoff@moritthock.com, hmay@moritthock.com
- **Carl Berthold**     cberthold@apjuris.com
- **Ori S Blumenfeld**     oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Clifford Bordeaux**     cliff@bordeauxlaw.com, BordeauxLawPC@jubileebk.net
- **Evan C Borges**     eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **William E Brueckner**     wbrueckner@woodsoviatt.com
- **Richard Dennis Buckley**     rbuckley@safarianchoi.com
- **Steve Burnell**     Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **Glenn Ward Calsada**     glenn@calsadalaw.com, lnw@calsadalaw.com;glenncalsada@gmail.com,gcalsada@kbblaw.com,laurencalsada@gmail.com
- **Indira J. Cameron-Banks**     indira@cameronjones.law, tiffany@cameronbankslaw.com
- **Kathryn M.S. Catherwood**     kcatherwood@grsm.com, mbrookman@grsm.com;asoto@grsm.com;jswanson@grams.com
- **Michael F Chekian**     mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Fang Chen**     fang@fangchenlaw.com
- **Marie E Christiansen**     mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Baruch C Cohen**     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Jennifer Witherell Crastz**     jcrastz@hrhlaw.com
- **Ashleigh A Danker**     adanker731@gmail.com
- **Richard T Egger**     richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **Lei Lei Wang Ekvall - DECEASED -**     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**     richard.esterkin@morganlewis.com
- **Oscar Estrada**     oestrada@ttc.lacounty.gov
- **Timothy W Evanston**     twevanston@duanemorris.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**     Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **Robert W Finnerty**     rfinnerty@actslaw.com, fpedro@actslaw.com
- **James J Finsten**     , jimfinsten@hotmail.com
- **James J Finsten**     jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Michael E Friedman**     MichaelFriedmanLaw@gmail.com
- **Steven R. Friedman**     stevenrfriedman@gmail.com
- **Larry W Gabriel**     lgabrielaw@outlook.com, tinadow17@gmail.com
- **James B Glucksman**     jbg@dhclegal.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com
- **Eric D Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **Rosendo Gonzalez**  rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Andrew Goodman**  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**  suzanne.grandt@calbar.ca.gov, jenny.batdorj@calbar.ca.gov;maria.ramiscal@calbar.ca.gov
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **Asa S Hami**  asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **Brian T Harvey**  bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Stella A Havkin**  stella@havkinandshrago.com, shavkinesq@gmail.com
- **James Andrew Hinds**  jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Marshall J Hogan**  mhogan@swlaw.com, fcardenas@swlaw.com
- **Bradford G Hughes**  bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Sheryl K Ith**  sith@cookseylaw.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Steven D Jerome**  sjerome@swlaw.com
- **Lillian Jordan**  nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- **Alphamorlai Lamine Kebeh**  MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Molly J. Kjartanson**  mkjartanson@swlaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Kenneth A Kotarski**  KKOTARSKI@HAMRICKLAW.COM, hmartindale@HAMRICKLAW.COM;pliscano@hamricklaw.com;gknopfler@hamricklaw.com;khearn@hamricklaw.com;secretary2@hamricklaw.com;sjustice@hamricklaw.com;jpoole@hamricklaw.com
- **Lewis R Landau**  Lew@Landaunet.com
- **Janet A Lawson**  jlawsonlawyer@gmail.com, G38570@notify.cincompass.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Elizabeth A Lombard**  elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Noreen A Madoyan**  Noreen.Madoyan@usdoj.gov
- **Aaron J Malo**  amalo@sheppardmullin.com, abilly@sheppardmullin.com;rgolder@sheppardmullin.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**  Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Damian J. Martinez**  dmartinez@leechtishman.com, mmocciaro@leechtishman.com
- **Peter J Mastan**  peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**  ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Dennis E McGoldrick**  dmcgoldricklaw@yahoo.com, demcg@demcg.com
- **Elissa Miller (TR)**  CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Eric A Mitnick**  MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Byron Z Moldo**  bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Kevin H Morse**  kmorse@clarkhill.com, blambert@clarkhill.com
- **Glenn D. Moses**  gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jadelgado@venable.com
- **Gilbert M Nishimura**  gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- **Scott Olson**  scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Aram Ordubegian**  ordubegian.aram@arentfox.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **Carmela Pagay**  ctp@lnbyg.com
- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Matthew D Pham**  mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Christopher L Pitet**  cpitet@apjuris.com, bferik@apjuris.com
- **Christopher E Prince**  cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Amy Quartarolo**  amy.quartarolo@lw.com, laura.pumerville@lw.com;amy-quartarolo-2972@ecf.pacerpro.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,adavis@vedderprice.com
- **Dean G Rallis**  drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Karen Rinehart**  krinehart@omm.com, karen-rinehart-3320@ecf.pacerpro.com
- **Kevin C Ronk**  kevin@cym.law, kevin@cym.law,jaclyn@cym.law,rolando@cym.law
- **Frank X Ruggier**  frank@ruggierlaw.com
- **William F Savino**  wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Daren M Schlecter**  daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Kenneth John Shaffer**  johnshaffer@quinnemanuel.com
- **Amir Shakoorian**  AShakoorian@GGTrialLaw.com
- **Summer M Shaw**  ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Anastasija Olegovna Snicarenko**  legal@flyxo.com, jennifer@cypressllp.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Richard M Steingard**  , awong@steingardlaw.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **Annie Y Stoops**  annie.stoops@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- **Philip E Strok**  pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey L Sumpter**  jsumpter1@cox.net
- **Terrence Swinson**  terrenceswinson@gmail.com
- **Tamar Terzian**  tterzian@hansonbridgett.com, shosseini@hansonbridgett.com
- **Boris Treyzon**  btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil**  dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com,jfiser@dcweillaw.com
- **David R. Weinstein**  dweinstein@weinsteinlawfirm.net
- **Andrew D. Weiss**  ADWeiss@oclawadw.com
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law
- **Pauline White**  pauline@paulinewhite.com
- **Eric D Winston**  ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**  christopher.wong@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- **Robert M Yaspan**  court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**  tjy@lnbyb.com
- **David B Zolkin**  dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com
- **Joshua del Castillo**  jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

Secured Creditors

| | | |
|---|---|---|
| CORPORATION SERVICE COMPANY<br>801 Adlai Stevenson Dr<br>Springfield IL 62703-4261 | IKON FINANCIAL SERVICES<br>1738 Bass Road<br>Macon GA 31210-1043 | LAW FINANCE GROUP, LLC<br>591 Redwood Hwy, Suite 1200<br>Mill Valley CA 94941 |
| | TSO LFG HOLDCO LLP<br>65 East 55TH Street, 27TH Floor<br>New York NY 10022 | |

**3. SERVED BY EMAIL:**

Secured Creditors

| |
|---|
| NANO BANC<br>25220 Hancock Avenue, Suite 140<br>Murrieta CA 95262<br>Attorneys for Nano Bank:<br>Jeffrey M. Schwartz jschwartz@muchlaw.com |

Request for Notice

| | |
|---|---|
| Wells Fargo Vendor Financial Services, Inc.<br>Jennifer Witherell Crastz<br>Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino CA 91436-2829<br>Jennifer Witherell Crastz jcrastz@hrhlaw.com | Gilbert M. Nishimura<br>600 Wilshire Blvd., Suite 1250<br>Los Angeles CA 91740<br>gnishimura@snw-law.com |
| Eric Bryan Seuthe, Esq.<br>LAW OFFICES OF ERIC BRYAN SEUTHE & ASSOCIATES<br>10990 Wilshire Blvd, Suite 1420<br>Los Angeles, California 90024<br>E-mail: EBSeuthe@sbcloval.net | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE