1 **RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
2 kandassy@raineslaw.com
Michael L. Simon, State Bar No. 300822
3 msimon@raineslaw.com
4675 MacArthur Ct., Suite 1550
4 Newport Beach, CA 92660
Telephone: (310) 440-4100
5 Facsimile: (310) 691-1367

6 Counsel for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No. 2:20-bk-21022-BR |
|---|---|
| GIRARDI KEESE, | Chapter 7 |
| Debtor and Debtor-In-Possession. | **OMNUIBUS NOTICE OF CONTINUED HEARINGS ON FIRST, SECOND, AND THIRD MOTIONS FOR ORDER DISALLOWING GENERAL UNSECURED CLAIMS OF LOCKHEED CLIENTS UNDER 11 U.S.C. § 502(B)(1) AS BARRED BY THE STATUTE OF LIMITATIONS [Docket Nos. 2282, 2285, and 2287]** |
| | **Original Hearing:** Date: March 25, 2025  Time: 10:00 a.m. |
| | **Continued Hearing:** Date: April 29, 2025  Time: 10:00 a.m.  Location: Courtroom 1668  U.S. Bankruptcy Court  255 E. Temple Street  Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE CLAIMANTS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ANY OTHER INTERESTED PARTIES:**

1

1     **PLEASE TAKE NOTICE** that the hearings on the *First Second, and Third Omnibus Motions for Order Disallowing General Unsecured Claims of Lockheed Clients Under 11 U.S.C. § 502(B)(1) as Barred by the Statute of Limitations* (Docket Nos. 2282, 2285, and 2287) have been continued to April 29, 2025 at 10:00 a.m., in Courtroom 1668 of the above referenced court located at 255 E. Temple Street, Los Angeles, CA 90012.

    The hearings are continued pursuant to the attached *Order Granting Ex Parte Application to Continue Hearings on First, Second, and Third Omnibus Motions for Order Disallowing General Unsecured Claims of Lockheed Clients Under 11 U.S.C. § 502(B)(1) as Barred by the Statute of Limitations* (Docket No. 2319).

    Oppositions, if any, are due 14 days before the continued hearing.

Respectfully submitted,

DATED: March 12, 2025     **RAINES FELDMAN LITTRELL LLP**

By:  */s/ Kyra E. Andrassy*
      KYRA E. ANDRASSY
      Counsel for ELISSA D. MILLER, Chapter 7 Trustee

2

**RAINES FELDMAN LITTRELL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Michael L. Simon, State Bar No. 300822
msimon@raineslaw.com
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:   (310) 440-4100
Facsimile:    (949- 247-3998

Counsel for Elissa D. Miller, Chapter 7 Trustee

FILED & ENTERED

MAR 12 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>  Debtor) | Case No.:  2:20-bk-21022-BR<br><br>Chapter:  7<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARINGS ON FIRST, SECOND, AND THIRD OMNIBUS MOTIONS FOR ORDER DISALLOWING GENERAL UNSECURED CLAIMS OF LOCKHEED CLIENTS UNDER 11 U.S.C. § 502(B)(1) AS BARRED BY THE STATUTE OF LIMITATIONS**<br><br>[No hearing set] |

The Court having reviewed the *Ex Parte Application to Continue Hearings on the First, Second, and Third Omnibus Motions for Order Disallowing General Unsecured Claims of Lockheed Clients Under 11 U.S.C. § 502(b)(1) as Barred by the Statute of Limitations* (the "Application") for thirty days from March 25, 2025, at 10:00 a.m. to a date that is convenient for the Court and the Court having found that cause exists to approve the request,

**IT IS ORDERED AS FOLLOWS:**

   (1)   The Application is approved;

   (2)   The hearings on the *First, Second, and Third Omnibus Motions for Order Disallowing General Unsecured Claims of Lockheed Clients Under 11 U.S.C. § 502(b)(1) as*

1

10485958.1

*Barred by the Statute of Limitations* (the "Motions") is continued from March 25, 2025, at 10:00 a.m. to April 29, 2025, at 10:00 a.m. in courtroom 1668;

(3) Oppositions to any of the Motions shall be filed with the Court fourteen days prior to the continued hearing date; and

(4) The Trustee shall give notice of the continuance of the hearings and the entry of this Order to the affected claimants by mail within one business day of its entry.

###

Date: March 12, 2025

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

2

10485958.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**4675 MacArthur Ct., Suite 1550, Newport Beach, CA 92660.**

A true and correct copy of the foregoing document entitled (*specify*): **OMNUIBUS NOTICE OF CONTINUED HEARINGS ON FIRST, SECOND, AND THIRD MOTIONS FOR ORDER DISALLOWING GENERAL UNSECURED CLAIMS OF LOCKHEED CLIENTS UNDER 11 U.S.C. § 502(B)(1) AS BARRED BY THE STATUTE OF LIMITATIONS [Docket Nos. 2282, 2285, and 2287]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **3/12/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **3/12/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **3/12/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **3/12/2025** | Ja'Nita Fisher | */s/ Ja'Nita Fisher* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy**  kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Rafey Balabanian**  rbalabanian@edelson.com, docket@edelson.com;5926930420@filings.docketbird.com
- **Michelle Balady**  mb@bedfordlg.com, leo@bedfordlg.com
- **Robert D Bass**  bob.bass47@icloud.com
- **Reem J Bello**  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Kate Benveniste**  kate.benveniste@gtlaw.com, mowent@gtlaw.com,kate-benveniste-1498@ecf.pacerpro.com
- **Leslie A Berkoff**  lberkoff@moritthock.com, hmay@moritthock.com
- **Carl Berthold**  cberthold@apjuris.com
- **Ori S Blumenfeld**  oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Clifford Bordeaux**  cliff@bordeauxlaw.com, BordeauxLawPC@jubileebk.net
- **Evan C Borges**  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **William E Brueckner**  wbrueckner@woodsoviatt.com
- **Richard Dennis Buckley**  rbuckley@weintraub.com
- **Steve Burnell**  Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- **Glenn Ward Calsada**  glenn@calsadalaw.com, lnw@calsadalaw.com;glenncalsada@gmail.com,lauren@calsadalaw.com
- **Indira J. Cameron-Banks**  indira@cameronbanks.law, tiffany@cameronbankslaw.com
- **Kathryn M.S. Catherwood**  kcatherwood@grsm.com, mbrookman@grsm.com;asoto@grsm.com;jswanson@grams.com
- **Michael F Chekian**  mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Fang Chen**  fang@fangchenlaw.com
- **Marie E Christiansen**  mchristiansen@vedderprice.com, ecfladocket@vedderprice.com,marie-christiansen-4166@ecf.pacerpro.com
- **Baruch C Cohen**  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Jennifer Witherell Crastz**  jcrastz@hrhlaw.com
- **Ashleigh A Danker**  adanker731@gmail.com
- **Richard T Egger**  richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **Lei Lei Wang Ekvall - DECEASED -**  lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Richard W Esterkin**  richard.esterkin@morganlewis.com
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Timothy W Evanston**  tevanston@skarzynski.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeremy Faith**  Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **Robert W Finnerty**  rfinnerty@actslaw.com, fpedro@actslaw.com
- **James J Finsten**  , jimfinsten@hotmail.com
- **James J Finsten**  jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Michael E Friedman**  MichaelFriedmanLaw@gmail.com
- **Steven R. Friedman**  stevenrfriedman@gmail.com
- **Larry W Gabriel**  lgabrielaw@outlook.com, tinadow17@gmail.com
- **James B Glucksman**  jbg@dhclegal.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

2959684.1                                4

- **Rosendo Gonzalez**  rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Andrew Goodman**  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**  suzanne.grandt@calbar.ca.gov, jenny.batdorj@calbar.ca.gov;maria.ramiscal@calbar.ca.gov
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **Asa S Hami**  asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **Brian T Harvey**  bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Stella A Havkin**  stella@havkinandshrago.com, shavkinesq@gmail.com
- **James Andrew Hinds**  jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Marshall J Hogan**  mhogan@swlaw.com, fcardenas@swlaw.com
- **Bradford G Hughes**  bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Sheryl K Ith**  sith@cookseylaw.com
- **Razmig Izakelian**  razmigizakelian@quinnemanuel.com
- **Steven D Jerome**  sjerome@swlaw.com
- **Lillian Jordan**  nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- **Alphamorlai Lamine Kebeh**  MKebeh@allenmatkins.com, mdiaz@allenmatkins.com
- **Molly J. Kjartanson**  mkjartanson@swlaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Kenneth A Kotarski**  KKOTARSKI@HAMRICKLAW.COM, hmartindale@HAMRICKLAW.COM;pliscano@hamricklaw.com;gknopfler@hamricklaw.com;khearn@hamricklaw.com;secretary2@hamricklaw.com;sjustice@hamricklaw.com;jpoole@hamricklaw.com
- **Lewis R Landau**  Lew@Landaunet.com
- **Janet A Lawson**  jlawsonlawyer@gmail.com, G38570@notify.cincompass.com
- **Daniel A Lev**  daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Elizabeth A Lombard**  elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Noreen A Madoyan**  Noreen.Madoyan@usdoj.gov
- **Aaron J Malo**  amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**  craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Damian J. Martinez**  dmartinez@leechtishman.com, mmocciaro@leechtishman.com
- **Peter J Mastan**  peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**  ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Dennis E McGoldrick**  dmcgoldricklaw@yahoo.com, demcg@demcg.com
- **Elissa Miller (TR)**  CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **Eric A Mitnick**  MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Byron Z Moldo**  bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Kevin H Morse**  kmorse@clarkhill.com, blambert@clarkhill.com;kwebster@clarkhill.com
- **Glenn D. Moses**  gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;imalcolm@ecf.courtdrive.com;jadelgado@venable.com
- **Gilbert M Nishimura**  gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- **Scott Olson**  solson@seyfarth.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Aram Ordubegian**  ordubegian.aram@arentfox.com
- **Carmela Pagay**  ctp@lnbyg.com

2959684.1                                                  5

- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Matthew D Pham**  mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Christopher L Pitet**  cpitet@apjuris.com, bferik@apjuris.com
- **Christopher E Prince**  cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Amy Quartarolo**  amy.quartarolo@lw.com, laura.pumerville@lw.com;amy-quartarolo-2972@ecf.pacerpro.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com,michael-quinn-2870@ecf.pacerpro.com,adavis@vedderprice.com
- **Dean G Rallis**  drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Karen Rinehart**  krinehart@omm.com, karen-rinehart-3320@ecf.pacerpro.com
- **Kevin Ronk**  Kevin@portilloronk.com, eService@cym.law,karen@cym.law
- **Frank X Ruggier**  frank@ruggierlaw.com
- **William F Savino**  wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Daren M Schlecter**  daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Michael V Severo**  msevero@mvslaw.com, paralegal@mvslaw.com,frontdesk@mvslaw.com
- **Kenneth John Shaffer**  johnshaffer@quinnemanuel.com
- **Amir Shakoorian**  amir.shakoorian@hklaw.com
- **Summer M Shaw**  ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Anastasija Olegovna Snicarenko**  legal@flyxo.com, jennifer@cypressllp.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Richard M Steingard**  , awong@steingardlaw.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **Annie Y Stoops**  annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- **Philip E Strok**  pstrok@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Jeffrey L Sumpter**  jsumpter1@cox.net
- **Terrence Swinson**  terrenceswinson@gmail.com
- **Tamar Terzian**  tterzian@hansonbridgett.com, shosseini@hansonbridgett.com
- **Boris Treyzon**  btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil**  dcweil@dcweillaw.com, diane.c.weil@Gmail.com,dweil@ecf.inforuptcy.com;jfiser@dcweillaw.com
- **David R. Weinstein**  dweinstein@weinsteinlawfirm.net
- **Andrew D. Weiss**  ADWeiss@oclawadw.com
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law
- **Pauline White**  pauline@paulinewhite.com
- **Eric D Winston**  ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**  christopher.wong@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
- **Robert M Yaspan**  court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**  tjy@lnbyb.com
- **David B Zolkin**  dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Joshua del Castillo**  jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

2959684.1

6

**2. SERVED BY UNITED STATES MAIL:**

Michael J. Alleyne
29 Heath Dr.
Neptune, NJ 07753

Billy R. Brewer
11669 Herrick Ave.
San Francisco, CA 91340

Sheila M. Marshall
2606 W. 83rd St.
Los Angeles, CA 90047

Juanita Harris
2606 W. 83rd St.
Los Angeles, CA 90047

Ora Joseph Dickson
13131 Eustace St.
Pacoima, CA 91331

Vivian C. Hampton
PO Box 90396
Pasadena, CA 91109

Edith May Strong
253 West Howard
Pasadena, CA 91103

Jennifer A. Strong
PO Box 92761
Pasadena, CA 91109

Annie L. Dennis
1245 N. Siesta Ave.
Valinda, CA 91744

Liz Hill
627 W. 92nd St.
Los Angeles, CA 90044

Wade Orange
17711 Exa Court
Carson, CA 90746

Barbara A. Lowe
12219 Terra Bella
Pacoima, CA 91331

Maggie Lee Lambert
4410 Crimson Court
Sugarland, Tx 77479

Johnny Thompson
P.O. Box 1613
Simi Valley, CA 93062

John W. Kent
5910 Flores Ave.
L.A., Ca 90056

CJ Hill
28105 Orangegrove Ave.
Menifee, CA 92584

Richard J. George
669 NW Byers Ln.
Dallas, OR 97338

Norris Mitchell
1407 W. Shamrock
Rialto, CA 92376

Joseph Clayvon McAfee Sr.
11501 S. Menlo
Los Angeles, CA 90044

Joseph Clayvon McAfee Jr.
11532 Greene St.
Adelanto, CA 92301

Ralph W. Bernhisel
675 Brookside Court
Mountain Home, ID 83647

Johnny C. Moody
c/o Leona Moody
11183 S. Manhattan Place
Los Angeles, CA 90047

James Porter
22469 Southwalk St.
Moreno Valley, CA 92553

Leatha E. Johnson/Smiley
3040 Trevino
Grand Prairie, TX 75054

Freddie J. Johnson
3040 Trevino
Grand Prairie, TX 75054

Oscar C. Smiley
3040 Trevino
Grand Prairie, TX 75054

Joe F. Gallegos
915 N. Electric Ave.
Alhambra, CA 91801

Danny Barnes
142 E. 88th Pl., #3
L.A., CA 90003

Claretta Jolly
2000 Carver Dr.
Muncie, IN 47303

Carolyn J. Johnson
1027 Glenn Court
Lancaster, CA 93535

Harry Golphin
7905 S. 10th Ave.
Inglewood, CA 90305

Gwendolyn E. Mandosia
12474 Pierce St.
Pacoima, CA 91331

Patrica Ann Wicker
3335 W. Lincoln Ave., #309
Anaheim, CA 92801

Gary Odell Price
102 Creek View Ln.
Rogue River, CA 97537

George Pennybaker
3349 Mary St.
La Crescenta, CA 91214

Elizabeth Smith
817 E. Radbard St.
Carson, CA 90746

Mark Marquez
14859 Ryan St.
Sylmar, CA 91342

Willie Kenneth Brown
4067 W. 8th St.
Los Angeles, CA 90005

2959684.1

7

| | | |
|---|---|---|
| Quenston T. Jacobs<br>6208 Timber Ridge Dr.<br>Pine Bluff, AZ 71603 | Mary Agnes Clinton<br>1708 Cattail Creek Dr.<br>Desoto, TX 75115 | Jerry Berbard Austin<br>17513 South Keene Ave.<br>Carson, CA 90746 |
| Ulysses S. Wright, Jr.<br>37934 17th St. East<br>Palmdale, CA 93550 | Robert Lee DeRose<br>1005 Fishing St.<br>Henderson, NY 89011 | Estell Williamson<br>17513 South Keene Ave.<br>Carson, CA 90746 |
| | Mildred Davis<br>1541 West 45th St<br>Los Angeles CA 90062 | James Williamson<br>17513 South Keene Ave.<br>Carson, CA 90746 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):

*Via email:*

Michael J. Alleyne  mja416@optimum.net
Billy Brewer  book.brb.19@gmail.com
Sheila Marshall  sheilamarshall52@yahoo.com
Ora Joseph Dickson  oradickson@aol.com
Vivian Hampton  vhamptonu2@yahoo.com
Edith May Strong  jackiestrong20@gmail.com
Jennifer A. Strong  grainfor2@yahoo.com
Annie Dennis  aleo344@yahoo.com
Wade Orange  orangebeverly60@gmail.com
Maggie Lee Lambert  Dlynn1216@gmail.com
Johnny Thompson  johnny.thompson7766@gmail.com
CJ Hill  maleesacarson@yahoo.com
Richard George  crazyolmoon@sbcglobal.net
John Kent  kentethel93@yahoo.com
Joseph Clayvon McAfee Sr.  patriciamcafee120@yahoo.com
Joseph Clayvon McAfee Jr.  joemack5964@gmail.com
Ralph Wayne Bernhisel  bernhiselu@gmail.com
James Porter  jackidani@aol.com
Joe F. Gallegos  josephoto56@gmail.com
Danny Barnes  dbarneslegal@yahoo.com
Claretta Jolly  clarettajolly2@yahoo.com
Carolyn Johnson  carolynjjohnson54@gmail.com
Harry Golphin  harrygolphin@carr.com
Gwendolyn Mandosia  gmandosia@yahoo.com
Gary Odell Price  bella97504@yahoo.com
George Pennybaker  george2497651@yahoo.com
Elizabeth Smith  theresasmith48@comcast.net
Mark Marquez  mmmarquezfamily@gmail.com
Willie Kenneth Brown  husky4@sbcglobal.net
Ulysses S. Wright Jr.  dobyrams1@hotmail.com
Mary Agnes Clinton  deborahclinton@outlook.com
Jerry Bernard Austin  visit2la@gmail.com

2959684.1

8