**RAINES FELDMAN LITTRELL, LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
Michael L. Simon, State Bar No. 300822
*msimon@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:  (310) 440-4100
Facsimile:   (310) 499-4877

Counsel for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No.:  2:20-bk-21022-BR<br><br>Chapter:  7<br><br>**NOTICE TO RETAINED PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS**<br><br>Date:  February 24, 2026<br>Time:  10:00 a.m.<br>Ctrm:  1668<br>U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2016-(a)(2), Raines Feldman Littrell LLP (the "Firm"), attorneys for Elissa D. Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese (the "Trustee"), has scheduled a hearing on interim fee applications for **February 24, 2026**, at **10:00 a.m.**

Local Bankruptcy Rules 2016-1(a)(2) provides, in part,

> Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

The hearing will take place in Courtroom 1668 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, CA 90012. Notice of the scheduled fee

1

application hearing and the amounts of the requested fees and expenses of retained professionals will be sent by the Firm to all parties-in-interest. Any professional who intends to seek approval of fees and expenses at the scheduled hearing must advise Kyra E. Andrassy at kandrassy@raineslaw.com no later than February 2, 2026, of the amount of the fees and expenses being requested so that they may be included in the notice.

Dated:  January 9, 2026

Respectfully submitted,

RAINES FELDMAN LITTRELL LLP

By: /s/ Kyra E. Andrassy
    Kyra E. Andrassy
    Attorneys for Elissa D. Miller, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE TO RETAINED PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 9, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 9, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 9, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express
**The Honorable Barry Russell**
**United States Bankruptcy Court**
**Edward R. Roybal Federal Building**
**255 E. Temple Street, Suite 1660**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/9/2026 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Rafey Balabanian** rbalabanian@edelson.com, docket@edelson.com; 5926930420@filings.docketbird.com
- **Michelle Balady** mb@bedfordlg.com, leo@bedfordlg.com
- **Robert D Bass** bob.bass47@icloud.com
- **Reem J Bello** rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Kate Benveniste** kate.benveniste@gtlaw.com, mowent@gtlaw.com, kate-benveniste-1498@ecf.pacerpro.com
- **Leslie A Berkoff** lberkoff@moritthock.com, hmay@moritthock.com
- **Carl Berthold** cberthold@apjuris.com
- **Ori S Blumenfeld** oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com; smcfadden@lakklawyers.com
- **Clifford Bordeaux** cliff@bordeauxlaw.com, BordeauxLawPC@jubileebk.net
- **Evan C Borges** eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **William E Brueckner** wbrueckner@woodsoviatt.com
- **Richard Dennis Buckley** rbuckley@safarianchoi.com
- **Steve Burnell** Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; cheryl.caldwell@gmlaw.com; denise.walker@gmlaw.com
- **Glenn Ward Calsada** glenn@calsadalaw.com, lnw@calsadalaw.com; glenncalsada@gmail.com, niko@calsadalaw.com, lauren@calsadalaw.com, pat@calsadalaw.com
- **Indira J. Cameron-Banks** indira@cameronjones.law, tiffany@cameronbankslaw.com
- **Kathryn M.S. Catherwood** kcatherwood@grsm.com, mbrookman@grsm.com; sdurazo@grsm.com; jswanson@grams.com
- **Michael F Chekian** mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Fang Chen** fang@fangchenlaw.com
- **Marie E Christiansen** mchristiansen@vedderprice.com, ecfladocket@vedderprice.com, mariechristiansen-4166@ecf.pacerpro.com
- **Baruch C Cohen** bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Jennifer Witherell Crastz** jcrastz@hrhlaw.com
- **Ashleigh A Danker** adanker731@gmail.com
- **Richard T Egger** richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **Lei Lei Wang Ekvall - DECEASED -** lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **Richard W Esterkin** richard.esterkin@morganlewis.com
- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Timothy W Evanston** tevanston@raineslaw.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **Jeremy Faith** Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **Robert W Finnerty** rfinnerty@actslaw.com, fpedro@actslaw.com
- **James J Finsten** jimfinsten@hotmail.com
- **James J Finsten** jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley** alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- **Michael E Friedman** MichaelFriedmanLaw@gmail.com
- **Steven R. Friedman** stevenrfriedman@gmail.com
- **Larry W Gabriel** lgabrielaw@outlook.com, tinadow17@gmail.com
- **James B Glucksman** jbg@dhclegal.com
- **Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- **Rosendo Gonzalez**     rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com; jzavala@gonzalezplc.com; zig@gonzalezplc.com;gig@gonzalezplc.com
- **Andrew Goodman**     agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**     suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**     sgubner@bg.law, ecf@bg.law
- **Asa S Hami**     asa.hami@gmlaw.com, ahami@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; pdillamar@ecf.courtdrive.com
- **Brian T Harvey**     bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Stella A Havkin**     stella@havkinandshrago.com, shavkinesq@gmail.com
- **James Andrew Hinds**     jhinds@hindslawgroup.com; mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Marshall J Hogan**     mhogan@swlaw.com, fcardenas@swlaw.com
- **Bradford G Hughes**     bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Sheryl K Ith**     sith@cookseylaw.com
- **Razmig Izakelian r**     azmigizakelian@quinnemanuel.com
- **Steven D Jerome**     sjerome@swlaw.com
- **Lillian Jordan**     nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- **Alphamorlai Lamine Kebeh**     MKebeh@allenmatkins.com
- **Molly J. Kjartanson**     mkjartanson@swlaw.com
- **Michael S Kogan**     mkogan@koganlawfirm.com
- **Kenneth A Kotarski**     KKOTARSKI@HAMRICKLAW.COM, hmartindale@HAMRICKLAW.COM; pliscano@hamricklaw.com; gknopfler@hamricklaw.com; khearn@hamricklaw.com; secretary2@hamricklaw.com; sjustice@hamricklaw.com; jpoole@hamricklaw.com
- **Lewis R Landau**     Lew@Landaunet.com
- **Janet A Lawson**     jlawsonlawyer@gmail.com, G38570@notify.cincompass.com
- **Daniel A Lev**     daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Marc A Lieberman**     marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Elizabeth A Lombard**     elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Noreen A Madoyan**     Noreen.Madoyan@usdoj.gov
- **Aaron J Malo**     amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **Kathleen P March**     kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**     Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Damian J. Martinez**     dmartinez@leechtishman.com, mmocciaro@leechtishman.com
- **Peter J Mastan**     peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com ;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**     ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**     dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; dflowers@hfbllp.com
- **Dennis E McGoldrick**     dmcgoldricklaw@yahoo.com, demcg@demcg.com
- **Elissa Miller (TR)**     CA71@ecfcbis.com, MillerTrustee@gmlaw.com; C124@ecfcbis.com; cheryl.caldwell@gmlaw.com; cheryl.caldwell@ecf.courtdrive.com
- **Eric A Mitnick**     MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Byron Z Moldo**     bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Kevin H Morse**     kmorse@clarkhill.com, blambert@clarkhill.com
- **Glenn D. Moses**     gmoses@venable.com, cascavone@venable.com; ipmalcolm@venable.com; jadelgado@venable.com
- **Gilbert M Nishimura**     gnishimura@snw-law.com, schin@snw-law.com; sgalindo@snwlaw.com; ffilimona@snw-law.com
- **Scott Olson**     scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com
- **Aram Ordubegian**     ordubegian.aram@arentfox.com
- **Carmela Pagay**     ctp@lnbyg.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Leonard Pena** lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Matthew D Pham** mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Christopher L Pitet** cpitet@apjuris.com, bferik@apjuris.com
- **Christopher E Prince** cprince@lesnickprince.com, jmack@lesnickprince.com; cprince@ecf.courtdrive.com; jnavarro@lesnickprince.com
- **Amy Quartarolo** amy.quartarolo@lw.com, laura.pumerville@lw.com; amy-quartarolo-2972@ecf.pacerpro.com
- **Michael J Quinn** mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com,adavis@vedderprice.com
- **Dean G Rallis** drallis@hahnlawyers.com, jevans@hahnlawyers.com; drallis@ecf.courtdrive.com; jevans@ecf.courtdrive.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Karen Rinehart** krinehart@omm.com, karen-rinehart-3320@ecf.pacerpro.com
- **Kevin C Ronk** Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier** frank@ruggierlaw.com
- **William F Savino** wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Scott A Schiff** sas@soukup-schiff.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Kenneth John Shaffer** johnshaffer@quinnemanuel.com
- **Amir Shakoorian** AShakoorian@GGTrialLaw.com
- **Summer M Shaw** ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
- **Zev Shechtman** Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; easter.santamaria@saul.com
- **Anastasija Olegovna Snicarenko** legal@flyxo.com, jennifer@cypressllp.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howardsteinberg6096@ecf.pacerpro.com
- **Richard M Steingard** awong@steingardlaw.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **Annie Y Stoops** annie.stoops@afslaw.com, yvonne.li@afslaw.com; kevin.chen@afslaw.com
- **Philip E Strok** pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com
- **Jeffrey L Sumpter** jsumpter1@cox.net
- **Terrence Swinson** terrenceswinson@gmail.com
- **Tamar Terzian** tterzian@hansonbridgett.com, ssingh@hansonbridgett.com
- **Boris Treyzon** btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil** dcweil@dcweillaw.com, diane.c.weil@Gmail.com, dweil@ecf.inforuptcy.com, jfiser@dcweillaw.com
- **David R. Weinstein** dweinstein@weinsteinlawfirm.net
- **Andrew D. Weiss** ADWeiss@oclawadw.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **Jessica Wellington** jwellington@bg.law, ecf@bg.law
- **Pauline White** pauline@paulinewhite.com
- **Eric D Winston** ericwinston@quinnemanuel.com
- **Christopher K.S. Wong** christopher.wong@afslaw.com, yvonne.li@afslaw.com; kevin.chen@afslaw.com
- **Robert M Yaspan** court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo** tjy@lnbyb.com
- **Isaac R Zfaty** izfaty@muchlaw.com
- **David B Zolkin** dzolkin@wztslaw.com, maraki@wztslaw.com, sfritz@wztslaw.com
- **Joshua del Castillo** jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Thomas Jeremiassen<br>Development Specialists, Inc.<br>333 South Grand Ave., Suite 4100<br>Los Angeles, CA 90071 | John J. Menchaca<br>Menchaca & Company<br>835 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90017 | Scott J. Bogucki<br>Gleichenhaus, Marchese & Weishaar, P.C.<br>43 Court Street<br>930 Convention Tower<br>Buffalo, NY 14202 |

Peter D. Maynard Counsel & Attorneys
Attn:  Jason Maynard
Bay & Deveaux Sts., 2d Floor
P.O. Box N-100
Nassau, The Bahamas

10710559.1