**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
Michael L. Simon, State Bar No. 300822
msimon@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:    (310) 440-4100
Facsimile:    (310) 499-4877

Counsel for Elissa D. Miller, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>　　　　Debtor. | Case No.:   2:20-bk-21022-BR<br><br>Chapter 7<br><br>**STATUS REPORT REGARDING RESOLUTION OF ISSUES REGARDING CLAIM 452 OF RAY ANTHONY BUTLER FROM THE FIRST OMNIBUS MOTION PURSUANT TO 11 U.S.C. § 502(b) FOR AN ORDER ALLOWING GENERAL UNSECURED CLAIMS OF FORMER CLIENTS IN TXI RIVERSIDE CEMENT CO. LITIGATION IN PARTICULAR AMOUNTS**<br><br><u>Continued Hearing</u>:<br>Date:         February 17, 2026<br>Time:         10:00 a.m.<br>Ctrm:         1668<br>　　　　　　U.S. Bankruptcy Court<br>　　　　　　255 E. Temple St.<br>　　　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

　　　　Elissa D. Miller, the chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Girardi Keese submits this status report regarding claim 452 of Ray Anthony Butler. In the *First Omnibus Motion Pursuant to 11 U.S.C. § 502(b) for an Order Allowing General Unsecured Claims of Former Clients in the TXI Riverside Cement Co. Litigation in Particular Amounts* (the "**Motion**"),

1

the Trustee objected to claim 452 of Ray Butler because he was not on the list of TXI claimants who were awarded anything and the claim appeared to be filed on behalf of his deceased sister without any documents to establish his entitlement under probate law to her award.  Mr. Butler reached out to counsel for the Trustee prior to the hearing and explained that he had three other siblings and that his sister had no children or husband.  He agreed that the surviving siblings should share her award equally, which is consistent with some of the documents attached to their claims, which included a letter from the Debtor indicating that each of the siblings was required to agree in writing to share her award.  Mr. Butler appeared at the hearing by Zoom.  Counsel for the Trustee requested a continuance of the hearing on the Motion only as to claim 452 to permit this issue to be resolved.

Since the last hearing, the Trustee has prepared a stipulation that modifies not just claim 452 of Ray Anthony Butler, but the claims of his siblings, as well.  Specifically, it proposes to increase the amount of the following claims:  (1) claim 472 of Minerva Butler; (2) claim 318 of Georgina Butler; and (3) claim 452 of Ray Anthony Butler.  The claim of Ron Butler will remain the same. Three of the siblings have signed the stipulation, but the Trustee is still waiting for Minerva Butler to sign.  The Trustee has sent a letter to the claimant, emailed her, and left a voice mail, most recently on February 10, 2026.  The Trustee requests one more continuance of 30 days and, if the last signature is not obtained by then, the Trustee will file a motion seeking the same relief as in the stipulation.

Respectfully submitted,

Dated:  February 10, 2026    RAINES FELDMAN LITTRELL LLP

By: /s/ Kyra E. Andrassy
    Kyra E. Andrassy
    Attorneys for Elissa D. Miller, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):
**STATUS REPORT REGARDING RESOLUTION OF ISSUES REGARDING CLAIM 452 OF RAY ANTHONY BUTLER FROM THE FIRST OMNIBUS MOTION PURSUANT TO 11 U.S.C. § 502(B) FOR AN ORDER ALLOWING GENERAL UNSECURED CLAIMS OF FORMER CLIENTS IN TXI RIVERSIDE CEMENT CO. LITIGATION IN PARTICULAR AMOUNTS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 10, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 10, 2026 by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 10, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express
**The Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/19/2026 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Rafey Balabanian** rbalabanian@edelson.com, docket@edelson.com; 5926930420@filings.docketbird.com
- **Michelle Balady** mb@bedfordlg.com, leo@bedfordlg.com
- **Robert D Bass** bob.bass47@icloud.com
- **Reem J Bello** rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Kate Benveniste** kate.benveniste@gtlaw.com, mowent@gtlaw.com, kate-benveniste-1498@ecf.pacerpro.com
- **Leslie A Berkoff** lberkoff@moritthock.com, hmay@moritthock.com
- **Carl Berthold** cberthold@apjuris.com
- **Ori S Blumenfeld** oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com; smcfadden@lakklawyers.com
- **Clifford Bordeaux** cliff@bordeauxlaw.com, BordeauxLawPC@jubileebk.net
- **Evan C Borges** eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **William E Brueckner** wbrueckner@woodsoviatt.com
- **Richard Dennis Buckley** rbuckley@safarianchoi.com
- **Steve Burnell** Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; cheryl.caldwell@gmlaw.com; denise.walker@gmlaw.com
- **Glenn Ward Calsada** glenn@calsadalaw.com, lnw@calsadalaw.com; glenncalsada@gmail.com, niko@calsadalaw.com, lauren@calsadalaw.com, pat@calsadalaw.com
- **Indira J. Cameron-Banks** indira@cameronjones.law, tiffany@cameronbankslaw.com
- **Kathryn M.S. Catherwood** kcatherwood@grsm.com, mbrookman@grsm.com; sdurazo@grsm.com; jswanson@grams.com
- **Michael F Chekian** mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Fang Chen** fang@fangchenlaw.com
- **Marie E Christiansen** mchristiansen@vedderprice.com, ecfladocket@vedderprice.com, mariechristiansen-4166@ecf.pacerpro.com
- **Baruch C Cohen** bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Jennifer Witherell Crastz** jcrastz@hrhlaw.com
- **Ashleigh A Danker** adanker731@gmail.com
- **Richard T Egger** richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **Lei Lei Wang Ekvall - DECEASED -** lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **Richard W Esterkin** richard.esterkin@morganlewis.com
- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Timothy W Evanston** tevanston@raineslaw.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **Jeremy Faith** Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **Robert W Finnerty** rfinnerty@actslaw.com, fpedro@actslaw.com
- **James J Finsten** jimfinsten@hotmail.com
- **James J Finsten** jfinsten@lurie-zepeda.com, jimfinsten@hotmail.com
- **Alan W Forsley** alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- **Michael E Friedman** MichaelFriedmanLaw@gmail.com
- **Steven R. Friedman** stevenrfriedman@gmail.com
- **Larry W Gabriel** lgabrielaw@outlook.com, tinadow17@gmail.com
- **James B Glucksman** jbg@dhclegal.com
- **Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **Rosendo Gonzalez**   rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com; jzavala@gonzalezplc.com; zig@gonzalezplc.com;gig@gonzalezplc.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Suzanne C Grandt**   suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Asa S Hami**   asa.hami@gmlaw.com, ahami@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; pdillamar@ecf.courtdrive.com
- **Brian T Harvey**   bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com
- **Stella A Havkin**   stella@havkinandshrago.com, shavkinesq@gmail.com
- **James Andrew Hinds**   jhinds@hindslawgroup.com; mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Marshall J Hogan**   mhogan@swlaw.com, fcardenas@swlaw.com
- **Bradford G Hughes**   bhughes@Clarkhill.com, mdelosreyes@clarkhill.com
- **Sheryl K Ith**   sith@cookseylaw.com
- **Razmig Izakelian r**   azmigizakelian@quinnemanuel.com
- **Steven D Jerome**   sjerome@swlaw.com
- **Lillian Jordan**   nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- **Alphamorlai Lamine Kebeh**   MKebeh@allenmatkins.com
- **Molly J. Kjartanson**   mkjartanson@swlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Kenneth A Kotarski**   KKOTARSKI@HAMRICKLAW.COM, hmartindale@HAMRICKLAW.COM; pliscano@hamricklaw.com; gknopfler@hamricklaw.com; khearn@hamricklaw.com; secretary2@hamricklaw.com; sjustice@hamricklaw.com; jpoole@hamricklaw.com
- **Lewis R Landau**   Lew@Landaunet.com
- **Janet A Lawson**   jlawsonlawyer@gmail.com, G38570@notify.cincompass.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Elizabeth A Lombard**   elombard@zwickerpc.com, bknotices@zwickerpc.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Aaron J Malo**   amalo@sheppardmullin.com, abilly@sheppardmullin.com; rgolder@sheppardmullin.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Damian J. Martinez**   dmartinez@leechtishman.com, mmocciaro@leechtishman.com
- **Peter J Mastan**   peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com ;Katrice.ortiz@dinsmore.com
- **Edith R. Matthai**   ematthai@romalaw.com, lrobie@romalaw.com
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; dflowers@hfbllp.com
- **Dennis E McGoldrick**   dmcgoldricklaw@yahoo.com, demcg@demcg.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com; C124@ecfcbis.com; cheryl.caldwell@gmlaw.com; cheryl.caldwell@ecf.courtdrive.com
- **Eric A Mitnick**   MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Byron Z Moldo**   bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Kevin H Morse**   kmorse@clarkhill.com, blambert@clarkhill.com
- **Glenn D. Moses**   gmoses@venable.com, cascavone@venable.com; ipmalcolm@venable.com; jadelgado@venable.com
- **Gilbert M Nishimura**   gnishimura@snw-law.com, schin@snw-law.com; sgalindo@snwlaw.com; ffilimona@snw-law.com
- **Scott Olson**   scott.olson@bclplaw.com, scott-olson-2161@ecf.pacerpro.com, ecfsfdocket@vedderprice.com, nortega@vedderprice.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Carmela Pagay**   ctp@lnbyg.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**

- **Leonard Pena**  lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **Matthew D Pham**  mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Christopher L Pitet**  cpitet@apjuris.com, bferik@apjuris.com
- **Christopher E Prince**  cprince@lesnickprince.com, jmack@lesnickprince.com; cprince@ecf.courtdrive.com; jnavarro@lesnickprince.com
- **Amy Quartarolo**  amy.quartarolo@lw.com, laura.pumerville@lw.com; amy-quartarolo-2972@ecf.pacerpro.com
- **Michael J Quinn**  mquinn@vedderprice.com, ecfladocket@vedderprice.com, michael-quinn-2870@ecf.pacerpro.com,adavis@vedderprice.com
- **Dean G Rallis**  drallis@hahnlawyers.com, jevans@hahnlawyers.com; drallis@ecf.courtdrive.com; jevans@ecf.courtdrive.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Karen Rinehart**  krinehart@omm.com, karen-rinehart-3320@ecf.pacerpro.com
- **Kevin C Ronk**  Kevin@portilloronk.com, Attorneys@portilloronk.com
- **Frank X Ruggier**  frank@ruggierlaw.com
- **William F Savino**  wsavino@woodsoviatt.com, lherald@woodsoviatt.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Daren M Schlecter**  daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Kenneth John Shaffer**  johnshaffer@quinnemanuel.com
- **Amir Shakoorian**  AShakoorian@GGTrialLaw.com
- **Summer M Shaw**  ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; easter.santamaria@saul.com
- **Anastasija Olegovna Snicarenko**  legal@flyxo.com, jennifer@cypressllp.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howardsteinberg6096@ecf.pacerpro.com
- **Richard M Steingard**  awong@steingardlaw.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **Annie Y Stoops**  annie.stoops@afslaw.com, yvonne.li@afslaw.com; kevin.chen@afslaw.com
- **Philip E Strok**  pstrok@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com
- **Jeffrey L Sumpter**  jsumpter1@cox.net
- **Terrence Swinson**  terrenceswinson@gmail.com
- **Tamar Terzian**  tterzian@hansonbridgett.com, ssingh@hansonbridgett.com
- **Boris Treyzon**  btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Diane C Weil**  dcweil@dcweillaw.com, diane.c.weil@Gmail.com, dweil@ecf.inforuptcy.com, jfiser@dcweillaw.com
- **David R. Weinstein**  dweinstein@weinsteinlawfirm.net
- **Andrew D. Weiss**  ADWeiss@oclawadw.com
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law
- **Pauline White**  pauline@paulinewhite.com
- **Eric D Winston**  ericwinston@quinnemanuel.com
- **Christopher K.S. Wong**  christopher.wong@afslaw.com, yvonne.li@afslaw.com; kevin.chen@afslaw.com
- **Robert M Yaspan**  court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Timothy J Yoo**  tjy@lnbyb.com
- **Isaac R Zfaty**  izfaty@muchlaw.com
- **David B Zolkin**  dzolkin@wztslaw.com, maraki@wztslaw.com, sfritz@wztslaw.com
- **Joshua del Castillo**  jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**

Minerva Butler
2836 Demeter Place
Riverside, CA 92509

Ronald Butler
10521 Gusty Ct.
Las Vegas, NV 89129

Ray & Valicia Butler
3348 Beatrice Dr.
Riverside, CA 92509

Georgina Butler
3348 Beatrice Dr.
Riverside, CA 92509

10732243.1