**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, State Bar No. 207959
*kandrassy@raineslaw.com*
Stephen M. Mott, State Bar No. 362642
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 499-4877

Counsel for Elissa D. Miller, Chapter 7 Trustee

FILED & ENTERED

SEP 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No.: 2:20-bk-21022-BR<br><br>Chapter: 7<br><br>**ORDER GRANTING OMNIBUS MOTION FOR ORDER DISALLOWING OR ALLOWING CLAIMS THAT WERE FILED IN UNKNOWN AMOUNTS**<br><br>**CLAIMS AFFECTED:**<br>**Claim 66: Rachael Davis**<br>**Claim 211: Ronna Sather**<br>**Claim 218: Dick Schafrath**<br>**Claim 277: Suzanne A. Grube**<br>**Claim 289: Karen Gail Jacobs**<br>**Claim 329: Douglas R Kennedy**<br>**Claim 405: Larry M. Mallory**<br>**Claim 500: Julia D. Jones**<br>**Clam 503: Debra Starkey**<br><br>Date: September 1, 2026<br>Time: 10:00 a.m.<br>Ctrm: 1668<br>U.S. Bankruptcy Court<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

At the above date and time, the Court held a hearing on the *Motion for Order Disallowing or Allowing Claims That Were Filed in Unknown Amounts Pursuant to 11 U.S.C. § 502(b)* (the "**Motion**") [Docket 2839] filed by Elissa Miller, the chapter 7 trustee for the bankruptcy estate of Girardi Keese (the "**Trustee**"). Kyra E. Andrassy appeared on behalf of

the Trustee. For the reasons set forth in the Motion and the Court having found that notice of the Motion was proper, and there being no opposition to the Motion,

**IT IS ORDERED** that:

1. The Motion is GRANTED;

2. Claim Nos. 66, 329, 289, 503, 211, 277, 218, and 405 are disallowed in their entirety; and

3. Claim No. 500 is allowed as a general unsecured claim in the amount of $4,418.91.

###

Date: September 3, 2026

Barry Russell
United States Bankruptcy Judge